```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0211--CV (JKS)
              "DONALD E. CARLING V ANN M. VENEMAN"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 09/16/04
           Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs
                    EMPLOYMENT
           Origin: (1) Original Proceeding
           Demand: 100
       Filing fee: Paid $150.00 on 09/16/04 receipt # 00123996
         Trial by: Jury
```

Parties of Record:                                 Counsel of Record:

PLF 1.1           CARLING, DONALD E.               Hugh W. Fleischer
                                                   310 K Street, Suite 200
                                                   Anchorage, AK 99501
                                                   907-264-6635
                                                   FAX 907-264-6602

DEF 1.1           VENEMAN, ANN M.                  Susan J. Lindquist
                                                   U.S. Attorney's Office
                                                   222 W. 7th Avenue, #9
                                                   Anchorage, AK 99513-7567
                                                   907-271-5071

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0211--CV (JKS)
                          "DONALD E. CARLING V ANN M. VENEMAN"

                                   For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 09/16/04
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (442) Jobs
                     EMPLOYMENT
             Origin: (1) Original Proceeding
             Demand: 100
         Filing fee: Paid $150.00 on 09/16/04 receipt # 00123996
           Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/16/04 | Complaint filed; Summons issued. |
| 1 - 2 | 09/16/04 | PLF 1 Jury Demand. |
| 2 - 1 | 11/22/04 | DEF 1 Unopposed motion for an ext of time to 12/3 to answer or otherwise plead. |
| 2 - 2 | 11/24/04 | JDR Order granting unopposed motion for an ext of time to 12/3 to answer or otherwise plead (2-1). cc: cnsl |
| 3 - 1 | 12/03/04 | DEF 1 motion to dismiss ct 2 for lack of jurisdiction w/att exhs. |
| 4 - 1 | 12/03/04 | DEF 1 Answer to Complaint. |
| 5 - 1 | 12/06/04 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 6 - 1 | 12/27/04 | JKS Minute Order granting motion to dismiss ct 2 for lack of jurisdiction (3-1).  cc: cnsl |
| 7 - 1 | 12/30/04 | PLF 1; DEF 1 Report of parties'meeting. |
| 8 - 1 | 01/04/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 11/10/05; Dispositive motions deadline 12/12/05; Estimate of trial 3 days. cc: cnsl |
| 9 - 1 | 01/19/05 | DEF 1 Unopposed motion for a protective order re applications for 2 positions. |
| 10 - 1 | 01/21/05 | JKS Order granting unopposed motion for a protective order re applications for 2 position (9-1). cc: cnsl |
| 11 - 1 | 08/11/05 | DEF 1 Final Witness List. |
| 12 - 1 | 08/16/05 | PLF 1 Final Witness List. |
| 13 - 1 | 10/21/05 | PLF 1 Unopposed motion to ext discovery deadline. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0211--CV (JKS)
                         "DONALD E. CARLING V ANN M. VENEMAN"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 10/27/05 | JWS Order granting unopposed motion to ext discovery deadline (13-1) & setting the following dates: Discovery to close 01/10/06; Dispositive motions deadline 02/10/06. cc: cnsl |