IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANN M. VENEMAN, Secretary,<br>Department of Agriculture<br><br>　　　　Defendant. | Case No. 3:04-cv-211-JKS<br><br>**[PROPOSED ORDER]**<br>**GRANTING MOTION**<br>**FOR EXTENSION OF TIME** |

　　Ann Veneman, the Secretary of the Department of Agriculture, through counsel, moved unopposed for an extension of time to file dispositive motions. The motion is granted and the government shall have until March 15, 2006, to file its motions.


Date: _____        _____
　　　　　　　　　　　　　　　　　　　United States District Court Judge