IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANN M. VENEMAN, Secretary,<br>Department of Agriculture<br><br>　　　　Defendant. | Case No. 3:04-cv-211-JKS<br><br>**ORDER**<br>**GRANTING MOTION**<br>**FOR EXTENSION OF TIME** |

　　　Ann Veneman, the Secretary of the Department of Agriculture, through counsel, moved unopposed for an extension of time to file dispositive motions. The motion at **Docket No. 15** is **GRANTED**, and the Government shall have until March 15, 2006, to file its motions.


Date: <u>February 13, 2006</u>　　　　　　　　<u>/s/ James K. Singleton, Jr.</u>
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge