**TABLE OF CONTENTS**

EXHIBIT LIST: <u>Carling v. Veneman</u>, Case No. 3:04-cv-211-JKS

A.     General information about ARS, Description of Pathologist, Physiologist, Geneticist

B.     Deposition: Dr. Carling

C.     Carling's application for Palmer position, which includes C.V.

D.     National selection guidelines.

E.     Emails between Dr. Pantoja nd Dr. Betschart showing Dr. Shannon is selecting official and Dr. Betschart is the Regional director

F.     Vacancy Announcement, Palmer position, 2002 , and original list of eligibles for position Dr. Carling was awarded.

G.     Dr. Pantoja's form 50 showing date of hire

H.     ARS letter to Dr. Carling officially hiring him

I.     OPM Research Grade Evaluation Guide

J.     October 3, 2003, Termination letter

K.     Chronology of Events written by Dr. Pantoja to explain issues with Dr. Carling to headquarters.

L.     Emails between Dr. Carling, Dr. Pantoja and reviewers of Dr. Carling's prospectus

M.     Vacancy announcement, Palmer position 2004

N.     Carling's application for Palmer position 2004

O.     Certificate of Eligibility (First) for Palmer position

P.     Certificate of Eligibles (First) noting decline by two scientists.

Q.     Certificates of Eligibility (Second) for Palmer position

R.     Dr. Sparrow's Declaration

S.     Palmer Committee Members

T.  Dr. Kuhl's application for Palmer position

U.  Vacancy announcement, Fairbanks position, October 2003

V.  Fairbanks List of Eligibles

W.  Fairbanks: Dr. Winton's application

X.  Drs. Haagenson & Keurston, sections from application indicating specialty area of practice

Y.  Dr. Pantoja's Declaration

Z.  Drs. Barney & Guerra, sections from application indicating specialty area of practice