






Home | About ARS | Help | Contact U

Printable Version

**Search**

Enter Keywords  [Go]

- Advanced Search
- Search Tips

**Browse By Subject**

- Research
- Products & Services
- People & Places
- News & Events
- Partnering
- Careers

You are here: About Us / 2004 Annual Performance Report Big Picture of ARS Research Civ

## About ARS

### The Big Picture of ARS Research

1 - Introduction
2 - Program Cycle

---

### Introduction

**Agricultural Research Service**

The Agricultural Research Service (ARS) is the principal in-house research agency of the U.S. Department of Agriculture (USDA). It is one of the four component agencies of the Research, Education, and Economics (REE) mission area. Congress first authorized Federally-supported agricultural research in the Organic Act of 1862, which established what is now USDA. That statute directed the Commissioner of Agriculture "... To acquire and preserve in his Department all information he can obtain by means of books and correspondence, and by practical and scientific experiments,..." The scope of USDA's agricultural research programs has been expanded and extended many times since the Department was first created. Today ARS has a workforce of approximately 8,000 employees including 2,000 scientists representing a wide range of disciplines. ARS has about 1,200 research projects working at over 100 locations across the country and at 4 overseas laboratories. The National Agricultural Library and the National Arboretum are also part of ARS.

**National Program Staff**

The National Program Staff (NPS) consists of approximately 30 National Program Leaders drawn from different scientific disciplines who are responsible for managing the overall ARS research program to accomplish the agency's mission:

ARS conducts research to develop and transfer solutions to agricultural problems of high national priority and provides information access and dissemination to

- Ensure high-quality, safe food and other agricultural products,
- Assess the nutritional needs of Americans,
- Sustain a competitive agricultural economy,
- Enhance the natural resource base and the environment, and
- Provide economic opportunities for rural citizens, communities, and society as a whole.

To achieve these objectives, NPS identifies critical problems affecting American agriculture, plans and executes the strategies needed to address these problems by: mobilizing resources (both human and financial); fostering multi-disciplinary research; linking

**About ARS**

**What We Do**
- ARS Brochure
- Science in Yo Cart
- Technology S
- Research Tim
- Plans & Repo
- Publications Resources
- 2003 - Our 5( Anniversary
- Hall of Fame
- Civil Rights

**Who & Where W**
- Organization
- Administrato
- Staff Directo
- Map of Our L
- Headquarters
- Area Offices
- Legislative A

research to program and policy objectives; and communicating and interacting with customers, stakeholders, partners, and beneficiaries to insure program relevancy. Currently, NPS has organized ARS research into 22 National Programs which are described in detail on this website. NPS also works to ensure the timely transfer of new knowledge and technologies to potential users. NPS seeks to broaden public understanding of the value of agriculture and agricultural research to ensure the continued primacy of the U.S. agriculture in the 21st century.

[1]   2   Next >>

Last Modified: 11/17/2004

ARS Home | USDA.gov | Site Map | Policies and Links
FOIA | Accessibility Statement | Privacy Policy | Nondiscrimination Statement | Information Quality | FirstGov | White House

Exhibit __A__
Page __2__ of __5__ pages



| Home | Search | About Us | Contact Us |

## USDA Living Science

Food, Agriculture and Natural Resources Care

- Agricultural Economist
- Agricultural Engineer
- Agronomist
- Animal Nutritionist
- Animal Physiologist
- Aquaculturist
- Biochemist
- Biometrician
- Biological Engineer
- Botanist
- Climatologist
- Ecologist
- Entomologist
- Environmental Scientist
- Fisheries Scientist
- Florist
- Food Process Engineer
- Food Scientist
- Forester
- Geneticist
- Horticulturist
- Hydrologist
- Logging Engineer
- Marine Scientist
- Molecular Biologist
- Naturalist
- Nutritionist/Dietitian
- Plant Pathologist
- Plant Physiologist
- Range Manager
- Remote Sensing Specialist
- Science Writer
- Soil Scientist
- Toxicologist
- Turf Scientist
- Veterinarian
- Viticulturist
- Weed Scientist
- Wildlife Biologist
- Wood Scientist

### Plant Pathologist

*Doctor Green.*

Plant pathologists deal with the symptoms, causes, damage, spread, and control of plant diseases. They can specialize in mycology, bacteriology, virology, nematology, physiology, genetics, molecular and cellular biology, epidemiology, biotechnology, or biochemistry. They study disease processes and look for genetic, biological, chemical, or cultural controls for diseases of the plants we use for food and fiber.



Plant pathologists are university research scientists, teachers, and research technicians. Some work as extension plant pathologists with the Cooperative Extension Service. Government agencies such as the U.S. Department of Agriculture and U.S. Forest Service hire plant pathologists as research scientists and technicians. Plant pathologists also work for companies that develop chemical and biological control products, companies that introduce new varieties of pest-resistant plants, and companies that provide disease control services.

To be a plant pathologist, you need a bachelor's degree in a biological scienc (preferably plant-oriented) and a master's degree in plant pathology. To be a research scientist, you need a doctoral degree in plant pathology or a related discipline (see the first paragraph).

In high school, take courses in biology, English, chemistry, physics, math, and computer sciences.

Download an 8.5-inch x 11-inch, printable poster for Plant Pathologist. (downloadable pdf format)
*The second page of the download includes the career description above.*

Exhibit __A__
Page __3__ of __5__ pages

**Home | Search | About Us | Contact Us**

**USDA Living Science**

**Food, Agriculture and Natural Resources Care**

- Agricultural Economist
- Agricultural Engineer
- Agronomist
- Animal Nutritionist
- Animal Physiologist
- Aquaculturist
- Biochemist
- Biometrician
- Biological Engineer
- Botanist
- Climatologist
- Ecologist
- Entomologist
- Environmental Scientist
- Fisheries Scientist
- Florist
- Food Process Engineer
- Food Scientist
- Forester
- Geneticist
- Horticulturist
- Hydrologist
- Logging Engineer
- Marine Scientist
- Molecular Biologist
- Naturalist
- Nutritionist/Dietitian
- Plant Pathologist
- Plant Physiologist
- Range Manager
- Remote Sensing Specialist
- Science Writer
- Soil Scientist
- Toxicologist
- Turf Scientist
- Veterinarian
- Viticulturist
- Weed Scientist
- Wildlife Biologist
- Wood Scientist

### Plant Physiologist

*What makes plants work?*



Plant physiologists study the physical, chemical, and biological functions of living plants. They study whole plants, as well as plant cells, molecules, and genes. Plant physiologists often work as members of multidisciplinary teams composed of molecular and cell biologists, biochemists and geneticists, with the broad objective of understanding the function of genes in plants. Recently, advances in the powerful techniques and approaches of molecular biology have made it possible to dissect and understand the role of particular genes. Plant physiologists study the effect of those genes on plant growth, flowering and seed yield, and they carry out experiments to reveal how plants respond to pathogens and insect pests or to environmental stresses like drought, salinity, pollutants, and high and low temperatures.

Probably because plant physiology is a basic science, most plant physiologists work in academic institutions where they both teach and conduct research. Some are employed by federal and state agencies. A few work full-time for, or as consultants to, industrial and other organizations that have agricultural or related biological interests.

To be a plant physiologist you need to understand botany, chemistry, biology and mathematics. You must know how to write and communicate well. Because plant physiologists support scientists in other disciplines, they need to know about enzymology, meteorology, horticulture, economics, philosophy and the human condition, politics, history, and how to teach. Plant physiologists must be willing to relocate and must continue their education.

In high school, take mathematics, chemistry, biology, and botany. Develop strong writing and communication skills. Be persistent, inquisitive, and eage to learn, discuss, and accept new ideas. Try working part time in a laboratory

Download an 8.5-inch x 11-inch, printable poster for Plant Physiologist. (downloadable pdf format)
*The second page of the download includes the career description above.*

Exhibit _A_
Page _4_ of _5_ pages

# USDA Living Science

Food, Agriculture and Natural Resources Care

- Agricultural Economist
- Agricultural Engineer
- Agronomist
- Animal Nutritionist
- Animal Physiologist
- Aquaculturist
- Biochemist
- Biometrician
- Biological Engineer
- Botanist
- Climatologist
- Ecologist
- Entomologist
- Environmental Scientist
- Fisheries Scientist
- Florist
- Food Process Engineer
- Food Scientist
- Forester
- Geneticist
- Horticulturist
- Hydrologist
- Logging Engineer
- Marine Scientist
- Molecular Biologist
- Naturalist
- Nutritionist/Dietitian
- Plant Pathologist
- Plant Physiologist
- Range Manager
- Remote Sensing Specialist
- Science Writer
- Soil Scientist
- Toxicologist
- Turf Scientist
- Veterinarian
- Viticulturist
- Weed Scientist
- Wildlife Biologist
- Wood Scientist

## Geneticist

*Designer genes.*



Geneticists fall into many categories. Some try to understand how genes work (functional genomics) or where genes are (structural genomics), or they follow the flow of genes between and within populations to understand forces of evolution (population genetics). Some geneticists are breeders (quantitative genetics) who produce superior plants and animals through selective breeding. Molecular geneticists (a new group) create designer genes for production of transgenic plants and animals. Their goal is to improve the efficiency of production and the quality of food and fiber, or to further domesticate animals for improved well-being. The designer genes they create express traits that may not normally exist within the species. Geneticists work with all species (plants and animals) important for commercial agricultural production. Plants they work with include, for example, maize, wheat, soybeans, tomatoes, grapes, and trees. Animals include cattle, sheep, pigs, chickens, fish, and shellfish.

Private corporations hire geneticists to develop such things as new seeds and new varieties of fruit trees, vegetables, grains, and trees. They also employ geneticists to improve breeds and strains of livestock, poultry, and fish. State universities, state, and federal agencies hire geneticists in research, teaching, extension, and regulatory positions. Genetics training is increasingly desirable for those continuing into veterinary and human health professions so that they can understand, diagnose, and treat gene-based diseases.

To be a geneticist, earn a bachelor's degree in animal science, biochemistry, agronomy, plant science, horticulture, poultry science, dairy science, forestry or fisheries and wildlife. Genetics draws heavily from mathematics, biology, statistics, biochemistry, microbiology, and chemistry, so those courses are important. Graduate degrees can lead you to more sophisticated research and development positions.

In high school take as many courses in math, science, and English as possible. Also, take courses in computer science and communications.

Download an 8.5-inch x 11-inch, printable poster for Geneticist.
(downloadable pdf format)
*The second page of the download includes the career description*

Exhibit A
Page 5 of 5 pages