1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF ALASKA
 3
 4     DONALD E. CARLING,          )
 5                                 )Case No. A04-0211 cv (JKS)
 6             Plaintiff,          )
 7                                 )
 8     v.                          )
 9                                 )
10     ANN M. VENEMAN, Secretary,)
11     Department of Agriculture,)
12                                 )
13             Defendant.          )
14     _____)
15
16
17     _____
18
19              DEPOSITION OF DONALD E. CARLING
20
21     _____
22
23
24                    Pages 1 - 102
25            Wednesday, September 14, 2005
26                    9:00 A.M.
27
28
29           Taken by Counsel for Defendant
30                      at the
31          UNITED STATES ATTORNEY'S OFFICE
32          222 West Seventh Avenue, Room 253
33                 Anchorage, Alaska
34
35
36
37
```

Exhibit B

6

1       Q.   Okay.  Did you have any discussions with

2   anyone in the Fairbanks office?

3       A.   There were no administrative people --

4   well, the answer to that is no.  There were no

5   administrative people in the Fairbanks office at that

6   time.

7       Q.   Okay.  Do you recall meeting with

8   Mr. Pantoja before being offered the job?

9       A.   No.

10      Q.   Do you recall going to a restaurant with

11  him and his wife before you were offered the job?

12      A.   No.  I did go to a restaurant with he and

13  his wife, but that was long after I had been offered

14  the job.

15      Q.   When do you think that was?

16      A.   I think sometime in October.

17      Q.   October of what year?

18      A.   '02.  Excuse me.  As I said, I was

19  contacted by phone by Mike Shannon.  He offered me

20  the job by phone.

21      Q.   When was that?

22      A.   Sometime in October.  My first hard-copy

23  record of it is what I have from e-mails, and that is

24  in early November of '02, and by this time, he's

25  asking about start dates.

1        Q.    Okay.

2        A.    I'm not certain if we had negotiated salary

3    by then.  I'm not certain if my grade assessment had

4    been completed by then.  I just -- I don't have

5    written records of those things.  That -- those

6    activities were set in motion by the phone calls, and

7    I don't have any firm recollection of dates back

8    then, and I don't have any hard-copy record of them.

9        Q.    Now, both these activities, then, happened

10   in October of 2002, the dinner with Dr. Pantoja --

11       A.    No, that was in --

12       Q.    -- and the telephone call from Mike

13   Shannon?

14       A.    The dinner with Dr. Pantoja was in -- I

15   believe it was in March of '03, April of '03.  March,

16   I think.

17       Q.    What restaurant did you go to?

18       A.    Pumphouse in Fairbanks.

19       Q.    What was the topic of discussion?

20       A.    It was just a friendly meeting.

21   Friendly -- it was an introductory meeting.

22       Q.    Okay.  Was this a business trip to

23   Fairbanks?

24       A.    I went there to introduce myself to him at

25   Mike Shannon's suggestion.  I knew -- I had learned

1          A.    For?

2          Q.    A grade of 13 or above.

3          A.    Well, if there is a requirement like that,

4     I don't know about it.  I didn't receive an interview

5     myself, and I was assigned a grade of 14.

6          Q.    Between the submission of your application

7     and the telephone call from Mike Shannon, what

8     contact did you have from the Department of

9     Agriculture?

10         A.    Specifically related to that position?

11         Q.    Related to your application.

12         A.    Related to that application.  I don't -- I

13    don't believe I had been contacted at all about the

14    application.  After submitting my application, there

15    may have been contact with clerical people who

16    receive applications and so forth.  I can't recall

17    that.  But there was no -- I'm pretty well certain

18    that I was not contacted by anyone in a -- who would

19    have been connected with hiring until Mike called me

20    that day.  It was unusual, very.

21         Q.    What position did you apply for?

22         A.    I applied for the plant physiology

23    position, which was a part of the germplasm program

24    based in Palmer.  I also applied for a plant

25    pathology position in the same time frame that was

1    being -- that is a part of the integrated pest

2    management program in Fairbanks.  These are all ARS

3    positions.  These both are ARS positions.  And later,

4    I also applied for the research leader position.

5        Q.   When you applied for the research leader

6    position, were you already an employee?

7        A.   No.  All three of these applications were

8    active at the same time.  The research leader

9    position actually was advertised several times.  The

10   first two times, as I recall, there was no

11   substantive change in the job announcement.  The

12   third time it was advertised, the job description had

13   been changed in such a way that I was no longer

14   eligible to apply.

15       Q.   Do you think that was done on purpose?

16       A.   I heard -- I heard just grapevine stuff.  I

17   have no information which would suggest that it was.

18   I can tell you the fundamental change that was made.

19       Q.   What was that?

20       A.   In initial advertisements, the leader

21   position was inclusive of people with a background of

22   experience in plant pathology, entomology, agronomy

23   maybe.  In any case, plant pathology was one of them.

24   In its final form, one had to have a background in

25   entomology in order to apply.

12

1       Q.   Do you consider yourself -- what do you

2   consider yourself of those different categories of

3   scientist that you just listed?

4       A.   My training -- my Ph.D. is in plant

5   pathology.

6       Q.   So would you consider yourself a plant

7   pathologist?

8       A.   Yes, first.

9       Q.   What is a plant pathologist?

10      A.   It's one who studies diseases of plants.

11      Q.   What's your experience with plant

12   pathology -- I mean plant physiology?

13      A.   I've had course work.  I've conducted a

14   number of my studies.  My pathology-based studies

15   involved physiological manifestations.

16      Q.   Did you ever teach plant physiology?

17      A.   No.

18      Q.   When is the last time you did any research

19   in plant physiology?

20      A.   It was a part of my program just like many

21   other things.  The fundamental focus -- when one does

22   research, there has to be a fundamental focus in

23   order to -- and a specialization in order to be able

24   to publish, and my fundamental focus was Rhizoctonia

25   disease of potatoes.

14

1    plant physiology.

2         Q.   When was the last time in your career that

3    you did some research project that was specifically

4    physiology?

5         A.   Specifically physiology?

6         Q.   Right.

7         A.   Oh, it would have been a long time.  I

8    can't recall exactly.

9         Q.   And during your career as a professor, you

10   went to Australia for a sabbatical?

11        A.   Yes.

12        Q.   And how long did that last?

13        A.   Approximately one year.

14        Q.   And what was the purpose of that

15   sabbatical?

16             Off record.

17             (Off record.)

18             MS. LINDQUIST:  On record.

19             THE WITNESS:  The purpose of my sabbatical?

20   BY MS. LINDQUIST:

21        Q.   Correct.  Scientific purpose.

22        A.   Right.  To broaden my knowledge of genetics

23   and techniques used to study genetics.

24        Q.   And how did you go about doing that?

25        A.   I worked with my hosts at the Murdoch

1    University, Dr. Phillip O'Brien, Gordon McNish.  They

2    worked with a variety of molecular techniques, all of

3    which were new to me, various techniques associated

4    with extraction and processing of DNA, increasing DNA

5    molecules that had been isolated and then

6    characterizing the DNA that had been increased.

7        Q.   Did you do any of these experiments by any

8    of this DNA extraction on your own?

9        A.   Oh, yeah.  Oh, yes.  Yes, I did.

10       Q.   Did any publication come out of your year

11   of sabbatical?

12       A.   No.

13       Q.   When you came back, did you continue doing

14   genetic studies?

15       A.   No.

16       Q.   So when did the genetic training end in

17   Australia?

18       A.   May or June of '97.

19       Q.   And why didn't you continue doing it?

20       A.   I was not able to acquire the equipment

21   that I needed to do those things.

22       Q.   Did you know that before you went to

23   Australia?

24       A.   No.

25       Q.   What did you think before you went to

1        Q.    Never used it?

2        A.    Never used it.

3        Q.    Why not?

4        A.    It just wasn't possible for me to pursue

5    it.  I was pushed off in other directions, money was

6    in extremely short supply.

7        Q.    Did it turn out that the equipment you

8    ordered wasn't the right equipment or something?

9        A.    It isn't that it wasn't right.  It just --

10    it's in part that I didn't have everything I needed

11    to pursue this line of research.  There was no

12    administrative support for pursuing this kind of

13    work, and --

14        Q.    How much money did all these key items

15    cost?

16        A.    I think -- I think 20 to $30,000 was spent.

17        Q.    And the equipment was never used?

18        A.    Certainly there wasn't anything useful that

19    came from anything that -- anything useful done by me

20    or anything worthwhile that came from that equipment.

21        Q.    All right.  So after 1997, you didn't do

22    any more genetic work?

23        A.    I didn't do any molecular work.  This is

24    all -- all of the things you're asking about are

25    molecular, not genetic but molecular.  The work that

1    Q.   He didn't work under any particular

2    scientist?

3    A.   Well, like I said, I was pretty new.  I

4    didn't --

5    Q.   You didn't what?

6    A.   Well, I'm trying -- I'm sorry I'm not fast

7    enough.  I'm just trying to think about the

8    relationship that he and I, Nancy, the other member

9    of the group, had.  Nancy wasn't -- Nancy had her

10   project, I had mine, and David had his.  I didn't ask

11   Nancy to do work for me, she didn't ask me to do work

12   for her.

13   Q.   Right.  Nancy is a Ph.D.

14   A.   Yes.  So was David.

15   Q.   Dave is a Ph.D.?

16   A.   Yes.

17   Q.   Did he have his own project?

18   A.   Well, we were three members of the same

19   project.

20   Q.   Okay.

21   A.   As I -- I'm a little bit -- I'm not trying

22   to be difficult, but the way you're describing this

23   is at odds with the way it is, and I can't quite seem

24   to explain.

25   Q.   Okay.  Was this devils' club project

1          MS. LINDQUIST:  Fielding.

2          THE WITNESS:  Dennis Fielding.  He probably

3    is -- I don't remember Dennis' age.  35 to 40.

4    BY MS. LINDQUIST:

5          Q.    Mr. Bechtel?

6          A.    Again, I don't know him very well, but I

7    would say he's -- just based on where he's been, I'd

8    say he's between 50 and 60.

9          Q.    And Dr. Pantoja?

10         A.    Yeah, I don't know.  Mid forties maybe.

11         Q.    Okay.  And when you visited at Fairbanks

12   when you were still employed, did you hear any

13   disparaging remarks about age?

14         A.    I don't recall any, no.  I don't think that

15   I heard any.

16         Q.    Had you heard any grapevine stories that

17   the department liked younger scientists?

18         A.    No.

19         Q.    Did Dr. Pantoja ever tell you anything like

20   that?

21         A.    That he didn't like people who were old?

22         Q.    Yeah.

23         A.    No.

24         Q.    Did he tell you that he preferred younger

25   people?

33

1       A.    He didn't say anything like that.

2       Q.    Okay.  When you were terminated, did you

3    think you were terminated because of your age?

4       A.    I didn't.

5       Q.    At a later date, did you think that you

6    were terminated because of your age?

7       A.    Yes.

8       Q.    And what were the intervening events that

9    caused you to change your opinion?

10      A.    Just thinking about everything that

11   happened.  In the absence of anything else, had to be

12   something.

13      Q.    Okay.  When you're talking about thinking

14   about the things that have happened, that was your

15   interactions with Dr. Pantoja during your period of

16   employment?

17      A.    Yes.  In the termination letter he referred

18   to some things that have only recently been more

19   finely pinpointed.  I could only guess exactly what

20   it was that he was talking about.  But the more I

21   thought about it and the more I studied it, the

22   clearer it became this had to be the reason.

23      Q.    Age had to be the reason; is that correct?

24      A.    Yes.  Yes.

25      Q.    Okay.  Now, what in the term letter are you

1    referring to?

2           A.    Do you have a copy of it?  I can --

3                 MS. LINDQUIST:  Off record.  I'll find it.

4                 (Off record.)

5                 (Exhibit 1 marked.)

6    BY MS. LINDQUIST:

7           Q.    Dr. Carling, can you take your pen and mark

8    the areas that you were talking about --

9           A.    Okay.  I'll --

10          Q.    -- about how you read the letter and then

11   these are the things that were mysterious to you and

12   then later became more clarified.

13          A.    (Complies.)

14          Q.    On Exhibit 1, you've marked the areas from

15   the second -- the third sentence -- the third

16   paragraph, the third sentence, "Recently," until the

17   end of that paragraph with "germplasm"?

18          A.    Um-hum.

19          Q.    Can you tell me what about this letter

20   indicated to you that age had something to do with

21   your termination?

22          A.    Well, as I said, none of this made sense

23   upon my first reading or second reading.  It just

24   didn't make sense.  I was not unresponsive.  All of

25   the other things he said, and this has been borne out

1      as I thought it through and looked at my own records,

2      aren't true.  The claims he made about my failures in

3      activities related to the -- what he's calling the

4      research plan here but was actually the prospectus

5      that we were all working on, were not as he describes

6      them.  He presents an environment where he was

7      seeking my input and I was doing everything I could

8      to avoid doing what he asked and ignored doing what

9      he asked, and that's not the case at all.

10             So everything he's saying that was reason

11     for my termination doesn't wash.  It just -- it

12     simply isn't true.

13         Q.   How about the conversation on September

14     23rd at 10:00 a.m.?  Did you understand you had to

15     have a -- you had to have a revision to him by the

16     end of the day?

17         A.   Yes, and I believe I submitted all

18     revisions to meet all deadlines, best I could, all

19     the way through this process, which actually ran

20     from --

21         Q.   So at the end of the day on September 23rd,

22     you submitted your revised prospectus?

23         A.   I can't remember that specific one without

24     looking at my records, but this process of revising

25     prospectus ran from the first days of September all

37

1          Q.    Okay.  Have you produced that to your

2     attorney?

3          A.    I don't think he has copies of --

4          Q.    Okay.  Can you please?  And then he can

5     provide them to me.

6          A.    I don't know that I have that with me

7     today.

8          Q.    Later, within 30 days.

9          A.    Sure.

10         Q.    Okay.  So your opinion is all this is

11    incorrect, that Dr. Pantoja is wrong?

12         A.    With minor exceptions, yes.

13         Q.    Okay.  Now, why is he wrong because of age

14    discrimination?

15         A.    Why is he wrong because of age

16    discrimination?  Why is he wrong because of age

17    discrimination?

18         Q.    Why does age have anything to do with the

19    fact that he's wrong here?

20         A.    I believe that the reason he treated me in

21    the way that he did was because of my age and

22    experience.

23         Q.    Why did you come to that conclusion?

24         A.    For the lack of any other conclusion, I

25    guess.  As I said, when he delivered this letter to

1    me it was like a bolt out of the blue.  I --

2          Q.    Okay.  And what didn't he like about your

3    experience?

4          A.    I don't know.  I don't know specifically.

5          Q.    If you don't know, why did you conclude

6    that that's one of the reasons?

7          A.    I don't know what to say to that.  It's

8    just that he -- I just don't believe he likes people

9    with experience of the sort that I have.

10          Q.    Well, is it more your experience in the

11    field than your age?

12          A.    Experience comes with age.

13          Q.    What about your experience wouldn't he

14    like?

15          A.    This is hard to express, but someone

16    said --

17          Q.    Who is that person?

18          A.    I don't know right offhand, but it would

19    have been someone in the group, Fairbanks or Palmer.

20    There was some discussions of these kinds of things.

21    Said that if Alberto doesn't know something, nobody

22    knows it.

23          Q.    What did that mean?

24          A.    That means that if you know something he

25    doesn't know and don't keep it to yourself, it could

42

```
1          A.    Didn't like me.  Yeah, I don't think he

2    liked me, but I don't think that was an issue.

3          Q.    So what was the issue?

4          A.    I don't know.  This is a very puzzling

5    thing.  I don't know.

6          Q.    There are two positions.  I'm going to mark

7    these both.  Okay.  Exhibits 2 and 3.

8                (Exhibits 2 and 3 marked.)

9          Q.    After you were terminated, you applied for

10   positions with the Department of Agriculture again?

11         A.    The plant pathology position, Exhibit 3, is

12   one I had applied for at the same time I had made

13   initial applications for the leader position and the

14   physiology position.  I believe that that application

15   was the one -- was still the one on file.  I was

16   still a candidate for that.  That position had never

17   been filled.  It was a new position.  It had not ever

18   been filled.

19               So my application for the pathology

20   position -- and again, there may have been some

21   correspondence between me and the recipients of

22   applications in personnel offices, things of that

23   sort, but I believe that my initial application way

24   back when would have been the one that was still

25   active at this time.
```

1    study might be more qualified for this --

2        A.    It's possible.

3        Q.    -- position?  Did you think you had a

4    chance to get a position when you had just been

5    terminated by the Department of Agriculture?

6        A.    Yes.

7        Q.    Why is that?

8        A.    I guess I'm hopeful, a hopeful person.

9        Q.    Did you discuss applying for this job with

10   anybody, friends or family?

11       A.    No.

12       Q.    Did you tell your wife you were applying

13   for another position with the Department of

14   Agriculture?

15       A.    Oh, I suppose my wife and I would have

16   discussed it, yes.

17       Q.    Did she have any comments about it?

18       A.    She told me to do it.

19       Q.    Did you think that the fact that you had

20   just been terminated from the position would have an

21   effect on your ability to be hired, rehired for the

22   position?

23       A.    I thought it might.

24       Q.    Why?

25       A.    Why did I think it might?

45

1          Q.    Yes.

2          A.    Well, it seemed to me that it would be an

3     obstacle to overcome.  I didn't think it impossible.

4          Q.    Why is that?

5          A.    Like I said, I was hopeful that reason

6     would prevail, that good sense would prevail.

7          Q.    Did you know that the -- that you were

8     being considered for the plant pathologist position?

9     I mean, what did you think about that?  Maybe that's

10    a better question.  What did you think about that?

11         A.    At what time?

12         Q.    After you were terminated.

13         A.    So could you ask the question again,

14    please.

15         Q.    Did you even think this was a live

16    application, the application that you had made almost

17    a year prior?

18         A.    Oh, yeah.  Yeah.  Yeah.  I would need to go

19    back and check details, but those -- these searches

20    just go on and on.  You would be amazed.

21         Q.    Okay.  So after you were terminated, did

22    you think that your application for the plant

23    pathologist position was active?

24         A.    Yes.  I had no reason to think it wasn't.

25    I knew the position hadn't been filled.  I had

50

1   had made the decision to terminate you?

2       A.   Yes.

3       Q.   Did you think he had consulted with anybody

4   about this decision?

5       A.   Oh, I think he made his case and his

6   supervisors went along with him, but I think in spite

7   of his protestations about it being an agency

8   decision and never referring to any of it as I did

9   this or I did that but rather we did this and the

10   agency did that, it all goes back to him and the

11   things that he has said and the things that he has

12   observed and the judgments that he has made.

13       Q.   But you weren't surprised when the person

14   who terminated you didn't interview you for a new

15   job?

16       A.   I thought he would almost have to based on

17   my qualifications.  In addition, I got a -- I

18   presented a question to the ARS personnel office

19   in -- I guess that's in Beltsville.  Vicki Hanbury is

20   the one who responded to my question.

21       Q.   What was it?

22       A.   She said --

23       Q.   The question.

24       A.   I think I've been wrongly terminated.  This

25   doesn't seem right.  I don't seem to have any

1    than all of those people --

2        A.    Yes.

3        Q.    -- who applied?  And you did realize that

4    this plant pathologist job would be in Fairbanks?

5        A.    Yes.

6        Q.    And you realized it would be working more

7    closely with Dr. Pantoja?

8        A.    Yes.

9        Q.    And that didn't bother you?

10       A.    No.

11       Q.    Did you think Dr. Pantoja might have some

12   reservations about hiring somebody he had terminated?

13       A.    Yes.

14       Q.    And what would those reservations be, did

15   you think?

16       A.    Oh, I don't know.  He would know better

17   than me on that.  But it's reasonable to assume that

18   he would have negative feelings toward me, that it's

19   reasonable to assume that the feelings he had related

20   to my position in Palmer would carry over, but I

21   don't think -- I didn't think he was free to do that.

22   I thought he had to judge me based on my

23   qualifications.

24       Q.    All right.  Now, on the Palmer job, which

25   is Exhibit No. 2, did you apply for that after you

1    were terminated?

2         A.    Yes.

3         Q.    Did you submit a new application?

4         A.    Yes.

5         Q.    Did you change your resume to reflect that

6    you were no longer working for the university?

7         A.    I believe I did, yes.

8         Q.    And did you change your resume to reflect

9    that you had worked for the Department of Agriculture

10   for five months?

11        A.    I don't believe I added that part.

12        Q.    Why not?

13        A.    It just slipped my mind.

14        Q.    That was your most current experience at

15   the time you revised your resume?

16        A.    I didn't include that part.

17        Q.    Did you include -- did you not include it

18   on purpose because you had been terminated from the

19   job?  I just --

20        A.    Yeah, I can't recall my exact thinking.  I

21   didn't think there would be any confusion about where

22   I had been in view of the fact that Alberto was there

23   and knew.  I didn't misrepresent my university

24   service, but I did not include mention of my ARS

25   service.

59

```
1          Q.   Were you embarrassed because you had been

2     terminated?

3          A.   Yes.

4          Q.   Is that one of the reasons you didn't

5     include it?

6          A.   I wouldn't say so, no.

7          Q.   Just slipped your mind?

8          A.   It didn't really slip my mind.  I just

9     didn't do it.  I guess I was embarrassed.

10         Q.   The job advertised, was it the same job

11    that you had had before?

12         A.   Is this --

13         Q.   The Palmer job.

14         A.   No, but is this the final job description?

15    Is this the final ad?

16         Q.   I believe so.

17         A.   Because these things change in subtle ways.

18         Q.   Right.  This was application postmarked by

19    February 17, 2004.

20         A.   So this is the final one?

21         Q.   To the best of my knowledge, it's one of

22    the or it may be the final one.

23         A.   You see --

24         Q.   The February 17, 2004.

25         A.   The reason I'm asking this question is that
```

69

1     Q.   And would a Ph.D. in genetics possibly have

2     more experience in the genetic part of it than you?

3     A.   Could.

4     Q.   Okay.  So is it fair to say for this

5     particular job in Palmer, that the match between

6     pathologists and this job description isn't as close

7     a fit as the job in Fairbanks, which was for a

8     pathologist?

9     A.   That could be.

10    Q.   Now, do you consider age and experience the

11    same thing?

12    A.   They're connected, I believe.

13    Q.   So --

14    A.   You can become old without being

15    experienced, I suppose, but there's certainly a

16    relationship that I can see.

17    Q.   So is it fair to say that you perceive

18    that -- perceive, not know.  Perceive that Dr.

19    Pantoja was threatened by experienced scientists?

20    A.   I think -- I think that's probably true.

21    In my case, anyway.

22    Q.   Were there other experienced scientists

23    that were already hired in the department before you

24    were fired, terminated?

25    A.   Each of them had their own experiences,

70

1    yes.

2          Q.    Did anybody have experience with potatoes?

3          A.    In Palmer?

4          Q.    Palmer or Fairbanks.

5          A.    No.

6          Q.    What did Nancy have experience in?

7          A.    She's a virologist, a plant virologist.

8    The bulk of her research experience I believe is

9    related to investigations connected with different

10   plant pathogenic viruses.  She has a molecular

11   expertise.

12         Q.    Have you applied for any jobs other than

13   the one that you applied for before you were

14   terminated and the one that you applied for after you

15   were terminated with the USDA?

16         A.    No.

17         Q.    Have you sought out any position?

18         A.    Yes.

19         Q.    Can you tell me about that?

20         A.    There is a weekly Internet-based listing of

21   jobs available in the USDA that I monitor.

22         Q.    Are you only looking for jobs in Alaska?

23         A.    Not necessarily, but it certainly would be

24   advantageous if I found something here.

25         Q.    Have you applied for any positions outside

94

```
 1    identifying differences amongst individuals is being
 2    able to create categories into which similar
 3    individuals fit.  The genus itself -- or the species
 4    itself is a conglomeration of many different things
 5    that are thrown together for lack of understanding.
 6        Q.   Okay.  Now, going to the molecular part of
 7    this, the molecular investigation.  That's -- the
 8    molecular level of a plant.  That's something that
 9    you don't do; is that correct?
10        A.   That's something that I -- yes, I didn't
11    do.
12        Q.   Do you know, did Ms. Winton do that?
13        A.   I believe she does that.
14        Q.   Okay.  Is that part of the pathology rather
15    than physiology part of --
16        A.   Well, molecular evaluations can be part of
17    any kind of study, pathology, physiology.
18        Q.   So if you graduate as a physiologist, a
19    plant physiologist, you're also expected to be able
20    to do the research on a molecular level?
21        A.   Well, people who graduate these days are
22    all molecular.
23        Q.   Okay.  They all are?
24        A.   Practically.  That's an exaggeration, but
25    that's a criticism of the system of training today.
```

95

```
 1          Q.    And what would be the difference between a

 2     physiology -- physiologist and a geneticist within

 3     the plant world of research?

 4          A.    It would depend on what kind of -- what the

 5     name of the department he came out of was.  If he

 6     comes out of a genetics department, he's a

 7     geneticist.  If he comes out of a plant physiology

 8     department, he's a physiologist.

 9          Q.    What's the emphasis from a genetic

10     department?  Is that DNA?

11          A.    These days?  Absolutely.  I don't think you

12     could come out of a genetic -- I don't think you

13     could come out of a physiology department without

14     being able to do that stuff today.

15          Q.    Is it important in plant research?

16          A.    If you want to get funding.

17          Q.    Now, you talk about medicinal uses of

18     devils' club.  Is any of this related to sexual

19     enhancement?

20          A.    You know, it could be, but I don't think

21     that that -- I don't think -- devils' club is more

22     like ginseng.  It's for the common cold.  It's for

23     aches and pains and things like that.  There are

24     other things that fall into this sexual enhancement

25     area, like reindeer horn or whatever it is, and
```