

**United States Department of Agriculture**

Research, Education, and Economics
Agricultural Research Service

| | |
|---|---|
| **POSITION APPLIED FOR** *(Title, Series, Grade)* Research Plant Pathologist/ GS-0434-12/13 | |
| **LOCATION** Fairbanks, AK | |
| **ANNOUNCEMENT NUMBER** ARS-X3W-3322 | |
| **DATE RECEIVED** Postmarked December 5, 2003 | |

To: Donald E. Carling
Po Box 2796
Palmer, AK 99645

**Status of your application for the above vacancy:**

❏ This notice serves to acknowledge receipt of your application for the above position. You will receive further information when recruitment is completed. This may take up to 6 months.

❏ Additional information is required. Submit _____ by _____.

❏ Your application was not considered because:

  ❏ Your application was not received / postmarked by the closing date.

  ❏ You are not within the Area of Consideration specified in the announcement.

  ❏ This vacancy is not open to the public. Consideration is restricted to current or former Federal employees with civil service status (transfer or reinstatement eligibility).

  ❏ This vacancy is open to persons in the Career Transition Assistance Program ONLY and consideration is restricted to displaced Federal employees or USDA surplus employees.

  ❏ You did not indicate US citizenship. US citizenship is required for this position.

  ❏ You did not meet the time in grade requirements and cannot be considered.

  ❏ You did not submit all of the required information/documents:
    ❏ Transcript
    ❏ Narrative response to KSAs, selective placement factors, or quality ranking factors
    ❏ Other: _____

☒ You were found eligible and referred for consideration, but another qualified candidate was selected.

❏ You were eligible but not high enough to be referred for consideration.

❏ You were not rated eligible because your application does not show that you meet the minimum experience and/or education requirements, or that you have the required knowledges, skills, and abilities, or selective placement factors, as described in the announcement.

❏ A surplus USDA employee or displaced Federal employee was selected, as required by regulations.

❏ Recruitment has been postponed and the position will not be filled at this time.

❏ Other: _____

_____            _____
Servicing Specialist                                        Phone Number
Human Resources Division                                              Form 212



Exhibit C

FBK0000000068

## QUALIFICATIONS ANALYSIS SHEET

*El—6-12*

| APPLICANT'S NAME: Donald Carlino | ANNOUNCEMENT NUMBER: ARS-X3W-3322R POSITION TITLE, SERIES, AND GRADE(S): Research Plant Pathologist, GS-434-12/13 |
|---|---|

**PRELIMINARY SCREENING** (*check all that apply*)   *AMP Official Quality*

| | | |
|---|---|---|
| ✓ Postmarked/Received by Closing Date | ___ Within Area of Consideration | ___ Submitted Perf. Appraisal (MP/AMP Only) |
| ✓ No Govt. Envelope/Fax Used | ✓ Claims Veteran Preference 5 pts. | |
| ✓ U.S. Citizen | ___ Submitted Transcript/List of College Courses | ___ KSA'S/SPF'S (Optional) |

**QUALIFYING EXPERIENCE**

| DATES | | TYPE OF EXPERIENCE (Position title, series, grade) | SPECIALIZED EXP. | | | GENERAL EXP. | |
|---|---|---|---|---|---|---|---|
| FROM | TO | | YEARS | MONTHS | GRADE LEVEL | YEARS | MONTHS |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL EXPERIENCE: | | | | | | | |

**QUALIFYING EDUCATION** — Yes

| DEGREE (HS, BA, MA, PhD) | MAJOR | MEETS BASIC SEM./QTR. HR. REQUIREMENTS (YES OR NO) | MEETS DIRECTLY RELATED REQUIREMENTS (YES OR NO) |
|---|---|---|---|
| Ph-D | Plant Pathology | 1975 | |
| | | | |
| | | | |

**FINAL DETERMINATION**

| GRADE | MEETS TIME-IN-GRADE | MEETS BASIC QUALS | MEETS SPF'S | MEETS QUALITY CRITERIA/ QUALITY RANKING FACTORS | REFER YES/NO |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**REMARKS:**  meets spec. exp. Has several publications

_____
Name and Title of Qualifications Examiner

*1-7-04*
Date

Donald E. Carling
PO Box 2796
Palmer, AK 99645

December 4, 2003

USDA, Agricultural Research Service
Human Resources Division
ATTN: ARS-X3W-3322 **R**/Western Services Branch
5601 Sunnyside Avenue
Beltsville, MD 20705-5106

To whom it may concern:

Please accept this application for the position entitled "Research Plant Pathologist",
GS-434-12/13, to be located at the Subarctic Agricultural Research Unit, Fairbanks,
Alaska.  The announcement number for this position is ARS-X3W-3322 **R**.

My contact information is as follows:  Daytime phone--(907) 376-6255, evening phone--
(907) 376-6255 and e-mail address <carling@mtaonline.net>

My social security number is                `, I am a veteran of the U.S. Army and a
citizen of the United States.

Enclosed with this letter of application are copies of my personal vita, university
transcripts, MS abstract, PHD abstract and  DD-214.

**Basic Requirements:**

My undergraduate training is in general biology and includes courses in biological
sciences dealing with both plant and animal, including insect, systems.  My PHD is in
plant pathology and my graduate course work centered on that specialty.  Enclosed are
transcripts that include a listing of all courses at the undergraduate and graduate
levels.  Along with other writings, I have authored or coauthored 47 refereed journal
articles, 10 refereed plant disease notes and five book chapters.  I have also written
numerous grower oriented and similar more popular types of articles aimed at
constituent groups and other stake holders.  Details relating to my background
education and experience may be found in the enclosed copy of my personal vita.

From 1981 until my retirement in 2003, I was a Principal Investigator (PI) and led a
basic and applied research program  in plant pathology and horticulture at the
University of Alaska, Agricultural and Forestry Experiment Station in Palmer, Alaska.

1

FBK0000000070

Applied research included variety evaluation, fertilization, weed control, irrigation, disease control, seed handling and other topics relating to field production of potatoes and leafy vegetable species grown commercially in Alaska, including head, romaine and leaf lettuce; crucifers such as cabbage, cauliflower and broccoli; carrot and radish. Disease control research included evaluation of chemical and biological control agents and also study of management tactics used in disease control including timing and amount of irrigation, varietal resistance, plant spacing and crop rotation. All applied research projects were selected based on grower needs and requests. Most of the applied research was done in the field under general practices used by Alaska's commercial potato and vegetable producers. This applied research program has given me first-hand experience with most aspects of field crop production, harvest and storage in the subarctic as well as with many of the species and varieties of crops adapted to this region.

The primary focus of my basic research program has been the taxonomy, virulence and control of *Rhizoctonia solani*, a soil-borne basidiomycetous fungus that attacks hundreds of species of domesticated and wild plants. Although *R. solani* is found world wide, some subsets of the species are especially well adapted to the subarctic and are highly pathogenic on plants that grow there. I began my research on *R. solani* with a virulence and taxonomic characterization of isolates recovered from local soils. More recently, this research has expanded to include taxonomic characterization and virulence assessment of *R. solani* isolates collected from various locations around the world. Over the years, methods used to identify operational taxonomic units within *R. solani* have evolved from evaluation of morphological, pathological and cultural to biochemical, physiological and finally molecular characteristics. One of my recently published research papers on this topic compares hyphal anastomosis reactions (a traditional method of taxonomic grouping) with taxonomic grouping based on rDNA-ITS sequences. This research showed that traditional and molecular systems of group identification parallel one another, thus connecting a genotypic and phylogenetic explanation to grouping based on hyphal anastomosis, a phenotypic characteristic. One conclusion of this research is that rDNA-ITS sequencing is a reliable and unambiguous equivalent to, and perhaps at some future time an improved replacement for, traditional methods of taxonomic grouping of *R. solani*.

Certain strains of *Rhizoctonia* are known to protect test plants from attack by some root pathogens and some of these strains have been tested and are in various stages of development for commercial application in the field. Also, various strains of *R. solani* are being evaluated for use as biocontrol agents against noxious and invasive weeds and one day may be of practical use in this application. Weeds have always been and are a serious and persistent problem for vegetable and grain farmers in Alaska. Additionally, noxious and invasive weeds are an ever expanding problem on some of Alaska's public and park lands. Key to continued progress in the study of *R. solani* as

2

FBK0000000071

a disease and weed control bio-agent is a thorough understanding of the extent of variability within *R. solani* as well as biological and behavioral differences that can be used to identify these subspecific groups. My many years of research with *R. solani* has given me this base of knowledge.

In recognition of the significance of my research on *R. solani*, I have presented invited addresses at International Rhizoctonia symposia held in Holland (1995) and Taiwan (2000), and also at the International Rhizoctonia Workshop held in conjunction with the International Congress of Plant Pathology in Christchurch, New Zealand in 2003.

**Specific Response to Specialized Experience Requirements:**

**1.** As a research project leader and PI at the University of Alaska's Agricultural and Forestry Experiment Station, it was my responsibility to manage the budget, select and articulate goals and each year establish priorities for projects proposed by my University supervisors, the Alaska Division of Agriculture, potato and vegetable growers and occasionally other state or federal agencies. Projects were prioritized based on feasibility, need, applicability and source of the request. For 20 years, I was the only plant pathologist/horticulturist in south-central Alaska and in that time there always were many more projects to do than time and resources allowed. Constant attention was paid to identifying and selecting the most needed and the most doable projects while concentrating on maximizing the return for expended financial, physical and human resources. In addition to research sponsored by the State of Alaska, I managed various soft money accounts (USDA, NSF, State of Alaska) that required regular budgetary reporting and the meeting of time lines. Over the past 22 years, I have had a continuous journal publication record for basic and applied research at the Alaska Agricultural and Forestry Experiment Station and, at the same time, have provided consistent and quality service to the agricultural and natural resource community. This attests to successful prioritization of projects and effective management of budget and other resources. My publication record also attests to proven skills in planning, designing, and completing research as well as in analysis and publication of this research.

**2.** I spent a sabbatical year (1996-97) at Murdoch University in Perth, Western Australia working at the bench to perfect techniques for extracting and purifying *R. solani* DNA for analysis and to learn some of the basic methods used in molecular evaluation of *R. solani*, including RFLP and RAPD-PCR. In addition, I 1) observed and assisted with AFLP analyses and sequencing of DNA from wheat, a project in which genes for disease resistance and processing quality were being sought and 2) generated protoplasts of *R. solani* for the purpose of producing homokaryotic isolates of that fungus. These experiences have provided me a thorough understanding of the techniques listed and have enabled me to establish and continue productive

3

FBK0000000072

partnerships with molecular biologists. Application of these and other molecular techniques can be found in methodologies that are being developed and increasingly being used to detect and/or quantify plant pathogens. These developments have added and will continue to add new power and dimension to epidemiological studies of *R. solani* and other soilborne pathogens.

**3.** One must form research teams and working partnerships with other project leaders to function most effectively and efficiently as a researcher. Over the years I have been successful in forming such partnerships with other plant pathologists and with scientists in other disciplines, both at the University of Alaska and at other research locations around the world. In addition to cooperative arrangements with scientists in nine states in the USA, I have collaborated in conducting and publishing research with plant pathologists from Australia, Canada, Japan, Mexico and South Africa. In addition to plant pathologists, I have partnered with nematologists, horticulturists, vegetation ecologists, agronomists, foresters and soil scientists in conducting and publishing research results useful to the scientific community at large, Alaska farmers and other sub-arctic interest groups. A listing of published evidence of these partnerships can be found in my vita. As an ARS research plant pathologist, I would expect to develop partnerships with research emphases dictated by program needs.

**4.** Specific examples of skill and experience with design and analysis of data generated in research projects can be drawn from my list of journal publications. I have published results of experiments carried out in the field, laboratory and growth chamber in plant pathology as well as various aspects of general vegetable crop production. My research over the years has also at times involved biocontrol systems (endomycorrhizal fungi as biological agents of disease control) as well as management techniques (plant spacing, irrigation amounts and intervals) aimed at minimizing disease while also minimizing fungicide use. I am well grounded in the purposes and principles of integrated pest management (IPM).

The paragraphs above, along with my vita and transcripts, illustrate some strengths and skills I would bring to the position of Research Plant Pathologist at the Subarctic Agriculture Research Unit . I am confident that my 22 years of experience as a faculty member at the University of Alaska plus: 1) my intimate knowledge of Alaska's agricultural industry; 2) my technical training and extensive research experience as a plant pathologist and general plant scientist; 3) my familiarity with Alaska's climate and its effects on personnel, facilities and equipment would enable me to be a strong and effective member of the Subarctic Agriculture Research Unit.

Thank you for considering my application for the research plant pathology position at the Subarctic Agriculture Research Unit in Fairbanks, AK. Please feel free to contact the references listed below:

4

Dr. Marc A. Cubeta
Department of Plant Pathology, North Carolina State University
Center for Integrated Fungal Research
840 Main Campus Drive, Partners II, Box 7567, Raleigh, NC 27695
Phone: (919) 513-0022

Dr. Anthony Nakazawa, Director, Cooperative Extension Service
University of Alaska Fairbanks, PO Box 756180
Fairbanks, AK 99775
Phone:(907) 474-7246

Dr. Stephen Neate
Department of Plant Pathology, P.O. Box 5012
North Dakota State University, Fargo, ND 58105
Phone (701) 231-7078

Mr. Bernard VanderWeele
VanderWeele Potato and Vegetable Farms, Box 461
Palmer, AK 99645
Phone (907) 745-3597

Dr. James L. Walworth, Soils Specialist, Soil, Water and Environmental Science
429 Shantz Building #38, University of Arizona
Tucson, AZ 85721
Phone: (520) 626-3364

Please let me know if any additional information is needed to complete this application.

Sincerely,

Donald E. Carling
Professor of Plant Pathology/Horticulture, Ret.

5

FBK0000000074

PERSONAL VITA

DONALD E. CARLING

PO Box 2796
Palmer, AK 99646
Phone: (907) 376-6255
E-Mail: <carling@mtaonline.net>

| Index: | | page |
|---|---|---|
| I. | Educational data: | 1 |
| II. | Work experience: | 1 |
| III. | Professional Societies and Organizations: | 1 |
| IV. | Invited Presentations: | 2 |
| V. | Publications: | |
| | A. Journal articles (blind juried): | 2 |
| | B. Short papers and notes (blind juried): | 4 |
| | C. Book chapters: | 4 |
| | D. Peer reviewed articles: | 4 |
| | E. Proceedings: | 6 |
| | F. Research contract reports: | 6 |
| | G. Abstracts: | 6 |
| | H. Other: | 9 |

## I. EDUCATIONAL DATA:

| 1967 | BA | St. Cloud State University |
| | | St. Cloud, MN |
| | | Major: Biology |

1967 BA — St. Cloud State University, St. Cloud, MN, Major: Biology

1969 MS — University of Missouri-Columbia, Columbia, MO, Major: Plant Pathology

1975 PHD — University of Missouri-Columbia, Columbia, MO, Major: Plant Pathology

## II. WORK EXPERIENCE:

7-91 to present — Professor of Horticulture, University of Alaska, Agricultural & Forestry Experiment Station, 533 East Fireweed, Palmer, Alaska 99645

7-86 to 7-91 — Associate Prof. of Horticulture, University of Alaska

9-81 to 7-86 — Assistant Prof. of Horticulture, University of Alaska

4-80 to 9-81 — Plant Pathologist, Virginia Truck and Ornamentals Res. Stn., l444 Diamond Springs Road, Virginia Beach, Virginia 23455

1-79 to 4-80 — Post-doctoral Research Associate, Department of Plant Pathology and Genetics, University of Georgia, Athens, Georgia 30602

4-78 to 1-79 — Visiting Assistant Professor of Microbiology, Institute of Biology and Geology, University of Tromso, Tromso, Norway

## III. PROFESSIONAL SOCIETIES AND ORGANIZATIONS:

A. American Potato Association
B. American Institute of Biological Sciences
C. American Phytopathological Society
D. American Society of Horticultural Science
E. Gamma Alpha Graduate Science Society
F. Society of Sigma Xi

FBK0000000075

2

IV. <u>INVITED PRESENTATIONS</u>:

  A.  Carling, D.E. 1981. Anatomy and physiology of vesicular-arbuscular and non-mycorrhizal roots. Presented at the American Phytopathological Society Symposium on Mycorrhizae, New Orleans, LA, USA.

  B.  Carling, D.E. 1995. Grouping strains of *Rhizoctonia solani* by hyphal anastomosis. Presented at the Second International Symposium on Rhizoctonia. Noordwijkerhout, The Netherlands.

  C.  Carling, D.E. 2000. Anastomosis groups and methods of identifying subsets within anastomosis groups. A keynote address at the Third International Rhizoctonia Symposium, Taichung, Taiwan.

  D.  Carling, D.E. 2002. Relationship between hyphal anastomosis and other current methods of grouping isolates of *Rhizoctonia solani*. To be presented at the International Rhizoctonia Workshop held in conjunction with the International Congress of Plant Pathology Meeting, Christchurch, NZ.

V. <u>PUBLICATIONS</u>:

  A. Journal Articles (blind juried):

  1.  Carling, D.E., M.F. Brown, and D.F. Millikan. 1976. An ultrastructural examination of the *Puccinia graminis-Darluca filum* host-parasite relationship. Phytopathology 66:419-422.

  2.  Carling, D.E., J.A. White, and M.F. Brown. 1976. The influence of fixation procedure on the ultrastructure of the host-endophyte interface of vesicular-arbuscular mycorrhizae. Can. J. Bot. 55:48-51.

  3.  Carling, D.E., and D.F. Millikan. 1977. Some physiological changes in *Vinca rosea* L. associated with mycoplasma-like disorders. Plant and Cell Physiol. 18:1379-1381.

  4.  Carling, D.E., and D.F. Millikan. 1977. Banded filaments associated with the aster yellows MLO in *Vinca rosea* L. Can. J. Micro. 24:1417-1418.

  5.  Carling, D.E., W.G. Riehle, M.F. Brown, and D.R. Johnson. 1978. Effects of a vesicular-arbuscular mycorrhizal fungus on nitrate reductase and nitrogenase activities in nodulating and non-nodulating soybeans. Phytopathology 68:1590-1596.

  6.  Carling, D.E., M.F. Brown, and R.A. Brown. 1979. Colonization rates and growth responses of soybean plants infected by vesicular-arbuscular mycorrhizal fungi. Can. J. Bot. 57:1769-1772.

  7.  Luedders, V.D., D.E. Carling, and M.F. Brown. 1979. Effect of soybean plant growth on spore production by *Glomus mosseae*. Plant and Soil 53:393-397.

  8.  Carling, D.E., and M.F. Brown. 1980. Growth and yield response of soybean to colonization by vesicular-arbuscular mycorrhizal fungi. Soil Sci. Soc. Am. J. 44:528-532.

  9.  Carling, D.E., and M.F. Brown. 1982. Anatomy and Physiology of vesicular-arbuscular and non-mycorrhizal roots. Phytopathology 72:1108-1114.

  10.  Carling, D.E. 1984. Some insect associates of the pinewood nematode in eastern Virginia. Can. J. For. Res. 14:826-829.

  11.  Carling, D.E., and R.H. Leiner. 1986. Isolation and characterization of *Rhizoctonia solani* and binucleate *R. solani*-like fungi from aerial stems and subterranean organs of potato plants. Phytopathology 76:725-729.

  12.  Carling, D.E., K.M. Kebler, and R.H. Leiner. 1986. Interaction between *Rhizoctonia solani* AG-3 and twenty seven plant species. Plant Dis. 70:577-578.

  13.  Carling, D.E., R.H. Leiner, and K.M. Kebler. 1986. Characterization of *Rhizoctonia solani* and binucleate rhizoctonia-like fungi collected from Alaskan soils with varied crop histories. Can. J. Plant Pathol. 8:305-310.

  14.  Carling, D.E., R.H. Leiner, and K.M. Kebler. 1987. Characterization of new anastomosis group (AG-9) of *Rhizoctonia solani*. Phytopathology 77:1609-1612.

  15.  Carling, D.E., R.W. Roncadori, and R.S. Hussey. 1989. Interactions of vesicular-arbuscular mycorrhizal fungi, root knot nematode, and phosphorus fertilization on soybean growth and yield. Plant Dis. 73:730-733.

  16.  Carling, D.E., R.H. Leiner, and P.C. Westphale. 1989. Symptoms, signs and yield reduction associated with rhizoctonia disease of potato induced by tuberborne inoculum of *Rhizoctonia solani* AG-3. Am. Potato J. 66:693-701.

  17.  Carling, D.E., and C.H. Dearborn. 1989. IditaRed; A tough skinned red potato for the cold soils and short growing seasons in Alaska. Am. Potato J. 66:741-746.

  18.  Carling, D.E., D.J. Helm, and R.H. Leiner. 1990. In vitro sensitivity of *Rhizoctonia solani* and other multinucleate or binucleate *Rhizoctonia* to selected fungicides. Plant Dis. 74: 860-863.

  19.  Carling, D.E., and R.H. Leiner. 1990. Effect of temperature on virulence of *Rhizoctonia solani* and other *Rhizoctonia* on potato. Phytopathology 80: 930-934.

  20.  Carling, D.E., and R.H. Leiner. 1990. Virulence of isolates of *Rhizoctonia solani* AG-3 collected from potato plant organs and soil. Plant Dis. 74:901-903.

FBK0000000076

3

21. Carling, D.E., and S. Kuninaga. 1990. DNA base sequence homology in *Rhizoctonia solani* Kuhn: Inter and intragroup relatedness of anastomosis group-9. Phytopathology 80:1362-1364.

22. Griffith, M., and D.E. Carling. 1991. Effect of plant spacing on broccoli yield and hollow stem in Alaska. Can. J. Plant Sci. 71:579-585.

23. Walworth, J.L., D.E. Carling, and G.J. Michaelson. 1992. Nitrogen sources and rates for direct seeded and transplanted head lettuce. Hortscience 27:228-230.

24. Helm, D.J., and D.E. Carling. 1993. Use of soil transfer for reforestation on abandoned mined lands in Alaska. 1. Effects of soil transfer and phosphorus on growth and mycorrhizal formation by *Populus balsamifera*. Mycorrhiza 3:97-106.

25. Helm, D.J., and D.E. Carling. 1993. Use of soil transfer for reforestation on abandoned mined lands in Alaska. II. Effects of soil transfers from different successional stages on growth and mycorrhizal formation by *Populus balsamifera* and *Alnus crispa*. Mycorrhiza 3:107-114.

26. Stevens-Johnk, J., R.K. Jones, H.D. Shew, and D.E. Carling. 1993. Characterization of populations of Rhizoctonia solani AG-3 from potato and tobacco. Phytopathology 83: 854-858.

27. MacNish, G.C., D.E. Carling, and K.A. Brainard. 1993. Characterization of *Rhizoctonia solani* AG-8 from bare patches by pectic isozyme (zymogram) and anastomosis technique. Phytopathology 83:922-927.

28. Leiner, R.H., and D.E. Carling. 1994. Characterization of a *Rhizoctonia* (*Waitea circinata*) isolated from Alaskan agricultural soils. Plant Dis. 78:385-388.

29. Rush, C.M., D.E. Carling, R.M. Harveson and J.T. Mathieson. 1994. Prevalence and pathogenicity of anastomosis groups of *Rhizoctonia solani* from wheat and sugar beet in Texas. Plant Dis. 78:349-352.

30. Carling, D.E., C.S. Rothrock, G.C. MacNish, M.W. Sweetingham, K.A. Brainard, and S.A. Winter. 1994. Characterization of anastomosis group-11 (AG-11) of *Rhizoctonia solani*. Phytopathology 84:1387-1393.

31. MacNish, G.C., D.E. Carling, M.W. Sweetingham, and K.A.Brainard. 1994. Anastomosis group (AG) affinity of pectic isozyme (Zymogram) groups (ZG) of *Rhizoctonia solani* from the Western Australian cereal belt. Mycological Research 98: 1368-1375.

32. MacNish, G.C., D.E. Carling, M.W. Sweetingham, A. Ogoshi, and K.A. Brainard. 1995. Characterization of anastomosis group-10 (AG-10) of *Rhizoctonia solani*. Australasian J. Plant Pathology 25: 252-260.

33. Carling, D.E., R.W. Roncadori, and R.S. Hussey. 1996. Interactions of vesicular-arbuscular mycorrhizae, *Meloidogyne arenaria*, and phosphorus fertilization on peanut. Mycorrhiza 6: 9-13.

34. Leiner, R.H., B.A. Fry, D.E. Carling, and R. Loria. 1996. Probable involvement of thaxtomin A in pathogenicity of *Streptomyces scabies* on seedlings. Phytopathology 86: 907-913.

35. Baird, R.E., D.E. Carling, and B.G. Mullinix. 1996. Characterization and comparison of isolates of *Rhizoctonia solani* AG-7 from Arkansas, Indiana, and Japan, and select AG-4 isolates. Plant Dis. 80:1421-1424.

36. MacNish, G.C., D.E. Carling, and K.A. Brainard. 1996. Relationship of microscopic and microscopic vegetative reactions in *Rhizoctonia solani* and the occurrence of vegetatively compatible populations (VCP) in AG-8. Mycological Research 100: 61-68.

37. Meyer, L., F.C. Wehner, L.H. Nel, and D.E. Carling. 1998. Characterization of the crater disease strain of *Rhizoctonia solani*. Phytopathology 88: 366-371.

38. Baird, R.E., and D.E. Carling. 1998. Survival of parasitic and saprophytic fungi on intact senescent cotton roots. J. Cotton Sci. 2: 28-33.

39. Carling, D.E., E.J. Pope, K.A. Brainard, and D.A. Carter. 1999. Characterization of mycorrhizal isolates of Rhizoctonia solani from an orchid, including AG-12, a new anastomosis group. Phytopathology 89: 942-946.

40. Kuninaga, S., D.E. Carling, T. Takeuchi, and R. Yokosawa. 2000. Comparison of rDNA-ITS sequences between potato and tobacco strains in *Rhizoctonia solani* AG-3. J. Gen. Plant Path. 66: 2-11.

41. Baird, R.E., R.D. Gitaitas, D.E. Carling, S.M. Baird, and P.J. Alt. 2000. Determination of whole-cell fatty acid profiles for the characterization and differentiation of isolates of *Rhizoctonia solani* AG-4 and AG-7. Plant Dis. 84: 785-788.

42. Virgen-Calleros, G., V. Olaide-Portugal, and D.E. Carling. 2000. Anastomosis groups of *Rhizoctonia solani* on potato in central Mexico and potential for biological and chemical control. Am. J. Potato Res. 77: 219-224.

43. Gonzales, D., D.E. Carling, S. Kuninaga, R. Vilgalys and M.A. Cubeta. 2001. Ribosomal DNA systematics of *Ceratobasidium* and *Thanatephorus* with Rhizoctonia anamorphs. Mycologia 93: 1138-1150.

44. Carling, D.E., and S. Kuninaga. 2002. Hyphal anastomosis reactions, rDNA-ITS sequences and virulence levels among subsets of *Rhizoctonia solani* anastomosis group-2 (AG-2) and AG-BI. Phytopathology 92: 43-50.

45. Priyatmojo, A., R. Yamauchi, D.E. Carling, K. Kageyama, and M. Hyakumachi. 2002. Differentiation of three varieties of *Rhizoctonia circinata*; var. *circinata*, var. *oryzae*, and var. *zeae* on the basis of cellular fatty acid compositions. J. Phytopathol. 150: 1-5.

46. Carling, D.E., R.E. Baird, and S. Kuninaga. 2002. Characterization AG-13, a newly reported anastomosis group of *Rhizoctonia solani*. Phytopathology 92: 893-899.

FBK0000000077

4

47.    Walworth, J.L., and D.E. Carling. 2003. Tuber initiation and development in irrigated and non-irrigated potatoes. Am. J. Potato Res. 79: 387-395.

48.    Baird, R.E., D.E.. Carling, C.E. Watson, M.L. Scruggs, and P. Hightower. 2003. Effects of year and nematicide applications on cotton root mycobiota. Mycopathologia. (In press).


B.  **Short Papers and Notes** (blind juried):

1.    Rothrock, C.S., S.A. Winter, P.M. Kinney, and D.E. Carling. 1993. Occurrence of *Rhizoctonia solani* (*Thanatephorus cucumeris*) AG-7 in Arkansas. Plant Dis. 77:1262.

2.    Baird, R.E., and D.E. Carling. 1995. First report of Rhizoctonia solani AG-7 in Indiana. Plant Dis. 79:321.

3.    Carling, D.E. 1996. First report of powdery scab of potatoes in Alaska. Plant Dis. 80:1208

4.    Carling, D.E., L. Meyer, and K.A. Brainerd. 1996. Crater disease of wheat caused by *Rhizoctonia solani* AG-6. Plant Dis. 80:1429.

5.    Carling, D.E., K.A. Brainard, G. Virgen-Calleros, and V. Olaide-Portugal. 1998. First report of *Rhizoctonia solani* AG-7 on potato in Mexico. Plant Dis. 82:127.

6.    Jones, R.K. and D.E. Carling. 1999. Identification of *Rhizoctonia solani* AG-UNK from rice and rice soils in Texas as AG-11. Plant Dis. 83: 880.

7.    Holcomb, G.E. and D.E. Carling. 2000. First report of web blight on verbena caused by *Rhizoctonia solani*. Plant Dis. 84: 492.

8.    Baird, R.E., W. Batson, D.E. Carling, and M. Scruggs. 2000. First report of *Rhizoctonia solani* AG-7 on cotton in Mississippi. Plant Dis. 84: 1156.

9.    Holcomb, G.E. and D.E. Carling. 2000. First report of leaf blight of *Dianthus chinensis* caused by *Rhizoctonia solani*. Plant Dis. 84: 1334.

10.    Holcomb, G.E. and D.E. Carling. 2002. First report of web blight caused by *Rhizoctonia solani* on *Cantharanthus roseus* in Louisiana. Plant Dis. 86: 1272.

11.    Sumner, D. R.,S.S. Phatek, and D.E. Carling. 2003. Seedling and root diseases caused by *Rhizoctonia solani* and *Pythium* in carrot in Georgia. Plant Dis. 87: 1264.


C.  **Chapters In Books**:

Carling, D.E., and D.R. Sumner. 1992. *Rhizoctonia* in: Methods for research on soilborne phytopathogenic fungi. pp. 157-165. L.L. Singleton, J.D. Mahail, and C.M. Rush, eds. APS Press. St. Paul, MN. 265 p.

Helm, D.J., and D.E. Carling. 1992. Soil transfer for reforestation of mind lands. in: Proceeding's of the second international symposium on mining in the Arctic. S. Bandopadhyay and M.G. Nelson, eds. A.A. Balkema. Rotterdam. pp 253-263.

Banville, G., D.E. Carling, and B. Otrysko. 1996. Rhizoctonia on potato in: Rhizoctonia species: Taxonomy, molecular biology, ecology, pathology, and control. B. Sneh et al, eds. Klewar Academic Publishers. Rotterdam. pp 321-330.

Carling, D.E. 1996. Grouping in Rhizoctonia solani by hyphal anastomosis reaction. Rhizoctonia species: Taxonomy, molecular biology, ecology, pathology and control. B. Sneh, et al, eds. Klewer Academic Publishers. Rotterdam. pp 37-47.

Banville, G.J., and D.E. Carling. 2001. Rhizoctonia Canker and Black Scurf in: Compendium of Potato Disease second edition, W.R. Stevenson, R. Loria, G.D. Franc and D.P. Weingartner, eds. APS Press, St. Paul, MN pp 36-37.


D.  **Peer Reviewed Articles**:

Lambe, R.C., and D.E. Carling. 1982. Fungicides evaluated for rose black-spot disease, 1981. Fungicides and Nematicide Tests 37:141.

Carling, D.E. 1983. Mycorrhizal fungi as deterrents to disease in: Diseases of woody ornamental plants and their control in nurseries. Eds. R.K. Jones and R.C. Lambe. p 116. North Carolina Agricultural Extension Service, Raleigh, North Carolina. 130 pp.

Carling, D.E. 1983. Potatoes. Alaska's Agriculture and Forestry, Alaska Rural Development Council Publication No. 3:48-52.

Carling, D.E. 1984. Rhizoctonia disease of potato. Agroborealis 16(2):25-28.

Leiner, R.H., and D.E. Carling. 1985. Alternaria seedling blight of lobelia. Agroborealis 17(2):39-42.

Carling, D.E., and P. Rissi. 1985. Potato variety performance in the Matanuska Valley 1982, 1983, 1984. Univ. of Alaska, Agricultural and Forestry Experiment Station Circular No. 49. Univ. of Alaska, Fairbanks, Alaska. 12 pp.

Bernard, E.C., and D.E. Carling. 1986. Plant parasitic nematodes isolated from Alaskan soils. Agroborealis 18(1):24-30.

Carling, D.E., and P. Rissi. 1986. Potato variety performance Alaska 1985. Univ. of Alaska, Agricultural and Forestry Experiment Station Circular No. 54. Fairbanks, Alaska. 8 pp.

5

Carling, D.E., and P. Rissi. 1987. Potato variety performance Alaska 1986. Univ. of Alaska, Agricultural and Forestry Experiment Station Circular No. 58. Fairbanks, Alaska. 12 pp.

Carling, D.E., G.J. Michaelson, C.L. Ping, and G.A. Mitchell. 1987. The effect of nitrogen fertilization rates on head lettuce yields: A preliminary report. Univ. of Alaska, Agricultural and Forestry Experiment Station Research Progress Report No. 3. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P. Rissi. 1988. Potato variety performance Alaska 1987. University of Alaska, Agricultural and Forestry Experiment Station Circular No. 65. Fairbanks, Alaska. 9 pp.

Carling, D.E., G.J. Michaelson, and C.L. Ping. 1988. The effect of nitrogen fertilization rates on yields of transplanted and direct seeded head lettuce. Univ. of Alaska, Agricultural and Forestry Experiment Station Research Progress Report No. 6. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P.C. Westphale. 1989. Potato variety performance Alaska 1988. Univ. of Alaska, Agricultural and Forestry Experiment Station Circular No. 71. Fairbanks, Alaska. 13 pp.

Michaelson, G.J., D.E. Carling, and C.L. Ping. 1989. Effects of residual soil nitrogen on yield of head lettuce. Univ. of Alaska, Agricultural and Forestry Experiment Station Research Progress Report No. 7. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P.C. Westphale. 1990. Potato variety performance Alaska 1989. University of Alaska, Agricultural and Forestry Experiment Station Circular No. 77. Fairbanks, Alaska. 11 pp.

Walworth, J.L., D.E. Carling, G.J. Michaelson, and C.L. Ping. 1990. Effects of residual soil nitrogen and applied nitrogen on yields of head lettuce. University of Alaska, Agricultural and Forestry Experiment Station, Research Progress Report No. 10. Fairbanks, Alaska. 4 pp.

Carling, D.E., and J.S. Conn. 1990. Chemical control of weeds in potatoes in south-central and interior Alaska. University of Alaska, Agricultural and Forestry Experiment Station, Research Progress Report No. 14. Fairbanks, Alaska. 4 pp.

Gavlak, R.G., D.E. Carling, M. Corneau, J. Purser, W. Vandre, J.L. Walworth, and C. Wright. 1990. Vegetable variety trials Matanuska Valley, Alaska 1989. University of Alaska, Agricultural and Forestry Experiment Station, Circular No. 80. Fairbanks, Alaska. 19 pp.

Carling, D.E., and J.L. Walworth. 1990. The effect of hilling on yield and quality of potatoes. University of Alaska, Agricultural and Forestry Experiment Station, Research Progress Report No. 16. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P.C. Westphale. 1991. Potato variety performance Alaska. 1990. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 84. Fairbanks, Alaska. 11 pp.

Carling, D.E., Wayne Vandre, P.C. Westphale, and Mary Corneau. 1992. Potato variety performance and commercial potato crop data summary Alaska 1991. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 89. Fairbanks, Alaska. 14 pp.

Carling, D.E., and P.C. Kroenung. 1993. Potato variety performance Alaska 1992. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 95. Fairbanks, Alaska. 10 pp.

Carling, D.E., J.S. Conn, and J.L. Walworth. 1994. Potential of metam sodium as an herbicide for use by vegetable growers in Alaska. University of Alaska Agricultural and Forestry Experiment Station, Research Progress Report No. 33. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P.C. Kroenung. 1994. Potato variety performance Alaska 1993. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 97. Fairbanks, Alaska. 12 pp.

Walworth, J.L., and D.E. Carling. 1994. Rates and methods of application of nitrogen and phosphorus for commercial field production of head lettuce in south-central Alaska. University of Alaska Agricultural and Forestry Experiment Station. Bulletin No. 100. Fairbanks, Alaska. 8 pp.

Carling, D.E., and P.C. Kroenung. 1995. Potato variety performance Alaska 1994. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 103. Fairbanks, Alaska. 12 pp.

Carling, D.E., J.L. Walworth, and J.S. Conn. 1995. Metam sodium and dasomet as herbicides for use by vegetable growers in Alaska. University of Alaska Agricultural and Forestry Experiment Station, Research Progress Report No. 34. Fairbanks, Alaska. 4 pp.

Carling, D.E., and C.A. Gallagher. 1996. Potato variety performance, Alaska 1995. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 107. Fairbanks, Alaska. 8 pp.

Carling, D.E., S.M. Dofing, and J.L. Walworth. 1996. Head lettuce variety performance Matanuska Valley, Alaska 1995. University of Alaska Agricultural and Forestry Experiment Station, Circular No.106 Fairbanks, Alaska. 8 pp.

Carling, D.E., and M.A. Boyd. 1997. Potato variety performance, Alaska 1996. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 110. Fairbanks, Alaska. 8 pp.

Dofing, S.M., J.L. Walworth, and D.E. Carling. 1997. Head lettuce variety performance, Matanuska Valley, Alaska 1996. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 108. Fairbanks, Alaska. 6 pp.

Carling, D.E., and M.A. Boyd. 1998. Potato variety performance, Alaska 1997. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 112. Fairbanks, Alaska. 7 pp.

Walworth, J.L., S.M. Dofing, and D.E. Carling. 1998. Head lettuce variety performance, Matanuska Valley, Alaska 1997. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 111. Fairbanks, Alaska. 7 pp.

FBK0000000079

6

Welworth, J.L., D.E. Carling, and J.E. Muniz. 1998. Nitrogen requirements for greenhouse produced lettuce seedlings. University of Alaska Agricultural and Forestry Experiment Station. Misc. Pub. No.98-2. Fairbanks, Alaska. 8pp.

Carling, D.E., and M.A. Boyd. 1999. Potato variety performance, Alaska 1998. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 115. Fairbanks, Alaska. 4pp.

Carling, D.E. 1999. Influence of strain and generation number on performance of the potato variety Russet Norkotah. University of Alaska Agricultural and Forestry Experiment Station. Research Progress Report No. 36. Fairbanks, Alaska. 4pp.

Carling, D.E., and M.A. Boyd. 2000. Potato variety performance, Alaska 1999. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 118. Fairbanks, Alaska. 4pp.

Carling, D.E. 2000. Influence of strain or source and generation number on performance of the potato variety Russet Norkotah. University of Alaska Agricultural and Forestry Experiment Station. Research Progress Report No. 37. Fairbanks, Alaska. 4pp.

E. Proceedings:

Carling, D.E., S. Kuninaga, and R.H. Leiner. 1988. Relatedness within and among intraspecific groups of *Rhizoctonia solani*: A comparison of grouping by anastomosis and by DNA hybridization. Phytoparasitica 16(2):209-210.

Rush, C.M., D.E. Carling, and R.M. Harverson. 1992. AG characterization of *Rhizoctonia solani* isolates from wheat and sugarbeet in the Texas panhandle. Proceedings 19th Hard Red Winter Wheat Workers Conference. January, 1992. Lincoln, Nebraska.

Helm, D.J., and D.E. Carling. 1992. Effectiveness of soilborne mycorrhizal inoculum on plant species growth on mined lands in Alaska. Proceedings Tenth High Altitude Revegetation Workshop. March 4-5, 1992. Fort Collins, Colorado.

Carling, D.E. 1994. Potato production in Alaska. Proceedings First Circumpolar Agricultural Conference. Sept. 28-Oct. 2, 1992. Whitehorse, Yukon Territory, Canada.

F. Research Contract Reports:

Carling, D.E. 1989. Screening accessions of *Solanum sp.* from the IR-1 collection for resistance to *Rhizoctonia solani* AG-3. Prepared for IR-1 project leader. 7 pp.

Carling, D.E. 1990. Screening accessions of *Solanum sp.* from the IR-1 collection for resistance to *Rhizoctonia solani* AG-3. Prepared for IR-1 project leader. 11 pp.

Helm, D.J., and D.E. Carling. 1990. Use of on-site mycorrhizal inoculum for plant establishment on abandoned mined lands. Prepared for Bureau of Mines, U.S. Department of Interior. 94 pp.

Carling, D.E. 1995. Resistance in transgenic potatoes to *Rhizoctonia solani*. Annual report prepared for Frito Lay, Inc. 6 pp.

Carling, D.E. 1996. Resistance in transgenic potatoes to *Rhizoctonia solani*. Final report prepared for Frito Lay, Inc. 8 pp.

Carling, D.E. 1996. Resistance to *Rhizoctonia solani* in *Solanum* species and lines. Annual report prepared for NSP-6, the Potato Germplasm Regional Committee. 14 pp.

Dofing, S.M. and Carling, D.E. 1996. Spinach seed production in Alaska. Prepared for Syminis Seed Co. 3 pp.

Carling, D. E. 1997. Resistance to *Rhizoctonia solani* in *Solanum* species and lines. Annual report prepared for NSP-6, the Potato Germplasm Regional Committee. 14 pp.

Carling, D.E. 1998. Resistance to *Rhizoctonia solani* in *Solanum* species and lines. Annual report prepared for NSP-6, the Potato Germplasm Regional Committee. 14pp.

Carling, D.E. 1999. Resistance to *Rhizoctonia solani* in *Solanum* species and lines. Annual report prepared for NSP-6, the Potato Germplasm Regional Committee. 14pp.

G. Abstracts:

Carling, D.E., J.A. Ross, and D.F. Millikan. 1969. Changes in protein and nucleic acid fractions associated with lethal virus infection in apple leaf tissue. Phytopathology 59:1020.

Carling, D.E., and D.F. Millikan. 1974. Graft transmission of an infectious entity associated with bunch disease of *Juglans*. Proc. Amer. Phytopath. Soc. 1:124.

Carling, D.E., M.F. Brown, and D.F. Millikan. 1975. An ultrastructural study of the *Puccinia graminis-Darluca filum* host parasitic relationship. Transactions of the Missouri Academy of Science. 9:190.

Carling, D.E., and D.F. Millikan. 1976. Banded filaments associated with aster yellows mycoplasma-like organisms. Proc. Amer. Phytopathol. Soc. 3:259.

Riehle, W.G., D.E. Carling, D.R. Johnson, and M.F. Brown. 1977. Effects of endomycorrhizal infection on nitrogen reductase and nitrogenase activity in nodulating and non-nodulating isolines of soybean. Proc. Amer. Phytopathol. Soc. 4:69.

FBK0000000080

7

Carling, D.E., R.A. Brown, A.L. Rowell, and M.F. Brown. 1977. Comparative studies of vesicular-arbuscular mycorrhizal fungi on soybeans. Abstracts: Third North American Conference on Mycorrhizae. Athens, Georgia, August 23-25.

Carling, D.E., V.D. Luedders, and M.F. Brown. 1978. Effect of mycorrhizal fungal species, N, P, fumigation and location of soybean yields. Agronomy abstracts, 1978 Annual Meeting of the American Society of Agronomy.

Carling, D.E., M.F. Brown, and D.A. Kinden. 1979. Scanning and transmission review of endophytic structures of vesicular-arbuscular mycorrhizal fungi. Abstracts: Fourth North American Conference on Mycorrhizae. Fort Collins, Colorado, June 24-28.

Carling, D.E., R.W. Roncadori, and R.S. Hussey. 1981. Actions and interactions of endomycorrhizal fungi, root-knot nematode, phosphorus and peanut. Phytopathology 71:207.

Carling, D.E., R.C. Lambe, S.A. Alexander, and A. Elliott. 1981.Pinewood nematode disease in ornamental pines in Virginia. Phytopathology 71:765.

Elliott, A.P., R.C. Lambe, S. Alexander, and D.E. Carling. 1981. Studies on sampling technique for detection of the pinewood nematode (Bursapheleuchus lignicolus) in pine trees. Phytopathology 71:766.

Carling, D.E., A.P. Elliott and R.C. Lambe. 1981. Newly identified non-Pinus hosts of the pinewood nematode. Phytopathology 71:865.

Carling, D.E. 1984. Effect of chemical treatment of soil or seed piece on emergence and yield of potatoes inoculated with Rhizoctonia solani AG-3. Phytopathology 74:866.

Carling, D.E., and R.H. Leiner. 1985. Rhizoctonia solani and R. solani-like binucleates associated with potato plants and soils with varied cropping histories. Phytopathology 75:1333.

Bernard, E.C., and D.E. Carling. 1986. Distribution of plant parasitic nematodes in Alaska. J. Nematol. 18:600.

Carling, D.E., R. H. Leiner, and K.M. Kebler. 1986. Characterization of in undescribed anastomosis group of Rhizoctonia solani. Phytopathology 76:1064.

Carling, D.E., and R.H. Leiner. 1987. Categorization of anastomosis interactions that occur between isolates of Rhizoctonia solani. Phytopathology 77:1777.

Carling, D.E., and P.C. Westphale. 1988. Effect of seedborne inoculum of Rhizoctonia solani and formaldehyde on growth and yield of potato. In Abstracts of Papers, 5th International Congress of Plant Pathology, Kyoto, Japan. August 20-27, 1988.

Carling, D.E., and R.H. Leiner. 1989. Pathogenicity of isolates of Rhizoctonia solani AG-3 collected from potato plants and soil. Phytopathology 79:1180.

Carling, D.E., and R.H. Leiner. 1990. Virulence of Rhizoctonia solani and other Rhizoctonia on potato at three temperatures. Phytopathology 80:1108-1109.

Walworth, J.L., and D.E. Carling. 1990. Effect of residual soil nitrogen on head lettuce production. Agronomy Abstracts, 1990 Annual Meetings:285.

Helm, D.J., and D.E. Carling. 1990. Effectiveness of soil-borne inoculum from different successional stages on plant species growth on mine spoils in Alaska. Proceedings of the Eighth North American Conference on Mycorrhizae, September 5-8. p 140.

Helm, D.J., and D.E. Carling. 1990. Use of soil-borne mycorrhizal inoculum for abandoned mined land reclamation in Alaska. Proceedings of the Forty-First Arctic Science Conference, AAAS. October 8-10. p 33.

Leiner, R.H., and D.E. Carling. 1991. Characterization of isolates of Waitea circinata collected from Alaskan agricultural soils. Phytopathology 81:1242.

Helm, D.J., and D.E. Carling. 1992. Soil transfer in mined land reclamation. International Symposium for Mining in the Arctic 2:253-263. A.A. Balkema (Proceedings, Presentation).

Helm, D.J., and D.E. Carling. 1992. Effectiveness of soil-borne mycorrhizal inoculum on plant species growth on mined lands in Alaska. in: Hassell, W.G., S.K. Nordsrom, W.R. Keammerer, and J. Todd. Proceedings High Altitude Revegetation Workshop No. 10, Fort Collins, Colorado. March 4-6, 1992. Information Series No. 71, Colorado Water Resources Research Institute, Colorado State University. (Abstract, Poster). p 280.

Rush, C.M., and D.E. Carling. 1992. Frequency and virulence of Rhizoctonia solani anastomosis groups isolated from wheat and sugar beets in Texas. Phytopathology 82:1171.

Carling, D.E., G.C. MacNish, and K.A. Brainard. 1993. Use of the category 3 anastomosis reaction to detect clonal relationships among isolates of Rhizoctonia solani AG-8. in: Abstracts; 6th International Congress of Plant Pathology, Montreal, Canada. July 28 -Aug. 6, 1993. p 132.

MacNish, G.C., and D.E. Carling. 1993. The use of zymogram and anastomosis techniques to determine relationships between isolates of R. solani AG-8. in: Proceedings of the Australasian Society of Plant Pathology, Hobart, Tazmania. June, 1993. p 15.

MacNish, G.C., D.E. Carling, and K.A. Brainard. 1993. Relationship between zymogram and anastomosis groups. in: Abstracts; 6th International Congress of Plant Pathology, Montreal, Canada. July 28-Aug. 6, 1993. p 30.

FBK0000000081

8

MacNish, G.C., D.E. Carling, and K.A. Brainard. 1993. Spread of clones of *Rhizoctonia solani* AG-8 in Australia. in: Abstracts; 6th International Congress of Plant Pathology. Montreal, Canada. July 28 -Aug. 6, 1993. p 137.

Rothrock, C.S., D.E. Carling, S.A. Winter, P.M. Kinney, and K.A. Brainard. 1993. Possible new anastomosis group of *Rhizoctonia solani* (*Thanatephorus cucumeris*). Phytopathology 83:1420.

Rothrock, C.S., S.A. Winter, P.M. Kinney, and D.E. Carling. 1993.Isolation of *Rhizoctonia solani* (*Thanatephorus cucumeris*) AG-7 from soil in Arkansas. in: Abstracts; 6th International Congress of Plant Pathology, Montreal, Canada. July 28 - Aug. 6, 1993. p 152.

Walworth, J.L., R.G. Gavlak, and D.E. Carling. 1993. Evaluation of fish bone meals as fertilizers. Proceedings of the Soil Science Society of America. Cincinnati, Ohio. Nov. 8-12, 1993.

Carling, D.E., G.C. MacNish, and K.A. Brainard. 1994. The occurrence of tuft reactions in *Rhizoctonia solani* AG-3. Proceedings of the Fifth International Mycological Congress. Vancouver, B.C., Canada. August 14-21, 1994.

Leiner, R.H., R. Loria, and D.E. Carling. 1994. Virulence of *Streptomyces scabies* on potato tubers and seedlings of other plants. Phytopathology 84:1169.

MacNish, G.C., D.E. Carling, and H.A. Yang. 1994. Tufting and anastomosis correlated in *Rhizoctonia solani* AG-8. Phytopathology 84:1169.

MacNish, G.C., and D.E. Carling. 1995. Use of vegetatively compatible populations (VCP) to determine field distribution of *R. solani* AG-8. Phytopathology 85:1040.

Carling, D.E. 1995. Grouping strains of *Rhizoctonia solani* by hyphal anastomosis. in: Proceedings of the Second International Symposium on Rhizoctonia. Noordwijkerhout, The Netherlands. June, 1995. p 20.

Godoy-Lutz, G., J. Arias, F. Saladin, J.R. Steadman, and D.E. Carling. 1995. Characterization and pathogenicity of isolates of *Rhizoctonia solani* that cause web blight on common dry beans in Central America and the Caribbean. in: Proceedings of the International Symposium on Rhizoctonia. Noordwijkerhout, The Netherlands. June, 1995. p 57.

MacNish, G.C., and D.E. Carling. 1995. Vegetatively compatible populations within *R. solani* AG-8. in: Proceedings of the Australasian Society of Plant Pathology. Auckland, New Zealand, August, 1995. p 22.

Carling, D.E., J.L. Walworth, and J.S. Conn. 1995. Controlling weeds in field grown vegetables with metam sodium and dasomet. in: Proceedings of the 2nd Circumpolar Agricultural Conference. Tromso, Norway. September, 1995. p 2.27.

Fry, B.A., R.H. Leiner, D.E. Carling, and R. Loria. 1995. Involvement of thaxtomins in pathogenicity of *Streptomyces scabies* on seedlings. Phytopathology 85:1121.

O'Brien, P.A., G.C. MacNish, and D.E. Carling. 1996. Molecular evaluation of *Rhizoctonia solani* populations. Proceedings of the Jerramungup Agricultural Extension and Research Advisory Board 11-96. Jerramungup, Australia. 37 pp.

Carling, D.E., G.C. MacNish, and K.A. Brainard. 1996. Competition among isolates of *Rhizoctonia solani* AG-3 on potato. Proceedings of the 7th Annual Combined Biological Sciences Meeting. 9-96. Fremantle, Australia. 82 pp.

Meyer, L., L.H. Nel, and D.E. Carling. 1996. Anastomosis grouping and molecular genetic typing of a strain of *Rhizoctonia solani* causing crater disease of wheat. Proceedings of the 4th International EFPP. Symposium on diagnosis and identification of plant pathogens. Bonn, Germany, August 1996. p 121.

MacNish, G.C., P.A. O'Brien, and D.E. Carling. 1997. Genetic diversity differences in sub populations of *Rhizoctonia solani* AG-8 detected by PCR RAPDS. Proceedings of the Australasian Plant Pathology Society. 8-97. Perth, Australia. 97 pp.

Carling, D.E., E.J. Pope, K.A. Brainard, and D.A. Carter. 1998. Characterization of isolates of *Rhizoctonia solani*, including a new AG, that are mycorrhizal on an orchid in Australia. Phytopathology 88: S13.

Baird, R.E., R.D. Gitaitas, and D.E. Carling. 1999. Determination of whole-cell fatty acid profiles of isolates of *Rhizoctonia solani* AG-4 and AG-7. Phytopathology 89:S5.

Carling, D.E., R.E. Baird, S. Kuninaga, and R.D. Gitaitas. 1999. Characterization of anastomosis group (AG) -13 of *Rhizoctonia solani*. Phytopathology 89: S11.

Sumner, D.R., D.E. Carling, and S.C. Phatak. 2000. Seedling diseases and root rots of carrot in Georgia. Phytopathology 90: S129.

Kuninaga, S., and D. E. Carling. 2000. Grouping of *Aquathanatephorus pendulus* based on sequence comparisons of 18S and ITS regions. Proceedings of the 2000 Annual meeting of the Phytopathological Society of Japan. (In press).

Virgen-Calleros, V., V. Olalde-Portugal, S. Gomez-Sumauano, R. Hernandez-Matehuala, and D. Carling. 2000. Distribution of anastomosis groups of *Rhizoctonia solani* on potato in Mexico. In Abstracts of the Third International Rhizoctonia Symposium, Taichung, Taiwan, August 2000.

Kuninaga, S., and D.E. Carling. 2000. Comparison of isolates of *Rhizoctonia solani* AG-2 and AG-BI based on anastomosis reactions, rDNA sequences analysis and pathogenic potential. In Abstracts of the Third International Rhizoctonia Symposium, Taichung, Taiwan, August 2000.

Carling, D.E. 2000. Anastomosis groups and methods of identifying subsets within anastomosis groups. In Abstracts of the Third

9

International Rhizoctonia Symposium, Taichung, Taiwan, August 2000.

H. Other:

Carling, D.E. 1968. (Masters thesis). Biochemical changes in apple leaf tissue induced by virus infection. University of Missouri-Columbia. 38 pp.

Carling, D.E. 1975. (Ph.D. dissertation). Comparative studies of infection by mycoplasma-like organisms in *Vinca rosea* L. University of Missouri-Columbia. 101 pp.

Vandre, W.G., and D.E. Carling. 1983. Vegetables and Fruits for Alaska: Recommended variety list for south-central Alaska. Cooperative Extension Circular P-31. Cooperative Extension Service, University of Alaska, Fairbanks, Alaska.

Carling, D.E. 1983. Plant Disease: Causes and controls. In Proceedings of the second annual Alaska Greenhouse Conference. Ed. W.G. Vandre. Cooperative Extension Service, University of Alaska, Fairbanks, Alaska.

Vandre, W.G., and D.E. Carling. 1984. Vegetables and Fruits for Alaska: Recommended variety list for south central Alaska. Cooperative Extension Circular A-00031. Cooperative Extension Service, University of Alaska, Fairbanks, Alaska.

Vandre, W.G., and D.E. Carling. 1985. Vegetables and Fruits for Alaska: Recommended variety list for south central Alaska. Cooperative Extension Circular A-00032. Cooperative Extension Service, University of Alaska, Fairbanks, Alaska.

Carling, D.E., and J. Watenpaugh. 1985. Alaska potato seed certification handbook. Alaska Seed Growers, Inc. 17 pp.

Carling, D.E. 1985. Certified Seed Potato Directory, 1984 Crop. Alaska Seed Growers, Inc. 6 pp.

Carling, D.E. 1986. Certified Seed Potato Directory, 1985 Crop. Alaska Seed Growers, Inc. 6 pp.

Carling, D.E., and W.G. Vandre. 1990. Recommended variety list for southcentral Alaska. 300B-00031. Cooperative Extension Service, University of Alaska Fairbanks. 8 pp.

Carling, D.E., and W.G. Vandre. 1992. Home Gardening - Culture. Recommended variety list for southcentral Alaska 300B-00031. Cooperative Extension Service, University of Alaska Fairbanks. 8 pp.

Loria, R., R.H. Leiner, and D.E. Carling. 1993. Rhizoctonia disease of potato. Fact Sheet; Page 726.00. Cooperative Extension Service, Cornell University, Ithaca, NY. 2 pp.

Carling, D.E., and G. Terry. 1999. Late blight disease of potato and tomato in Alaska: A fact sheet for the home gardener. Alaska Cooperative Extension Service Fact Sheet #PMC-00338. University of Alaska Fairbanks. 4pp.

FBK0000000083

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

**PERSONAL DATA**

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. SERVICE NUMBER | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| CARLING, DONALD EUGENE | NA | 475 52 5342 |

| 3a. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 3b. GRADE, RATE OR RANK | b. PAY GRADE | 4. DATE OF RANK | | |
|---|---|---|---|---|---|
| ARMY - USAR - SigC | 1LT (AUS) | 0-2 | DAY 11 | MONTH Aug | YEAR 70 |

| 5. U. S. CITIZEN | 6. PLACE OF BIRTH (City and State or Country) | 7. DATE OF BIRTH | | |
|---|---|---|---|---|
| X YES ☐ NO | Milaca, Minnesota | DAY 27 | MONTH Nov | YEAR 45 |

**SERVICE DATA**

| 8a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE | c. DATE INDUCTED | | |
|---|---|---|---|---|
| 21 72 45 89 | LB #72 Milaca (MilleLacs) Minnesota | NA | | |

| 9. TYPE OF TRANSFER OR DISCHARGE | 10. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Released from Active Duty | Fort Huachuca, Arizona |

| 11. REASON AND AUTHORITY | 11a. EFFECTIVE DATE | | |
|---|---|---|---|
| Para 1 FHSO 167 dtd 27 Sep 71 & Chap 3 Sec XIV AR 635-100 & DA Msg 161855Z AUG 71 fr CFO CPD (See Item 30) | DAY 26 | MONTH Oct | YEAR 71 |

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13a. CHARACTER OF SERVICE | b. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| 11th Signal Group, USASTRATCOM | HONORABLE | NA |

| 14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED | 15. REENLISTMENT CODE |
|---|---|
| USAR Con Gp (Reinf) USAROPAC St Louis, Missouri 63132 | NA |

| 16. TERMINAL DATE OF RESERVE/MTAS OBLIGATION | | | 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION a. SOURCE OF ENTRY | 18. TERM OF SERVICE (Years) | c. DATE OF ENTRY | | |
|---|---|---|---|---|---|---|---|
| DAY 10 | MONTH Aug | YEAR 73 | ☐ ENLISTED (First Enlistment)  ☐ ENLISTED (Prior Service)  ☐ REENLISTED  X OTHER  Commissioned | NA | DAY 1 | MONTH Feb | YEAR 70 |

| 18. PRIOR REGULAR ENLISTMENTS | 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC | 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) |
|---|---|---|
| NA | 2LT | Milaca, Minnesota |

| 21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code) | 22. | STATEMENT OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| Rural Route #2 Milaca, Minnesota 56353 | a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 1 | 8 | 26 |
| | | (2) OTHER SERVICE | 2 | 5 | 21 |
| | | (3) TOTAL (Line (1) plus Line (3)) | 4 | 2 | 16 |

| 23a. SPECIALTY NUMBER & TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | b. TOTAL ACTIVE SERVICE | 1 | 8 | 26 |
|---|---|---|---|---|---|
| 2162 Operations & Training Off | None | c. FOREIGN AND/OR SEA SERVICE | 0 | 0 | 0 |

**SERVICE DATA**

24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

National Defense Service Medal

25. EDUCATION AND TRAINING COMPLETED

St Cloud State College, St Cloud, MN (Col), Biology, 4 yrs, BA, 67; University of Missouri, Columbia, MO (Grad), Plant Pathology, 2 yrs, MS, 69; USASESS, Sig Off Basic Crs, 8 wks, 70

**VA AND INS SERVICE DATA**

| 26a. NON-PAY PERIODS TIME LOST (Preceding Two Years) | b. DAYS ACCRUED LEAVE PAID | 27a. INSURANCE IN FORCE (NSLI or USGLI) | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|---|---|
| None | 27 | ☐ YES  X NO | $ NA | NA |
| | 28. VA CLAIM NUMBER c. NA | 29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE  X $15,000  ☐ $5,000  ☐ NONE | | |

**REMARKS**

30. REMARKS

Blood Group: A-
Ref Item 5a: 1LT (USAR) eff 11 Aug 70
Ref Item 11c: Wash DC Subj: "Early Rel of OBV Off" SPN 611 (Expiration of Active Duty Commitment)

**AUTHENTICATION**

| 31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code) | 32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|
| Same as Item 21 | *Donald Carling* |

| 33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| RONALD T. HANSEN, 1LT, AGC Assistant Adjutant | *Ronald T. Hansen* |

DD FORM 214    PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE EFFECTIVE 1 JAN 67.    ☆ GPO : 1966 O - 233-125

ARMED FORCES OF THE UNITED STATES
REPORT OF TRANSFER OR DISCHARGE

1

FBK0000000084

7-5A-67  JUL 5  1967

**St. Cloud State College**
St. Cloud, Minnesota
PERMANENT RECORD

CARLING, Donald Eugene

HOME ADDRESS  Route 2, Milaca, Minnesota          FILE NUMBER  118 216

BIRTHDATE  11-27-45      PLACE Milaca, Minnesota      FIRST ADMISSION  F 63    SEX  M

PARENT NAME AND ADDRESS  Carl H. Carling, Route 2, Milaca, Minnesota

GRADUATE OF  Princeton High School (Princeton)      DATE 5-27-63   RANK IN CLASS  17/101

| DEPT | COURSE NUMBER | COURSE NAME | QTR HRS | MARK | DEPT | COURSE NUMBER | COURSE NAME | QTR HRS | MARK |
|------|------|------|------|------|------|------|------|------|------|
| | | **FALL 63** | | | | | **WINTER 66** | | |
| HIST | 141 | MOD AMER | 4 | B | PHYED | 138 | INT SWMG | | I |
| ART | 121 | HUMANITIES | 4 | D | ZOOL | 442 | EMBRYOLGY | 4 | C |
| SOCS | 104 | GENERAL | 4 | C | ZOOL | 342 | CMPAR ANAT | 4 | B |
| ENG | 162 | WRIT COMP | 4 | C | CHEM | 212 | GEN CHEM 2 | 4 | B |
| ORIE | 021 | INTRO COLL | 1 | S | | | | 12 | |
| 118216 | | | 17 | | | | **SPRING 66** | | |
| | | **WINTER 64** | | | ZOOL | 347 | ORNITHLOGY | 4 | A |
| MATH | 121 | CULTURAL | 4 | B | MATH | 224 | TRIG | 4 | C |
| SPC | 161 | SPEECH | 4 | C | BOT | 247 | PLNT TAXON | 4 | C |
| MUS | 123 | HUMANITIES | 4 | D | CHEM | 213 | GEN CHEM 3 | 4 | C |
| PHIL | 110 | INTRO PHIL | 4 | C | | | | 16 | |
| BIOL | 104 | HUMAN | 16 | WS | | | St. John's Univ. Collegeville, Minn. 1965-6 | | |
| | | **SPRING 64** | | | MS | 31 | Military Sci III | 3 | Tc |
| BIOL | 104 | HUMAN | 4 | A | MS | 32 | Military Sci III | 4½ | Tc |
| GEOG | 171 | REG HUMAN | 4 | C | | | Total: | 7½ | |
| BUS | 131 | INTRO TO | 4 | B | | | Total Credits Transferred: | 7½ | |
| PSY | 121 | GENERAL | 4 | C | | | | | |
| | | | 16 | | | | **FALL 66** | | |
| | | **FALL 64** | | | CHEM | 321 | ORGANIC | 4 | B |
| BUS | 241 | ACCOUNTING | 4 | A | BIOL | 420 | SEMINAR | 1 | B |
| BIOL | 101 | LIFE+ENV | 4 | A | BIOL | 344 | MICROBIOL | 4 | A |
| BUS | 260 | MGMT THRY | 4 | C | ZOOL | 309 | HISTOLOGY | 3 | B |
| BUS | 230 | MATH FINAN | 4 | B | | | | 12 | |
| | | | 16 | | | | **WINTER 67** | | |
| | | **WINTER 65** | | | CHEM | 322 | ORGANIC | 4 | B |
| ZOOL | 241 | GEN ZOOL | 4 | B | ZOOL | 439 | PARASITOL | 4 | A |
| CHEM | 102 | CONC CHEM | 4 | B | SOCS | 401 | CONCPTS IN | 4 | C |
| BOT | 245 | GEN BOTANY | 4 | B | PHYED | 123 | WT TRAIN | 1 | B |
| HLTED | 115 | PERS HYG | 2 | C | BIOL | 443 | GENETICS | 4 | A |
| PHYED | 136 | ELE SWMG | 1 | C | BIOL | 420 | SEMINAR | 1 | B |
| | | | 15 | | | | St. John's Univ., Collegeville, Minn., 1966-6 | | |
| | | **SPRING 65** | | | MS | 41 | Mil Sci | 3 | Tc |
| ZOOL | 242 | GEN ZOOL | 4 | B | MS | 42 | Mil Sci IV | 4½ | Tb |
| BIOL | 349 | RSRC MGMT | 4 | C | | | Total: | 7½ | |
| MATH | 221 | COL ALG | 4 | C | | | Total Credits Transferred: | 7½ | |
| BOT | 246 | GEN BOTANY | 4 | A | | | | | |
| | | | 16 | | | | **SPRING 67** | | |
| | | **FALL 65** | | | PHYED | 238 | ARCHERY | 1 | B |
| CHEM | 211 | GEN CHEM 1 | 4 | C | BIOL | 350 | SOILS | 4 | A |
| ENG | 263 | COMM MEDIA | 4 | B | BOT | 436 | PHYSIOLOGY | 4 | A |
| PHYED | 132 | IND GAMES | 1 | B | CRISS | 432 | CURRNT ISS | 2 | D |
| ZOOL | 341 | ENTOMOLOGY | 4 | A | | | Bachelor of Arts degree conferred: | | |
| BIOL | 409 | BIOL TECH | 2 | B | | | June 9, 1967 | | |
| | | | 15 | | | | | | |

FBKQ000000085

192 Credits required for graduation. 1 credit is 1 hour of lecture or 1t laboratory
equivalent per week for 12 wreks. Fall, Winter, Spring Qurters—12 Weeks ench
Summer: I Term - 6 wks. II Term - 6 wks. Normal load: 16 credits per quarter.
A (incomplete), b (fail), V Visitor (auditor), W or WS (withdrawn satisfactory)

## PHD DISSERTATION ABSTRACT OF DONALD E. CARLING:

Dissertation Committee Chairman: Daniel F. Millikan
Dissertation title:Comparative studies of infection by mycoplasma-like organisms in
*Vinca rose* L.

This study determined some comparative effects of infection by three different
isolates of mycoplasma-like organisms (MLO) in *Vinca rosea* L. (Madagascar
periwinkle). MLO isolates from naturally infected *Juglans nigra* L, *Callistepis
chinensis* (L.) Nees, and *Prunus persica* (L.) Batch were initially transmitted to
periwinkle via a didder bridge and subsequently, from periwinkle to periwinkle via a
modified whip grafting technique. In response to infection by each MLO strain,
morphological and physiological changes occurred in periwinkle. These changes
were manifested by characteristic microscopic symptoms development and
subcellular morphological alterations. Changes in the chlorophyll and buffer soluble
proteins of infected plants were also observed, indicating the onset of gross
physiological disturbances. The buffer soluble protein contents of plants infected
with the aster or peach MLO isolates were dissimilar, while chlorophyll content,
although differing significantly from non-infected plants, followed no consistent
pattern associated with MLO strain. Similarly, the ultrastructural changes in
periwinkle were not a reliable criterion for differentiating the MLO isolates. The
general morphology of the three MLO's was consistent with the generally accepted
description of other MLO's and this feature aslo could not be used for
differentiating MLO strains. Two principal types of macroscopic symptoms were
consistently induced, however, in periwinkle plants with the three MLO isolates.
This variability in macroscopic symptom types produced in response to MLO
infection suggests that periwinkle may have a potential use as a test host for
differentiating various MLOs. In two periwinkle plants infected with aster MLO,
banded filaments were observed in conjunction with the typical MLO forms. These
filaments were similar in dimension and appearance to intracellular banded fibers of
*Mycoplasma mycoides* var. *mycoides* observed in vitro. Their composition and
function is presently unknown.

FBK0000000086

UDENT NUMBER

DIRECTOR OF ADMISSIONS
COLUMBIA

cling, Donald Eugene
(NAME OF STUDENT)          (PARENT OR GUARDIAN)

R. 42, Milaca, Minnesota
(PERMANENT ADDRESS)          (ADDRESS)

IATION (SCH)    DATE OF BIRTH 11-27-1945    PLACE OF BIRTH Milaca, Minnesota

## ENTRANCE CREDITS

| | | | ADMITTED TO | | DATE |
|---|---|---|---|---|---|
| ITTED TO | | DATE | | | |
| DITS FROM | | CONDITION | | | |
| | | GRAD | | | |
| LISH | MATH ANALYSIS | LATIN | ADMITTED TO | | DATE |
| ERAL MATH | SOCIAL STUDIES | FRENCH | | | |
| EBRA | GENERAL SCIENCE | SPANISH | | | |
| NE GEOMETRY | BIOLOGY | GERMAN | ADMITTED TO GRADUATE SCHOOL | DATE | SEPT 1967 |
| 10 GEOMETRY | CHEMISTRY | OTHER | DEGREE B.A. St. Cloud State College | | |
| SONOMETRY | PHYSICS | | DATE June 9, 1967 | | |

## UNIVERSITY CREDITS

GRADING SYSTEM CODE — ABCDF 6-DELAYED, 6-EXCUSED    MIL. —    P. E. —

| STUDENT NUMBER | COURSE | | COURSE NUMBER | TERM | NORMAL CREDIT HOURS | HONOR | GRADE | CREDIT HOURS GRANTED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 138293 | GEN BIOCHEMISTRY LEC | | 304 | F67 | 5 | 0 | F | | 12-9-1968 |
| | GEN BIOCHEMISTRY LAB | | 305 | F67 | 1 | 0 | F | | 12-9-1968 |
| | RESCH HORTICULTURE | | 490 | F67 | 6 | A | 6 | 6 | 7-14-1969 |
| | FOREST PATHOLOGY | | 305 | F67 | 3 | B | | 3 | |
| 138293 | MYCOLOGY | | 307 | W68 | 4 | A | | 4 | |
| | PLANT PHYSIOLOGY | | 313 | W68 | 5 | B | | 5 | |
| | SEMINAR PLANT PATH | | 410 | W68 | 1 | A | | 1 | |
| | RESEARCH PLANT PATH | | 490 | W68 | 2 | A | 6 | 2 | 7-14-1969 |
| 138293 | QUANTITAT CHEM ANAL | | 221 | S68 | 4 | B | | 4 | |
| 138293 | BIOCHEM ENVIR REL | | 423 | F68 | 3 | B | | 3 | |
| | FUNGUS PHYSIOLOGY | | 426 | F68 | 4 | A | | 4 | |
| | RESEARCH PLANT PATH | | 490 | F68 | 2 | A | 6 | 2 | 7-14-1969 |
| | STATISTICAL ANALYSIS | | 207 | F68 | 3 | A | | 3 | |
| 138293 | SEMINAR PLANT PATH | | 410 | W69 | 1 | A | | 1 | |
| | RESEARCH PLANT PATH | | 490 | W69 | 1 | A | 6 | 1 | 7-14-1969 |
| 138293 | SEL TOPICS ANALYSIS | 6H | 205 | W72 | 3 | A | | 3 | |
| | ELE RUSSIAN | 9B | 1 | W72 | 3 | B | | 3 | |
| | COMP PLANT PATHOL | 7X | 430 | W72 | 3 | B | | 3 | |
| | CLIN PLANT PATHOL F | 7X | 393 | W72 | 1 | A | | 1 | |
| 138293 | RES PLANT PATH | 7X | 490 | S72 | 3 | A | | 3 | |
| | ELECT MICRO TECH | 7X | 451 | S72 | 3 | A | | 3 | |
| | CLIN PLANT PATHOL S | 7X | 391 | S72 | 2 | A | 6 | 2 | 11-1-72 |
| 138293 | GEN AGRIC BIOCHEMIST | 1G | 210 | F72 | 5 | B | | 5 | |
| | RES PLANT PATH | 7X | 490 | F72 | 5 | A | | 5 | D-11-12-75 |
| | CLIN PLANT PATHOL F | 7X | 392 | F72 | 1 | A | | 1 | |
| | ELE RUSSIAN 2 | 9B | 2 | F72 | 3 | C | | 3 | |
| 138293 | GENERAL GENETICS | 4M | 240 | S73 | 3 | A | | 3 | |
| | SEM PLANT PATHOLOGY | 7X | 410 | S73 | 1 | A | | 1 | |
| | DISEASES OF PLANTS | 7X | 409 | W73 | 2 | B | | 2 | |
| | DISEASES OF PLANTS | 7X | 407 | S73 | 3 | A | | 3 | |
| | GENET PL DISEASE DEV | 4M | 363 | W73 | 3 | A | | 3 | |
| 138293 | RES PLANT PATH | 7X | 490 | S73 | 5 | A | | 5 | D-11-12-75 |

FBK0000000087

(over)

## MS THESIS ABSTRACT OF DONALD E. CARLING:

Thesis Committee Chairman: Daniel F. Millikan
Thesis title: Biochemical changes in apple leaf tissue induced by bud inoculation.

Investigations were made to determine biochemical changes induced by wounding
and virus infection in apple trees. Differences were found in the total protein and
protein fractions. Qualitative changes in the RNA expressed as changes in base
ratios also were demonstrated. Virus infection delays the normal decrease in leaf
protein due to senescence. This effect may be due to a retardation of normal
catabolic activity by the host, or an increase in protein synthesis as a result of virus
infection. Since this effect was also found in the inoculated controls, part of the
observed change apparently is due to wounding. These changes late in the season
are confined to the buffer soluble protein fraction. Second season changes due to
virus infection and wounding differ from the effects observed during the first
growing season. The protein content of infected trees decreases more rapidly than it
does in non-inoculated trees. This may be associated with a general decline of he
host resulting from advanced disease development. Wound induced effects
persisted into the second season. Possibly, wound induced alterations in the
vascular system are still present. If this is true, then the translocation of precursors
for protein and nucleic acid synthesis or action would be affected. Further
investigations are needed to clarify these points.

FBK0000000088

1-16-04

Ms Reese

The form I downloaded to print out off in several places:

1. at end of instructions section
2. at end of privacy act statement
3. at ends of questions 8, 10
4. at end of question 17b.

Also, questions 11, 12, and 13 are missing.

Please let me know if these differences are a problem cause, if so, what I must do to correct them.

Thanks,

Don Carlin

# Declaration for Federal Employment

Form Approved
OMB No. 3206-0182

## Instructions

The information collected on this form is used to determine your acceptability for Federal and Federal contract employment and your enrollment status in the Government's Life Insurance program. You may be asked to complete this form at any time during the hiring process. Follow instructions that the agency provides. If you are selected, before you are appointed you will be asked to update your responses on this form and on other materials submitted during the application process and then to recertify that your answers are true.

All your answers must be truthful and complete. **A false statement on any part of this declaration or attached forms or sheets may be grounds for not hiring you, or for firing you after you begin work. Also, you may be punished by a fine or imprisonment (U.S. Code, title 18, section 1001).**

Either type your responses on this form or print clearly in dark ink. If you need additional space, attach letter-size sheets (8.5" X 11"). Include your name, Social Security Number, and item number on each sheet. We recommend that you keep a photocopy of . . .

## Privacy Act Statement

The Office of Personnel Management is authorized to request this information under sections 1302, 3301, 3304, 3328, and 8716 of title 5, U. S. Code. Section 1104 of title 5 allows the Office of Personnel Management to delegate personnel management functions to other Federal agencies. If necessary, and usually in conjunction with another form or forms, this form may be used in conducting an investigation to determine your suitability or your ability to hold a security clearance, and it may be disclosed to authorized officials making similar, subsequent determinations.

Your Social Security Number (SSN) is needed to keep our records accurate, because other people may have the same name and birth date. Public Law 104-134 (April 26, 1996) asks Federal agencies to use this number to help identify individuals in agency records. Giving us your SSN or any other information is voluntary. However, if you do not give us your SSN or any other information requested, we cannot process your application. Incomplete addresses and ZIP Codes may also slow processing.

ROUTINE USES: Any disclosure of this record or information in this record is in accordance with routine uses found in System Notice OPM/GOVT-1, General Personnel Records. This system allows disclosure of information to: training facilities; organizations deciding claims for retirement, insurance, unemployment, or health benefits; officials in litigation or administrative proceedings where the Government is a party; law enforcement agencies concerning a violation of law or regulation; Federal agencies for statistical reports and studies; officials of labor organizations recognized by law in connection with representation of employees; Federal agencies or other sources requesting information for Federal agencies in connection with hiring or retaining, security clearance, security or suitability investigations, classifying jobs, contracting, or issuing licenses, grants, or other benefits; public and private organizations, including news media, which grant or publicize employee recognitions and awards; the Merit Systems Protection Board, the Office of Special Counsel, the Equal Employment Opportunity Commission, the Federal Labor Relations Authority, the National Archives and Records Administration, and Congressional offices in connection with their official functions; prospective non-Federal employers concerning tenure of employment, civil service status, length of service, and the date and nature of action for separation as shown on the SF 50 (or authorized exception) of a specifically identified individual; requesting organizations or individuals concerning the home address and other relevant information on those who might have contracted an illness or been exposed to a health hazard; authorized Federal and non-Federal agencies for use in computer matching; spouses

FBK0000000090

# Declaration for Federal Employment

Form Approved
OMB No. 3206-0182

## GENERAL INFORMATION

**1. FULL NAME** (First, middle, last)

♦ DONALD E CARLING

**3. PLACE OF BIRTH** (Include city and state or country)

♦ MILACA, MN

**5. OTHER NAMES EVER USED** (For example, maiden name, nickname, etc.)

♦ NONE

♦

**2. SOCIAL SECURITY NUMBER**

♦ 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

**4. DATE OF BIRTH** (MM/DD/YYYY)

♦ 11-27-1945

**6. PHONE NUMBERS** (Include area codes)

Day ♦ (707) 376-6265

Night ♦    same

## Selective Service Registration

If you are a male born after December 31, 1959, and are at least 18 years of age, civil service employment law (5 U.S.C. 3328) requires that you must register with the Selective Service System, unless you meet certain exemptions.

7a. Are you a male born after December 31, 1959?  ☐ YES  ☒ NO    If "NO" skip 7b and 7 c. If "YES" go to 7b.

7b. Have you registered with the Selective Service System?  ☐ YES  ☐ NO    If "NO" go to 7c.

7c. If "NO," describe your reason(s) in item #16.

## Military Service

8. Have you ever served in the United States military?    ☒ YES  Provide information below    ☐ NO

If you answered "YES," list the branch, dates, and type of discharge for all active duty.

If your only active duty was training in the Reserves or National Guard, answer "NO."

| Branch | From MM/DD/YYYY | To MM/DD/YYYY | Type of Discharge |
|---|---|---|---|
| ARMY | 7-05-70 | 07-15-71 | HONORABLE |
|  |  |  |  |
|  |  |  |  |

## Background Information

**For all questions, provide all additional requested information under item 16 or on attached sheets.** The circumstances of each event you list will be considered. However, in most cases you can still be considered for Federal jobs.

For questions 9, 10, and 11, your answers should include convictions resulting from a plea of *nolo contendere* (no contest), but omit (1) traffic fines of $300 or less, (2) any violation of law committed before your 16th birthday, (3) any violation of law committed before your 18th birthday if finally decided in juvenile court or under a Youth Offender law, (4) any conviction set aside under the Federal Youth Corrections Act or similar state law, and (5) any conviction for which the record was expunged under Federal or state law.

9. During the last 10 years, have you been convicted, been imprisoned, been on probation, or been on parole?    YES ☐  NO ☒
(Includes felonies, firearms or explosives violations, misdemeanors, and all other offenses.) If "YES," use item 16 to provide the date, explanation of the violation, place of occurrence, and the name and address of the police department or court involved.

10. Have you been convicted by a military court-martial in the past 10 years? (If no military service, answer "NO.") If    YES ☐  NO ☒ 

FBK0000000091

# Declaration for Federal Employment

Form Approved
OMB No. 3206-0182

## Additional Questions

14. Do any of your relatives work for the agency or government organization to which you are submitting this form? (Include: father, mother, husband, wife, son, daughter, brother, sister, uncle, aunt, first cousin, nephew, niece, father-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, sister-in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, stepsister, half brother, and half sister.) *If "YES," use item 16 to provide the relative's name, relationship, and the department, agency or branch of the Armed Forces for which your relative*

YES ☐   NO ☑

15. Do you receive, or have you ever applied for, retirement pay, pension, or other retired pay based on military, Federal civilian, or District of Columbia Government service?

YES ☐   NO ☑

## Continuation Space / Agency Optional Questions

16. Provide details requested in items 7 through 15 and 18c in the space below or on attached sheets. Be sure to identify attached sheets with your name, Social Security Number, and item number, and to include ZIP Codes in all addresses. If any questions are printed below,

## Certifications / Additional Questions

**APPLICANT: If you are applying for a position and have not yet been selected,** carefully review your answers on this form and any attached sheets. When this form and all attached materials are accurate, read item 17, and complete 17a.

**APPOINTEE: If you are being appointed,** carefully review your answers on this form and any attached sheets, including any other application materials that your agency has attached to this form. If any information requires correction to be accurate as of the date you are signing, make changes on this form or the attachments and/or provide updated information on additional sheets, initialing and dating all changes and additions. When this form and all attached materials are accurate, read item 17, complete 17b, read 18, and answer 18a, 18b, and 18c as appropriate.

17. **I certify** that, to the best of my knowledge and belief, all of the information on and attached to this Declaration for Federal Employment, including any attached application materials, is true, correct, complete, and made in good faith. **I understand that a false or fraudulent answer to any question or item on any part of this declaration or its attachments may be grounds for not hiring me, or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand** that any information I give may be investigated for purposes of determining eligibility for Federal employment as allowed by law or Presidential order. **I consent** to the release of information about my ability and fitness for Federal employment by employers, schools, law enforcement agencies, and other individuals and organizations to investigators, personnel specialists, and other authorized employees or representatives of the Federal Government. **I understand** that for financial or lending institutions, medical institutions, hospitals, health care professionals,

17a. Applicant's Signature: _____ Date: 1-16-04
(Sign in ink)

17b. Appointee's Signature: _____ Date: _____

Appointing Officer: _____
Enter Date of Appointment or Conversion
MM / DD / YYYY

FBK0000000092

**From:**      Franky Reese
**To:**        Carling@mtaoline.net
**Date:**      1/15/04 11:15AM
**Subject:**   Vacancy at USDA-ARS

Hi Mr. Carling, we have received your application for ARS-X3W-3322R for Research Plant Pathologist, GS-434-12/13.

I need the form OF-306 to complete the application package.
See the attached web address for the form.

http://www.afm.ars.usda.gov/forms/new-formlst.htm

Please fax to me at 301-504-1495.

Thanks,

Franky Reese
Human Resources Specialist
Western Services Branch, HRD
phone# 301-504-1555
fax# 301-504-1495
freese@ars.usda.gov