*[Procedures in Adobe.pdf]*

# SELECTION PROCEDURES for a RESEARCH SCIENTIST

## Evaluation Panels
Scientific research positions are the cornerstone of our Agency. Therefore, it is critically important that every effort is made to select the most outstanding candidate. The following steps should be followed:

## Preparation of the Position Description
      The Position Description should be based on program goals. Therefore discussions with the National Program and the Area Director should precede the drafting of the Position Description. If the position is the result of a new initiative, then it is important to have stakeholder input as well. The position title, grade level, and proposed responsibilities should guide the development of the Position Description and the specific knowledge, skills, and abilities (KSAs) that will be used to recruit and select for the position.
      After the Position Description and the SF-52 (Personnel Action Form) for recruitment action are submitted to the Area Office for signatures and approvals, it is time to work with the Personnel Specialist to develop the Vacancy Announcement for the ARS website (www.afm.ars.usda.gov/divisions/hrd/index.html). The Personnel Specialist will also help to develop an approved Paid Advertisement in the prescribed format (see attached).

## Recruitment
      Thorough and extensive recruitment is required (www.afm.ars.usda.gov/divisions/hrd/hrdhomepage/staffingrecruit/INTERNET.htm). The best candidates come from making direct contacts, writing letters, and placing advertisements in appropriate journals with wide-spread distribution. Be sure to ensure diversity in the pool of candidates by making a special effort to reach qualified minority candidates and those with disabilities. Contact your EEO specialist (Charmaine Scardina) and the PWA Special Emphasis Program Managers to aid with these types of recruitment activities. Allow enough time in the recruitment process to allow for the distribution of advertisements. This means checking with the journals to determine lead times before setting the date for the closing of the announcement. Waiting for the candidates to come to you will often result in a weak candidate pool and could delay recruitment if it is necessary to re-advertise the position.

## Review of the Certificates
      After the position is closed, the Personnel Staffing Specialist will determine which of the candidates are qualified based on your recruitment specifications. The Specialist will send you a list of the qualified candidates and their applications. It is the responsibility of the Selecting Official to determine if the list contains enough qualified candidates to proceed with the selection process.

AP 819

Exhibit D

*[Procedures in Adobe.pdf]*

### The Evaluation Process
It is critical that input be received from a variety of sources.

- The use of an Evaluation Panel is highly recommended. The Evaluation Panel should consist of a minimum of 5 members representing research expertise, university collaborators and stakeholder interest. The mission of the panel is to achieve a consensus opinion on which candidates (at least two) are highly qualified for the position. The Evaluation Panel does not provide an overall ranking of the qualified candidates and does not make the final selection – that is the responsibility of the Selecting Official. The Panel should provide the Selecting Official with recommendations on the specific knowledge, skills and abilities of each candidate.
- After the best two or three candidates are identified, references are checked by the Selecting Official and interviews are conducted. The interviews include a formal or informal seminar by the candidates. This allows everyone to become more familiar with the candidate's research and presentation style.
- The candidates also meet with the members of the Evaluation Panel for a more intensive question and answer session. This session is considered confidential.
- Input should be obtained from the appropriate National Program Leaders on which candidates possess the best blend of qualifications for the position description.

### The Selection Process
- Prior to selection and well before any negotiation takes place with the candidate, the proposed selectee is discussed with the Area Director. The discussion with the Area Director must take place <u>before</u> any candidate is informed about a potential selection. The Area Director will want to know:
    - What steps were taken to achieve a wide and diverse candidate pool.
    - How many qualified candidates were considered.
    - How the candidates were evaluated.
    - Who was on the Evaluation Panel.
    - What are the merits of the potential selected candidate (please have a copy of the application package forwarded to the Area Director before this discussion).
- Following approval by the Area Director, the Selecting Official should notify the Personnel Specialist of the proposed decision to determine the range and extent of any considered recruitment incentives.
- At this point, discussions with the proposed selectee may take place to negotiate an **informal offer.**
- An **official offer** can only be made by the Personnel Specialist 1) after the Certificate is signed by the Selecting Official, 2) signed concurrence

**AP 820**

*[Procedures in Adobe.pdf]*

is made by the Area Director, and 3) in some cases, the National Program Staff.

**AP 821**