**Lindquist, Susan**

| | |
|---|---|
| **From:** | ABETSCHART@pw.ars.usda.gov |
| **Sent:** | Wednesday, October 16, 2002 11:48 AM |
| **To:** | Alberto Pantoja (EEA)@wdcsun2.usdoj.gov |
| **Cc:** | MShannon@pw.ars.usda.gov; RMatteri@pw.ars.usda.gov |
| **Subject:** | Re: write up |



tmp.htm

Dr. Pantoja -

I very much enjoyed working with you on the interview process and meeting
both you and Edna. The potential in Alaska is incredible and we are very
pleased to have you serving in this important leadership position for ARS.
Pleased to hear that your case writeup is coming along. I presume that you
are using the 'streamlined' version - it is much simpler and accomplishes
the purpose. We will be at the PWA Leadership Conference next week, but
will watch for your case writeup and provide feedback ASAP. Once Christine
receives your final case writeup she puts together an ad hoc panel; this
process can take from 2-3 weeks. We will the proceed to discuss the
specific offer once the panel has decided on the GS-level.

Pleased to hear your visit went well in Palmer. In addition to Palmer,
another center for agriculture is Delta Junction. You may recall that UAF
faculty suggested that they take you there some time after you arrive in
Fairbanks. It seems that programs in Fairbanks address issues of Delta
Junction region. Aside from that, location is also somewhat political, as
you might imagine. Thus, ARS is stationed both in Palmer and Fairbanks in
an effort to meet broader needs of producers and land holders.

We have been working with Dr. Ianson to think through other options, of
which there are some. This could be something to pursue, once you are on
board

The response to Dr. Carling is not expected - the reality is that he is
quite a good scientist, has expertise in areas which will benefit ARS and
producer groups and is a vet blocking any other applicants. We, of course,
do not convey the latter to others, including Nancy and David.

References have been checked for Jeff Conn and Paul Marino.

*Redacted by Lindquist.*

Recruitment action for Palmer - potentially Don Carling - has been returned
to Mike Shannon, as Acting Research Leader. I have asked him to discuss
this with you and follow up accordingly.

Carol Lewis and I discussed Edna's interest in graduate studies. I asked if
Carol might be able to open some doors for Edna with faculty who might be
helpful advisers, as well. Carol asked that Edna send her a brief resume.
She would also want the name of the faculty member(s) with whom Edna met
when she was in Fairbanks - we could not find them in the UAF Directory.
Carol would then talk with the Interim Dean, Phyllis Moreno. I believe that
Carol would like be assist in whatever way she can to pursue possible

1

Exhibit E

opportunities for Edna.

Dr. Carol Lewis may be reached at (907) 474-7083, fax (907) 474-6567. e-mail ffcel@uaf.edu.

We hope that you might be able to join us for some of the PWA Leadership Conference in Scottsdale, Oct. 21-25.  It will be held at the Old Town Hotel and Conference Center, 7353 E. Indian School Road, Scottsdale, AZ.  We have an informal opening evening session on Monday, beginning at 7 p.m. and an Awards Banquet on Wednesday evening beginning at 6:30 p.m.  If you can't join us during the day, please stop by to meet some of your new colleagues in the evening.  We will have several key people with ARS joining us including Dr. Ed Knipling, Acting Administrator.  The group consists of more than 50 Research Leaders, Center Directors and Lab Directors along with their Location Administrative Officers.  Do join us if you possibly can!


Antoinette A. Betschart
Area Director, Pacific West Area
USDA, Agricultural Research Service
800 Buchanan Street
Albany, CA 94710-1105
Phone:  510-559-6060
Fax:  510-559-5779
e-mail:  abetschart@pw.ars.usda.gov

>>> "Alberto Pantoja (EEA)" <alberto_pantoja@cca.uprm.edu> 10/16/02 03:41AM
>>>

Dr. BETSCHART:


It was nice meeting you at Fairbanks.

The trip to Palmer went well, we toured the facilities, but Dr. D. Carling was out of the country. Both, Ianson and Robertson indicated that they believe a plant physiologist is needed, not a plant pathologist as Carling, However both expressed great appreciation for Carlings dedication and good work and indicated he is easy to get along with. Dr. Ianson seems to face serious problems with state people at his research site, but manage to get his work going.


I saw more agriculture in the Palmer- Anchorage area than in Fairbanks area which makes me wonder why the unit is up in Fairbanks. I am in contact with Christine for details on the write up, hopefully by Monday I will email you a copy of the write up for comments before sending it to Christine.


Bests regard


Alberto


_____

Alberto Pantoja, Ph.D., B.C.E.

2

AP0000000684

## Lindquist, Susan

**From:** ABETSCHART@pw.ars.usda.gov
**Sent:** Thursday, October 17, 2002 12:20 PM
**To:** Alberto Pantoja (EEA)@wdcsun2.usdoj.gov
**Subject:** RE: write up


tmp.htm

       Dr. Pantoja -

Good that you received info needed from Christine for the streamlined case
writeup.

A significant portion of agriculture is in Palmer, but our ARS projects,
especially the IPM project will also be addressing issues on public lands
which are found throughout the state.

Mike Shannon will be following up with Don Carling.  Assume we are all in
agreement that the offer will be made to Don, if the discussions proceed
well with him.

Re. the PWA Leadership Conference, although your time in Arizona is very
limited, I do notice that you will be there on the evening of Oct. 23, 2002.
This is the evening of our Awards Banquet.  Please join us if that would
work for you, or even for part of the evening.

Toni

Antoinette A. Betschart
Area Director, Pacific West Area
USDA, Agricultural Research Service
800 Buchanan Street
Albany, CA 94710-1105
Phone:  510-559-6060
Fax:  510-559-5779
e-mail:  abetschart@pw.ars.usda.gov

>>> "Alberto Pantoja (EEA)" <alberto_pantoja@cca.uprm.edu> 10/17/02 04:37AM
>>>


Dr. Betschart


Thanks for the detailed message-reply.


I am using the streamlined version; yesterday I received details from
Christine on questions from my part, so it is coming along.  I really
appreciated the opportunity to participate in the selection process.


During my previous visit to Alaska I drove to the Delta, it was a Sunday so
I just drove there, but did not talked to anyone; still I saw more agric.,
further south at Palmer, but as you mentioned there are political reasons
for the locality issues.

1

AP0000000685

Dr. Carling CV and the comments by the scientist at Palmer are clear, he is
a good scientist doing good science, I guess Nancy and David just wanted to
see a change??, but we did not talked much about it, as Dr. Carling was not
there.

Good to know that

Thanks for the arrangements for Edna, I will contact Dr. Lewis.


I have cut my trip to short to Arizona, I will be there from the 23 to the
25, However I will print the information you provided and try to attend, but
the bean/cowpea CRISP people have a very tight agenda, so lets see if I can
sneak out for a few hours!!


I will be out of the country the rest of October till November the 2nd, but
I will send the draft of the write up before leaving!


We will be in touch


ALberto


Alberto Pantoja, Ph.D., B.C.E.

-----Original Message-----
From: ANTOINETTE BETSCHART [mailto:ABETSCHART@pw.ars.usda.gov]
Sent: Wednesday, October 16, 2002 3:48 PM
To: alberto_pantoja@cca.uprm.edu
Cc: Michael Shannon; Robert Matteri
Subject: Re: write up


Dr. Pantoja -


I very much enjoyed working with you on the interview process and meeting
both you and Edna.  The potential in Alaska is incredible and we are very
pleased to have you serving in this important leadership position for ARS.
Pleased to hear that your case writeup is coming along.  I presume that you

2

AP0000000686