*Amendment to add candidate - 10/01/02 cdi
*This supersedes previous Cert. of Eligible*

## Certificate of Eligibles

| | |
|---|---|
| | DATE ISSUED: *September 23, 2002*<br>EXPIRATION DATE: December 23, 2002<br>An extension may be granted, if necessary. |
| TO: Dr. Michael Shannon, Associate Area Director, PWA | ANNOUNCEMENT #: ARS-X2W-2320<br>SF-52 No. 02-5301-124 |
| ORGANIZATION: National Plant Germplasm Resources Unit, Palmer, AK | POSITION TITLE, SERIES, AND GRADE:<br>Plant Physiologist/Res Geneticist (Plnts); GS-435-13/14; GS-440-13/14 |

COPY

### INTERVIEWING POLICY:

We encourage you to contact and interview candidates as soon as possible. Often times a delay may result in a candidate no longer being available. You are not required to interview all candidates. However, an interview can be useful to evaluate attributes that are not effectively assessed by other selection devices. The following suggestions are provided:

- Interviews should be structured, standardized, and based on job requirements.
- Interview questions should be determined ahead of time.
- Interviewers should take notes on applicants' responses.
- Do not ask questions based on non-merit factors (e.g., race, sex, marital status, age, disabling condition).

An applicant can only be eliminated from consideration for Failure to Report for an interview when (1) confirmation of the interview was given to the applicant in writing and (2) the confirmation stated that failure to appear for the interview would eliminate them for further consideration. You can find a sample letter to send the applicant at:
www.ars.usda.gov/afm2/divisions/hrd/hrdhomepage/staffing_recruit/staffrec.htm.

### USDA DEMONSTRATION PROJECT:

The candidates listed below are referred for consideration. Preference eligibles are identified by the code designations TP, XP, CP, and CPS; nonpreference eligibles are identified as "NV" (see attached key for definitions of codes). Approval must be granted by the Director, HRD, before a preference eligible may be passed over to select a nonpreference eligible.

| NAME OF CANDIDATE | CANDIDATE DESIGNATION (Quality or Eligible) | VETERAN PREFERENCE CODE (See attached key) | DECLINATIONS If a candidate declines, cite the code for the declination (see attached key) |
|---|---|---|---|
| **GS-14:** | | | |
| *Bergey, Daniel | Eligible | TP | |
| Carling, Donald | Eligible | TP | |
| Conn, Jeff | Eligible | NV | |

| Name | Status | |
|---|---|---|
| Ebert, Paul | Eligible | NV |
| Singh, Ram | Eligible | NV |
| Wrona, Anne | Eligible | NV |

**ISSUED BY:**

*Christine Isaac* (signature)

**NAME:** Christine Isaac
**TITLE:** Human Resources Specialist
**ADDRESS:** 5601 Sunnyside Ave, Beltsville, MD 20705-5106
**PHONE:** 301-504-1469
**FAX#:** 301-504-1417

## KEY FOR VETERAN PREFERENCE AND DECLINATION CODES

**VETERAN PREFERENCE CODE DEFINITIONS:**

| | |
|---|---|
| CPS | Compensable disability preference of 30% or more |
| CP | Compensable disability preference |
| XP | 10-pt. Veteran preference |
| TP | 5-pt. Veteran preference |
| NV | Non Veteran |

**REASON FOR DECLINATION CODES:**

| | |
|---|---|
| 01 | Other offer |
| 02 | Poor working conditions |
| 03 | No longer desire position offered |
| 04 | Salary |
| 05 | Location/area |
| 06 | Relocation |
| 07 | Benefits |
| 08 | Poor impression of the federal service |
| 09 | No growth potential |
| 10 | Duty hours/schedule |
| 11 | Poor impression of the agency |
| 12 | Poor impression of the selecting official |
| 13 | Other |
| 14 | Unknown |

AP0000000692

**INSTRUCTIONS FOR SELECTING OFFICIAL:**

It is strongly recommended that you contact the current and past supervisors of any tentative selectee(s). Responses from supervisors and other references to your questions regarding the applicant's work performance and conduct are a critical part of the selection process. Contact your servicing Personnel Management Specialist if derogatory information is obtained through these reference checks.

You must also request that any tentative selectee complete Optional Form (OF) 306, Declaration for Federal Employment, and return it with the certificate. This document can be obtained from your Location Administrative Officer or the Servicing Personnel Management Specialist and will be used to make a decision regarding the applicant's suitability for Federal employment.

You must sign and date the certificate, indicating below the selectee's name and desired entry on duty date or that no selection was made. You may contact the candidate(s) to notify them of their tentative selection and verify acceptance of the position. However, the official offer will be made by the Human Resources Division after all necessary clearances/approvals are received.

NOTE: For SY Positions in ARS, the Research Grade Evaluation Guide must be applied prior to offering the position. Contact your servicing Personnel Management Specialist to discuss.

| NAME OF SELECTEE(S) | DESIRED ENTRY ON DUTY DATE |
|---|---|
| Donald Carling | March 15, 2003 |

| SIGNATURE OF SELECTING OFFICIAL | DATE |
|---|---|
| [signature] | 11/7/02 |

| CONCURRENCE OF AREA DIRECTOR (Required for SY vacancies in ARS only) | DATE |
|---|---|
| [signature] | 11/7/02 |