Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

Exception to SF 50-B
approved by GSA/IRMS 2-87

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Soc.... | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| PANTOJA, ALBERTO | | | 04/20/03 |

**FIRST ACTION**

| 5-A Code | 5-B. Nature of Action |
|---|---|
| 101 | CAREER COND APPT |

| 5-C Code | 5-D. Legal Authority |
|---|---|
| BDN | DEMO/USDA/BELTSVILLE |

| 5-E Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
SUPVY RES ENT
001P9975  1P9975

| | | 10.Grade/Level | 11.Step/Rate | 12. Total Salary | 13. Pay Basis | 16 Pay Plan | 17 Occ Cd | 18.Grade/Level | 19.Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | GS | 0414 | 15 | 05 | 96,492.00 | PA |

| 12A Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A Basic | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | | .00 | | .00 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
AGRICULTURAL RESEARCH SERVICE
FIELD ORGANIZATION
PACIFIC WEST AREA (ALBANY CA)
FAIRBANKS, AK

AG 035063534105000000    PP 08 2003

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 2  0-None  2-Conditional  1-Permanent  3-Indefinite | | YES  [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC | 9  NOT APPLICABLE | 7 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 04/20/03 | F  FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 02-0770-090 | FAIRBANKS  FAIRBANKS NORTH STAR  AK |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|

45. Remarks:
SELECTED FROM                        DATED
CREDITABLE MILITARY SERVICE:  00 YRS.  00 MOS.
PREVIOUS RETIREMENT COVERAGE:
EMPLOYEE IS AUTOMATICALLY COVERED UNDER FERS.
SERVICE COUNTING TOWARD CAREER TENURE FROM 04/20/03 .
APPOINTMENT AFFIDAVIT EXECUTED
SUBJECT TO A 3-YEAR EXTENDED PROBATIONARY PERIOD BEGINNING 04/20/03
AS PART OF A DEMONSTRATION PROJECT ESTABLISHED UNDER 5 U.S.C. 4703.
EMPLOYEE WILL REMAIN IN TENURE GROUP II UNTIL COMPLETION OF
3-YEAR PROBATIONARY PERIOD WHEN THEY WILL BE CONVERTED TO TENURE
GROUP I.
SERVICE COUNTING TOWARD CAREER TENURE FROM 04/20/03 .

| 46. Employing Department or Agency | 50. Signature |
|---|---|
| DEPARTMENT OF AGRICULTURE | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| AG 03 | 4860 | 03/11/03 for | RUTHIE JACKSON  DIRECTOR, HUMAN RESOURCES MANAGEMENT |

3-Part  50-315

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

AP0000944        PP 08 0-2003-BATCH 48605813 000-00 124-14 AG/EO 03-4860

Exhibit G