

**United States Department of Agriculture**

Research, Education, and Economics
Agricultural Research Service

April 16, 2003

Donald E. Carling
University of Alaska Fairbanks
Agricultural and Forestry Experiment Station
533 East Fireweed
Palmer, Alaska 99645

Dear Dr. Carling:

I am pleased to notify you of your selection for a position in the Agricultural Research Service. Information regarding your appointment is indicated below:

|  |  |
|---|---|
| Position: | Plant Physiologist |
| Grade and Salary: | GS-435-14, Step 4; $79,620.00 PA PLUS 25% COLA |
| Location: | Palmer, Alaska |
| Effective Date: | May 4, 2003 |
| Type of Appointment: | Career Conditional Appt.- Permanent |

Please report at 8:30 a.m. on Monday, May 5, 2003, to Dr. Nancy Robertson, Res Plnt Pathologist, located at USDA, ARS, PWA Arctic Plant Germplasm Intro. and Res Project, 533 East Fireweed Ave, Palmer, AK 99645; Phone: 907-746-9465, e-mail: Pfnlr@uaa.alaska.edu Your appointment confers retirement coverage, and you will have the opportunity to enroll in the Federal Employees Health Benefits and Group Life Insurance programs. As a new employee, you will be subject to a 3 year probationary period.

The Immigration Reform and Control Act of 1986 requires employers to hire only individuals who are eligible to work in the United States. Please complete Section 1 of the enclosed Form I-9 and bring the form and original documents as specified in Part 2 (List A or B and C) with you when you report for duty. The form can be found on website: www.ins.usdoj.gov/graphics/formsfee/forms/i-9.htm

A recruitment incentive has been authorized for you in the amount of 10,000.00 All applicable Federal and State taxes will be deducted from this amount. In order to process the incentive, the enclosed service agreement must be signed, dated, and returned to me in



Administrative and Financial Management
5601 Sunnyside Avenue • Beltsville, MD 20705-5100
An Equal Opportunity Employer

AP0000000652

Exhibit H

SEP-08-2005 15:00    USDA-ARS-FAIRBANKS ALASKA                907 474 6521     P.05
Case 3:04-cv-00211-JKS    Document 17-10    Filed 03/15/2006    Page 2 of 2

2

the attached addressed envelope.

The Debt Collection Improvement Act of 1996 requires that most Federal payments be made by electronic funds transfer (EFT). **Please complete and bring either Form SF-1199A or FMS-2231 with your account or financial institution information when you report for duty.** (NOTE: Exceptions to this law can be based on hardship. Specifically, waivers for individuals are available if receiving your payment electronically would cause a financial hardship or a hardship because you have a physical or mental disability, or because of geographic, language or a literacy barrier.) The form can be found on website: www.opm.gov/forms/html/of.htm

The SF-85, Questionnaire for Non-Sensitive Positions, is used to initiate a National Agency Check with Inquiry (NACI) background investigation. Accurate completion of this form is a condition of employment. Please bring the completed SF-85 when you report for duty. The questions must be completely and properly answered according to the instructions. You must initial and date all changes including corrections, scratch outs, or if you've used white out. The Office of Personnel Management will not accept or process incomplete forms. You may find a copy of the form on website: www.opm.gov/forms/html/sf.htm

If you are unable to report as indicated above, or you have any questions, please call me at 301-504-1469 or e-mail: cisaac@ars.usda.gov

We welcome you to the Agricultural Research Service.

Sincerely,


CHRISTINE D. ISAAC
Human Resources Specialist

Enclosure(s)

cc:
Area Office
Budget Office
OPF
SF-52 # 02-5301-124

AP0000000653