# Chapter 11:  OPM Research Grade Evaluation Guide

## RESEARCH GRADE-EVALUATION GUIDE

**Contents**                                                                                                              **Page**

Introduction ................................................................................................................................. 60
Series determinations .................................................................................................................... 60
Title determinations ...................................................................................................................... 60

Part I - Evaluation of research positions GS-11 thru GS-15:
    Coverage ................................................................................................................................ 62
    Interaction of the research situation and the researcher ........................................................ 65
    Classification of vacant positions ......................................................................................... 66
    Relationship to grades of supervisors ................................................................................... 66
    Factors for evaluating research positions .............................................................................. 67
    Evaluation system ................................................................................................................. 70
    Procedural suggestions for use of evaluation system ........................................................... 71
    Grade-determination chart .................................................................................................... 74
    Degree definitions ................................................................................................................. 75

Part II - Evaluation of research positions below GS-11: ........................................................... 83
    Characteristics of GS-5 positions ......................................................................................... 83
    Characteristics of GS-7 positions ......................................................................................... 83
    Characteristics of GS-9 positions ......................................................................................... 84

This is a reprint of the OPM RGEG (TS-52, June 1964, as revised by TS-23, January 1976).  As an official Government position classification standard, the RGEG is not subject to revision by ARS.  Use of the terms "he" and "his" is generic.

The "Guide for Appraisal of Scientific Positions Proposed for GS-16, GS-17, and GS-18" cited herein was rescinded by TS-105, June 1991.  The "Supervisory Grade-Evaluation Guide" cited herein was superseded by the "General Schedule Supervisory Guide" (TS-123, April 1993).

Exhibit _____I_____
Page __1__ of _10_ pages

## GRADE-DETERMINATION CHART

Total point value assigned to the four factors may be converted to grade in accordance with the chart below.

| Conversion Scale | |
|---|---|
| **Classification Grade** | **Total of Factor Point Values** |
| GS-11 | 8-12 [14]* |
| GS-12 | 16-22 [24]* |
| GS-13 | 26-32 [34]* |
| GS-14 | 36-42 [44]* |
| GS-15 | 46-52 [54]* |

Where the points assigned to a position fall in the gap between ranges assigned to GS-grades, the position may be considered to be "borderline." Thus, it should be assigned to either the higher or lower of the two grades between which it falls in accordance with a judgment determination based on aspects of the position which may not have been fully considered in arriving at the point values, and in consideration of best alignment with other properly classified positions.

---

**\* Point totals in brackets in the table illustrate ARS "grade ceiling" concept.** ARS factfinding and deliberation procedures are sufficiently thorough that all significant "aspects of the position" **will** have been fully considered in arriving at the point values. For example: 24 points is the "ceiling" for grade 12. Assignment of 24 points always results in allocation to grade 12. Allocation to grade 13 always requires assignment of a total of at least 26 points.

74

Exhibit     I
Page 2 of 10 pages

## DEGREE DEFINITIONS[3]

### Factor I:  The research situation, or assignment

Degree A (2 points)

Projects consist of scientific investigations of limited scope, with readily definable objectives, which require only fairly conventional techniques.  Such investigations may stand alone as studies of specific phenomena or problems, or they may be segments in a structure of related investigations.  In either case, the specific assignment typically requires the incumbent to perform or to participate responsibly in all phases of the complete research process including problem definition, planning, execution, analysis, interpretation, and reporting of findings.

Projects may be studies in new areas, where the objectives are clear-cut and fairly conventional means can be used; they may involve applying existing theory or methods to new classes of subjects, or to classes of subjects previously experimented with, under various controlled changes in conditions; or they may involve reruns or adaptations of previous studies in the light of changes in theory, improvements in techniques and instrumentation, etc.

Projects are expected to result in a publishable addition to scientific knowledge or in a comparable contribution to the development of a new or recognizably improved method or technique.

Degree C (6 points)

The incumbent is responsible for formulating and conducting a systematic research attack on a problem area of considerable scope and complexity.  The scope of the problem area is typically such that it must be approached through a series of complete and conceptually related research studies.  These may be carried out personally by the incumbent or by a team of which the incumbent is the leader.  In terms of complexity, problems are typically difficult to define; require unconventional or novel approaches; require sophisticated research technique; and/or present other features of more than average difficulty.

Characteristically, research studies of this scope will result in a series of publishable contributions to knowledge which will:  (a) answer important questions in the scientific field, account for previously unexplained phenomena, and/or open significant new avenues for further study; (b) represent an important contribution to the validation or modification of scientific theory or methodology relating to the topic area; (c) result in important changes in existing products, processes, techniques or practices; and/or (d) be definitive of a specific topic area.

_____

[3]Substantive changes in degree definitions as compared to the 1960 version of this guide are marked by asterisks.

Exhibit  I
Page  3  of  10  pages

Degree E (10 points)

At this level, the research situation consists of: (1) Responsibility, ordinarily as a team leader, for formulating and guiding a research attack on problems in applied research which have been recognized as critical obstacles to progress or development in areas of exceptional interest. The solution of such problems would represent a major advance, opening the way for extensive related development; or (2) Responsibility for attacking basic research problems which have been recognized as exceptionally difficult and unyielding to research analysis so that their solution would represent an advance of great significance.

While it is not possible to stipulate "success" in the solution of such problems, for the research situation to be evaluated at this level a reasonable expectation of fruitful work on problems of such difficulty and magnitude is presupposed. In any case, a significant rate of progress is expected; or (3) *Responsibility as a team leader for attacking problems of such scope and complexity as to require subdivision into separate phases of which several are characteristic of Degree D. (Positions of this type necessarily involve substantial supervisory responsibility.)*

*In Excess of Degree E

The research situation is characterized by: (1) Responsibility as a team leader for formulating and guiding a broad scale attack on problems in frontier areas of critical importance to major national programs. The project is of such complexity and scope that it must be sub-divided into a number of separate experimental and theoretical research phases, several of which are typical of Degree E of this factor; or (2) Responsibility for attacking basic research problems of such fundamental interest, extraordinary difficulty, and resistance to attack that: (a) there have been numerous attempts by highly competent scientists to explore the area and to gain a fundamental understanding of the processes or phenomena; (b) new hypotheses, concepts, and techniques must be developed for attack, and interpretation; and (c) the successful performance of the work will lead to the major modification or important extension of current theory.

In either (1) or (2) above, the assignment and leadership exercised influence the shaping of agency program goals, advancement of programs and understanding in the total field, and the planned activities of numerous scientists in Government, academic institutions, and private industry.*

Exhibit I
Page 4 of 10 pages

Factor II: Supervision received

Degree A (2 points)

Most typically, the specific problem is assigned by his supervisor with general instructions as to scope and objectives of the study. The study may, however, be suggested by the incumbent, and undertaken after supervisory approval. The incumbent confers with his supervisor regarding definition of the problem, its relationship to the broader research goals of the activity, and the development of a plan of attack. The direction and guidance thus received are aids to the incumbent in the critical problem definition and planning stages, but do not remove his personal professional responsibility for the completeness and adequacy of these steps. From this point, incumbent is expected to take responsibility for the study and pursue it to completion, solving problems ordinarily entailed in accomplishment of the work with only occasional reference to the supervisor. Decisions that materially change the nature of the work (e.g., decisions to discontinue work, change emphasis, or change plan of attack) originate elsewhere or are approved by the supervisor.

Incumbent interprets results of own work and prepares reports and papers which are reviewed for inclusion of necessary supporting information, completeness, clarity, and results. Work is reviewed for adequacy of method, for completeness, and for results.

Degree C (6 points)

In programmed or applied research, the researcher is typically assigned a broad problem area. In basic research he may not be given an "assignment," but may work with substantial freedom within an area of primary interest. In either event, he is allowed substantial freedom in identifying, defining, and selecting specific problems for study, being responsible for determining what appear to be the most fruitful investigations and approaches to the problem area.

The researcher is responsible, with little or no supervisory assistance, for formulating hypotheses, for developing and carrying out the plan of attack, for coping with novel and difficult problems requiring *modification of standard* methods, for analyzing and interpreting results, and for preparing comprehensive reports of findings.

The supervisor is kept informed, through occasional discussions, of general plans and progress of the work. The supervisor approves plans which call for considerable investments of time or equipment; and is responsible for final decisions concerning direction of work, and concerning changes in or discontinuance of important lines of investigation, particularly if they involve abandonment of what had been thought to be promising lines of investigation or of a substantial research investment. However, the researcher's professional judgment is relied on to such an extent that his recommendations are ordinarily followed. The supervisor attempts to create a climate conducive to the generation of ideas through staff discussions, seminars, etc. The

Exhibit __I__
Page __5__ of __10__

researcher has full responsibility for decisions regarding use of equipment and other resources made available to him. His completed work and reports are reviewed principally to evaluate overall results.

Degree E (10 points)

Technical supervision is nominal *and consultative in nature.* The researcher works under broad administrative supervision, which is *generally limited to approval of staffing, funds, and facilities,* and broad agency policies. *Within the framework of management objectives, priorities, and pressures for results, the researcher is expected to locate and explore the most fruitful areas of research in relation to the agency's program and needs and the state of the science involved; to take complete responsibility for formulating research plans and hypotheses and for carrying them through to completion; and to take full technical responsibility for interpreting findings, including interpreting their applicability to activities and interests of the agency, and their broader applicability to basic scientific methodology. Within the agency, these interpretations are accepted as technically authoritative and become the basis for necessary administrative action. They are, of course, subject to further test and ultimate validation or modification by the scientific community *and management decisions on the use of the results of research.*

*In Excess of Degree E

The supervision received is characterized by: (1) a degree of confidence in and reliance on the researcher's productivity, competence, and judgment such that there is an unusual level of support of his recommendations and his most novel and as yet seemingly fruitless investigations; (2) responsibility such that interpretations, recommendations, and conclusions having major impact on matters of great urgency and significance are furnished other agencies and the professional community without reference to or knowledge of higher authority in the agency, and (3) a supervisory relationship that fully reflects recognition of the researcher as both (a) a top technical authority in his field in the agency and (b) a distinguished and brilliant scientist.*

78

Exhibit __I__
P... __6__ c: __10__ page

Factor III:  Guidelines and originality

Degree A (2 points)

Existing theory and methods are generally applicable to most, though not necessarily all, parts of the problem.  Available material may contain some inconsistencies, may be partially unconfirmed, and/or may suggest several different possibilities of dealing with the problem at hand.  The originality required of an incumbent at this degree is primarily the development of a complete and adequate research design for his specific problem, based on use of sound professional judgment in selecting and adapting from available possible methods and techniques those best suited to the immediate problem.  This may involve the application of highly complex (but established) experimental techniques, or some modification of details of technique or method.  This degree involves only a limited amount of innovation or modification of procedures and techniques.

Degree C (6 points)

In basic research, available guides and precedents, e.g., existing literature in the field, are limited in usefulness (are contradictory, contain critical gaps, are only partially related to the problem) or may be largely lacking because of the novel character of the work being done.  A high degree of originality is required in defining problems which are very elusive and/or highly complex, in developing productive hypotheses for testing, in identifying significant problems for study in developing important new approaches, methods, and techniques, and in interpreting and relating the significance of results to other research findings.

In applied research this degree typically involves development and application of new techniques and original methods of attack to the solution of important problems presenting unprecedented or novel aspects.  This includes application of a high degree of insight to isolate and define the critical features of the problems; and application of a high degree of originality and ingenuity in adapting, extending, and synthesizing existing theory, principles, and techniques into original and non-obvious combinations or configurations, and in defining and conducting the specific research studies necessary for the solution of the problems dealt with.

Degree E (10 points)

This degree of originality is represented by:  (1) Creative extension of existing theory or methodology, or significant contribution to the development of new theory or methodology, which is of such scope as to supplant or add new dimensions to a previous framework of theory or methodology (for example, the new theory may represent a higher abstraction which includes relevant prior knowledge, at least as special cases of the new and which accounts for phenomena which may have been inconsistent with prior theory); or (2) Responsibility (particularly in applied research), for applying a very high degree of imagination and creativity in the solution of problems of *marked* importance (for example, to the scientific field, to national defense, to

health, to major segments of the national economy, etc.), for which there is an almost complete absence of applicable guidelines, pertinent literature, and methodology.

\*In Excess of Degree E

The work is characterized by the application of such unusual productivity, creativity, and depth of insight into the fundamental nature of phenomena and their relationships as to produce a substantial variety of new methods and techniques, of new approaches to formerly intractable problems, of identification of new problems to be attacked, and of important new concepts and discoveries, inclusive of the type described in Degree E of this factor. New areas are opened up for exploration, the findings have widespread applicability to other fields of science and technology, and there is likely to be a major stimulus to scientific and technological effort and achievement in the field of endeavor.\*

80

Factor IV:  Qualifications and scientific contributions

Degree A (4 points)

The researcher typically **performs independent research, or serves as a full member of a research team.  He has demonstrated, through satisfactory planning and execution of one or a few research studies, ability to define his problems clearly, to perform the necessary background research, to develop an appropriate plan of attack, to execute the research plan, to organize and evaluate the results, and to prepare acceptable reports of findings, with some guidance as to objectives and occasional consultations during the progress of his study.

Work may be expected to result (or has resulted) in co-authorship, in a secondary role, of one or more major papers or reports of considerable interest to the scientific field, or in primary authorship of one or more minor papers or reports which will serve (or have served) chiefly to fill narrow blanks in an existing framework of knowledge, or corroborate existing theory, or to report findings of limited scope.

The researcher serves as a source of information on his own research projects, principally to researchers within his own laboratory *or sphere of investigation, and on related or similar projects elsewhere.*

Degree C (12 points)

At this degree, the researcher has demonstrated his ability as a mature, competent and productive worker.**  He will typically have authored one or more publications of considerable interest and value to his field (as evidenced by favorable reviews, by citation in the work of others, by presentations of papers to professional societies, etc.), and/or he will have contributed inventions, new designs or techniques which are of material significance in the solution of important applied problems.

His contribution involves leadership of a productive research team, or leadership in the conception and formulation of productive research ideas (as evidenced by the fact that his ideas have been the basis for productive studies by others, within or outside his immediate organization), and/or highly productive (in terms of both quantity and quality) personal performance of research of such originality, soundness, and value as to have marked him as a significant contributor to his professional field.  He is beginning to be sought out for consultation by colleagues who are, themselves, professionally mature researchers.  Further evidence of his emerging recognition may be selection to serve in important committee assignments of professional groups.  He is qualified to speak and deal responsibly concerning technical matters in his area of immediate specialization with researchers within and outside his own organization.

Degree E (20 points)

At this degree, the researcher has demonstrated outstanding attainment in a broad, or in a narrow but intensely specialized field of research. He will typically have authored a number of important publications, of which at least some have had a major impact on advancing the field, or are accepted as definitive of important areas of it, and/or he will have contributed inventions, new designs or techniques which are regarded as major advances in basic or applied research, and which have opened the way for extensive further developments, or have solved problems of great importance to the scientific field, to the agency, or to the public.

Contributions at this degree are of such importance and magnitude that they serve to move the art forward to the extent that other researchers must take note of the advance in order to keep abreast of development in the field.

He is sought as a consultant by colleagues who are, themselves, **specialists in his field; he speaks authoritatively regarding his field in contacts within and outside the Government. Invitations to address *national* professional organizations, and recognition in the literature of his field through favorable reviews and numerous citations by others are further typical evidences of attainment. *For purposes of comparison with private employment, the level of attainment contemplated at this degree may be considered to be roughly comparable to that of a full professor at a major university.*

*In Excess of Degree E

The incumbent is a nationally recognized authority and leader in an area of widespread scientific interest and investigation. He will typically have received honors and awards from major national organizations for his accomplishments. He is sought as an advisor and consultant on scientific and technological programs and problems which extend well beyond his own field. His reputation as a scientific leader is such that he serves as a recruiting attraction for recent graduates who seek opportunities to work under his inspiration and guidance in order to catch some of his imaginative fire, critical judgment, and research technique.* His personal competence is likely to be a major consideration in agency sponsorship of programs in his field.

82