

United States Department of Agriculture

Research, Education, and Economics
Agricultural Research Service

October 3, 2003

Dr. Donald E. Carling
USDA, ARS, PWA
Subarctic Agricultural Research Unit
533 East Fireweed Avenue
Palmer, AK 99645

Dear Dr. Carling:

This letter is to inform you that your employment as a Plant Physiologist, GS-0435-14, with the Department of Agriculture, Agricultural Research Services (ARS), Pacific West Area (PWA), Subarctic Agricultural Research Unit, Palmer, Alaska and the Federal service will be terminated effective October 17, 2003. This action is being taken in accordance with Section 315.804, Title 5, Code of Federal Regulations.

This action is based on the following:

On May 4, 2003, you were hired by ARS on a Career-Conditional Appointment, as part of a Demonstration Project established under 5 U.S.C. 4703. This appointment is subject to a 3-year probationary period. Recently you have been unresponsive to phone calls and e-mails. The quality of the research plans you have presented so far have been unacceptable. In addition, you do not coordinate work or initiatives with other units through the administrative office as instructed. Your lack of response to urgent matters has caused major delays to our unit, the Area Office and the National Program Staff. On September 22 and 23, 2003, I indicated to you that your research plan was unacceptable. I called and left e-mails and voice messages regarding the need and urgency of a reviewed prospectus. During a phone conversation at 10:10 a.m. on September 23, 2003, I explained to you the need to have a reviewed version to me by the end of the day. You did not provide the reviewed version as requested, but instead went to the field to collect devils' club germplasm.

Based on the above, you are being terminated from your position and from the rolls of the Federal Government.

You have limited appeal rights from this termination. You may appeal to the Merit Systems Protection Board (MSPB) only if you allege that the action was taken for any of the following

P. O. Box 757200, University of Alaska Fairbanks, Fairbanks AK 99775
Phone: 907-474-7536
Fax: 907-474-6184
An Equal Opportunity Employer

Exhibit ___J___
Page __1__ of __2__

Dr. Carling, page 2

reasons: race, color, religion, sex, national origin, physical handicap, or age (at least 40 years of age at the time of the alleged discrimination) only if such discrimination is raised in addition to partisan political reasons (political affiliation) or marital status. Your appeal must be personally delivered to MSPB or postmarked no later than 30 calendar days following the effective date of this action. The MSPB regulations and appeal form may be obtained from the:

> U.S. Department of Agriculture
> ARS, Human Resources Division
> 5601 Sunnyside Avenue
> Beltsville, Maryland 20705-5102
> ATTN: Mary Fasanella

FJ04-1432

For further information concerning this action, you may consult Ms. Fasanella, Human Resources Specialist, on 301-504-1386 during normal business hours.

You are requested to sign and date the acknowledgment copy of this letter as evidence that you have received it. Your signature does not mean that you agree or disagree with the contents of this letter. However, your failure to sign the acknowledgment copy will not void the contents of this letter.

Sincerely,

*[signature]*

ALBERTO PANTOJA
Research Leader


cc:
Dr. A. Betschart, PWA
Dr. M. Shannon, PWA


RECEIVED: _____
                  Dr. Donald Carling

DATE: _____

Exhibit __J__
Page __2__ of __2__ pages