Events related to Dr. Donald Carling performance. All events are for year 2003.
AP = Alberto Pantoja, DC = Donald Carling, JC = John Clark, UAF = University of Alaska Fairbanks

June 01: AP and JC talked to DC on his duties and expectations. He was advised to concentrate on research, and coordinate or canalize administrative matters with the RL

June 04: AP emailed DC requesting that collaboration with external units be coordinated first with the RL (Appendix I)

June 04: DC acknowledge by email receiving the message referenced above (Appendix II)

June 04-05: AP talks to DC on travel request procedures (See reaction on Appendix II, III)

July 03: DC includes in his Performance Plans (PP) supervisory and administrative duties that are under the RL. Some of the initiatives presented by DC on his PP included sensitive issues with the PMC, after some discussion and the intervention by M. Shannon, the PP was amended and signed (Appendix IV)

August 28: DC tries to arrange travel with the LAO approval by-passing the RL, he was informed on travel requirements before June 05 (Appendix V)

August 28: on August 15 DC request to UAF an appointment as emeritus professor, additionally request affiliate status for other ARS scientist in the unit, but did not inform our office of such request, the Dean contacted us to request the information needed, however the procedure requested by DC was unnecessary and confusing, to both ARS and UAF (Appendix VI)

September 10 & 11: AP talked to DC on the need to concentrate on research and improve his research and performance plan

September 18: AP initiates conversation with DC and other unit members to review a project and present a prospectus (Appendix VII)

September 22 & 23: AP indicated to DC that is research plan is unacceptable also called and left emails and voice messages to DC regarding the need and urgency of a reviewed prospectus. In spite of indicating during a phone conversation at 10:10AM the need to have a reviewed version for that day, there was no reaction from his part. About 3:00PM I was informed that DC went to the field to collect devils' club germplasm. (Appendix VIII,)

Instead of reviewing the document, DC wanted to know the identity of reviewers (Appendix IX), but did not review the document, this caused overloading to others in the unit (Appendix X, XI), and delays to both the unit and the area office

September 26: AP reminded DC on the need to coordinate hiring with the administration office (Appendix XII)

Exhibit K