```
-----Original Message-----
From: Alberto Pantoja [mailto:ffap2@uaf.edu]
Sent: Thursday, September 18, 2003 1:40 PM
To: Michael Shannon
Cc: ANTOINETTE BETSCHART; Robert Matteri
Subject: FW: FAVOR
```

Mike

sorry to keep bothering you on this case, but we still not getting an acceptable research plan from D. Carling, I talked to him on private and explained that we expect more from him, giving his GS level, I also forwarded comments from the reviewers and discussed with him the expected outcome, but I was not satisfied with his plan.

Just to get an external opinion I emailed Jim Mattheis copy of DC plan and here are the comments.

I will call tomorrow to follow up on this!!

Alberto

AP0000946

Exhibit L

```
-----Original Message-----
From: Alberto Pantoja [mailto:ffap2@uaf.edu]
Sent: Thursday, September 18, 2003 4:11 PM
To: DONALD CARLING
Subject: RE: updated prospectus
```

Don

I got the suggestions, but we need to work on this more, The experimental design and procedure do not reflect our need in the unit, in the other hand the contingency looks like a more appropriate physiological problem, I will go over the whole doc. today and get back to you on this tomorrow.

thanks

alberto

```
    -----Original Message-----
    From: DONALD CARLING [mailto:pfdec@uaa.alaska.edu]
    Sent: Thursday, September 18, 2003 10:59 AM
    To: Alberto Pantoja
    Subject: Re: updated prospectus
```

    Alberto:

    Attached is a section of the prospectus you revised yesterday.  I have made some changes in the wording of the two paragraphs you highlighted in yellow.  My paragraphs are highlighted in green.  I recommend you replace the yellow paragraphs with the green paragraphs.  Also, I believe the green paragraphs should be left in Objective 2b.

    Don

AP0000947

```
-----Original Message-----
From: Alberto Pantoja [mailto:ffap2@uaf.edu]
Sent: Monday, September 22, 2003 7:09 AM
To: Donald Carling
Subject: prospectus URGENT
```

Don

your approach and procedure for the prospectus is unacceptable, we need to discuss this today and work an acceptable experimental design. Please call me a soon as you come to the office, we have till today at noon to present the document, here comment by another ARS plant physiology that saw your exp. design and procedure:

more specifics are needed to evaluate this plan.

Objective statement:  "Conduct research" is not an objective, "selected plant species" is vague, "best able to tolerate stress" based on? Seems determination of the physiological/genetic basis for differences in potato growth and development when produced under conditions unique to Alaska and other similar environments would be a great objective for this project.

Experimental design: What physiological parameters of potatoes will be measured and how?  More detail is needed.

R. solani work doesn't fit with physiology position per se, is the pathologist involved in this portion?  Otherwise, are potato varieties to be evaluated those not currently produced in Alaska?  What is the basis for including other related germplasm in these studies?  Are other R. solani isolates to be evaluated from similar ecosystems as those in Alaska?  What "evaluations" of potato varieties and R. solani are to be conducted?

Are seed germination and propagation the primary agronomic factors limiting production in Alaska?  Seems like the contingency is a more appropriate area of investigation.  For both, details describing how and what experimental work will be conducted are lacking.

Contingencies: Research proposed will confirm what is stated to already be known, area of seed origin contributes to productivity, rather than the physiological basis for this difference.


Objective 2.b Conduct research related to adaptation of selected plant species to some of the biotic and abiotic stresses found in arctic, subarctic, and alpine ecosystems. Accessions of selected crop and native plant species possessing desirable horticultural, pharmacological or agronomic characteristics and identified as best able to tolerate stress will be characterized.

Hypothesis 2.b: Species and accessions best adapted to arctic, subarctic, or alpine conditions will yield and generally perform at a higher level than those species and accessions that are less well adapted.

Experimental design 2.b: Certain varieties of potatoes can be manufactured into potato chips and this attribute is determined by genotype. Existing chipping varieties will be grown in Alaska and physiological parameters required for chipping will be measured.

AP0000948

Rhizoctonia disease can devastate crops of potatoes grown in Alaska and other northern locations. Certain varieties are known to be more susceptible than others. Also, certain genotypes of R. solani are known to be more virulent than others. Potato varieties, as well as other germplasm that is related to Solanum tuberosum will be collected and evaluated. In addition, isolates of R. solani from locations world wide will be collected and evaluated.

Devil's club is a potentially marketable medicinal plant that is indigenous to Alaska and other locations in coastal northwestern North America. Germplasm will be collected from various locations and planted in the field in Palmer, Alaska. Seed germination and various methods of vegetative propagation will be investigated.- THIS IS plant physiology or regeneration protocols??

Contingencies 2.b: Potato seed produced in northern locations is known to be more vigorous and generally of better quality than seed produced in southerly locations. The physiological basis for this is not known. Seed of selected commercial varieties will be produced in Palmer as well as more southerly locations. Productivity of this seed will be compared in the field in large potato growing regions.

Concentrations of medicinally active components of Devil's club may vary among genotypes or accessions of the species. Concentrations and activity of medicinally active ingredients from different accessions of Devil's club will be determined.

Collaboration 2.b:

Marc Cubeta, North Carolina State University

Joe Sowokinos, University of Minnesota

Shiro Kuninaga, Health Sciences University of Hokkaido, Japan.

-------------------------------------------

AP0000949

```
-----Original Message-----
From: Alberto Pantoja [mailto:ffap2@uaf.edu]
Sent: Monday, September 22, 2003 11:30 AM
To: DONALD CARLING
Subject: RE: URGENT Prospectus revised
```

I explained the reasons to you by phone, talking with reviewers is not possible.

```
    -----Original Message-----
    From: DONALD CARLING [mailto:pfdec@uaa.alaska.edu]
    Sent: Monday, September 22, 2003 10:17 AM
    To: Alberto Pantoja
    Subject: Re: URGENT Prospectus revised
```

    Alberto:

    I have your revisions of the prospectus and have seen the changes you made in 2b.

    I do not understand your reasoning behind the elimination of research relating to potato chipping from my plan.  The factors controlling production of quality chips are physiology based and the effect of subarctic growing conditions on these factors seem appropriate for research.  Findings could  have broad implications that extend beyond subarctic locations.  If it is possible, I would like to speak to the plant physiologist you referred to in your message so that I may better understand.

    I also do not understand the need to eliminate fundamental research with devil's club from my plan.  To work with this plant species, I must be able to propagate it in a reliable and predictable way.  Currently there is little or no useful information on the propagation or basic physiology of this species. If its physiology is to be studied, growth and reproduction seem to me to be a logical place to start.

    I do not agree with the changes you have made in part 2b of the prospectus.  In the short time allowed, however, I cannot make any meaningful comment beyond what I have said above.

    Don

    Alberto Pantoja wrote:

            attached the last version of the prospectus, please notice that there have been changes in the Approach and research procedure. A small changes  in objectives 1 and 2a, major changes in 2b, please review and present comments ASAP{, this will be emailed to the area by Noon today!

            thanks

            alberto

AP0000950

```
-----Original Message-----
From: Alberto Pantoja [mailto:ffap2@uaf.edu]
Sent: Monday, September 22, 2003 2:59 PM
To: Nancy L. Robertson; Donald Carling; David C. Ianson; Alberto Pantoja
Subject: more reviews
```

I presented the doc. to the area, they requested a few changes that I already incorporated, the changes are reflected in objectives 2 and 3, formerly 2a and 2b,

DAVE

Most of the changes are to objective 3, Don is not available? I left messages on his office, but ca not wait, so please review the new objective 3and present comments ASAP

Nancy

see objective 2

thanks

alberto

Objective 2: Characterize, evaluate, and document diseases and their etiological agents on selected crop and native plant species from arctic, subarctic and, alpine ecosystems.

Hypothesis: The preservation and propagation of arctic germplasm will be optimized by detection, identification and control of plant pathogens.

Experimental design: Diseased plants will be identified in the field while isolation and characterization of the pathogens will be completed in the laboratory. Viruses will specifically be characterized via serology, molecular biology protocols, and electron microscopy. The etiology and epidemiology of pathogens will be studied to fulfill Koch's postulates and to help in devising pathogen control strategies.

Contingencies: New approaches may be required if novel pathogens are encountered. Collaborations will be developed as needed to complement the expertise of the CRIS project scientists.

Collaboration: Roy French, ARS, Lincoln, NE

Objective 3 Characterize, evaluate, and document adaptation of selected plant species to biotic and abiotic stresses found in arctic, subarctic, and alpine ecosystems.

AP0000951

Hypothesis: Species and accessions best adapted to arctic, subarctic, or alpine conditions express physiological attributes valuable for the improvement of high-latitude crop plants.

Experimental design: Seed of agricultural crops produced in northern locations are known to be more vigorous and generally of better quality than seed produced in southerly locations. The physiological basis for this is not known. Seed of selected and commercially available potato, carrots, and cole crops will be produced in Palmer as well as more southerly locations to compare germination vigor. Productivity of this seed will be compared in the field in large growing regions.

Contingencies: : New approaches may be required if the mechanism of cold tolerance are identified. Collaborations will be developed as needed to complement the expertise of the CRIS project scientists.

Collaboration:

Marc Cubeta, North Carolina State University

Joe Sowokinos, University of Minnesota

Shiro Kuninaga, Health Sciences University of Hokkaido, Japan.

------------------------------------------
ALBERTO PANTOJA, Ph.D.
RESEARCH LEADER/ENTOMOLOGIST
USDA-ARS
SUBARCTIC AGRICULTURAL RESEARCH UNIT
P. O. BOX 757200
362 O'NEILL BLDG., UAF
FAIRBANKS AK, 99775

VOICE: 907-474-7536
FAX  : 907-474-7527, 907-474-6516
Cellular  907-978-2204

EMAIL: ffap2@uaf.edu

AP0000952

```
-----Original Message-----
From: Peter Bretting [mailto:Peter.Bretting@NPS.ARS.USDA.GOV]
Sent: Tuesday, September 23, 2003 4:04 AM
To: JOAN KOTLYAR; Robert Matteri; ffap2@uaf.edu
Cc: Rick Bennett; Scott Cameron; John Radin; ANTOINETTE BETSCHART; Michael
Shannon
Subject: Fwd: RE: Prospectus
```

Hello Alberto and Bob--thanks for the draft prospectus.  To accelerate
revision and approval, I've penned comments on a copy, and will fax it
to Alberto.  I have circulated my comments to other NPLs and hopefully
they will also provide input, as their schedules permit.

Here are some of the main points that should be addressed in the next
iteration:

1) Simplify the title for first objective as follows: "Conserve,
evaluate, and distribute arctic, subarctic, and alpine-adapted plant
germplasm and associated information to scientists worldwide."

2) Try this title for the second objective: "Characterize diseases and
their etiological agents on selected crop and native plant species from
arctic, subarctic and alpine ecosystems."

3) Try this title for the third objective: "Characterize the
physiological genetic systems underlying adaptation of selected plant
species to biotic and abiotic stresses found in arctic, subarctic, and
alpine ecosystems."

4) Be careful about how the proposed mycorrhizal/weed control effort is
presented.  As we discussed during your visit to Beltsville, this should
be an ancillary component of the work that addresses objective 1.  To
address these topics as separate research questions would require far
more resources and expertise than is currently available.

5) The "hypothesis" for objective two is actually a statement of the
general approach that will be followed in addressing the research
objective.  Either label it as an "approach" rather than an objective,
or, re-write the hypothesis to be much more sharply focused.  Can you
briefly list some of the viruses or other microbes that will be the
focus of this five year project?

6) The hypothesis for objective three is also too broad.  What aspect
of high-latitude adaptation will be the focus for the next five years?
What crops will be the priority targets for the next five years?  The
experimental design is disconnected from the hypothesis, but may provide
a valuable starting point for a revised hypothesis, e.g., "X (day
length? soil temperature? soil microflora?) is a primary determinant of
the superior seed or tuber quality characteristic of plants propagated
in arctic/subarctic regions."

I hope that these are helpful.  Again, I've asked other NPLs to
transmit their input, and I've faxed additional comments.

I will be in College Station, TX from tomorrow AM until late Fri PM,
but can be reached by cell phone or e-mail.

Peter
>>> Robert Matteri 09/22/03 08:02PM >>>
Joan:

AP0000953

```
Please forward the attached prospectus, with area approval, to
NPS/OSQR. Thanks.

Bob


Robert L. Matteri
Assistant Director, Pacific West Area
USDA, Agricultural Research Service
800 Buchanan Street
Albany, CA 94710-1105
Phone:  510-559-6063
Fax:  510-559-5779
Cell: 510-703-4044
email: rmatteri@pw.ars.usda.gov


Peter Bretting
USDA/ARS, National Program Staff
Room 4-2212, Mail Stop 5139
5601 Sunnyside Ave. Beltsville, MD 20705-5139
Phone: 301.504.5541, Fax : 301.504.6191
Mobile Phone: 301.346.7719
E-mail: pkb@ars.usda.gov
http://www.nps.ars.usda.gov
```

Alberto:  Attached is the modification in Objective 3 we discussed earlier today.  I modified the approach to the study relating to Rhizoctonia.  I modified the approach to devil's club by adding seed physiology and dropping the evaluation of ginsenosides down to contingencies.  Also, please note I changed the format by presenting the studies as approaches rather than hypotheses, per Peter Bretting's suggested option.  Don

AP0000955

```
-----Original Message-----
From: Alberto Pantoja [mailto:ffap2@uaf.edu]
Sent: Thursday, September 25, 2003 7:08 AM
To: Donald Carling
Subject: FW: Prospectus

sorry Don

the prospectus has been forwarded to NPS, your latest revision was not
included on it, it came to late


-----Original Message-----
From: Robert Matteri [mailto:RMatteri@pw.ars.usda.gov]
Sent: Wednesday, September 24, 2003 5:17 AM
To: JOAN KOTLYAR
Cc: ffap2@uaf.edu
Subject: Fwd: Prospectus


Joan:

The Alaska NP301 prospectus is attached.  Alberto and his SYs have
incorporated Area and NPS comments.  Let's move it forward.


Bob


Robert L. Matteri
Assistant Director, Pacific West Area
USDA, Agricultural Research Service
800 Buchanan Street
Albany, CA 94710-1105
Phone:  510-559-6063
Fax:  510-559-5779
Cell: 510-703-4044
email: rmatteri@pw.ars.usda.gov
```

AP0000956

BOB

here the latest version of the prospectus

I incorporated all changes suggested by Peter, Dave and Nancy participated on the revision, I incorporated as much changes as I could to objective 3, but D Carling has not responded to my emails or calls. I will be there tomorrow and will see if he has a better plan that what I have here. Hopefully the hypothesis are acceptable, this is the 3rd time we changed them.

I can be reached at the cellular phone or at Palmer tomorrow, I am in the way to the airport

alberto

AP0000957

```
-----Original Message-----
From: Alberto Pantoja [mailto:ffap2@uaf.edu]
Sent: Friday, September 26, 2003 7:54 AM
To: Michael Shannon
Cc: ANTOINETTE BETSCHART; Robert Matteri
Subject: FW: prospectus
```

Mike

this email is related to the previous one on DC claims referring to the prospectus

this paragraph below is an extraction from the attached email below, the other Sy in the unit received copy as well, but Don claims he did not wrote it- see my previous email

Alberto

1. Potato seed produced in northern locations is known to be more vigorous and generally of better quality than seed produced in southerly locations. The physiological basis for this is not known. Seed of selected commercial varieties will be produced in Palmer as well as more southerly locations. Productivity of this seed will be compared in the field in large potato growing regions.

```
-----Original Message-----
From: DONALD CARLING [mailto:pfdec@uaa.alaska.edu]
Sent: Wednesday, September 17, 2003 9:25 AM
To: Alberto Pantoja
Cc: Nancy Robertson; David Ianson PhD Curator and Horticulturist
Subject: Re:prospectus
```

Alberto: attached is a copy of the germplasm prospectus that Nancy, David and I worked on. It is based on the last copy you sent here. The parts we added or modified are presented in green. Don

AP0000958

```
-----Original Message-----
From: Alberto Pantoja [mailto:ffap2@uaf.edu]
Sent: Friday, September 26, 2003 1:21 PM
To: DONALD CARLING
Subject: RE: FW: Prospectus
```

Don

Because of the late date and OSQR's prodding, the area expedited the sept 24 prospectus to NPS. sorry

alberto

```
-----Original Message-----
From: DONALD CARLING [mailto:pfdec@uaa.alaska.edu]
Sent: Thursday, September 25, 2003 1:22 PM
To: Alberto Pantoja
Subject: Re: FW: Prospectus
```

Alberto:

Following our discussion in Palmer on 9-25, I forwarded to you a revised version of Objective 3. This revised version included modifications to a new version of the text for Objective 3 that I had prepared in the day prior to our discussion on 9-25. This information, as I believed we had agreed, I sent to you via an e-mail attachment at 4:25PM on 9-25. It was my understanding that you would incorporate that information into the prospectus before sending it to NPS on 9-26.

None of my input (and my input has gone through many iterations during the months spent developing this prospectus) appears in Objective 3 of the prospectus you sent to NPS on 9-26. All of my approaches and designs have been flatly, and I believe in most cases unfairly, rejected.

The Objective 3 design you submitted indicates that seed that is produced in northern locations is known to be more vigorous and generally of better quality than seed produced in southerly locations. I did not write this and I do not know if it is true.

Also, in the Objective 3 design you submitted, you commit to producing seed of potato, carrot and cole crops at this location. Potato seed is produced annually and routinely at this location so study of that species in the way proposed is doable. However, carrot and cole crop seed has not been produced at this location in the 22 seasons I have lived here and I am not certain that quality seed of these crops can be produced here.

Over a very long term of perhaps 10-20 years the Objective 3 you have submitted may be carried to productive completion, but even that requires that many truths be assumed. In the short term, I do not see how what you have proposed can be done.

Don

AP0000959

AP0000960

```
-----Original Message-----
From: Alberto Pantoja [mailto:ffap2@uaf.edu]
Sent: Tuesday, September 30, 2003 7:13 AM
To: Nancy L. Robertson; Donald Carling; David C. Ianson; Alberto Pantoja
Subject: FW: Comments on 26 Sept version of prospectus
```

Attached a revised version of the prospectus, I have incorporated suggestions in Objective 1 and 2, I also incorporated some of the comments in objective 3, however as seen from the reviewers, obj 3 can be improved. , Don Please notice that one of the attachments refers to obj. 3, also notice reviewers comment in "overpromise"

Please review your individual objectives and present comments before noon today!!!!!!!!!

alberto
```
-----Original Message-----
From: Peter Bretting [mailto:Peter.Bretting@NPS.ARS.USDA.GOV]
Sent: Monday, September 29, 2003 12:14 PM
To: ffap2@uaf.edu
Cc: Rick Bennett; Scott Cameron; John Radin; Valorie Butler; JOAN
KOTLYAR; Robert Matteri
Subject: Comments on 26 Sept version of prospectus
```

Hello Alberto--

I read the 26 Sept version of the Palmer prospectus, as did John Radin. John's comments, focused on Objective 3, are in the attached WordPerfect file. Objective 3 still requires some work: see John's suggestions for remedies.

The prospectus is much improved; thanks to you and the Palmer staff for the hard work. Here's some further input:

1) Objective 1, per se, is in good shape, and requires little or no additional work. But, the contingency for Objective one seems disconnected to the approach/procedures presented. Please re-write the contingencies section so that it addresses alternative approaches and procedures, should the original methods fail.

2) Objective 2 still requires work. The hypothesis is much improved, especially because it clearly identifies the plants and viruses that will be the subject of the proposed research. But I still cannot envision how the current hypothesis can actually be definitively tested. What will be the controls and/or the basis for comparison to test the postulate that "Viability and propagation of plant materials in the arctic plant unit is limited by the presence of plant pathogens?" Rick Bennett, could you comment on this?

3) As John outlined in his comments, Objective 3 still requires much work. The hypothesis must be more specific: which "specific physiological attributes" will be examined? I had suggested focusing on the "underlying genetic controls" for whichever physiological attribute that will be investigated. Is that not desirable/feasible?

AP0000961

Rick and Scott, please feel free to transmit additional comments, should you have any, to Alberto directly.

Thanks again, Alberto et al., for your hard work with this!

Peter


Peter Bretting
USDA/ARS, National Program Staff
Room 4-2212, Mail Stop 5139
5601 Sunnyside Ave. Beltsville, MD 20705-5139
Phone: 301.504.5541, Fax : 301.504.6191
Mobile Phone: 301.346.7719
E-mail: pkb@ars.usda.gov
http://www.nps.ars.usda.gov

AP0000962

```
-----Original Message-----
From: Jim Mattheis [mailto:MATTHEIS@tfrl.ars.usda.gov]
Sent: Thursday, September 18, 2003 1:24 PM
To: ffap2@uaf.edu
Subject: RE: FAVOR
```

Alberto,

I agree, more specifics are needed to evaluate this plan.

Objective statement:  "Conduct research" is not an objective, "selected plant species" is vague, "best able to tolerate stress" based on? Seems determination of the physiological/genetic basis for differences in potato growth and development when produced under conditions unique to Alaska and other similar environments would be a great objective for this project.

Experimental design: What physiological parameters of potatoes will be measured and how?  More detail is needed.

R. solani work doesn't fit with physiology position per se, is the pathologist involved in this portion?  Otherwise, are potato varieties to be evaluated those not currently produced in Alaska?  What is the basis for including other related germplasm in these studies?  Are other R. solani isolates to be evaluated from similar ecosystems as those in Alaska?  What "evaluations" of potato varieties and R. solani are to be conducted?

Are seed germination and propagation the primary agronomic factors limiting production in Alaska?  Seems like the contingency is a more appropriate area of investigation.  For both, details describing how and what experimental work will be conducted are lacking.

Contingencies: Research proposed will confirm what is stated to already be known, area of seed origin contributes to productivity, rather than the physiological basis for this difference.

Hope things are going well and that you were able to spend all your money. If not, let me know and I'll try to help.

Jim


J.P. Mattheis
RL,LC
USDA, ARS
Tree Fruit Research Laboratory
1104 N. Western Avenue
Wenatchee, WA  98801   USA
TEL (509)664-2280 ext. 249
FAX (509)664-2287

```
>>> "Alberto Pantoja" <ffap2@uaf.edu> 09/18/03 11:57AM >>>
```
thanks!!  Jim

```
-----Original Message-----
From: Jim Mattheis [mailto:MATTHEIS@tfrl.ars.usda.gov]
Sent: Thursday, September 18, 2003 9:20 AM
To: ffap2@uaf.edu
Subject: Re: FAVOR
```

Alberto,

AP001013

```
Will do this afternoon.

Jim

J.P. Mattheis
RL,LC
USDA, ARS
Tree Fruit Research Laboratory
1104 N. Western Avenue
Wenatchee, WA  98801  USA
TEL (509)664-2280 ext. 249
FAX (509)664-2287

>>> "Alberto Pantoja" <ffap2@uaf.edu> 09/18/03 10:41AM >>>
Jim

I need a big favor, I am reviewing a prospectus for our unit, a SY in plant
physiology presented the objectives below, which I found to be lacking and too
general, can you provide  review them and provide an opinion, this is a
GS14 SY, the complete doc is attached is you want to see it as part of the
whole program

thanks a lot

alberto


Objective 2.b Conduct research related to adaptation of selected plant species
to some of the biotic and abiotic stresses found in arctic, subarctic, and
alpine ecosystems. Accessions of selected crop and native plant species
possessing desirable horticultural, pharmacological or agronomic
characteristics and identified as best able to tolerate stress will be
characterized.

Hypothesis 2.b: Species and accessions best adapted to arctic, subarctic, or
alpine conditions will yield and generally perform at a higher level than
those species and accessions that are less well adapted.

Experimental design 2.b: Certain varieties of potatoes can be manufactured
into potato chips and this attribute is determined by genotype. Existing
chipping varieties will be grown in Alaska and physiological parameters
required for chipping will be measured.

Rhizoctonia disease can devastate crops of potatoes grown in Alaska and other
northern locations. Certain varieties are known to be more susceptible than
others. Also, certain genotypes of R. solani are known to be more virulent
than others. Potato varieties, as well as other germplasm that is related to
Solanum tuberosum will be collected and evaluated. In addition, isolates of R.
solani from locations world wide will be collected and evaluated.

Devil's club is a potentially marketable medicinal plant that is indigenous to
Alaska and other locations in coastal northwestern North America.
Germplasm will be collected from various locations and planted in the field in
Palmer, Alaska. Seed germination and various methods of vegetative propagation
will be investigated.- THIS IS plant physiology or regeneration protocols??

Contingencies 2.b: Potato seed produced in northern locations is known to be
more vigorous and generally of better quality than seed produced in southerly
locations. The physiological basis for this is not known. Seed of selected
commercial varieties will be produced in Palmer as well as more southerly
locations. Productivity of this seed will be compared in the field in large
```

potato growing regions.

Concentrations of medicinally active components of Devil's club may vary among genotypes or accessions of the species. Concentrations and activity of medicinally active ingredients from different accessions of Devil's club will be determined.

Collaboration 2.b:

Marc Cubeta, North Carolina State University

Joe Sowokinos, University of Minnesota

Shiro Kuninaga, Health Sciences University of Hokkaido, Japan.

------------------------------------------

AP001015