ORIGINAL

February 16, 2004

USDA, Agricultural Research Service
Human Resources Division
ATTN: Western Services Branch/ARS-X4W-0133
5601 Sunnyside Avenue
Beltsville, MD 20705-5106

To whom it may concern:

Please accept this application for the position entitled "Research Geneticist/Plant Physiologist", GS-440/435-12/13/14; at the National Plant Germplasm Resources Unit in Palmer, Alaska.

The announcement number for this position is ARS-X4W-0133.

My contact information is as follows:  Daytime phone--(907) 376-6255, evening phone-- (907) 376-6255 and e-mail address <carling@mtaonline.net>

My social security number is                    I am a veteran of the U.S. Army and a citizen of the United States.

Enclosed with this letter of application are copies of my personal vita, university transcripts and DD-214 plus abstracts of my MS thesis and PHD dissertation.

**Basic Requirements:**

My undergraduate training is in general biology and includes courses in biological sciences dealing with both plant and animal systems.  My MS and PHD are in plant pathology and my graduate course work centered on that specialty.  The enclosed transcripts include a listing of all courses at the undergraduate and graduate levels. Included in those listings are courses in plant physiology and genetics required in the vacancy announcement.  Along with other writings, I have authored or coauthored 47 refereed journal articles, 10 refereed plant disease notes and five book chapters. Specifics relating to my background education and experience may be found in my personal vita.

1

Exhibit N

From August, 1981 until July, 2003, I was Principal Investigator (PI) and led an applied and basic research program in plant pathology and horticulture at the University of Alaska, Agricultural and Forestry Experiment Station in Palmer, Alaska. Applied research included variety evaluation, fertilization, weed control, irrigation, disease control, seed handling, plant spacing and other topics relating to field production of potatoes and leafy vegetable species grown commercially in Alaska, including head, romaine and leaf lettuce; crucifers such as cabbage, cauliflower and broccoli; carrot and radish. Applied research projects were selected based on grower needs and requests. Most of the applied research was done in the field under general practices used by Alaska's commercial potato and vegetable producers. This applied research program has given me first-hand experience with most aspects of field crop production, harvest and storage in the subarctic as well as with many of the species and varieties of crops adapted to this region.

The primary focus of my basic research program has been the taxonomy, virulence and control of *Rhizoctonia solani*, a soil-borne basidiomycetous fungus that attacks hundreds of species of domesticated and wild plants. Although *R. solani* is found world wide, some subsets of the species are especially well adapted to the subarctic and are highly pathogenic on plants that grow there. I began my research on *R. solani* with a virulence and taxonomic characterization of isolates recovered from local soils. More recently, this research expanded to include taxonomic characterization and virulence assessment of *R. solani* isolates collected from various locations around the world. Over the years, methods used to identify operational taxonomic units within *R. solani* have evolved from evaluation of morphological, pathological and cultural to physiological and finally molecular characteristics. One of my recently published research papers on this topic compares hyphal anastomosis reactions (a traditional method of taxonomic grouping) with taxonomic grouping based on rDNA-ITS sequences. This research showed that traditional and molecular systems of group identification parallel one another, thus connecting a genotypic and phylogenetic explanation to grouping based on hyphal anastomosis, a phenotypic characteristic. One conclusion we drew from this research is that rDNA-ITS sequencing is a reliable and unambiguous equivalent to, and perhaps at some future time an improved replacement for, traditional methods of taxonomic grouping of *R. solani*.

In recognition of the significance of my research on *R. solani*, I have been invited to present addresses on the sub-specific taxonomy of *R. solani* at International Rhizoctonia Symposia held in Holland (1995), Taiwan (2000) and New Zealand in 2003.

As part of continuing professional development, I spent a sabbatical year (1996-97) at Murdoch University in Perth, Western Australia working at the bench to perfect techniques for extracting and purifying *R. solani* DNA for analysis and to learn some of

2

the basic methods used in molecular taxonomy and other molecular evaluation of *R. solani*, including RFLP and RAPD-PCR. In addition, I 1) observed and assisted with AFLP analyses and sequencing of DNA from wheat, a project in which genes for disease resistance and processing quality were being sought and 2) generated protoplasts of *R. solani* for the purpose of producing homokaryotic isolates of that fungus. These experiences have provided me a thorough understanding of the techniques listed and have enabled me to establish and continue productive partnerships with molecular biologists. These and other molecular techniques would be valuable tools for evaluating and categorizing germplasm adapted to arctic and subarctic conditions. Screening for the molecular markers associated with desired characteristics (cold tolerance, short growing seasons, superior yield, superior nutritional quality, desirable medicinal characteristics, etc) is much more efficient than relying on bioassay or other methods of identifying these characteristics.

My many years of research experience with potato and vegetable crops has given me first hand insights into adaptation and suitability of certain plant species and varieties to the sub-arctic environment and to adaptation of certain pathogens to the same environment. For example, Alaska provides an ideal field environment for the cultivation of potatoes and it also provides an ideal environment for the development of Rhizoctonia disease on potato. These facts led to a four year cooperative research project with the Potato Germplasm Bank at Sturgeon Bay, WI. The project involved screening for resistance to *R. solani* in selected introductions from the Sturgeon Bay potato germplasm collection. The Sturgeon Bay Station provided seed tubers of over 300 *Solanum* species and lines, and these species and lines were screened in the field in Palmer for resistance to *R. solani*. Replicates of inoculated and non-inoculated treatments of each species and line were compared. This research exemplifies a search for variability in resistance/susceptibility that can exist among lines and species of a host (potato) to a pathogen (*R. solani*). This type of screening ( for disease resistance as well as frost tolerance, insect resistance, etc) might be consistent with the research program of the geneticist/physiologist you seek.

My research of the taxonomy of *R. solani* constitutes an analysis of variability in the pathogen component of potato/ *R. solani* relationships. Over the past 10 years, using phenotypic and molecular characteristics, I and co-investigators identified five new anastomosis groups (AG) of *R. solani* and, in addition, with the aid of molecular methodology, succeeded in re-evaluating and systematizing the understanding of anastomosis groups, especially AG-2. Different subsets of *R. solani* possess different host ranges and different levels of virulence. Refinement of detection technology has led to the discovery of additional groups and subgroups and has improved general understanding of *R. solani*, enabled plant disease (plant stress) managers to be more effective in their work.

**Selective Placement Factors:**

3

PALM0000000350

Maintaining contact with interest and professional groups has been an integral and important aspect of my work at the University of Alaska. In addition to research, my responsibility as a faculty member there has been to serve, and be a source of information to, farmers and other natural resource interest groups in the state. I have been an active member of the Alaska Farm Bureau (AFB) for many years, frequently as a member of the planning committee for, and as a presenter at its annual meetings. I have regularly attended and participated in discussions at the UAF School of Natural Resources and Agriculture's Advisory Board, a board whose membership includes representatives from all the agriculture and natural resource constituent groups the school serves. I have had an open working relationship with the Directors of the Alaska Cooperative Extension Service (CES) and the Alaska Division of Agriculture and have partnered with them on industry service projects such as the Late Blight Monitoring Program. Participation in various CES programs has kept me abreast of the initiative aimed at managing and controlling noxious weeds on agricultural and public lands; for example, the CES IPM specialist and I partnered to plan a proposal that would provide funds to identify alternatives to Lorsban (chlorpyrophos) for root maggot control. Lorsban is an efficacious treatment for root maggot control and its projected loss will leave Alaska's vegetable growers without an effective defense against this insect. My service as state liaison representative (SLR) for Alaska on the IR-4 committee has kept me current on programs and progress in the labeling of minor use pesticides as well as on IR-4 involvement in the development of minor use biocontrol systems. I have participated in the winter meetings of the Alaska Potato and Vegetable Growers for the past 20 years, annually presenting results of research projects completed during the previous growing season. At the professional society level, I am a long-time member of the American Phytopathological Society and the American Potato Association, attending annual meetings and presenting papers regularly and participating in committee functions whenever possible.

As an example of research management qualities, I point to success in assembling partnerships between myself and researchers with other expertise for the purpose of completing multifaceted research projects. Over the years I have been successful in forming such partnerships with other plant pathologists and with scientists in other disciplines, both at the University of Alaska and at other research locations around the world. In addition to cooperative arrangements with scientists in nine states in the USA, I have collaborated in conducting and publishing research with plant pathologists from Australia, Canada, Japan, Mexico and South Africa. In addition to plant pathologists, I have partnered with nematologists, horticulturists, vegetation ecologists, agronomists, foresters and soil scientists in conducting and publishing research results useful to the scientific community at large, Alaska farmers or/and other sub-arctic interest groups. A listing of published evidence of these partnerships can be found in my vita.

PALM0000000351

Some of my research partnerships were established for single projects whereas others included many separate projects and endured for years. My collaboration with Dr. Shiro Kuninaga, a professor at the Hokkaido Health Sciences University in Sapporo, Japan, is in its 17th year and has resulted in five journal publications plus many more abstracts. In my experience, development of successful research partnerships requires an initial specific characterization of the project followed by identification of collaborators with the necessary expertise. I have found that whenever objectives are carefully defined and individual expectations are clearly understood at the start, followed by open channels of communication throughout the life of the project, success is usually assured.

The paragraphs above, along with my vita and transcripts, illustrate some strengths and skills I would bring to the position of Plant Physiologist/Research Geneticist. My 22 years of experience as a faculty member at the University of Alaska plus: 1) my technical training and extensive research experience as a horticulturist and plant pathologist; 2) my intimate knowledge of Alaska's agricultural industry and the crops that it produces; 3) my familiarity with the problems encountered by crop producers in Alaska; 4) my familiarity with the Alaska Division of Agriculture and its Plant Materials Center; 5) my familiarity with the Alaska Cooperative Extension Service and other state agencies that deal with agriculture related issues; and 6) my familiarity with Alaska's climate and its effects on personnel, facilities and equipment, would enable me to be a strong and effective member of the National Plant Germplasm Resources Unit in Palmer. I am certain that this position will be interesting and challenging and one that I would be pleased to hold.

Thank you for considering my application. Please feel free to contact the references listed below:

Dr. Marc A. Cubeta
Department of Plant Pathology
North Carolina State University, Center for Integrated Fungal Research
840 Main Campus Drive, partners II, Box 7567
Raleigh, NC 27695
Phone: (919) 513-0022

Dr. Marilyn Griffith
Biology Department
University of Waterloo
Waterloo, Ontario N2L 3G1,  CANADA
Phone: (519) 885-1211 x 6441

Dr. Anthony Nakazawa, Director, Cooperative Extension Service
University of Alaska Fairbanks

PALM0000000352

PO Box 756180
Fairbanks, AK 99775
Phone:(907) 474-7246

Mr. Bernard VanderWeele
VanderWeele Potato and Vegetable Farms
Box 461
Palmer, AK 99645
Phone (907) 745-3597

Dr. James L. Walworth, Associate Soils Specialist
Soil, Water and Environmental Sciences
429 Shantz Building #38, University of Arizona
Tucson, AZ 85721
Phone: (520) 626-3364

Please let me know if any additional information is needed to complete this application.

Sincerely,

Donald E. Carling
Professor of Plant Pathology/Horticulture, Ret.

6

PALM0000000353

PERSONAL VITA

DONALD E. CARLING

PO Box 2796
Palmer, AK 99646
Phone: (907) 376-6255
E-Mail: <carling@mtaonline.net>

| index: | page |
|---|---|
| I. Educational data: | 1 |
| II. Work experience: | 1 |
| III. Professional Societies and Organizations: | 1 |
| IV. Invited Presentations: | 2 |
| V. Publications: | |
| A. Journal articles (blind juried): | 2 |
| B. Short papers and notes (blind juried): | 4 |
| C. Book chapters: | 4 |
| D. Peer reviewed articles: | 4 |
| E. Proceedings: | 6 |
| F. Research contract reports: | 6 |
| G. Abstracts: | 6 |
| H. Other: | 9 |

## I. EDUCATIONAL DATA:

| | | |
|---|---|---|
| 1967 | BA | St. Cloud State University<br>St. Cloud, MN<br>Major: Biology |
| 1969 | MS | University of Missouri-Columbia<br>Columbia, MO<br>Major: Plant Pathology |
| 1975 | PHD | University of Missouri-Columbia<br>Columbia, MO<br>Major: Plant Pathology |

## II. WORK EXPERIENCE:

| | |
|---|---|
| 7-91 to present | Professor of Horticulture<br>University of Alaska<br>Agricultural & Forestry Experiment Station<br>533 East Fireweed<br>Palmer, Alaska 99645 |
| 7-86 to 7-91 | Associate Prof. of Horticulture<br>University of Alaska |
| 9-81 to 7-86 | Assistant Prof. of Horticulture<br>University of Alaska |
| 4-80 to 9-81 | Plant Pathologist<br>Virginia Truck and Ornamentals Res. Stn.<br>l444 Diamond Springs Road<br>Virginia Beach, Virginia 23455 |
| 1-79 to 4-80 | Post-doctoral Research Associate<br>Department of Plant Pathology and Genetics<br>University of Georgia<br>Athens, Georgia 30602 |
| 4-78 to 1-79 | Visiting Assistant Professor of Microbiology<br>Institute of Biology and Geology<br>University of Tromso<br>Tromso, Norway |

## III. PROFESSIONAL SOCIETIES AND ORGANIZATIONS:

A. American Potato Association
B. American Institute of Biological Sciences
C. American Phytopathological Society
D. American Society of Horticultural Science
E. Gamma Alpha Graduate Science Society
F. Society of Sigma Xi

PALM0000000354

2

IV. <u>INVITED PRESENTATIONS</u>:

    A.    Carling, D.E. 1981. Anatomy and physiology of vesicular-arbuscular and non-mycorrhizal roots. Presented at the American Phytopathological Society Symposium on Mycorrhizae, New Orleans, LA, USA.

    B.    Carling, D.E. 1995. Grouping strains of *Rhizoctonia solani* by hyphal anastomosis. Presented at the Second International Symposium on Rhizoctonia. Noordwijkerhout, The Netherlands.

    C.    Carling, D.E. 2000. Anastomosis groups and methods of identifying subsets within anastomosis groups. A keynote address at the Third International Rhizoctonia Symposium, Taichung, Taiwan.

    D.    Carling, D.E. 2002. Relationship between hyphal anastomosis and other current methods of grouping isolates of *Rhizoctonia solani*. To be presented at the International Rhizoctonia Workshop held in conjunction with the International Congress of Plant Pathology Meeting, Christchurch, NZ.

V. <u>PUBLICATIONS</u>:

A. Journal Articles (blind juried):

1.    Carling, D.E., M.F. Brown, and D.F. Millikan. 1976. An ultrastructural examination of the *Puccinia graminis-Darluca filum* host-parasite relationship. Phytopathology 66:419-422.

2.    Carling, D.E., J.A. White, and M.F. Brown. 1976. The influence of fixation procedure on the ultrastructure of the host-endophyte interface of vesicular-arbuscular mycorrhizae. Can. J. Bot. 55:48-51.

3.    Carling, D.E., and D.F. Millikan. 1977. Some physiological changes in *Vinca rosea* L. associated with mycoplasma-like disorders. Plant and Cell Physiol. 18:1379-1381.

4.    Carling, D.E., and D.F. Millikan. 1977. Banded filaments associated with the aster yellows MLO in *Vinca rosea* L. Can. J. Micro. 24:1417-1418.

5.    Carling, D.E., W.G. Riehle, M.F. Brown, and D.R. Johnson. 1978. Effects of a vesicular-arbuscular mycorrhizal fungus on nitrate reductase and nitrogenase activities in nodulating and non-nodulating soybeans. Phytopathology 68:1590-1596.

6.    Carling, D.E., M.F. Brown, and R.A. Brown. 1979. Colonization rates and growth responses of soybean plants infected by vesicular-arbuscular mycorrhizal fungi. Can. J. Bot. 57:1769-1772.

7.    Luedders, V.D., D.E. Carling, and M.F. Brown. 1979. Effect of soybean plant growth on spore production by *Glomus mosseae*. Plant and Soil 53:393-397.

8.    Carling, D.E., and M.F. Brown. 1980. Growth and yield response of soybean to colonization by vesicular-arbuscular mycorrhizal fungi. Soil Sci. Soc. Am. J. 44:528-532.

9.    Carling, D.E., and M.F. Brown. 1982. Anatomy and Physiology of vesicular-arbuscular and non-mycorrhizal roots. Phytopathology 72:1108-1114.

10.    Carling, D.E. 1984. Some insect associates of the pinewood nematode in eastern Virginia. Can. J. For. Res. 14:826-829.

11.    Carling, D.E., and R.H. Leiner. 1986. Isolation and characterization of *Rhizoctonia solani* and binucleate *R. solani*-like fungi from aerial stems and subterranean organs of potato plants. Phytopathology 76:725-729.

12.    Carling, D.E., K.M. Kebler, and R.H. Leiner. 1986. Interaction between *Rhizoctonia solani* AG-3 and twenty seven plant species. Plant Dis. 70:577-578.

13.    Carling, D.E., R.H. Leiner, and K.M. Kebler. 1986. Characterization of *Rhizoctonia solani* and binucleate rhizoctonia-like fungi collected from Alaskan soils with varied crop histories. Can. J. Plant Pathol. 8:305-310.

14.    Carling, D.E., R.H. Leiner, and K.M. Kebler. 1987. Characterization of new anastomosis group (AG-9) of *Rhizoctonia solani*. Phytopathology 77:1609-1612.

15.    Carling, D.E., R.W. Roncadori, and R.S. Hussey. 1989. Interactions of vesicular-arbuscular mycorrhizal fungi, root knot nematode, and phosphorus fertilization on soybean growth and yield. Plant Dis. 73:730-733.

16.    Carling, D.E., R.H. Leiner, and P.C. Westphale. 1989. Symptoms, signs and yield reduction associated with rhizoctonia disease of potato induced by tuberborne inoculum of *Rhizoctonia solani* AG-3. Am. Potato J. 66:693-701.

17.    Carling, D.E., and C.H. Dearborn. 1989. IditaRed; A tough skinned red potato for the cold soils and short growing seasons in Alaska. Am. Potato J. 66:741-746.

18.    Carling, D.E., D.J. Helm, and R.H. Leiner. 1990. In vitro sensitivity of *Rhizoctonia solani* and other multinucleate or binucleate *Rhizoctonia* to selected fungicides. Plant Dis. 74: 860-863.

19.    Carling, D.E., and R.H. Leiner. 1990. Effect of temperature on virulence of *Rhizoctonia solani* and other *Rhizoctonia* on potato. Phytopathology 80: 930-934.

20.    Carling, D.E., and R.H. Leiner. 1990. Virulence of isolates of *Rhizoctonia solani* AG-3 collected from potato plant organs and soil. Plant Dis. 74:901-903.

PALM0000000355

3

21. Carling, D.E., and S. Kuninaga. 1990. DNA base sequence homology in *Rhizoctonia solani* Kuhn: Inter and intragroup relatedness of anastomosis group-9. Phytopathology 80:1362-1364.

22. Griffith, M., and D.E. Carling. 1991. Effect of plant spacing on broccoli yield and hollow stem in Alaska. Can. J. Plant Sci. 71:579-585.

23. Walworth, J.L., D.E. Carling, and G.J. Michaelson. 1992. Nitrogen sources and rates for direct seeded and transplanted head lettuce. Hortscience 27:228-230.

24. Helm, D.J., and D.E. Carling. 1993. Use of soil transfer for reforestation on abandoned mined lands in Alaska. I. Effects of soil transfer and phosphorus on growth and mycorrhizal formation by *Populus balsamifera*. Mycorrhiza 3:97-106.

25. Helm, D.J., and D.E. Carling. 1993. Use of soil transfer for reforestation on abandoned mined lands in Alaska. II. Effects of soil transfers from different successional stages on growth and mycorrhizal formation by *Populus balsamifera* and *Alnus crispa*. Mycorrhiza 3:107-114.

26. Stevens-Johnk, J., R.K. Jones, H.D. Shew, and D.E. Carling. 1993. Characterization of populations of Rhizoctonia solani AG-3 from potato and tobacco. Phytopathology 83: 854-858.

27. MacNish, G.C., D.E. Carling, and K.A. Brainard. 1993. Characterization of *Rhizoctonia solani* AG-8 from bare patches by pectic isozyme (zymogram) and anastomosis technique. Phytopathology 83:922-927.

28. Leiner, R.H., and D.E. Carling. 1994. Characterization of a *Rhizoctonia (Waitea circinata)* isolated from Alaskan agricultural soils. Plant Dis. 78:385-388.

29. Rush, C.M., D.E. Carling, R.M. Harveson and J.T. Mathieson. 1994. Prevalence and pathogenicity of anastomosis groups of *Rhizoctonia solani* from wheat and sugar beet in Texas. Plant Dis. 78:349-352.

30. Carling, D.E., C.S. Rothrock, G.C. MacNish, M.W. Sweetingham, K.A. Brainard, and S.A. Winter. 1994. Characterization of anastomosis group-11 (AG-11) of *Rhizoctonia solani*. Phytopathology 84:1387-1393.

31. MacNish, G.C., D.E. Carling, M.W. Sweetingham, and K.A.Brainard. 1994. Anastomosis group (AG) affinity of pectic isozyme (Zymogram) groups (ZG) of *Rhizoctonia solani* from the Western Australian cereal belt. Mycological Research 98: 1368-1375.

32. MacNish, G.C., D.E. Carling, M.W. Sweetingham, A. Ogoshi, and K.A. Brainard. 1995. Characterization of anastomosis group-10 (AG-10) of *Rhizoctonia solani*. Australasian J. Plant Pathology 25: 252-260.

33. Carling, D.E., R.W. Roncadori, and R.S. Hussey. 1996. Interactions of vesicular-arbuscular mycorrhizae, *Meloidogyne arenaria*, and phosphorus fertilization on peanut. Mycorrhiza 6: 9-13.

34. Leiner, R.H., B.A. Fry, D.E. Carling, and R. Loria. 1996. Probable involvement of thaxtomin A in pathogenicity of *Streptomyces scabies* on seedlings. Phytopathology 86: 907-913.

35. Baird, R.E., D.E. Carling, and B.G. Mullinix. 1996. Characterization and comparison of isolates of *Rhizoctonia solani* AG-7 from Arkansas, Indiana, and Japan, and select AG-4 isolates. Plant Dis. 80:1421-1424.

36. MacNish, G.C., D.E. Carling, and K.A. Brainard. 1996. Relationship of microscopic and microscopic vegetative reactions in *Rhizoctonia solani* and the occurrence of vegetatively compatible populations (VCP) in AG-8. Mycological Research 100: 61-68.

37. Meyer, L., F.C. Wehner, L.H. Nel, and D.E. Carling. 1998. Characterization of the crater disease strain of *Rhizoctonia solani*. Phytopathology 88: 366-371.

38. Baird, R.E., and D.E. Carling. 1998. Survival of parasitic and saprophytic fungi on intact senescent cotton roots. J. Cotton Sci. 2: 28-33.

39. Carling, D.E., E.J. Pope, K.A. Brainard, and D.A. Carter. 1999. Characterization of mycorrhizal isolates of Rhizoctonia solani from an orchid, including AG-12, a new anastomosis group. Phytopathology 89: 942-946.

40. Kuninaga, S., D.E. Carling, T. Takeuchi, and R. Yokosawa. 2000. Comparison of rDNA-ITS sequences between potato and tobacco strains in *Rhizoctonia solani* AG-3. J. Gen. Plant Path. 66: 2-11.

41. Baird, R.E., R.D. Gitaitas, D.E. Carling, S.M. Baird, and P.J. Alt. 2000. Determination of whole-cell fatty acid profiles for the characterization and differentiation of isolates of *Rhizoctonia solani* AG-4 and AG-7. Plant Dis. 84: 785-788.

42. Virgen-Calleros, G., V. Olalde-Portugal, and D.E. Carling. 2000. Anastomosis groups of *Rhizoctonia solani* on potato in central Mexico and potential for biological and chemical control. Am. J. Potato Res. 77: 219-224.

43. Gonzales, D., D.E. Carling, S. Kuninaga, R. Vilgalys and M.A. Cubeta. 2001. Ribosomal DNA systematics of *Ceratobasidium* and *Thanatephorus* with Rhizoctonia anamorphs. Mycologia 93: 1138-1150.

44. Carling, D.E., and S. Kuninaga. 2002. Hyphal anastomosis reactions, rDNA-ITS sequences and virulence levels among subsets of *Rhizoctonia solani* anastomosis group-2 (AG-2) and AG-BI. Phytopathology 92: 43-50.

45. Priyatmojo, A., R. Yamauchi, D.E. Carling, K. Kageyama, and M. Hyakumachi. 2002. Differentiation of three varieties of *Rhizoctonia circinata*; var. *circinata*, var. *oryzae*, and var. *zeae* on the basis of cellular fatty acid compositions. J. Phytopathol. 150: 1-5.

46. Carling, D.E., R.E. Baird, and S. Kuninaga. 2002. Characterization AG-13, a newly reported anastomosis group of *Rhizoctonia solani*. Phytopathology 92: 893-899.

PALM0000000356

4

47.  Walworth, J.L., and D.E. Carling. 2003. Tuber initiation and development in irrigated and non-irrigated potatoes. Am. J. Potato Res. 79: 387-395.

48.  Baird, R.E., D.E.. Carling, C.E. Watson, M.L. Scruggs, and P. Hightower. 2003. Effects of year and nematicide applications on cotton root mycobiota. Mycopathologia. (in press).

**B. Short Papers and Notes** (blind juried):

1.  Rothrock, C.S., S.A. Winter, P.M. Kinney, and D.E. Carling. 1993. Occurrence of *Rhizoctonia solani* (*Thanatephorus cucumeris*) AG-7 in Arkansas. Plant Dis. 77:1262.

2.  Baird, R.E., and D.E. Carling. 1995. First report of Rhizoctonia solani AG-7 in Indiana. Plant Dis. 79:321.

3.  Carling, D.E. 1996. First report of powdery scab of potatoes in Alaska. Plant Dis. 80:1208

4.  Carling, D.E., L. Meyer, and K.A. Brainard. 1996. Crater disease of wheat caused by *Rhizoctonia solani* AG-6. Plant Dis. 80:1429.

5.  Carling, D.E., K.A. Brainard, G. Virgen-Calleros, and V. Olalde-Portugal. 1998. First report of *Rhizoctonia solani* AG-7 on potato in Mexico. Plant Dis. 82:127.

6.  Jones, R.K. and D.E. Carling. 1999. Identification of *Rhizoctonia solani* AG-UNK from rice and rice soils in Texas as AG-11. Plant Dis. 83: 880.

7.  Holcomb, G.E. and D.E. Carling. 2000. First report of web blight on verbena caused by *Rhizoctonia solani*. Plant Dis. 84: 492.

8.  Baird, R.E., W. Batson, D.E. Carling, and M. Scruggs. 2000. First report of *Rhizoctonia solani* AG-7 on cotton in Mississippi. Plant Dis. 84: 1158.

9.  Holcomb, G.E. and D.E. Carling. 2000. First report of leaf blight of *Dianthus chinensis* caused by *Rhizoctonia solani*. Plant Dis. 84: 1334.

10. Holcomb, G.E. and D.E. Carling. 2002. First report of web blight caused by *Rhizoctonia solani* on *Cantharanthus roseus* in Louisiana. Plant Dis. 86: 1272.

11. Sumner, D. R.,S.S. Phatek, and D.E. Carling. 2003. Seedling and root diseases caused by *Rhizoctonia solani* and *Pythium* in carrot in Georgia. Plant Dis. 87: 1264.

**C. Chapters in Books:**

Carling, D.E., and D.R. Sumner. 1992. *Rhizoctonia* in: Methods for research on soilborne phytopathogenic fungi. pp. 157-165. L.L. Singleton, J.D. Mahall, and C.M. Rush, eds. APS Press. St. Paul, MN. 265 p.

Heim, D.J., and D.E. Carling. 1992. Soil transfer for reforestation of mind lands. in: Proceeding's of the second international symposium on mining in the Arctic. S. Bandopadhyay and M.G. Nelson, eds. A.A. Balkema. Rotterdam. pp 253-263.

Banville, G., D.E. Carling, and B. Otrysko. 1996. Rhizoctonia on potato in: Rhizoctonia species: Taxonomy, molecular biology, ecology, pathology, and control. B. Sneh et al, eds. Klewar Academic Publishers. Rotterdam. pp 321-330.

Carling, D.E. 1996. Grouping in Rhizoctonia solani by hyphal anastomosis reaction. Rhizoctonia species: Taxonomy, molecular biology, ecology, pathology and control. B. Sneh, et al, eds. Klewer Academic Publishers. Rotterdam. pp 37-47.

Banville, G.J., and D.E. Carling. 2001. Rhizoctonia Canker and Black Scurf in: Compendium of Potato Disease second edition, W.R. Stevenson, R. Loria, G.D. Franc and D.P. Weingartner, eds. APS Press, St. Paul, MN pp 36-37.

**D. Peer Reviewed Articles:**

Lambe, R.C., and D.E. Carling. 1982. Fungicides evaluated for rose black-spot disease, 1981. Fungicides and Nematicide Tests 37:141.

Carling, D.E. 1983. Mycorrhizal fungi as deterrents to disease in: Diseases of woody ornamental plants and their control in nurseries. Eds. R.K. Jones and R.C. Lambe. p 116. North Carolina Agricultural Extension Service, Raleigh, North Carolina. 130 pp.

Carling, D.E. 1983. Potatoes. Alaska's Agriculture and Forestry, Alaska Rural Development Council Publication No. 3:48-52.

Carling, D.E. 1984. Rhizoctonia disease of potato. Agroborealis 16(2):25-28.

Leiner, R.H., and D.E. Carling. 1985. Alternaria seedling blight of lobelia. Agroborealis 17(2):39-42.

Carling, D.E., and P. Rissi. 1985. Potato variety performance in the Matanuska Valley 1982, 1983, 1984. Univ. of Alaska, Agricultural and Forestry Experiment Station Circular No. 49. Univ. of Alaska, Fairbanks, Alaska. 12 pp.

Bernard, E.C., and D.E. Carling. 1986. Plant parasitic nematodes isolated from Alaskan soils. Agroborealis 18(1):24-30.

Carling, D.E., and P. Rissi. 1986. Potato variety performance Alaska 1985. Univ. of Alaska, Agricultural and Forestry Experiment Station Circular No. 54. Fairbanks, Alaska. 8 pp.

5

Carling, D.E., and P. Rissi. 1987. Potato variety performance Alaska 1986. Univ. of Alaska, Agricultural and Forestry Experiment Station Circular No. 58. Fairbanks, Alaska. 12 pp.

Carling, D.E., G.J. Michaelson, C.L. Ping, and G.A. Mitchell. 1987. The effect of nitrogen fertilization rates on head lettuce yields: A preliminary report. Univ. of Alaska, Agricultural and Forestry Experiment Station Research Progress Report No. 3. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P. Rissi. 1988. Potato variety performance Alaska 1987. University of Alaska, Agricultural and Forestry Experiment Station Circular No. 65. Fairbanks, Alaska. 9 pp.

Carling, D.E., G.J. Michaelson, and C.L. Ping. 1988. The effect of nitrogen fertilization rates on yields of transplanted and direct seeded head lettuce. Univ. of Alaska, Agricultural and Forestry Experiment Station Research Progress Report No. 6. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P.C. Westphale. 1989. Potato variety performance Alaska 1988. Univ. of Alaska, Agricultural and Forestry Experiment Station Circular No. 71. Fairbanks, Alaska. 13 pp.

Michaelson, G.J., D.E. Carling, and C.L. Ping. 1989. Effects of residual soil nitrogen on yield of head lettuce. Univ. of Alaska, Agricultural and Forestry Experiment Station Research Progress Report No. 7. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P.C. Westphale. 1990. Potato variety performance Alaska 1989. University of Alaska, Agricultural and Forestry Experiment Station Circular No. 77. Fairbanks, Alaska. 11 pp.

Walworth, J.L., D.E. Carling, G.J. Michaelson, and C.L. Ping. 1990. Effects of residual soil nitrogen and applied nitrogen on yields of head lettuce. University of Alaska, Agricultural and Forestry Experiment Station, Research Progress Report No. 10. Fairbanks, Alaska. 4 pp.

Carling, D.E., and J.S. Conn. 1990. Chemical control of weeds in potatoes in south-central and interior Alaska. University of Alaska, Agricultural and Forestry Experiment Station, Research Progress Report No. 14. Fairbanks, Alaska. 4 pp.

Gavlak, R.G., D.E. Carling, M. Comeau, J. Purser, W. Vandre, J.L. Walworth, and C. Wright. 1990. Vegetable variety trials Matanuska Valley, Alaska 1989. University of Alaska, Agricultural and Forestry Experiment Station, Circular No. 80. Fairbanks, Alaska. 19 pp.

Carling, D.E., and J.L. Walworth. 1990. The effect of hilling on yield and quality of potatoes. University of Alaska, Agricultural and Forestry Experiment Station, Research Progress Report No. 16. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P.C. Westphale. 1991. Potato variety performance Alaska. 1990. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 84. Fairbanks, Alaska. 11 pp.

Carling, D.E., Wayne Vandre, P.C. Westphale, and Mary Comeau. 1992.Potato variety performance and commercial potato crop data summary Alaska 1991. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 89. Fairbanks, Alaska. 14 pp.

Carling, D.E., and P.C. Kroenung. 1993. Potato variety performance Alaska 1992. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 95. Fairbanks, Alaska. 10 pp.

Carling, D.E., J.S. Conn, and J.L. Walworth. 1994. Potential of metam sodium as an herbicide for use by vegetable growers in Alaska. University of Alaska Agricultural and Forestry Experiment Station, Research Progress Report No. 33. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P.C. Kroenung. 1994. Potato variety performance Alaska 1993. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 97. Fairbanks, Alaska. 12 pp.

Walworth, J.L., and D.E. Carling. 1994. Rates and methods of application of nitrogen and phosphorus for commercial field production of head lettuce in south-central Alaska. University of Alaska Agricultural and Forestry Experiment Station. Bulletin No. 100. Fairbanks, Alaska. 8 pp.

Carling, D.E., and P.C. Kroenung. 1995. Potato variety performance Alaska 1994. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 103. Fairbanks, Alaska. 12 pp.

Carling, D.E., J.L. Walworth, and J.S. Conn. 1995. Metam sodium and dasomet as herbicides for use by vegetable growers in Alaska. University of Alaska Agricultural and Forestry Experiment Station, Research Progress Report No. 34. Fairbanks, Alaska. 4 pp.

Carling, D.E., and C.A. Gallagher. 1996. Potato variety performance, Alaska 1995. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 107. Fairbanks, Alaska. 8 pp.

Carling, D.E., S.M. Dofing, and J.L. Walworth. 1996. Head lettuce variety performance Matanuska Valley, Alaska 1995. University of Alaska Agricultural and Forestry Experiment Station, Circular No.106 Fairbanks, Alaska. 8 pp.

Carling, D.E., and M.A. Boyd. 1997. Potato variety performance, Alaska 1996. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 110. Fairbanks, Alaska. 8 pp.

Dofing, S.M., J.L. Walworth, and D.E. Carling. 1997. Head lettuce variety performance, Matanuska Valley, Alaska 1996. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 108. Fairbanks, Alaska. 6 pp.

Carling, D.E., and M.A. Boyd. 1998. Potato variety performance, Alaska 1997. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 112. Fairbanks, Alaska. 7 pp.

Walworth, J.L., S.M. Dofing, and D.E. Carling. 1998. Head lettuce variety performance, Matanuska Valley, Alaska 1997. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 111. Fairbanks, Alaska. 7 pp.

PALM0000000358

6

Walworth, J.L., D.E. Carling, and J.E. Muniz. 1998. Nitrogen requirements for greenhouse produced lettuce seedlings. University of Alaska Agricultural and Forestry Experiment Station. Misc. Pub. No.98-2. Fairbanks, Alaska. 8pp.

Carling, D.E., and M.A. Boyd. 1999. Potato variety performance, Alaska 1998. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 115. Fairbanks, Alaska. 4pp.

Carling, D.E. 1999. Influence of strain and generation number on performance of the potato variety Russet Norkotah. University of Alaska Agricultural and Forestry Experiment Station. Research Progress Report No. 36. Fairbanks, Alaska. 4pp.

Carling, D.E., and M.A. Boyd. 2000. Potato variety performance, Alaska 1999. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 118. Fairbanks, Alaska. 4pp.

Carling, D.E. 2000. Influence of strain or source and generation number on performance of the potato variety Russet Norkotah. University of Alaska Agricultural and Forestry Experiment Station. Research Progress Report No. 37. Fairbanks, Alaska. 4pp.

E. Proceedings:

Carling, D.E., S. Kuninaga, and R.H. Leiner. 1988. Relatedness within and among intraspecific groups of *Rhizoctonia solani*: A comparison of grouping by anastomosis and by DNA hybridization. Phytoparasitica 16(2):209-210.

Rush, C.M., D.E. Carling, and R.M. Harverson. 1992. AG characterization of *Rhizoctonia solani* isolates from wheat and sugarbeet in the Texas panhandle. Proceedings 19th Hard Red Winter Wheat Workers Conference. January, 1992. Lincoln, Nebraska.

Helm, D.J., and D.E. Carling. 1992. Effectiveness of soilborne mycorrhizal inoculum on plant species growth on mined lands in Alaska. Proceedings Tenth High Altitude Revegetation Workshop. March 4-5, 1992. Fort Collins, Colorado.

Carling, D.E. 1994. Potato production in Alaska. Proceedings First Circumpolar Agricultural Conference. Sept. 28-Oct. 2, 1992. Whitehorse, Yukon Territory, Canada.

F. Research Contract Reports:

Carling, D.E. 1989. Screening accessions of *Solanum sp.* from the IR-1 collection for resistance to *Rhizoctonia solani* AG-3. Prepared for IR-1 project leader. 7 pp.

Carling, D.E. 1990. Screening accessions of *Solanum sp.* from the IR-1 collection for resistance to *Rhizoctonia solani* AG-3. Prepared for IR-1 project leader. 11 pp.

Helm, D.J., and D.E. Carling. 1990. Use of on-site mycorrhizal inoculum for plant establishment on abandoned mined lands. Prepared for Bureau of Mines, U.S. Department of Interior. 94 pp.

Carling, D.E. 1995. Resistance in transgenic potatoes to *Rhizoctonia solani*. Annual report prepared for Frito Lay, Inc. 6 pp.

Carling, D.E. 1996. Resistance in transgenic potatoes to *Rhizoctonia solani*. Final report prepared for Frito Lay, Inc. 8 pp.

Carling, D.E. 1996. Resistance to *Rhizoctonia solani* in *Solanum* species and lines. Annual report prepared for NSP-6, the Potato Germplasm Regional Committee. 14 pp.

Dofing, S.M. and Carling, D.E. 1996. Spinach seed production in Alaska. Prepared for Syminis Seed Co. 3 pp.

Carling, D. E. 1997. Resistance to *Rhizoctonia solani* in *Solanum* species and lines. Annual report prepared for NSP-6, the Potato Germplasm Regional Committee. 14 pp.

Carling, D.E. 1998. Resistance to *Rhizoctonia solani* in *Solanum* species and lines. Annual report prepared for NSP-6, the Potato Germplasm Regional Committee. 14pp.

Carling, D.E. 1999. Resistance to *Rhizoctonia solani* in *Solanum* species and lines. Annual report prepared for NSP-6, the Potato Germplasm Regional Committee. 14pp.

G. Abstracts:

Carling, D.E., J.A. Ross, and D.F. Millikan. 1969. Changes in protein and nucleic acid fractions associated with lethal virus infection in apple leaf tissue. Phytopathology 59:1020.

Carling, D.E., and D.F. Millikan. 1974. Graft transmission of an infectious entity associated with bunch disease of *Juglans*. Proc. Amer. Phytopath. Soc. 1:124.

Carling, D.E., M.F. Brown, and D.F. Millikan. 1975. An ultrastructural study of the *Puccinia graminis-Darluca filum* host parasitic relationship. Transactions of the Missouri Academy of Science. 9:190.

Carling, D.E., and D.F. Millikan. 1976. Banded filaments associated with aster yellows mycoplasma-like organisms. Proc. Amer. Phytopathol. Soc. 3:259.

Riehle, W.G., D.E. Carling, D.R. Johnson, and M.F. Brown. 1977. Effects of endomycorrhizal infection on nitrogen reductase and nitrogenase activity in nodulating and non-nodulating isolines of soybean. Proc. Amer. Phytopathol. Soc. 4:69.

PALM0000000359

7

Carling, D.E., R.A. Brown, A.L. Rowell, and M.F. Brown. 1977. Comparative studies of vesicular-arbuscular mycorrhizal fungi on soybeans. Abstracts: Third North American Conference on Mycorrhizae. Athens, Georgia, August 23-25.

Carling, D.E., V.D. Luedders, and M.F. Brown. 1978. Effect of mycorrhizal fungal species, N, P, fumigation and location of soybean yields. Agronomy abstracts, 1978 Annual Meeting of the American Society of Agronomy.

Carling, D.E., M.F. Brown, and D.A. Kinden. 1979. Scanning and transmission review of endophytic structures of vesicular-arbuscular mycorrhizal fungi. Abstracts: Fourth North American Conference on Mycorrhizae. Fort Collins, Colorado, June 24-28.

Carling, D.E., R.W. Roncadori, and R.S. Hussey. 1981. Actions and interactions of endomycorrhizal fungi, root-knot nematode, phosphorus and peanut. Phytopathology 71:207.

Carling, D.E., R.C. Lambe, S.A. Alexander, and A. Elliott. 1981.Pinewood nematode disease in ornamental pines in Virginia. Phytopathology 71:765.

Elliott, A.P., R.C. Lambe, S. Alexander, and D.E. Carling. 1981. Studies on sampling technique for detection of the pinewood nematode (Bursapheleuchus lignicolus) in pine trees. Phytopathology 71:766.

Carling, D.E., A.P. Elliott and R.C. Lambe. 1981. Newly identified non-Pinus hosts of the pinewood nematode. Phytopathology 71:865.

Carling, D.E. 1984. Effect of chemical treatment of soil or seed piece on emergence and yield of potatoes inoculated with Rhizoctonia solani AG-3. Phytopathology 74:866.

Carling, D.E., and R.H. Leiner. 1985. Rhizoctonia solani and R. solani-like binucleates associated with potato plants and soils with varied cropping histories. Phytopathology 75:1333.

Bernard, E.C., and D.E. Carling. 1986. Distribution of plant parasitic nematodes in Alaska. J. Nematol. 18:600.

Carling, D.E., R. H. Leiner, and K.M. Kebler. 1986. Characterization of in undescribed anastomosis group of Rhizoctonia solani. Phytopathology 76:1064.

Carling, D.E., and R.H. Leiner. 1987. Categorization of anastomosis interactions that occur between isolates of Rhizoctonia solani. Phytopathology 77:1777.

Carling, D.E., and P.C. Westphale. 1988. Effect of seedborne inoculum of Rhizoctonia solani and formaldehyde on growth and yield of potato. In Abstracts of Papers, 5th International Congress of Plant Pathology, Kyoto, Japan. August 20-27, 1988.

Carling, D.E., and R.H. Leiner. 1989. Pathogenicity of isolates of Rhizoctonia solani AG-3 collected from potato plants and soil. Phytopathology 79:1180.

Carling, D.E., and R.H. Leiner. 1990. Virulence of Rhizoctonia solani and other Rhizoctonia on potato at three temperatures. Phytopathology 80:1108-1109.

Walworth, J.L., and D.E. Carling. 1990. Effect of residual soil nitrogen on head lettuce production. Agronomy Abstracts, 1990 Annual Meetings:285.

Helm, D.J., and D.E. Carling. 1990. Effectiveness of soil-borne inoculum from different successional stages on plant species growth on mine spoils in Alaska. Proceedings of the Eighth North American Conference on Mycorrhizae, September 5-8. p 140.

Helm, D.J., and D.E. Carling. 1990. Use of soil-borne mycorrhizal inoculum for abandoned mined land reclamation in Alaska. Proceedings of the Forty-First Arctic Science Conference, AAAS. October 8-10. p 33.

Leiner, R.H., and D.E. Carling. 1991. Characterization of isolates of Waitea circinata collected from Alaskan agricultural soils. Phytopathology 81:1242.

Helm, D.J., and D.E. Carling. 1992. Soil transfer in mined land reclamation. International Symposium for Mining in the Arctic 2:253-263. A.A. Balkema (Proceedings, Presentation).

Helm, D.J., and D.E. Carling. 1992. Effectiveness of soil-borne mycorrhizal inoculum on plant species growth on mined lands in Alaska. in: Hassell, W.G., S.K. Nordsrom, W.R. Keammerer, and J. Todd. Proceedings High Altitude Revegetation Workshop No. 10, Fort Collins, Colorado. March 4-6, 1992. Information Series No. 71, Colorado Water Resources Research Institute, Colorado State University. (Abstract, Poster). p 280.

Rush, C.M., and D.E. Carling. 1992. Frequency and virulence of Rhizoctonia solani anastomosis groups isolated from wheat and sugar beets in Texas. Phytopathology 82:1171.

Carling, D.E., G.C. MacNish, and K.A. Brainard. 1993. Use of the category 3 anastomosis reaction to detect clonal relationships among isolates of Rhizoctonia solani AG-8. in: Abstracts; 6th International Congress of Plant Pathology, Montreal, Canada. July 28 -Aug. 6, 1993. p 132.

MacNish, G.C., and D.E. Carling. 1993. The use of zymogram and anastomosis techniques to determine relationships between isolates of R. solani AG-8. in: Proceedings of the Australasian Society of Plant Pathology, Hobart, Tazmania. June, 1993. p 15.

MacNish, G.C., D.E. Carling, and K.A. Brainard. 1993. Relationship between zymogram and anastomosis groups. in: Abstracts; 6th International Congress of Plant Pathology, Montreal, Canada. July 28-Aug. 6, 1993. p 30.

8

MacNish, G.C., D.E. Carling, and K.A. Brainard. 1993. Spread of clones of *Rhizoctonia solani* AG-8 in Australia. In: Abstracts; 6th International Congress of Plant Pathology, Montreal, Canada. July 28 -Aug. 6, 1993. p 137.

Rothrock, C.S., D.E. Carling, S.A. Winter, P.M. Kinney, and K.A. Brainard. 1993. Possible new anastomosis group of *Rhizoctonia solani* (*Thanatephorus cucumeris*). Phytopathology 83:1420.

Rothrock, C.S., S.A. Winter, P.M. Kinney, and D.E. Carling. 1993.Isolation of *Rhizoctonia solani* (*Thanatephorus cucumeris*) AG-7 from soil in Arkansas. In: Abstracts; 6th International Congress of Plant Pathology, Montreal, Canada. July 28 - Aug. 6, 1993. p 152.

Walworth, J.L., R.G. Gavlak, and D.E. Carling. 1993. Evaluation of fish bone meals as fertilizers. Proceedings of the Soil Science Society of America. Cincinnati, Ohio. Nov. 8-12, 1993.

Carling, D.E., G.C. MacNish, and K.A. Brainard. 1994. The occurrence of tuft reactions in *Rhizoctonia solani* AG-3. Proceedings of the Fifth International Mycological Congress. Vancouver, B.C., Canada. August 14-21, 1994.

Leiner, R.H., R. Loria, and D.E. Carling. 1994. Virulence of *Streptomyces scabies* on potato tubers and seedlings of other plants. Phytopathology 84:1169.

MacNish, G.C., D.E. Carling, and H.A. Yang. 1994. Tufting and anastomosis correlated in *Rhizoctonia solani* AG-8. Phytopathology 84:1169.

MacNish, G.C., and D.E. Carling. 1995. Use of vegetatively compatible populations (VCP) to determine field distribution of *R. solani* AG-8. Phytopathology 85:1040.

Carling, D.E. 1995. Grouping strains of *Rhizoctonia solani* by hyphal anastomosis. In: Proceedings of the Second International Symposium on Rhizoctonia. Noordwijkerhout, The Netherlands. June, 1995. p 20.

Godoy-Lutz, G., J. Arias, F. Saladin, J.R. Steadman, and D.E. Carling. 1995. Characterization and pathogenicity of isolates of *Rhizoctonia solani* that cause web blight on common dry beans in Central America and the Caribbean. In: Proceedings of the International Symposium on Rhizoctonia. Noordwijkerhout, The Netherlands. June, 1995. p 57.

MacNish, G.C., and D.E. Carling. 1995. Vegetatively compatible populations within *R. solani* AG-8. In: Proceedings of the Australasian Society of Plant Pathology. Auckland, New Zealand, August, 1995. p 22.

Carling, D.E., J.L. Walworth, and J.S. Conn. 1995. Controlling weeds in field grown vegetables with metam sodium and dasomet. In: Proceedings of the 2nd Circumpolar Agricultural Conference. Tromso, Norway. September, 1995. p 2.27.

Fry, B.A., R.H. Leiner, D.E. Carling, and R. Loria. 1995. Involvement of thaxtomins in pathogenicity of *Streptomyces scabies* on seedlings. Phytopathology 85:1121.

O'Brien, P.A., G.C. MacNish, and D.E. Carling. 1996. Molecular evaluation of *Rhizoctonia solani* populations. Proceedings of the Jerramungup Agricultural Extension and Research Advisory Board 11-96. Jerramungup, Australia. 37 pp.

Carling, D.E., G.C. MacNish, and K.A. Brainard. 1996. Competition among isolates of *Rhizoctonia solani* AG-3 on potato. Proceedings of the 7th Annual Combined Biological Sciences Meeting. 9-96. Fremantle, Australia. 82 pp.

Meyer, L., L.H. Nel, and D.E. Carling. 1996. Anastomosis grouping and molecular genetic typing of a strain of *Rhizoctonia solani* causing crater disease of wheat. Proceedings of the 4th International EFPP. Symposium on diagnosis and identification of plant pathogens. Bonn, Germany, August 1996. p 121.

MacNish, G.C., P.A. O'Brien, and D.E. Carling. 1997. Genetic diversity differences in sub populations of *Rhizoctonia solani* AG-8 detected by PCR RAPDS. Proceedings of the Australasian Plant Pathology Society. 8-97. Perth, Australia. 97 pp.

Carling, D.E., E.J. Pope, K.A. Brainard, and D.A. Carter. 1998. Characterization of isolates of *Rhizoctonia solani*, including a new AG, that are mycorrhizal on an orchid in Australia. Phytopathology 88: S13.

Baird, R.E., R.D. Gitaitas, and D.E. Carling. 1999. Determination of whole-cell fatty acid profiles of isolates of *Rhizoctonia solani* AG-4 and AG-7. Phytopathology 89:S5.

Carling, D.E., R.E. Baird, S. Kuninaga, and R.D. Gitaitas. 1999. Characterization of anastomosis group (AG) -13 of *Rhizoctonia solani*. Phytopathology 89: S11.

Sumner, D.R., D.E. Carling, and S.C. Phatak. 2000. Seedling diseases and root rots of carrot in Georgia. Phytopathology 90: S129.

Kuninaga, S., and D. E. Carling. 2000. Grouping of *Aquathanatephorus pendulus* based on sequence comparisons of 18S and ITS regions. Proceedings of the 2000 Annual meeting of the Phytopathological Society of Japan. (In press).

Virgen-Calleros, V., V. Olalde-Portugal, S. Gomez-Sumauano, R. Hernandez-Matehuala, and D. Carling. 2000. Distribution of anastomosis groups of *Rhizoctonia solani* on potato in Mexico. In Abstracts of the Third International Rhizoctonia Symposium, Taichung, Taiwan, August 2000.

Kuninaga, S., and D.E. Carling. 2000. Comparison of isolates of *Rhizoctonia solani* AG-2 and AG-8I based on anastomosis reactions, rDNA sequences analysis and pathogenic potential. In Abstracts of the Third International Rhizoctonia Symposium, Taichung, Taiwan, August 2000.

Carling, D.E. 2000. Anastomosis groups and methods of identifying subsets within anastomosis groups. In Abstracts of the Third

9

International Rhizoctonia Symposium, Taichung, Taiwan, August 2000.

H. Other:

Carling, D.E. 1966. (Masters thesis). Biochemical changes in apple leaf tissue induced by virus infection. University of Missouri-Columbia. 38 pp.

Carling, D.E. 1975. (Ph.D. dissertation). Comparative studies of infection by mycoplasma-like organisms in *Vinca rosea* L. University of Missouri-Columbia. 101 pp.

Vandre, W.G., and D.E. Carling. 1983. Vegetables and Fruits for Alaska: Recommended variety list for south-central Alaska. Cooperative Extension Circular P-31. Cooperative Extension Service, University of Alaska, Fairbanks, Alaska.

Carling, D.E. 1983. Plant Disease: Causes and controls. In Proceedings of the second annual Alaska Greenhouse Conference. Ed. W.G. Vandre. Cooperative Extension Service, University of Alaska, Fairbanks, Alaska.

Vandre, W.G., and D.E. Carling. 1984. Vegetables and Fruits for Alaska: Recommended variety list for south central Alaska. Cooperative Extension Circular A-00031. Cooperative Extension Service, University of Alaska, Fairbanks, Alaska.

Vandre, W.G., and D.E. Carling. 1985. Vegetables and Fruits for Alaska: Recommended variety list for south central Alaska. Cooperative Extension Circular A-00032. Cooperative Extension Service, University of Alaska, Fairbanks, Alaska.

Carling, D.E., and J. Watenpaugh. 1985. Alaska potato seed certification handbook. Alaska Seed Growers, Inc. 17 pp.

Carling, D.E. 1985. Certified Seed Potato Directory, 1984 Crop. Alaska Seed Growers, Inc. 6 pp.

Carling, D.E. 1986. Certified Seed Potato Directory, 1985 Crop. Alaska Seed Growers, Inc. 6 pp.

Carling, D.E., and W.G. Vandre. 1990. Recommended variety list for southcentral Alaska. 300B-00031. Cooperative Extension Service, University of Alaska Fairbanks. 8 pp.

Carling, D.E., and W.G. Vandre. 1992. Home Gardening – Culture. Recommended variety list for southcentral Alaska 300B-00031. Cooperative Extension Service, University of Alaska Fairbanks. 8 pp.

Loria, R., R.H. Leiner, and D.E. Carling. 1993. Rhizoctonia disease of potato. Fact Sheet; Page 726.00. Cooperative Extension Service, Cornell University, Ithaca, NY. 2 pp.

Carling, D.E., and G. Terry. 1999. Late blight disease of potato and tomato in Alaska: A fact sheet for the home gardener. Alaska Cooperative Extension Service Fact Sheet #PMC-00338. University of Alaska Fairbanks. 4pp.

PALM0000000362

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. SERVICE NUMBER | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| CARLE, C. DONALD EUGENE | NA | |

| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 5a. GRADE, RATE OR RANK | 6. PAY GRADE | 6. DATE OF RANK DAY | MONTH | YEAR |
|---|---|---|---|---|---|
| ARMY - USAR - SigC | 1LT (AUS) | O-2 | 11 | Aug | 70 |

| 7. U.S. CITIZEN | 8. PLACE OF BIRTH (City and State or Country) | 9. DATE OF BIRTH DAY | MONTH | YEAR |
|---|---|---|---|---|
| X YES  NO | Milaca, Minnesota | 27 | Nov | 45 |

| 10a. SELECTIVE SERVICE NUMBER | 10b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE | 11. DATE INDUCTED DAY | MONTH | YEAR |
|---|---|---|---|---|
| 21 72 45 89 | LB #72 Milaca (MilleLacs) Minnesota | NA | | |

| 11. TYPE OF TRANSFER OR DISCHARGE | 12. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| ~~Released from Active Duty~~ | Fort Huachuca, Arizona |

| c. REASON AND AUTHORITY | 12. EFFECTIVE DATE DAY | MONTH | YEAR |
|---|---|---|---|
| Para 1 FESO 167 dtd 27 Sep 71 & Chap 3 Sec XIV AR 635-100 & DA Msg 161855Z AUG 71 fr CPO CPD (See Item 30) | 26 | Oct | 71 |

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13a. CHARACTER OF SERVICE | b. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| 11th Signal Group, USASTRATCOM | HONORABLE | NA |

| 14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED | 15. REENLISTMENT CODE |
|---|---|
| USAR Con Gp (Reinf) USARCPAC St Louis, Missouri 65132 | NA |

| 16. TERMINAL DATE OF RESERVE/SERVICE OBLIGATION DAY | MONTH | YEAR | 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION - SOURCE OF ENTRY | b. TERM OF SERVICE (Years) | c. DATE OF ENTRY DAY | MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 10 | Aug | 73 | ENLISTED (First Enlistment) ENLISTED (Prior Service) REENLISTED  X OTHER Commissioned | NA | 1 | Feb | 70 |

| 18. PRIOR REGULAR ENLISTMENTS | 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC | 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) |
|---|---|---|
| NA | 2LT | Milaca, Minnesota |

| 21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code) | 22. STATEMENT OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| Rural Route #2 Milaca, Minnesota 56353 | a. CREDITABLE FOR BASIC PAY PURPOSES  (1) NET SERVICE THIS PERIOD | 1 | 8 | 26 |
| | (2) OTHER SERVICE | 2 | 5 | 21 |
| 23a. SPECIALTY NUMBER & TITLE | (3) TOTAL (Line (1) plus Line (2)) | 4 | 2 | 16 |
| 2162 Operations & Training Off | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: None  b. TOTAL ACTIVE SERVICE | 1 | 8 | 26 |
| | c. FOREIGN AND/OR SEA SERVICE | 0 | 0 | 0 |

| 24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED |
|---|
| National Defense Service Medal |

| 25. EDUCATION AND TRAINING COMPLETED |
|---|
| St Cloud State College, St Cloud, MN (Col), Biology, 4 yrs, BA, 67; University of Missouri, Columbia, MO (Grad), Plant Pathology, 2 yrs, MS, 69; USASESS, Sig Off Basic Crs, 8 wks, 70 |

| 26a. NON-PAY PERIODS TIME LOST (Preceding Two Years) | b. DAYS ACCRUED LEAVE PAID | 27a. INSURANCE IN FORCE (NSLI or USGLI) | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|---|---|
| None | 27 | YES  X NO | $ NA | NA |
| | 28. VA CLAIM NUMBER  c. NA | 29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE  ~~$5,000~~ $15,000  $5,000  NONE | | |

| 30. REMARKS |
|---|
| Blood Group: A-<br>Ref Item 5a: 1LT (USAR) eff 11 Aug 70<br>Ref Item 11c: Wash DC Subj: "Early Rel of OBV Off" SPN 611 (Expiration of Active Duty Commitment) |

| 31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code) | 32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|
| Same as Item 21 | *Donald Carling* |
| 33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
| RONALD T. HANSEN, 1LT, AGC Assistant Adjutant | *Ronald T. Hansen* |

| DD FORM 214 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE EFFECTIVE 1 JAN 67. | * GPO: 1968 O - 133-125 | ARMED FORCES OF THE UNITED STATES REPORT OF TRANSFER OR DISCHARGE |
|---|---|---|---|

PALM0000000363

7-3A-67    JUL 5  1967

CARLING, Donald Eugene

**St. Cloud State College**
St. Cloud, Minnesota
PERMANENT RECORD

HOME ADDRESS  Route 2, Milaca, Minnesota

FILE NUMBER  118,216

BIRTHDATE  11-27-45    PLACE  Milaca, Minnesota        FIRST ADMISSION  F 63    SEX  M

PARENT NAME AND ADDRESS  Carl E. Carling, Route 2, Milaca, Minnesota

GRADUATE OF  Princeton High School (Princeton)    DATE  5-27-63  RANK IN CLASS  17/101

| DEPT | COURSE NUMBER | COURSE NAME | QTR HRS | MARK | DEPT | COURSE NUMBER | COURSE NAME | QTR HRS | MARK |
|------|------|-------------|-----|------|------|------|-------------|-----|------|
| | | FALL 63 | | | | | WINTER 66 | | |
| HIST | 141 | MOD AMER | 4 | B | PHYED | 138 | INT SWMG | | I |
| ART | 121 | HUMANITIES | 4 | D | ZOOL | 442 | EMBRYOLGY | 4 | C |
| SOCS | 104 | GENERAL | 4 | C | ZOOL | 342 | CMPAR ANAT | 4 | B |
| ENG | 162 | WRIT COMP | 4 | C | CHEM | 212 | GEN CHEM 2 | 4 | B |
| ORIE | 021 | INTRO COLL | 1 | S | | | | 12 | |
| | | 18 21 6 | 17 | | | | SPRING 66 | | |
| | | WINTER 64 | | | ZOOL | 347 | ORNITHLOGY | 4 | A |
| MATH | 121 | CULTURAL | 4 | B | MATH | 224 | TRIG | 4 | C |
| SPC | 161 | SPEECH | 4 | C | BOT | 247 | PLNT TAXON | 4 | C |
| MUS | 123 | HUMANITIES | 4 | D | CHEM | 213 | GEN CHEM 3 | 4 | |
| PHIL | 110 | INTRO PHIL | 4 | C | | | | 16 | |
| BIOL | 104 | HUMAN | 4 | WS | | | St. John's Univ. Collegeville, Minn. 1965-6 | | |
| | | SPRING 64 | | | MS | 31 | Military Sci III | 3 | Tc |
| BIOL | 104 | HUMAN | 4 | A | MS | 32 | Military Sci III | 4½ | Tc |
| GEOG | 171 | REG HUMAN | 4 | C | | | Total: | 7½ | |
| BUS | 131 | INTRO TO | 4 | B | | | Total Credits Transferred: | 7½ | |
| PSY | 121 | GENERAL | 4 | C | | | | | |
| | | | 16 | | | | FALL 66 | | |
| | | FALL 64 | | | CHEM | 321 | ORGANIC | 4 | B |
| BUS | 241 | ACCOUNTING | 4 | A | BIOL | 420 | SEMINAR | 1 | B |
| BIOL | 101 | LIFE+ENV | 4 | A | BIOL | 344 | MICROBIGL | 4 | A |
| BUS | 260 | MGMT THRY | 4 | C | ZOOL | 309 | HISTOLOGY | 3 | B |
| BUS | 230 | MATH FINAN | 4 | B | | | | 12 | |
| | | | 16 | | | | WINTER 67 | | |
| | | WINTER 65 | | | CHEM | 322 | ORGANIC | 4 | B |
| ZOOL | 241 | GEN ZOOL | 4 | B | ZOOL | 439 | PARASITOL | 4 | A |
| CHEM | 102 | CONC CHEM | 4 | B | SOCS | 401 | CONCPTS IN | 4 | C |
| BOT | 245 | GEN BOTANY | 4 | B | PHYED | 123 | WT TRAIN | 1 | B |
| HLTED | 115 | PERS HYG | 2 | C | BIOL | 443 | GENETICS | 4 | A |
| PHYED | 136 | ELE SWMG | 1 | C | BIOL | 420 | SEMINAR | 1 | B |
| | | | 17 | | | | St. John's Univ., Collegeville, Minn. 1965-6 | | |
| | | SPRING 65 | | | MS | 41 | Mil Sci | 3 | Tc |
| ZOOL | 242 | GEN ZOOL | 4 | B | MS | 42 | Mil Sci IV | 4½ | Tb |
| BIOL | 349 | RSRC MGMT | 4 | C | | | Total: | 7½ | |
| MATH | 221 | COL ALG | 4 | C | | | Total Credits Transferred: | 7½ | |
| BOT | 246 | GEN BOTANY | 4 | A | | | | | |
| | | | 16 | | | | SPRING 67 | | |
| | | FALL 65 | | | PHYED | 238 | ARCHERY | 1 | B |
| CHEM | 211 | GEN CHEM 1 | 4 | C | BIOL | 350 | SOILS | 4 | A |
| ENG | 263 | COMM MEDIA | 4 | B | BOT | 436 | PHYSIOLOGY | 4 | A |
| PHYED | 132 | IND GAMES | 1 | B | CRISS | 432 | CURRNT ISS | 2 | D |
| ZOOL | 341 | ENTOMOLOGY | 4 | A | | | | | |
| BIOL | 409 | BIOL TECH | 2 | B | | | Bachelor of Arts degree conferred: | | |
| | | | 15 | | | | June 9, 1967 | | |

PALM0000000364

DENT NUMBER

DIRECTOR OF ADMISSIONS
COLUMBIA

ling, Donald Eugene
(NAME OF STUDENT)                                             (PARENT OR GUARDIAN)

. #2, Milaca, Minnesota
(PERMANENT ADDRESS)                                           (ADDRESS)

TRAN (SCH) ☐     DATE OF BIRTH 11-27-1915     PLACE OF BIRTH Milaca, Minnesota

## ENTRANCE CREDITS

| | | | | ADMITTED TO | DATE |
|---|---|---|---|---|---|
| TED TO | | DATE | | | |
| TS FROM | | CONDITION | | | |
| | | GRAD | | | |
| ISH | MATH ANALYSIS | LATIN | | ADMITTED TO | DATE |
| RAL MATH | SOCIAL STUDIES | FRENCH | | | |
| BRA | GENERAL SCIENCE | SPANISH | | | |
| E GEOMETRY | BIOLOGY | GERMAN | | ADMITTED TO GRADUATE SCHOOL | DATE SEPT 1967 |
| I GEOMETRY | CHEMISTRY | OTHER | | DEGREE B.A.-St. Cloud State College | |
| ONOMETRY | PHYSICS | | | DATE June 9, 1967 | |

| | UNIVERSITY CREDITS | | | GRADING SYSTEM CODE | | ABCDF 6-DELAYED, 8-EXCUSED | | MIL. - P. E. - | ☐ ☐ ☐ ☐ |
|---|---|---|---|---|---|---|---|---|---|

| STUDENT NUMBER | COURSE | | COURSE NUMBER | TERM | NORMAL CREDIT HOURS | MAJOR | GRADE | CREDIT HOURS GRANTED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|
| 138293 | GEN BIOCHEMISTRY LEC | | 304 | F67 | 5 | | 0 F | | 12-9-1968 |
| | GEN BIOCHEMISTRY LAB | | 305 | F67 | 1 | | 0 F | | 12-9-1968 |
| | RESCH HORTICULTURE | | 490 | F67 | 6 | | A | 6 | 7-14-1969 |
| | FOREST PATHOLOGY | | 305 | F67 | 3 | | B | 3 | |
| 138293 | MYCOLOGY | | 307 | W68 | 4 | | A | 4 | |
| | PLANT PHYSIOLOGY | | 313 | W68 | 5 | | B | 5 | |
| | SEMINAR PLANT PATH | | 410 | W68 | 1 | | A | 1 | |
| | RESEARCH PLANT PATH | | 490 | W68 | 2 | | A | 2 | 7-14-1969 |
| 138293 | QUANTITAT CHEM ANAL | | 221 | S68 | 4 | | B | 4 | |
| 138293 | BIOCHEM ENVIR REL | | 423 | F68 | 3 | | B | 3 | |
| | FUNGUS PHYSIOLOGY | | 426 | F68 | 4 | | A | 4 | |
| | RESEARCH PLANT PATH | | 490 | F68 | 2 | | A | 2 | 7-14-1969 |
| | STATISTICAL ANALYSIS | | 207 | F68 | 3 | | A | 3 | |
| 138293 | SEMINAR PLANT PATH | | 410 | W69 | 1 | | A | 1 | |
| | RESEARCH PLANT PATH | | 490 | W69 | 1 | | A | 1 | 7-14-1969 |
| 138293 | SEL TOPICS ANALYSIS 6H | | 205 | W72 | 3 | | A | 3 | |
| | ELE RUSSIAN 9B | | 1 | W72 | 3 | | B | 3 | |
| | COMP PLANT PATHOL 7X | | 430 | W72 | 3 | | B | 3 | |
| | CLIN PLANT PATHOL F 7X | | 393 | W72 | 1 | | A | 1 | |
| 138293 | RES PLANT PATH 7X | | 490 | S72 | 3 | | A | 3 | |
| | ELECT MICRO TECH 7X | | 451 | S72 | 3 | | A | 3 | |
| | CLIN PLANT PATHOL S 7X | | 391 | S72 | 2 | | A | 2 | 11-1-72 |
| 138293 | GEN AGRIC BIOCHEMIST 1G | | 210 | F72 | 5 | | B | 5 | |
| | RES PLANT PATH 7X | | 490 | F72 | 5 | | A | 5 | D-11-12-75 |
| | CLIN PLANT PATHOL F 7X | | 392 | F72 | 1 | | A | 1 | |
| | ELE RUSSIAN 2 9B | | 2 | F72 | 3 | | C | 3 | |
| 138293 | GENERAL GENETICS 4M | | 240 | W73 | 3 | | A | 3 | |
| | SEM PLANT PATHOLOGY 7X | | 410 | W73 | 1 | | A | 1 | |
| | DISEASES OF PLANTS 7X | | 409 | W73 | 3 | | B | 2 | |
| | DISEASES OF PLANTS 7X | | 407 | W73 | 3 | | A | 3 | |
| | GENET PL DISEASE DEV 4M | | 363 | W73 | 3 | | A | 3 | |
| 138293 | RES PLANT PATH 7X | | 490 | S73 | 5 | | A | 5 | D-11-12-75 |

(over)

PALM0000000365

## PHD DISSERTATION ABSTRACT OF DONALD E. CARLING:

Dissertation Committee Chairman: Daniel F. Millikan
Dissertation title:Comparative studies of infection by mycoplasma-like organisms in
*Vinca rose* L.

This study determined some comparative effects of infection by three different
isolates of mycoplasma-like organisms (MLO) in *Vinca rosea* L. (Madagascar
periwinkle). MLO isolates from naturally infected *Juglans nigra* L, *Callistepis
chinensis* (L.) Nees, and *Prunus persica* (L.) Batch were initially transmitted to
periwinkle via a didder bridge and subsequently, from periwinkle to periwinkle via a
modified whip grafting technique. In response to infection by each MLO strain,
morphological and physiological changes occurred in periwinkle. These changes
were manifested by characteristic microscopic symptoms development and
subcellular morphological alterations. Changes in the chlorophyll and buffer soluble
proteins of infected plants were also observed, indicating the onset of gross
physiological disturbances. The buffer soluble protein contents of plants infected
with the aster or peach MLO isolates were dissimilar, while chlorophyll content,
although differing significantly from non-infected plants, followed no consistent
pattern associated with MLO strain. Similarly, the ultrastructural changes in
periwinkle were not a reliable criterion for differentiating the MLO isolates. The
general morphology of the three MLO's was consistent with the generally accepted
description of other MLO's and this feature aslo could not be used for
differentiating MLO strains. Two principal types of macroscopic symptoms were
consistently induced, however, in periwinkle plants with the three MLO isolates.
This variability in macroscopic symptom types produced in response to MLO
infection suggests that periwinkle may have a potential use as a test host for
differentiating various MLOs. In two periwinkle plants infected with aster MLO,
banded filaments were observed in conjunction with the typical MLO forms. These
filaments were similar in dimension and appearance to intracellular banded fibers of
*Mycoplasma mycoides* var. *mycoides* observed in vitro. Their composition and
function is presently unknown.

**MS THESIS ABSTRACT OF DONALD E. CARLING:**

Thesis Committee Chairman: Daniel F. Millikan
Thesis title: Biochemical changes in apple leaf tissue induced by bud inoculation.

Investigations were made to determine biochemical changes induced by wounding
and virus infection in apple trees. Differences were found in the total protein and
protein fractions. Qualitative changes in the RNA expressed as changes in base
ratios also were demonstrated. Virus infection delays the normal decrease in leaf
protein due to senescence. This effect may be due to a retardation of normal
catabolic activity by the host, or an increase in protein synthesis as a result of virus
infection. Since this effect was also found in the inoculated controls, part of the
observed change apparently is due to wounding. These changes late in the season
are confined to the buffer soluble protein fraction. Second season changes due to
virus infection and wounding differ from the effects observed during the first
growing season. The protein content of infected trees decreases more rapidly than it
does in non-inoculated trees. This may be associated with a general decline of he
host resulting from advanced disease development. Wound induced effects
persisted into the second season. Possibly, wound induced alterations in the
vascular system are still present. If this is true, then the translocation of precursors
for protein and nucleic acid synthesis or action would be affected. Further
investigations are needed to clarify these points.

PALM0000000367