## *Certificate of Eligibles*

| | |
|---|---|
| | **DATE ISSUED:** November 4, 2004<br>**EXPIRATION DATE:** February 4, 2005<br>**An extension may be granted, if necessary.** |
| TO: Dr. Alberto Pantoja | **ANNOUNCEMENT #:** ARS-X4W-0350A |
| **ORGANIZATION:**<br>ARS, National Plant Germplasm Resources Unit, Palmer, Alaska | **POSITION TITLE, SERIES, AND GRADE:**<br>Interdisciplinary-Research Geneticist/Plant Physiologist, GS-0440/0435-12-13-14 |

**INTERVIEWING POLICY:**

We encourage you to contact and interview candidates as soon as possible. Often times a delay may result in a candidate no longer being available. You are not required to interview all candidates. However, an interview can be useful to evaluate attributes that are not effectively assessed by other selection devices. The following suggestions are provided:

- Interviews should be structured, standardized, and based on job requirements.
- Interview questions should be determined ahead of time.
- Interviewers should take notes on applicants' responses.
- Do not ask questions based on non-merit factors (e.g., race, sex, marital status, age, disabling condition).

**NONCOMPETITIVE ELIGIBLES:**

The candidates listed below are eligibles for noncompetitive placement into the advertised position; they do not need to compete under competitive procedures. Noncompetitive eligibility is conferred for various reasons, see footnote for each candidate to identify the reason for eligibility.

| NAME OF CANDIDATE | TITLE | CURRENT GRADE | AGENCY/EMPLOYER AND DUTY STATION |
|---|---|---|---|
| Carling, Don (435) | Research Physiologist | GS-14 | USDA/ARS - Palmer, AK<br>Reinstatement Eligible |
| Saha, Sukumar (440) | Research Geneticist | GS-13 | USDA/ARS - Mississippi, MS |

**ISSUED BY:**

**NAME:** Franky Reese
**TITLE:** Human Resources Speciaist
**ADDRESS:** 5601 Sunnyside Ave. Beltsville, MD 20705-5106
**PHONE:** 301-504-1561
**FAX#:** 301-504-1495

Exhibit O

# *Certificate of Eligibles*

| | |
|---|---|
| **TO:** Dr. Alberto Pantoja | **DATE ISSUED:** November 4, 2004<br>**EXPIRATION DATE:** February 4, 2004<br>An extension may be granted, if necessary. |
| | **ANNOUNCEMENT #:** ARS-X4W-0350A |
| **ORGANIZATION:**<br>ARS, National Plant Germplasm Resources Unit, Palmer, AK | **POSITION TITLE, SERIES, AND GRADE:**<br>Interdisciplinary: Research Geneticist/Plant Physiologist, GS-0440/0435-14 |

## INTERVIEWING POLICY:

We encourage you to contact and interview candidates as soon as possible. Often times a delay may result in a candidate no longer being available. You are not required to interview all candidates. However, an interview can be useful to evaluate attributes that are not effectively assessed by other selection devices. The following suggestions are provided:

- Interviews should be structured, standardized, and based on job requirements.
- Interview questions should be determined ahead of time.
- Interviewers should take notes on applicants' responses.
- Do not ask questions based on non-merit factors (e.g., race, sex, marital status, age, disabling condition).

An applicant can only be eliminated from consideration for Failure to Report for an interview when (1) confirmation of the interview was given to the applicant in writing and (2) the confirmation stated that failure to appear for the interview would eliminate them for further consideration. You can find a sample letter to send the applicant at:
www.ars.usda.gov/afm2/divisions/hrd/hrdhomepage/staffing_recruit/staffrec.htm.

## USDA DEMONSTRATION PROJECT:

The candidates listed below are referred for consideration. Preference eligibles are identified by the code designations TP, XP, CP, and CPS; nonpreference eligibles are identified as "NV" (see attached key for definitions of codes). Approval must be granted by the Director, HRD, before a preference eligible may be passed over to select a nonpreference eligible.

| NAME OF CANDIDATE | CANDIDATE DESIGNATION<br>(Quality or Eligible) | VETERAN PREFERENCE CODE<br>(See attached key) | DECLINATIONS<br>If a candidate declines, cite the code for the declination<br>(see attached key) |
|---|---|---|---|
| Barney, Danny* (0435)<br>************************ | Quality<br>**************** | TP<br>************** | |
| Openshaw, Stephen (0440) | Quality | NV | |

PALM0000000249

| **Certificate of Eligibles** | DATE ISSUED: November 4, 2004<br>EXPIRATION DATE: February 4, 2004<br>An extension may be granted, if necessary. |
|---|---|
| TO: Dr. Alberto Pantoja | ANNOUNCEMENT #: ARS-X4W-0350A |
| ORGANIZATION:<br>ARS, National Plant Germplasm Resources Unit,<br>Palmer, AK | POSITION TITLE, SERIES, AND GRADE:<br>Interdisciplinary: Research Geneticist/Plant<br>Physiologist, GS-0440/0435-13 |

### INTERVIEWING POLICY:

We encourage you to contact and interview candidates as soon as possible. Often times a delay may result in a candidate no longer being available. You are not required to interview all candidates. However, an interview can be useful to evaluate attributes that are not effectively assessed by other selection devices. The following suggestions are provided:

- Interviews should be structured, standardized, and based on job requirements.
- Interview questions should be determined ahead of time.
- Interviewers should take notes on applicants' responses.
- Do not ask questions based on non-merit factors (e.g., race, sex, marital status, age, disabling condition).

An applicant can only be eliminated from consideration for Failure to Report for an interview when (1) confirmation of the interview was given to the applicant in writing and (2) the confirmation stated that failure to appear for the interview would eliminate them for further consideration. You can find a sample letter to send the applicant at:
www.ars.usda.gov/afm2/divisions/hrd/hrdhomepage/staffing_recruit/staffrec.htm.

### USDA DEMONSTRATION PROJECT:

The candidates listed below are referred for consideration. Preference eligibles are identified by the code designations TP, XP, CP, and CPS; nonpreference eligibles are identified as "NV" (see attached key for definitions of codes). Approval must be granted by the Director, HRD, before a preference eligible may be passed over to select a nonpreference eligible.

| NAME OF CANDIDATE | CANDIDATE DESIGNATION (Quality or Eligible) | VETERAN PREFERENCE CODE (See attached key) | DECLINATIONS If a candidate declines, cite the code for the declination (see attached key) |
|---|---|---|---|

| | | |
|---|---|---|
| Decanini, Laura* (0440-0435) | Quality | NV |
| Erpelding, John* (0440-0435) | Quality | NV |
| Guerra, Dan (0435) | Quality | NV |
| Halis, Steven (0435) | Quality | NV |

\* If selected need official transcripts.

ISSUED BY:

_Franky Reese_

NAME: Franky Reese
TITLE: Human Resources Specialist
ADDRESS: 5601 Sunnyside Ave. Beltsville, MD 20705-5106
PHONE: 301-504-1555
FAX#: 301-504-1495

PALM0000000251

## *Certificate of Eligibles*

| | |
|---|---|
| | **DATE ISSUED:** November 5, 2004<br>**EXPIRATION DATE:** February 4, 2005<br>An extension may be granted, if necessary. |
| **TO:** Dr. Alberto Pantoja | **ANNOUNCEMENT #:** ARS-X4W-0350A |
| **ORGANIZATION:**<br>ARS, National Plant Germplasm Resources Unit,<br>Palmer, AK<br><br>**Amends cert to include additional applications.** | **POSITION TITLE, SERIES, AND GRADE:**<br>Interdisciplinary: Research Geneticist/Plant<br>Physiologist, GS-0440/0435-12 |

INTERVIEWING POLICY:

We encourage you to contact and interview candidates as soon as possible. Often times a delay may result in a candidate no longer being available. You are not required to interview all candidates. However, an interview can be useful to evaluate attributes that are not effectively assessed by other selection devices. The following suggestions are provided:

- Interviews should be structured, standardized, and based on job requirements.
- Interview questions should be determined ahead of time.
- Interviewers should take notes on applicants' responses.
- Do not ask questions based on non-merit factors (e.g., race, sex, marital status, age, disabling condition).

An applicant can only be eliminated from consideration for Failure to Report for an interview when (1) confirmation of the interview was given to the applicant in writing and (2) the confirmation stated that failure to appear for the interview would eliminate them for further consideration. You can find a sample letter to send the applicant at:
www.ars.usda.gov/afm2/divisions/hrd/hrdhomepage/staffing_recruit/staffrec.htm.


USDA DEMONSTRATION PROJECT:

The candidates listed below are referred for consideration. Preference eligibles are identified by the code designations TP, XP, CP, and CPS; nonpreference eligibles are identified as "NV" (see attached key for definitions of codes). Approval must be granted by the Director, HRD, before a preference eligible may be passed over to select a nonpreference eligible.

| NAME OF CANDIDATE | CANDIDATE DESIGNATION (Quality or Eligible) | VETERAN PREFERENCE CODE (See attached key) | DECLINATIONS If a candidate declines, cite the code for the declination (see attached key) |
|---|---|---|---|
| | | | |

PALM0000000252

| | | |
|---|---|---|
| Baley, George* (0440-0435) | Quality | NV |
| Brunk, Dennis (0435) | Quality | NV |
| Decanini, Laura* (0440-0435) | Quality | NV |
| Erpelding, John* (0440-0435) | Quality | NV |
| Guerra, Dan (0440-0435) | Quality | NV |
| Haagenson, Darrin (0435) | Quality | NV |
| Halls, Steven (0435) | Quality | NV |
| Hu, Gongshe (0440) | Quality | NV |
| Kuersten, Scott (0440) | Quality | NV |
| Kumagai, Monto (0440) | Quality | NV |
| Kuhl, Joseph* (0440-0435) | Quality | NV |
| Mott, Ivan (0440) | Quality | NV |
| Yuen, Chris (0440) | Quality | NV |
| Zhang, Mike (0440) | Quality | NV |
| Zeng, Linghe (0440) | Quality | NV |

\* If selected need official
transcripts.

ISSUED BY:

NAME: Franky Reese
TITLE: Human Resources Specialist
ADDRESS: 5601 Sunnyside Ave. Beltsville, MD 20705-5106
PHONE: 301-504-1555
FAX#: 301-504-1495

PALM0000000253

Page _1_ of _2_

03-040/0435-12-13-14 Interdisciplinary (Civil eng/ Plant PM)

## SUMMARY OF CANDIDATES

CASE FILE NUMBER: AES-X4W-0133

DEMO __X__   AMP __X__

POSITION TITLE, SERIES, GRADE: Interdisciplinary (Civil eng/ Plant PM)

LOCATION: _____

| CANDIDATE NAME | BASIC ELIG (Y/N) | QUAL CAND (Y/N) | REASON (EDUC, EXPER, OR ABILITY; INDICATE ONE) | GRADE POINT AVERAGE | DEMO OR AMP | VETS PREF (Y/N) | LIST GRADE(S) REFERRED; (N) IF NOT REFERRED |
|---|---|---|---|---|---|---|---|
| Brink, Donna | (YES) NO | (YES) NO | Edu. | | D | YES (NO) | 435-12 |
| Carlberg, Don | (YES) NO | (YES) NO | Edu. | | Non-comp | (YES) NO | 435-12/13/14 5 pts |
| Haugerson, Darrel | (YES) NO | (YES) NO | Edu. | | D | YES (NO) | 435-12 |
| Hille, Steven | (YES) NO | (YES) NO | Edu. | 3.6 | D | YES (NO) | 435-12 |
| Kuerston, Scott | (YES) NO | (YES) NO | Edu. | | D | YES (NO) | 440-12 |
| Kumagai, Monte | (YES) NO | (YES) NO | Edu. | | D | (YES) NO | 440-12 |
| Lowentz, Britta | YES (NO) | YES NO | | | | YES NO | N |
| McNabnay, Martin | YES (NO) | YES NO | | | | YES NO | N |
| Mott, Sivan | (YES) NO | (YES) NO | Edu. | 3.56 | D | YES (NO) | 440-13 |
| Peres, John | (YES) NO | (YES) NO | | | | YES NO | N |
| Saha, Sukumar | YES (NO) | YES NO | Edu/Exp | | Amp | YES (NO) | 440-14 |
| Sindeman, Douglas | YES (NO) | YES NO | | | | YES NO | N |
| Trimble, Steven | YES (NO) | YES NO | | | | YES NO | N |
| Vermeer, John | YES (NO) | YES NO | | | | YES NO | N |

DF-004

Page 2 of 2

## SUMMARY OF CANDIDATES

CASE FILE NUMBER: ABS-X4W-0133

DEMO __X__   AMP __X__

POSITION TITLE, SERIES, GRADE: Interdisciplinary Fire Control/ ... 6304W/0435/2434

LOCATION: Palmer, AK

| CANDIDATE NAME | BASIC ELIG (Y/N) | QUAL CAND (Y/N) | REASON (EDUC, EXPER, OR ABILITY; INDICATE ONE) | GRADE POINT AVERAGE | DEMO OR AMP | VETS PREF (Y/N) | LIST GRADE(S) REFERRED; (N) IF NOT REFERRED |
|---|---|---|---|---|---|---|---|
| Yuan, Chris | YES (circled) NO | YES (circled) NO | Edu. | 3.96 | D | YES NO (circled) | 440-12 |
| Zeng, Bingke | YES (circled) NO | YES (circled) NO | Edu. | 3.60 | D | YES NO (circled) | 440-12 |
| Oliver, Sandra | YES NO (circled) | YES NO | | | | YES NO | N |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |

DF-004