

RESEARCH, EDUCATION, AND ECONOMICS
AGRICULTURAL RESEARCH SERVICES
VACANCY ANNOUNCEMENT
RESEARCH POSITION

**Those who applied under announcement number ARS-X4W-0133 need not reapply and will be considered for this vacancy announcement. ***Amends to extend the closing date.

**Announcement Type:** ALL SOURCES/ALTERNATIVE MERIT PROMOTION
**Position Title:** Interdisciplinary: Research Geneticist/Plant Physiologist
**Series/Grade:** GS-440/435-12/13/14
**Salary:** GS-12 - $51,508.00 - $66,961.00 + 25% COLA per annum
 GS-13 - $61,251.00 - $79,629.00 + 25% COLA per annum
 GS-14 - $72,794.00 - $94,098.00 + 25% COLA per annum
**Type of Appointment:** Permanent
**Location of Position:** Palmer, Alaska
**Announcement Number:** ARS-X4W-0350A
**Opening Date:** July 6, 2004
**Closing Date:** September 17, 2004
**Area of Consideration:** All US Citizens

**APPLICATIONS WILL ALSO BE ACCEPTED FROM USDA SURPLUS AND FEDERAL DISPLACED EMPLOYEES IN THE COMMUTING AREA.**

**DUTIES:** Incumbent provides leadership in the research of arctic germplasm related to the maintenance and evaluation of these collections. The focus of the program is on plant germplasm adapted to arctic or subarctic conditions with an emphasis on potatoes and other cereal and vegetable crops. Incumbent works closely with other scientists in the National Plant Germplasm System, Crop Germplasm Committes, and the germplasm user community concerning preservation and distribution of crop genetic resources. Incumbent collaborates with Unit scientists in studies related to the genetic variability in germplasm and the interaction of environmental variables and disease resistance of arctic crop species and works closely with other scientists in the National Plant Germplasm System, Crop Germplasm Committees, and the germplasm user community concerning preservation and distribution of crop genetic resources.
Incumbent is the lead scientist in planning, conducting documenting, analyzing, and interpreting research concerning the genetics and plant physiology of arctic crop germplasm, and publishing significant results in appropriate scientific publications.

**QUALIFICATIONS:** Applicants must meet the following criteria in order to be eligible for the GS-12, GS-13, and GS-14 levels. A Ph.D is highly desirable.

**Research Geneticists series:** Basic Requirement: Degree: genetics; or one of the basic biological sciences that included at least 9 semester hours in genetics.

**Plant Physiologist series:** Basic Requirement: Degree: botany or plant physiology; or related scientific discipline that included at least 10 semester hours in plant physiology.

**GS-12:** After meeting the basic requirement applicants must meet either education OR specialized experience.
For Education - Ph.D or equivalent doctoral degree. OR 1 year specialized experience equivalent to at least the GS-11 level in the Federal Service.

**GS-13:** After meeting the basic requirements applicants must have 1 year of specialized experience equivalent to at least the GS-12 level in the Federal Service.

**GS-14:** After meeting the basic requirements applicants must have 1 year of specialized experience equivalent to at least the GS-13 level in the Federal Service.

Exhibit Q

Page ___ of ___

GS-040/0435-12-13-14

## SUMMARY OF CANDIDATES

CASE FILE NUMBER: ARS-X4W-0350A

POSITION TITLE, SERIES, GRADE: Interdisciplinary Research Geneticist/Plant Physiologist

DEMO _X_   AMP _X_

LOCATION: Palmer, Alaska

| CANDIDATE NAME | BASIC ELIG (Y/N) | QUAL CAND (Y/N) | REASON (EDUC, EXPER, OR ABILITY; INDICATE ONE) | GRADE POINT AVERAGE | DEMO OR AMP | VETS PREF (Y/N) | LIST GRADE(S) REFERRED; (N) IF NOT REFERRED |
|---|---|---|---|---|---|---|---|
| Bailey, Robert | YES (NO) | YES NO | | | | YES NO | N |
| Baley, George * | (YES) NO | (YES) NO | Exp & Edu | | D | YES NO | (Ref referral) GS-12 |
| Barney, Danny * | (YES) NO | (YES) NO | Exp & Edu | | D | (YES) NO | GS-435/4-TP |
| Darwin, Laura * | (YES) NO | (YES) NO | Exp & Edu | | D | YES (NO) | GS-12/13 (AM) |
| Erpelding, John # | (YES) NO | (YES) NO | Exp & Edu | | D | YES (NO) | (Ref) GS-12/13 |
| Guerra, Dan | (YES) NO | (YES) NO | Edu | | D | YES (NO) | GS-12/13-435 |
| Hayes, Dirk | YES (NO) | YES NO | | | | YES NO | N |
| Hu, Gongshe | (YES) NO | (YES) NO | Exp & Edu | | D | YES (NO) | GS-440-12 |
| Kuti, Joseph * | (YES) NO | (YES) NO | Exp & Edu 3 | | D | YES (NO) | GS-12 (Alt) |
| Lan, Tien-Hung | YES (NO) | YES NO | | | | YES NO | N |
| Motamayor, Noar | YES (NO) | YES NO | | | | YES NO | N |
| Oenshaw, Stephen | (YES) NO | (YES) NO | Edu & Exp | | D | YES (NO) | GS-440-14 |
| Stanford, David | YES (NO) | YES NO | | | | YES NO | N |
| Huddle, Julie | YES (NO) | YES NO | | | | YES NO | N |
| Zhang, Mike | (YES) NO | (YES) NO | Exp & Edu 3 | | D | (ND) | GS-440-12 |

PALM0000000254