# DECLARATION

I, Stephen Sparrow, Ph.D., declare under penalty of perjury that the following is true:

1. I am currently employed by the University of Alaska, Fairbanks ("UAF") as a full professor of agronomy and as a part time Dean of the School of Natural Resources and Agricultural Science. I have been a professor at the UAF since 1981.

2. In 2005, I was on the committee to select the top candidates for the ARS advertised position for a Plant physiologist/geneticist. It was a large committee.

3. All committee members received copies of all applications to review. We then met in person with some members participating by telephone.

4. At first we had a general discussion about the type of scientist that would best meet the requirements of the position. In general, we agreed the position called for a plant physiologist or someone with a strong background in plant phsyiology.

5. We discussed the candidates in general and then we were asked to pick the top 3 or 4 candidates. I did not include Dr. Carling in my top candidates because he is a pathologist and I thought a physiologist would be better suited to the position. Some members included Dr. Carling on their short lists.

6. At the time I knew Dr. Carling had been a professor for UAF, and that he no longer worked for the university. I also knew that he had worked for ARS, but I did not know what position he had held or why he was let go. The three ARS members of the committee, Drs. Ianson, Robertson and Pantoja all knew that he no longer worked for the University or ARS, but it was not discussed before the first round of choices were made.

7. After the members selected their 3 or 4 top candidates we talked about them. When we discussed Dr. Carling the issue came up that he no longer worked for UAF or ARS. Someone asked why, but Dr. Pantjola did not give any details about why he was not with ARS.

8. The committee eventually whittled the list down to three candidates and later we interviewed them. Dr. Kuhl, a geneticist, was selected and I believe that he was a far better scientist for the position than Dr. Carling because he was much more of a plant physiologist.

9. The committee did not discuss the applicants' age.

Date: _____  _____
Stephen Sparrow, Ph.D.

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746

Exhibit R