Conference call on Dec. 21, 2004 AM to select Candidates for Interview:

    A P
    Steve Sparrow
    Stoney Wright
    Dave Danson
    Nancy Robertson
    Chuck Brown
    Rick Novy
    Jonis Contento

Four Certs:
  ① Demo GS-12 : 15 Candidates
    Demo GS-13 : 4 Candidates
    Demo GS-14 : 2 Candidates
    Non-compt. GS 12/13/14 : 2 Candidates

AP0000000646

Exhibit S