Joseph C. Kuhl, ARS-X4W-0350

## Application Information

**ARS-X4W-0350, Research Geneticist/Plant Physiologist, GS-440/435-12/13/14**

Joseph Cyril Kuhl
Department of Horticulture
Plant and Soil Science Bldg.
Michigan State University
East Lansing, MI 48824
Day: (517) 355-5191 x399
Night: (517) 230-0482
Email: kuhlj@msu.edu

**Social security number:**

**Country of citizenship:** United States of America

**Veterans' Preference:** Not applicable

**Highest federal civilian grade held:** GS-404-06

**Highest education level achieved:**
University of Wisconsin – Madison
Madison, WI 53706
Date of completion: September 26, 2000
Type of degree: PhD

**Enclosed are college transcripts for:**
    Iowa State University: B.S. – Major: Biology, Minor: Environmental Studies
    University of Wisconsin – Madison: M.S. and Ph.D. – Major: Plant Breeding and Plant Genetics

**Paid and nonpaid work experience related to the position:** See OF 612

**Job-related:**
Training courses: See OF 612

Skills: See OF 612

Certificates/licenses: See OF 612

Honors, awards, and special accomplishments: See OF 612

1

Exhibit T

Joseph C. Kuhl, ARS-X4W-0350

**Qualifications:**
**Basic Requirements:** Research Geneticist (Plants)
    **Degree(s):** MS and PhD, University of Wisconsin – Madison, 12/23/98 and 9/26/00, respectively, in Plant Breeding and Plant Genetics. See OF 612 for more information.

    **At least 9 semester hours in genetics:** Advanced Genetics (UW, 2 semester credits), Genetics of Plant Host-Parasite Interactions (UW, 2 semester credits), Introductory Cytogenetics (UW, 3 semester credits), Plant Genetics (UW, 3 semester credits).

    **Work experience:** Postdoctoral Research, Boyce Thompson Institute of Plant Research, Ithaca, NY, 10/2000-9/2002. See OF 612 for more information.

    **Work experience:** Postdoctoral Research, Michigan State University, Department of Horticulture, East Lansing, MI, 10/2002-present. See OF 612 for more information.

**Specialized Experience:**
1) Knowledge of genetics and variability of disease and pest resistance related to crop adaptation under various/different environmental conditions.
   - MS and PhD in Plant Breeding and Plant Genetics
   - 10 semester credits plant pathology (See OF 612 Job-related training courses)
   - Lab and/or field disease evaluations: *Phytophthora infestans* (*Solanum*), Colorado potato beetle (*Solanum*), European corn borer (maize), turnip crinkle virus (Arabidopsis), *Pseudomonas syringae* (Arabidopsis), and *Peronospora parasitica* (Arabidopsis)
   - Generation of genetic populations for disease evaluation in maize, *Solanum*, and Arabidopsis
   - See OF 612 – Work experience

Work conducted for Dr. Michael Lee at Iowa State University included field inoculations and evaluation for resistance to the European corn bore in maize. Graduate research at UW-Madison investigated disease resistance and interspecific crossing barriers in wild *Solanum* germplasm. Extensive evaluations were conducted of wild *Solanum* speices including *S. cardiophyllum, S. pinnatisectum*, and numerous species from series Piurana among others. Molecular marker analysis identified a single dominant late blight resistance locus (*Rpi1*) from *S. pinnatisectum*. Use of potato differential test lines were used to characterize the *P. infestans* isolate used in disease evaluations. My primary focus as a postdoctoral researcher at the Boyce Thompson Institute for Plant Research was to identify downstream elements in the Arabidopsis signal transduction pathway for turnip crinkle virus (TCV) hypersensitive response (HR) and resistance. Classical genetic and inducible mutational screens were utilized.

2) Knowledge of the principles of classical and molecular techniques related to plant selection and improvement.
   - MS and PhD in Plant Breeding and Plant Genetics
   - 15 semester credits Genetics, 16.5 semester credits Plant Breeding, and 10 semester credits Biometrics (See OF 612 Job-related training courses)
   - See OF 612 – Work experience

2

Joseph C. Kuhl, ARS-X4W-0350

Academic training includes a BS in biology from Iowa State University and a MS and PhD in Plant Breeding and Plant Genetics from University of Wisconsin – Madison. Post-doctoral experience includes 2 years at the Boyce Thompson Institute for Plant Research and 2 years at Michigan State University. Graduate research at UW-Madison involved evaluating and characterizing phenotypic traits in wild *Solanum* germplasm, in particular disease resistance and interspecific crossing barriers in wild *Solanum* species. An interspecific mapping population was generated between two closely related wild *Solanum* species, late blight resistance segregated from *S. pinnatisectum* and molecular marker analysis was used to identify a single dominant resistance locus, *Rpi1*. The same mapping population was also used to evaluate interspecific unilateral incompatibility, identifying two loci independently inherited from the S-locus. Extensive experience with molecular techniques was acquired throughout graduate and post-doctoral research (see OF 612 Work experience). Marker technologies utilized include: RFLPs, SSLPs, CAPS, and SNPs as applied in maize, sorghum, *Solanum*, Arabidopsis, and asparagus. Research conducted at MSU involved the identification and development of molecular markers in the Asparagales for application in asparagus, garlic, and onion. Extensive genomic comparisons were made between the Asparagales, the grasses (Poales), and the representative eudicot, Arabidopsis.

3) Ability to publish research results in peer-reviewed, scientific journals.
   • Four published peer-reviewed research articles, and a fifth submitted.

My research record includes extensive experience in academic and governmental research communities including: Iowa State University, USDA/ARS Western Regional Research Center, University of Wisconsin – Madison, the Boyce Thompson Institute for Plant Research and Michigan State University. These experiences included opportunities to develop and apply basic/applied research. Reports of my research have been made to regional (NCR84), national (Potato Association of America) and international (Plant & Animal Genome Conferences) research communities, and my work has been published as listed below and in OF 612.

3

PALM0000000493

**Abstract of MS/PhD dissertation:**

CHARACTERIZATION OF LATE BLIGHT RESISTANCE AND UNILATERAL
INCOMPATIBILITY IN DIPLOID (1EBN) *SOLANUM* SPECIES

Joseph C. Kuhl
Under the supervision of Professors Michael J. Havey
and Robert E. Hanneman, Jr.
at the University of Wisconsin-Madison

*Solanum* is a diverse genus with over 200 species ranging from the southern United States to southern Argentina. Plant breeders have transferred various traits, such as disease resistance, storage quality, and potato chip color from wild *Solanum* species to the cultivated tetraploid potato, *Solanum tuberosum*. Primary focus has been on those species easily crossed to *S. tuberosum*, while Mexican diploid *Solanum* species with an Endosperm Balance Number (EBN) of one have received less attention because of crossing difficulties due to ploidy and EBN.

Late blight of potato, caused by the fungus *Phytophthora infestans*, is a devastating disease that attacks leaves, stems, and tubers. Recent changes in *P. infestans* populations have increased the need for sources of genetic resistance. We have characterized resistance to *P. infestans* in the Mexican 2x(1EBN) species *S. pinnatisectum*. An interspecific cross between resistant *S. pinnatisectum* and susceptible *S. cardiophyllum* plants was used to generate a backcross family segregating for late blight resistance. A single dominant resistance locus (*Rpi1*) was mapped to chromosome 7, a region previously unassociated with late blight resistance. Characterization of the *P. infestans* isolate used in disease evaluations revealed that it possessed the avirulence gene corresponding to the R9 resistance locus, indicating that *Rpi1* could possibly be R9.

Many angiosperms have developed mechanisms to prevent self pollination and inbreeding. The most wide spread self incompatibility (SI) system is gametophytic SI, where pollen tube growth is inhibited in the style by a self recognition mechanism at a single locus (S-locus). Similar inhibition of pollen tube growth is also seen in interspecific crosses, where successful pollinations occur in only one direction, termed unilateral incompatibility.

In crosses between *S. pinnatisectum* and *S. cardiophyllum*, we observed unilateral incompatibility. Progenies were generated only when *S. pinnatisectum* was used as the pistillate parent. Generation of two backcross families, one to each parent, revealed segregation for unilateral incompatibility. Segregations in the $BC_1$ family backcrossed to *S. cardiophyllum* revealed two independent putative loci controlling this incompatibility, both inherited independent of the S-locus. However, segregation ratios in the second backcross family did not agree with those observed in the first family. Segregation disparity between the two families may be due to distorted transfer of specific alleles or the presence of different mechanisms controlling pistil and pollen recognition systems.

PALM0000000494

Joseph C. Kuhl, ARS-X4W-0350

**List of:**
**Names, addresses, and phone numbers of persons familiar with applicant's stature, contributions, and recognition:**

Kenneth C. Sink (Professor of Horticulture)
Department of Horticulture
Plant and Soil Science Bldg.
Michigan State University
East Lansing, MI 48824
Work: (517) 355-5191 x384
Email: sink@msu.edu

Michael J. Havey (USDA/ARS Research Geneticist and Professor of Horticulture)
Vegetable Crops Research Unit
USDA, Agricultural Research Service
Department of Horticulture
University of Wisconsin, Madison, WI 53706
Work: (608) 262-1830  Lab: (608) 263-8989
Email: mjhavey@facstaff.wisc.edu

Olin D. Anderson (USDA/ARS Supervisory Research Geneticist, Unit Leader)
USDA, Agricultural Research Service
Western Regional Research Center
800 Buchanan St.
Albany, CA 94710
Work: (510) 559-5773
Email: oandersn@pw.usda.gov

**Honors and awards:** See OF 612

**Memberships in professional or honor societies:**
American Association for the Advancement of Science: 1999-present
American Society of Plant Biologists: 1998-present
Genetic Society of America: 1999-2002
Potato Association of America: 1997-2001

**Invitations to make presentations at scientific/technical meetings:**
None.

**Technical meetings:**
Plant & Animal Genome Conferences: 2000, 2003, and 2004.
Annual Meeting of the Potato Association of America (PAA): 1998, 1999, and 2000.
Potato Breeding and Genetics Technical Committee (NCR-84): 1997, 1998, and 1999.
Also see Presentations below.

PALM0000000495

**Scientific society office and committee assignments:**
None.

**Presentations (other than invitations):**
Kuhl, J.C., F. Cheung, Q. Yuan, W. Martin, Y. Zewdie, J. McCallum, A. Catanach, P. Rutherford, K.C. Sink, M. Jenderek, J.P. Prince, C.D. Town, and M.J. Havey. Unique set of 11,008 onion (*Allium cepa*) ESTs reveals expressed sequence and genomic differences between monocot orders Asparagales and Poales. Plant & Animal Genome XII Conference, January 10-14, 2004 – Poster.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. Genetic and molecular characterization of late blight resistance in a 2x(1EBN) Mexican species, *Solanum pinnatisectum*. 84th Annual PAA, July 23-27, 2000.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. Identification of a novel locus for late blight resistance in 2x(1EBN) Mexican *Solanum* species. Plant & Animal Genome VIII Conference, January 9-12, 2000 – Poster.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. Evaluation of resistance to *Phytophthora infestans* in Mexican 2x(1EBN) wild potato species. NCR-84, December 6-7, 1999.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. Resistance to *Phytophthora infestans* in diploid *Solanum* species of Central and South America. 83[th] Annual PAA, August 1-6, 1999.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. Evaluation of resistance to *Phytophthora infestans* in Mexican 2x(1EBN) wild potato species. NCR-84, December 7-8, 1998.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. Investigation of resistance to *Phytophthora infestans* in Mexican 2x(1EBN) wild potato species. 82nd Annual PAA, July 26-30, 1998.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. Resistance to *Phytophthora infestans* in Mexican 2x(1EBN) wild potato species. NCR-84, December 8-9, 1997.

**Publications:**
Kuhl, J.C., M.J. Havey, W. Martin, F. Cheung, Q. Yuan, J. Leebens-Mack, C.D. Town, and K.C. Sink. Submitted. Comparative genomic analyses of the genus *Asparagus*. Genome.

Martin, W., J. McCallum, M. Shigyo, J. Jakse, J.C. Kuhl, Y. Zewdie, N. Yamane, M. Jenderek, J.P. Prince, K.C. Sink, C.D. Town, and M.J. Havey. Submitted. Genetic mapping of expressed sequences in onion reveal a collinear region with garlic, but *in silico* comparisons show scant collinearity with rice. Mol. Gen. Genomics.

Kuhl, J.C., F. Cheung, Q. Yuan, W. Martin, Y. Zewdie, J. McCallum, A. Catanach, P. Rutherford, K.C. Sink, M. Jenderek, J.P. Prince, C.D. Town, and M.J. Havey. 2004.

PALM0000000496

Joseph C. Kuhl, ARS-X4W-0350

Unique set of 11,008 onion (*Allium cepa*) ESTs reveals expressed sequence and genomic differences between monocot orders Asparagales and Poales. Plant Cell 16:114-125.

Kuhl, J.C., Havey, M.J., and Hanneman, R.E. (2002). A genetic study of unilateral incompatibility between diploid (1EBN) Mexican species *Solanum pinnatisectum* and *S. cardiophyllum* subsp. *cardiophyllum*. Sex. Plant Reprod. 14:305-313.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. (2001). Characterization and mapping of *Rpi1*, a late blight resistance locus from diploid (1EBN) Mexican *Solanum pinnatisectum*. Mol. Gen. Genomics 265:977-985.

Anderson, O.D., Kuhl, J.C., and Tam A. (1996). Construction and expression of a synthetic wheat storage protein gene. Gene 174:51-58

PALM0000000497

Joseph C. Kuhl, ARS-X4W-0350

OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT
(OF 612 -- Form Approved: OMB No. 3206-021)

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

1. JOB TITLE IN ANNOUNCEMENT   Research Geneticist/Plant Physiologist

2. GRADE(S) APPLYING FOR:   GS-440/435-12/13/14

3. ANNOUNCEMENT NUMBER:   ARS-X4W-0350

4. LAST NAME:   Kuhl           FIRST, MIDDLE:   Joseph Cyril

5. SOCIAL SECURITY NUMBER:   REDACTED

6. MAILING ADDRESS: Department of Horticulture, Plant and Soil Science, Michigan State University
   CITY/STATE/ZIP:   East Lansing, MI 48824

7. PHONE NUMBERS (include area code)  DAYTIME:   (517) 355-5191 x399
                                      EVENING:   (517) 230-0482

8. WORK EXPERIENCE: Describe your paid and nonpaid work experience related to the job for which you are applying. (Do not attach job descriptions)

   1) JOB TITLE (If Federal, include series and grade):   Postdoctoral Associate

      FROM (MM/YY):   10/2002      TO (MM/YY):   present

      SALARY: $ 577    per  40   HOURS PER WEEK:

      EMPLOYER'S NAME:   Michigan State University

   AND ADDRESS:  Department of Horticulture, Plant and Soil Science, Michigan State University
                 East Lansing, MI 48824

      SUPERVISOR'S NAME:   Dr. Kenneth C. Sink

      AND PHONE:   (517) 355-5191 x384

1

Joseph C. Kuhl, ARS-X4W-0350

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

My current research appointment is a collaborative project with the goal to develop and apply molecular biology tools to plant species in the order Asparagales, specifically I am working with *Asparagus officinalis* (asparagus). Parsed onion ESTs along with rice genomic sequences were used to design primers for amplification of Asparagales genomic sequence. Amplified genomic DNA from asparagus was cloned and sequenced. Genomic sequences from asparagus, garlic, onion and rice were compared for intron structure and GC content. This genomic information along with sequence analysis from a larger onion EST dataset revealed strong differences between the Asparagales and Poales for mean GC content, GC distribution, and relative GC content at each codon position and through 5' to 3' sliding windows across coding regions, indicating that genomic characteristics are not uniform across the monocots and that comparative-genomic analyses should include monocots and eudicots. Manuscript from this research was published in the January issue of Plant Cell (16:114-125). Work is continuing to develop markers from the amplified genomic regions so as to establish the level of synteny among asparagus, garlic, onion and rice by identifying and mapping an orthologous set of expressed sequence tags (ESTs). Mapping of PCR based polymorphisms will contribute significantly to marker-facilitated selection in these vegetables.

2) JOB TITLE (If Federal, include series and grade): __Postdoctoral Associate__

FROM (MM/YY): __11/2000__   TO (MM/YY): __9/2002__

SALARY: $ __531.25__ per __40__ HOURS PER WEEK:

EMPLOYER'S NAME: __Boyce Thompson Institute for Plant Research__

AND ADDRESS: __Tower Rd.__
__Ithaca, NY 14853__

SUPERVISOR'S NAME: __Dr. Daniel F. Klessig__

AND PHONE: __(607) 254-1300__
DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

My primary objective as a postdoctoral research associate at BTI was the identification of downstream elements in the Arabidopsis signal transduction pathway for hypersensitive response (HR) to turnip crinkle virus (TCV). I established a system expressing the TCV coat protein (CP) under control of a glucocorticoid-inducible promoter. Induction of the *CP* in Arabidopsis plants expressing the necessary recognition genes resulted in systemic HR. Plants containing this system were mutagenized using ethylmethane sulfonate and activation tagging. Mutations that interrupt the signal transduction pathway will fail to produce HR. At a later time a high throughput screen will be used to recover mutant plants lacking HR. Inoculation of mutants with TCV, *Pseudomonas syringae*, and *Peronospora parasitica* will be used to determine if HR and resistance share a common signaling pathway. Although the primary gene activating defense signaling (*HRT*, named for HR to TCV) is well characterized, it is not sufficient to complete

2

resistance to TCV, so a separate project was initiated to map base clone a previously hypothesized locus named *RRT* (for regulates resistance to TCV). Multiple populations of F3 and F4 plants were generated and screened for TCV resistance, unfortunately inconsistencies in virus inoculation and scoring system confounded efforts to establish a single genomic location.

3) JOB TITLE (If Federal, include series and grade):  __Graduate Research Assistant__

FROM (MM/YY): __7/97__   TO (MM/YY): __9/00__

SALARY: $ __346__ per __40__  HOURS PER WEEK:

EMPLOYER'S NAME: __University of Wisconsin - Madison__

AND ADDRESS: __Plant Breeding and Plant Genetics Program, Department of Horticulture__
__University of Wisconsin – Madison, Madison, WI 53706__

SUPERVISOR'S NAME: __Dr. Michael J. Havey__

AND PHONE: __(608) 262-1830__

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

As a graduate research assistant pursuing my Masters and Doctoral degrees I developed two research projects. The first project involved the genetic and molecular characterization of disease resistance to late blight of potato in wild *Solanum* germplasm. An interspecific hybrid between resistant *S. pinnatisectum* and susceptible *S. cardiophyllum* plants was backcrossed to *S. cardiophyllum* to generate a family segregating for late blight resistance. The diploid (1EBN) genetic map generated with 99 RFLPs revealed extensive synteny with previous published potato maps. A single dominant late blight resistance locus (*Rpi1*) from *S. pinnatisectum* was mapped to chromosome 7, a region previously unassociated with late blight resistance. Characterization of the *P. infestans* isolate used in disease evaluations revealed that it possessed the avirulence gene corresponding to the R9 resistance locus, indicating that *Rpi1* could possibly be R9. Manuscript from this research has been published (Mol. Genetics Genomics, 265:977-985). My second project involved the characterization of unilateral incompatibility in inerspecific *Solanum* populations. I observed that unilateral incompatibility in crosses between *S. pinnatisectum* and *S. cardiophyllum* and progenies were generated only when *S. pinnatisectum* was the staminate parent. Segregations in the $BC_1$ family to *S. cardiophyllum* revealed two independent putative loci controlling unilateral incompatibility, with both putative loci inherited independently of the S-locus. However, segregation ratios in the second backcross family to *S. pinnatisectum* did not agree with those observed in the first family. Segregation disparity between the two families may be due to distorted transfer of specific alleles or the presence of different mechanisms controlling pistil and pollen recognition systems in the two species. Manuscript from this research has been published (Sex. Plant Reprod., 14:305-313).

3

PALM0000000500

Joseph C. Kuhl, ARS-X4W-0350

4) JOB TITLE (If Federal, include series and grade): Biological Science Laboratory Technician, GS-404-06

FROM (MM/YY): 6/94   TO (MM/YY): 7/96

SALARY: $ 442   per   40   HOURS PER WEEK:

EMPLOYER'S NAME:   U.S. Department of Agriculture, ARS

AND ADDRESS:   Western Regional Research Center, 800 Buchanan St
Albany, CA 94710

SUPERVISOR'S NAME:   Dr. Olin D. Anderson

AND PHONE:   (510) 559-5773

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

As a biological science laboratory technician my primary project was to investigate the functional aspects of structural motifs in high molecular weight wheat glutenins relative to dough processing quality. A molecular biological approach was taken in which synthetic glutenin genes were generated in which the internal repeats varied in type and number. Protein was then produced using a bacterial expression system. Bacterial expression products were evaluated and compared to naturally produced glutenin proteins using SDS polyacryamide gel electrophoresis. Cooperation with other labs further investigated synthetic proteins by micro dough processing procedures. Laboratory procedures involved extensive molecular biology manipulation of protein nucleotide sequence and incorporation into a bacterial expression system, induced bacterial expression, and subsequent quality evaluation. Manuscript from this research has been published (Gene 174:51-58).

5) JOB TITLE (If Federal, include series and grade):   Laboratory Assistant

FROM (MM/YY):   9/90   TO (MM/YY):   5/96

SALARY: $   275   per   40   HOURS PER WEEK:

EMPLOYER'S NAME:   Iowa State University

AND ADDRESS:   Agronomy Department, Iowa State University
Ames, IA 50011

SUPERVISOR'S NAME:   Dr. Michael Lee

AND PHONE:   (515) 294-7951

4

Joseph C. Kuhl, ARS-X4W-0350

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

Under Dr. Michael Lee I conducted laboratory research in the development and improvement of agricultural crops, in particular *Zea mays*. My laboratory experience included an independent project for which I conducted a comparative mapping study of the maize and sorghum genomes, investigating the evolutionary relationship of the two crops through RFLP analyses. As a laboratory assistant I assisted with various aspects of master and doctorial research projects using a variety of molecular biological techniques, including preparation of plasmid DNA, isolation of genomic DNA, Southern Blotting, insert isolation, DNA hybridization, and RFLP analysis. Additionally, I trained numerous hourly lab employees in several of theses laboratory procedures.

6) JOB TITLE (If Federal, include series and grade): __Summer Intern__

FROM (MM/YY): __6/92__   TO (MM/YY): __8/92__

SALARY: $ __244__ per __40__ HOURS PER WEEK:

EMPLOYER'S NAME: __Pioneer Hi-Bred International, Inc.__

AND ADDRESS: __Biotechnology Division, Pioneer Hi-Bred International, Inc.__
__Johnston, IA  50131__

SUPERVISOR'S NAME: __Dr. Brad Roth__

AND PHONE: __(515) 270-3789__

DESCRIBE YOUR DUTIES AND ACCOMPLISHMENTS:

As a summer laboratory intern at Pioneer I worked in the laboratory of Dr. Brad Roth. In a research project coordinated with Dr. Mark Cigan I established the expression of the maize TF2D gene in *Saccharomyces cerevisiae*. Additionally, I conducted laboratory procedures and quality control for all research scientists in the lab. Laboratory procedures conducted throughout my internship included: restriction digests, ligation reactions, running of electrophoresis gels, transformation of bacterial and yeast cultures, and assistance in DNA sequencing. Quality control included the confirmation and maintenance of freezer stocks of plasmid constructs.

9. MAY WE CONTACT YOUR CURRENT SUPERVISOR?  YES [X]  NO [ ]   (If we need to contact your current supervisor before making an offer, we will contact you first.)

EDUCATION: Some HS  [ ]   Bachelor [X]

10. MARK HIGHEST LEVEL COMPLETED:  HS/GED [ ]  Master [ ]  Associate [ ]  Doctoral [X]

5

Joseph C. Kuhl, ARS-X4W-0350

11. LAST HIGH SCHOOL or GED SCHOOL: __Ames High School__

    CITY/STATE/ZIP(if ZIP known): __Ames, IA  50010__

    YEAR DIPLOMA or GED RECEIVED: __1990__

12. COLLEGES AND UNIVERSITIES ATTENDED (Do not attach a copy of your transcript unless requested.)

    1) NAME: __Iowa State University__

       CITY/STATE/ZIP: __Ames, IA  50011__

       SEMESTER CREDITS EARNED: __152__   MAJOR(S): __Biology__

       DEGREE (If any): __BS__   YEAR RECEIVED: __1994__

    2) NAME: __University of Wisconsin - Madison__

       CITY/STATE/ZIP: __Madison, WI  53706__
       SEMESTER CREDITS EARNED: __48__   MAJOR(S): __Plant Breeding and Plant Genetics__

       DEGREE (If any): __MS__   YEAR RECEIVED: __1998__

    3) NAME: __University of Wisconsin - Madison__

       CITY/STATE/ZIP: __Madison, WI  53706__

       SEMESTER CREDITS EARNED: __42__   MAJOR(S): __Plant Breeding and Plant Genetics__

       DEGREE (If any): __PhD__   YEAR RECEIVED: __2000__

---

OTHER QUALIFICATIONS

13. Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.). Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards). Give dates, but do not send documents unless requested.

PALM0000000503

Joseph C. Kuhl, ARS-X4W-0350

**Job-related training courses:**
- For a complete list of course work taken in fulfillment of BS, MS, and PhD degrees please see college transcripts: Iowa State University and University of Wisconsin – Madison.

Biometrics:
    Agron 770 - Experimental design, 3 cr., UW
    Hort 811 - Biometrical procedures in plant breeding, 3 cr., UW
    Stat 401 - Research statistical methods, 4 cr., ISU

Botany:
    General Botany, 4 cr., ISU
    Plant Systematics, 4 cr., UW
    Plant Physiology, 3 cr., UW

Genetics:
    Gen 330 - Principles of genetics, 3 cr., ISU
    Gen 561 - Introductory cytogenetics, 3 cr., UW
    Gen 603 - Eukaryotic molecular biology, 2 cr., UW
    Gen 631 - Plant genetics, 3 cr., UW
    Gen 701 - Advanced genetics, 2 cr., UW
    PP 618 - Genetics of plant host-parasite interactions, 2 cr., UW

Plant Breeding:
    Bio 303 - Biological evolution, 3 cr., ISU
    CPSC 430 - Molecular marker data analyses, 0.5 cr., UI
    Hort 501 - Principles of plant breeding, 3 cr., UW
    Hort 502 - Techniques of plant breeding, 1 cr., UW
    Hort 550 - Molecular approaches for crop improvement, 3 cr., UW
    Hort 850 - Advanced plant breeding, 3 cr., UW
    PP 517 - Plant disease resistance, 3 cr., UW

Plant Pathology:
    PP 300 - Introduction to plant pathology, 4 cr., UW
    PP 517 - Plant disease resistance, 3 cr., UW (also under Plant Breeding)
    PP 618 - Genetics of plant host-parasite interactions, 2 cr., UW (also under Genetics)
    PP 799 - Practicum in Plant Pathology Teaching, 1 cr., UW

Additional courses/training:
    EPA worker protection standard training – UW, BTI
    Radiation safety – ISU, WRRC, UW, BTI, MSU
    Chemical safety – WRRC, UW, BTI, MSU

Abbreviations:
BTI, Boyce Thompson Institute for Plant Research
ISU, Iowa State University
MSU, Michigan State University
UI, University of Illinois – Champaign/Urbana
UW, University of Wisconsin – Madison
WRRC, Western Regional Research Center

7

Joseph C. Kuhl, ARS-X4W-0350

**Job-related certificates/licenses:** None

**Job-related skills:**
Experience and application using:
- Construction of linkage maps using Map Maker/Exp version 3.0 and Map Manager XP version 0.10
- Primer identification using Oligo v. 5.0 and Primer Premier 5.00
- Statistical analysis using SAS (UNIX and windows)
- DNA sequence analysis using DNA Star, BLAST and sequence database searches
- Sequence analysis using PERL and TCL scripts
- Desktop publishing and editing using Corel Draw, Adobe Photoshop, MS Excel, MS Powerpoint, MS Word, Microsoft 9x, XP, 2000 and Macintosh operating systems

**Honors:**
- 2000 Outstanding Graduate Student Award by the National Council of Commercial Plant Breeders
- Gamma Sigma Delta Honor Society of Agriculture
- 1998 National Potato Council Auxiliary Scholarship
- Phi Kappa Phi National Honor Society

**Professional membership:**
- American Association for the Advancement of Science: 1999-present
- American Society of Plant Biologists: 1998-present
- Genetic Society of America: 1999- 2002
- Potato Association of America: 1997-2000

**Publications:**

Kuhl, J.C., M.J. Havey, W. Martin, F. Cheung, Q. Yuan, J. Leebens-Mack, C.D. Town, and K.C. Sink. Submitted. Comparative genomic analyses of the genus *Asparagus*. Genome.

Martin, W., J. McCallum, M. Shigyo, J. Jakse, J.C. Kuhl, Y. Zewdie, N. Yamane, M. Jenderek, J.P. Prince, K.C. Sink, C.D. Town, and M.J. Havey. Submitted. Genetic mapping of expressed sequences in onion reveal a collinear region with garlic, but *in silico* comparisons show scant collinearity with rice. Mol. Gen. Genomics.

Kuhl, J.C., F. Cheung, Q. Yuan, W. Martin, Y. Zewdie, J. McCallum, A. Catanach, P. Rutherford, K.C. Sink, M. Jenderek, J.P. Prince, C.D. Town, and M.J. Havey. 2004. Unique set of 11,008 onion (*Allium cepa*) ESTs reveals expressed sequence and genomic differences between monocot orders Asparagales and Poales. Plant Cell 16:114-125.

Kuhl, J.C., Havey, M.J., and Hanneman, R.E. (2002). A genetic study of unilateral incompatibility between diploid (1EBN) Mexican species *Solanum pinnatisectum* and *S. cardiophyllum* subsp. *cardiophyllum*. Sex. Plant Reprod. 14:305-313.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. (2001). Characterization and mapping of *Rpi1*, a late blight resistance locus from diploid (1EBN) Mexican *Solanum pinnatisectum*. Mol. Gen. Genomics 265:977-985.

8

Joseph C. Kuhl, ARS-X4W-0350

Anderson, O.D., Kuhl, J.C., and Tam A. (1996). Construction and expression of a synthetic wheat storage protein gene. Gene 174:51-58

**Presentations (other than invitations):**

Kuhl, J.C., F. Cheung, Q. Yuan, W. Martin, Y. Zewdie, J. McCallum, A. Catanach, P. Rutherford, K.C. Sink, M. Jenderek, J.P. Prince, C.D. Town, and M.J. Havey. Unique set of 11,008 onion (*Allium cepa*) ESTs reveals expressed sequence and genomic differences between monocot orders Asparagales and Poales. Plant & Animal Genome XII Conference, January 10-14, 2004 – Poster.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. Genetic and molecular characterization of late blight resistance in a 2x(1EBN) Mexican species, *Solanum pinnatisectum*. 84th Annual PAA, July 23-27, 2000.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. Identification of a novel locus for late blight resistance in 2x(1EBN) Mexican *Solanum* species. Plant & Animal Genome VIII Conference, January 9-12, 2000 – Poster.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. Evaluation of resistance to *Phytophthora infestans* in Mexican 2x(1EBN) wild potato species. NCR-84, December 6-7, 1999.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. Resistance to *Phytophthora infestans* in diploid *Solanum* species of Central and South America. 83th Annual PAA, August 1-6, 1999.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. Evaluation of resistance to *Phytophthora infestans* in Mexican 2x(1EBN) wild potato species. NCR-84, December 7-8, 1998.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. Investigation of resistance to *Phytophthora infestans* in Mexican 2x(1EBN) wild potato species. 82nd Annual PAA, July 26-30, 1998.

Kuhl, J.C., Hanneman, R.E., and Havey, M.J. Resistance to *Phytophthora infestans* in Mexican 2x(1EBN) wild potato species. NCR-84, December 8-9, 1997.

---

GENERAL:

14. ARE YOU A U.S. CITIZEN?   YES [X]   NO [ ]

   If NO, give the country of your citizenship: _____

15. DO YOU CLAIM VETERANS' PREFERENCE?   YES [ ]   NO [X]

   If YES, mark your claim of 5 or 10 points below:

9

PALM0000000506

Joseph C. Kuhl, ARS-X4W-0350

5 POINTS [ ] -- Attach your DD 214 or other proof.

10 POINTS [ ] -- Attach an Application for 10-Point Veterans' Preference (SF 15) and proof required.

16. WERE YOU EVER A FEDERAL CIVILIAN EMPLOYEE?   YES [X]   NO [ ]

If YES, for Highest Civilian Grade give:

SERIES: __404__   GRADE: __6__   FROM (MM/YY): __6/94__   TO (MM/YY): __7/96__

17. ARE YOU ELIGIBLE FOR REINSTATEMENT BASED ON CAREER OR CAREER-CONDITIONAL FEDERAL STATUS?   YES [ ]   NO [X]

If requested, attach SF 50 proof.

**APPLICANT CERTIFICATION**

18. I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE: _Joseph C. Kuhl_   DATE SIGNED: __8/19/04__

10

# UNIVERSITY OF WISCONSIN - MADISON TRANSCRIPT

OFFICIAL COPY

02/19/01 PAGE

Kuhl, Joseph Cyril  
BIRTHDATE 11/03/71  MATRICULATION DATE 09/03/96  
INSTITUTION(S) ATTENDED: Univ Of California Ext-Berkeley, Berkeley, CA  
                         Iowa State University of Science & Tech, Ames, IA  
DEGREES: BS 05/1994 Iowa State University of Science & Tech, Ames, IA

| | CRS | GR | PTS | | | CRS | GR | PTS |
|---|---|---|---|---|---|---|---|---|
| **Fall 1996-97    ALS-G GR   Graduate** | | | | **Summer 1998-99   G794 GR Graduate** | | | | |
| BOTANY 400 Plant Systematics | 4.000 | B | 12.000 | CIC-Traveling Scholar Program | | | | |
| HORT 550 Molec Approach-Crop Improvt | 5.000 | AB | 10.500 | University of Illinois-Champaign/Urbana | | | | |
| HORT 990 Research | 1.000 | A | 4.000 | SESSION ZNN: MAY 17 - AUG 22 | | | | |
| PL PATH 300 Intro to Plant Pathology | 4.000 | A | 16.000 | Admin Use 926 CIC Full Time Enrollment | 6.000 | UNRPTD | 0.000 |
| | | | | SUM: DEG CR 0.000 GPA CR 0.000 GPA 0.000 | | | | |
| **Spring 1996-97   ALS-G GR  Graduate** | | | | | | | | |
| AGRONOMY 501 Principles-Plant Breeding | 3.000 | A | 12.000 | 08/22/99 CPSC 430 Marker Analysis | .5 | B | 3.500 |
| AGRONOMY 502 Techniques-Plant Breeding | 1.000 | A | 4.000 | | | | | |
| AGRONOMY 770 Experimental Design | 3.000 | B | 9.000 | **Fall 1999-2000    G794 GR Graduate** | | | | |
| HORT 990 Research | 2.000 | A | 8.000 | HORT 990 Research | 10.000 | S | 0.000 |
| PL PATH 517 Plant Disease Resistance | 3.000 | A | 12.000 | PL PATH 799 Plant Pathology Tchg | 1.000 | AB | 3.500 |
| HORT 990 RESEARCH | 3.000 | DR | | SUM: DEG CR 11.000 GPA CR 1.000 GPA 3.500 | | | |
| COURSE DROPPED 01/31/97 | | | | | | | | |
| | | | | **Spring 1999-2000   G794 GR Graduate** | | | | |
| **Summer 1996-97    ALS-G GR  Graduate** | | | | HORT 990 Research | 3.000 | S | 0.000 |
| SESSION JD: JUN 16 - AUG 24 | | | | SUM: DEG CR 3.000 GPA CR 0.000 GPA 0.000 | | | |
| HORT 990 Research | 2.000 | A | 8.000 | | | | | |
| | | | | **Summer 2000        G794 GR Graduate** | | | | |
| **Fall 1997-98   ALS-G GR  Graduate** | | | | SESSION AU: MAY 22 - JUL 30 | | | | |
| GENETICS 701 Advanced Genetics | 2.000 | B | 6.000 | HORT 990 Research | 2.000 | S | 0.000 |
| HORT 957 Seminar-Plant Breeding | 1.000 | A | 4.000 | SUM: DEG CR 2.000 GPA CR 0.000 GPA 0.000 | | | |
| HORT 990 Research | 9.000 | A | 36.000 | | | | | |
| | | | | **Fall 2000-2001    G794 GR Graduate** | | | | |
| **Spring 1997-98    ALS-G GR  Graduate** | | | | HORT 990 Research | 3.000 | S | 0.000 |
| AGRONOMY 850 Advanced Plant Breeding | 3.000 | AB | 10.500 | SUM: DEG CR 3.000 GPA CR 0.000 GPA 0.000 | | | |
| BOTANY 500 Plant Physiology | 3.000 | AB | 10.500 | | | | | |
| HORT 957 Seminar-Plant Breeding | 1.000 | A | 4.000 | Doctor of Philosophy | | | |
| HORT 990 Research | 3.000 | A | 12.000 | Degree Conferred December 2000 | | | |
| PL PATH 618 Genetcs:Host-Parasit Intact | 2.000 | A | 8.000 | MAJOR: Plant Breeding and Plant Genetics | | | |
| | | | | MINOR: No Minor Required | | | |
| **Summer 1997-98   ALS-G GR  Graduate** | | | | END OF RECORD | | | |
| SESSION JD: JUN 15 - AUG 23 | | | | | | | | |
| HORT 990 Research | 2.000 | A | 8.000 | | | | | |

**Fall 1998-99    ALS-G GR  Graduate**

| | | | |
|---|---|---|---|
| AGRONOMY 811 Biometric Proc-Plnt Breeding | 3.000 | AB | 10.500 |
| GENETICS 631 Plant Genetics | 3.000 | AB | 10.500 |
| HORT 957 Seminar-Plant Breeding | 1.000 | B | 3.000 |
| HORT 990 Research | 5.000 | A | 20.000 |

MAJOR: Plant Breeding and Plant Genetics  
MASTER OF SCIENCE -  
Plant Breeding and Plant Genetics  
Degree Conferred December 23, 1998

**Spring 1998-99    ALS-G GR  Graduate**

| | | | |
|---|---|---|---|
| GENETICS 561 Introductory Cytogenetics | 3.000 | B | 9.000 |
| GENETICS 603 Eukaryotic Molecular Biol | 2.000 | S | 0.000 |
| HORT 990 Research | 8.000 | A | 32.000 |

FEB 19 2001

Misty P. Oickee  
REGISTRAR

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER · HOLD TO LIGHT TO VIEW THE CHAIN LINK PATTERN · THIS TRANSCRIPT IS NOT OFFICIAL UNLESS THE CHAIN LINK WATERMARK IS VISIBLE

# IOWA STATE UNIVERSITY
## OF SCIENCE AND TECHNOLOGY
Ames, Iowa 50011-2010

### Academic Transcript
Office of the Registrar

| Student Name | Student Number | 1st Curr/Maj/Dept | 2nd Curr/Maj/Dept | Level |
|---|---|---|---|---|
| KUHL, JOSEPH C | | BIOL | | UNDERGRADUATE |

| Course | Title | Credit | Grade | | Course | Title | Credit | Grade |
|---|---|---|---|---|---|---|---|---|

ADMITTED TO DEGREE PROG IN LAS   F 90
CHANGED TO BIOL  10-30-90

**FALL  1990**
| ENGL 104 | FRESHMAN COMP | 3.0 | B+ |
| GEOL 100 | THE EARTH | 4.0 | A |
| GEOL 100L | THE EARTH: LAB | 1.0 | A |
| MATH 176 | CALC DIFF EQUA II | 5.0 | A- |
| MUSIC 118D | APPL MUSIC STRINGS | 1.0 | B+ |
| MUSIC 181 | SYMPHONY ORCHESTRA | 1.0 | S |
| S H 101 | ORIENT OPEN OPTION | R | S |
TERM: HRS 14.0   QPTS 51.67   GPA 3.69
MATH 175 CALC DIFF EQUATNS I  5.0  T
TERM: HRS 14.0   QPTS 51.67   GPA 3.69

**SPRING 1991**
| BIOL 110 | PRIN OF BIOLOGY | 3.0 | A |
| BIOL 110L | GEN BIOLOGY LAB | 1.0 | A |
| CHEM 177 | GENERAL CHEMISTRY | 4.0 | A |
| CHEM 177L | GENERAL CHEM LAB | 1.0 | A |
| ENGL 105 | FRESHMAN COMP | 3.0 | A |
| GEOL 306 | FIELD TRIP | 2.0 | A |
| MATH 270 | L ALG MTVCALC DF EQ | 4.0 | A |
| MUSIC 118D | APPL MUSIC STRINGS | 1.0 | A |
| MUSIC 181 | SYMPHONY ORCHESTRA | 1.0 | S |
TERM: HRS 19.0   QPTS 75.03   GPA 3.94

**SUMMER 1991**
| ECON 205 | PRIN MACRO-ECONOMIC | 3.0 | A- |
| PHYS 221 | CLASSICAL PHYSICS I | 5.0 | B+ |
TERM: HRS 8.0   QPTS 27.66   GPA 3.46

**FALL 1991**
| BOT 207 | GENERAL BOTANY | 4.0 | B+ |
| CHEM 178 | GENERAL CHEMISTRY | 3.0 | A- |
| CHEM 178L | GENERAL CHEM LAB | 1.0 | A- |
| HIST 411 | EUROPE 1914 THRU WW2 | 3.0 | B |
| MUSIC 181 | SYMPHONY ORCHESTRA | 1.0 | S |
| PHYS 222H | HONORS-CLASS PHY II | 5.0 | C+ |
TERM: HRS 16.0   QPTS 48.65   GPA 3.04

**SPRING 1992**
| CHEM 331 | ORGANIC CHEMISTRY | 3.0 | B |
| ENV S 225 | ENVIRONMENTAL SCI | 3.0 | A |
| HIST 412 | EUROPE SINCE 1945 | 3.0 | B |
| MUSIC 181 | SYMPHONY ORCHESTRA | 1.0 | S |
| POL S 346 | WEST EUR GOVERNMTS | 3.0 | B+ |
| ZOOL 206 | GENERAL ZOOLOGY | 5.0 | B |
TERM: HRS 17.0   QPTS 54.99   GPA 3.23

**FALL 1992**
| BIOL 312 | ECOLOGY | 3.0 | B |
| CHEM 332 | ORGANIC CHEMISTRY | 3.0 | C |
| CHEM 333A | ORGANIC CHEM LAB | 3.0 | A |
| CLST 371 | GREEK & ROMAN MYTH | 3.0 | A |
| MICRO 300 | INTRO MICROBIOLOGY | 4.0 | A |
| MUSIC 118D | APPL MUSIC STRINGS | 2.0 | A |
| MUSIC 181 | SYMPHONY ORCHESTRA | 1.0 | S |
TERM: HRS 16.0   QPTS 53.35   GPA 3.33

**SPRING 1993**
| BIOL 303 | BIOL EVOLUTION | 3.0 | A |
| BIOL 490 | INDEPENDENT STUDY | 2.0 | A |
| ENV S 421 | FIELD SEMINAR | 3.0 | A |
| ENV S 425 | ENVIRONMENTL ISSUES | 3.0 | A |
| GEN 550 | PRINCIPLES OF GEN | 3.0 | C |
| MUSIC 118D | APPL MUSIC STRINGS | 1.0 | A |
| MUSIC 181 | SYMPHONY ORCHESTRA | 1.0 | S |
| PHIL 442 | PHIL OF TECHNOLOGY | 3.0 | A |
TERM: HRS 16.0   QPTS 59.35   GPA 3.71

**FALL 1993**
| A ECL 513 | POLLUTION ECOLOGY | 3.0 | A |
| B B 404 | BIOCHEMISTRY I | 3.0 | B |
| ENGL 314 | TECHNICAL COMMUNCN | 3.0 | A |
| ENV S 524 | ENERGY & AIR POLLUT | 3.0 | B |
| MUSIC 181 | SYMPHONY ORCHESTRA | 1.0 | S |
| STAT 401 | RES STAT METHODS | 4.0 | B |
TERM: HRS 16.0   QPTS 57.70   GPA 3.61

**SPRING 1994**
| B B 405 | BIOCHEMISTRY II | 3.0 | B |
| GEOL 422X | ENV GEOCHEMISTRY | 3.0 | B |
| GEOL 475 | GEOMORPHOLOGY | 3.0 | A |
| LIB 160 | LIB INSTRUCTION | 0.5 | A |
| MUSIC 181 | SYMPHONY ORCHESTRA | 1.0 | S |
| POL S 310 | STATE & LOCAL GOVT | 3.0 | A |
| ZOOL 501 | PRIN OF TOXICOLOGY | 3.0 | A |
TERM: HRS 15.0   QPTS 49.02   GPA 3.27

**DEGREES CONFERRED**
B.S. LIBERAL ARTS & SCIENCES  05-14-94
MAJOR: BIOLOGY
MINOR: ENVIRONMENTAL STUDIES
WITH DISTINCTION

**HONORS**
ALPHA LAMBDA DELTA 90-91
PHI ETA SIGMA 90-91
PHI KAPPA PHI 93-94

**CUMULATIVE SUMMARY**
151.5    137.0    475.42    3.47
TOTAL HRS  ISU CUM HRS  ISU CUM QPTS  ISU CUM GPA

************ END OF RECORD ************

RAISED SEAL NOT REQUIRED
THIS OFFICIAL UNIVERSITY TRANSCRIPT IS PRINTED ON SECURITY PAPER AND DOES NOT REQUIRE A RAISED SEAL

John V. Sjobloom
Registrar

DATE PRINTED  12/18/95    PAGE 1    ADMISO