

RESEARCH, EDUCATION, AND ECONOMICS
Agricultural Research Service
VACANCY ANNOUNCEMENT
Research Position

**Re-advertisement:** This Vacancy has been amended to change its previous closing date from August 8, 2003, under vacancy number ARS-X3W-3322A. Anyone who previously applied under this vacancy need not re-apply.

**Announcement Type:** ALL SOURCES/ALTERNATIVE MERIT PROMOTION
**Position Title:** Research Plant Pathologist
**Series/Grade:** GS-434-12/13
**Salary:** GS-12 $51,508.00 - $66,961.00 (Plus 25% COLA)
GS-13 $61,251.00 - $79,629.00 (Plus 25% COLA)
**Type of Appointment:** Permanent
**Location of Position:** Subarctic Agricultural Research Unit, Fairbanks, Alaska
**Announcement Number:** ARS-X3W-3322 R
**Opening Date:** October 27, 2003
**Closing Date:** December 5, 2003
**Area of Consideration:** All U.S. Citizens

**APPLICATIONS WILL BE ACCEPTED FROM USDA SURPLUS AND FEDERAL DISPLACED EMPLOYEES IN THE COMMUTING AREA.**

**DUTIES:** The incumbent plans and conducts basic and applied research concerning plant pathogens for the broad purpose of improving understanding of the control of insect pests and weeds in subarctic crops and Alaskan natural systems. Research on integrated pest management (IPM) of key plant diseases as well as the possible use of plant pathogens as biocontrol agents to control exotic invasive weeds will be investigated. Personal research also involves the investigation of management tactics to alleviate crop and commodity losses and environmental impacts of pest species in the unique and difficult environments found at high latitudes. The incumbent is a member of a multi-disciplinary team conducting research and contributing cooperative efforts with other ARS, public and private research programs. Incumbent contributes plant pathological expertise to other research teams at the University of Alaska. This assignment is part of a highly technical, long-term fundamental research program providing knowledge about the control of pests affecting cropping systems and sub-arctic natural systems. This research is expected to have regional, national and international impact.

**QUALIFICATIONS:**

**Basic Requirement:** Degree: plant pathology; or a related scientific discipline that included at least 20 semester hours in basic botany or plant science, and 10 semester hours in plant pathology.

**GS-12:** After meeting the Basic Requirement applicants must have a Ph.D. or equivalent doctoral degree; OR 1 year specialized experience equivalent to at least the GS-11 in the Federal service.

**GS-13:** After meeting the Basic requirement applicants must have 1 year of specialized experience equivalent to at least the GS-12 level in the Federal service.

accredited U.S. college/university

- Copy of college transcripts or list of college courses.

- Paid and nonpaid work experience related to the position. For each work experience include:
-- Job title
-- Series/grade (if Federal employment)
-- Duties and accomplishments
-- Employer's name and address
-- Supervisor's name and address
-- Starting and ending dates
-- Hours per week
-- Salary
-- Indicate if we may contact current supervisor/employer

- Job-related:
-- Training courses (title and year)
-- Skills (e.g., other languages, typing speed, computer software/hardware, tools, etc.)
-- Certificates/licenses (current)
-- Honors, awards, and special accomplishments

- A one-page abstract of MS thesis and/or PhD dissertation.

- List of:
-- Names, addresses, and phone numbers of persons familiar with applicants stature, contributions, and recognition;
-- Honors and awards;
-- Memberships in professional or honor societies;
-- Invitations to make presentations at scientific/
-- Technical meetings;
-- Scientific society office and committee assignments;
-- Presentations (other than invitations); and
-- Publications.

**OTHER IMPORTANT INFORMATION:**

- All status candidates who wish to be considered under both alternative merit promotion and non-status competitive examining must submit two (2) complete applications. When only one (1) application is received, it will be considered under the alternative merit promotion procedures if the applicant is a current or former Federal employee with reinstatement eligibility.

- This position is being filled in accordance with the Alternative Merit Promotion system. All merit promotion principles remain in effect.

- Applicants will be evaluated based on the quality and extent of their experience, education, and accomplishments. This may include factors such as number of credits in directly related subjects, grade point average, relatedness of work experience, and any other evidence of ability to do the work of the position. For current and former Federal employees, the performance evaluation may also be taken into consideration. Please be sure that your application or resume contains all of the information we need to

determine if you are well qualified.

- Vacant research positions may be filled at any one of several grade levels depending upon the scientific impact of the person selected. A peer review may be required to determine the appropriate grade level of the position and supplemental materials from the selectee may be required.

- Relocation Expenses:
[ X ] may be authorized.
[ ] will not be authorized.

- **USDA surplus/Federal displaced employees must** submit documentary evidence of eligibility. Well qualified surplus and displaced employees within the local commuting area will receive selection priority as provided by OPM regulations. Well-qualified means the applicant meets the basic qualification and eligibility requirements and all selective placement factors; is rated above minimally qualified against the knowledge, skills, and abilities or quality criteria; and is able to satisfactorily perform the duties of the position upon entry. Applicants **must** submit the following:

-- a copy of their RIF Separation Notice (for displaced employees) OR Certification of Expected Separation or other documentation identifying you as surplus;
-- evidence of full performance level of current position;
-- a copy of their most recent performance appraisal; and
-- a copy of their most recent SF-50, Notification of Personnel Action, to verify reassignment eligibility.

- Promotion Potential: Research scientists have open-ended promotion potential. Research accomplishments and their impact on the duties and responsibilities of positions are evaluated periodically. The grade level is limited only by the individual's demonstrated ability to perform research of recognized importance to science and technology.

- Current Federal employees **must** submit their most recent performance appraisal.

- Current Federal employees and reinstatement eligibles should submit an SF-50, Notification of Personnel Action, to verify competitive eligibility.

- Applicants are encouraged to submit an AD-1086, USDA Applicant Supplemental Sheet.

- Males over age 18 who were born after December 31, 1959, must have registered with the Selective Service System (or have an exemption) to be eligible for a Federal job.

- **If applications do not contain all of the requested information, applicants may lose consideration for the job.**

- **If applicants make a false statement in any part of their application, they may not be hired; may be fired after they begin work; or may be fined or jailed.**

- Applicants will not be notified of the status of their application until a final selection has been made.

- Applications submitted via Government envelopes will not be accepted.

- **APPLICATIONS MUST BE**

PLTF0000000715

[X] POSTMARKED BY THE CLOSING DATE OF THE ANNOUNCEMENT.
[ ] RECEIVED BY THE CLOSING DATE OF THE ANNOUNCEMENT.

**SPECIAL HIRING AUTHORITIES**: If you meet the basic eligibility requirements and you are eligible for a noncompetitive appointment (a list of who may be eligible for noncompetitive appointments can be found at **www.usajobs.opm.gov/a2.htm**, please indicate the type of special appointment you are seeking on your application and follow all other instructions in this announcement. If you do not indicate the type of special appointment you are seeking, you will be considered under competitive procedures. If you wish to be considered under both noncompetitive and competitive procedures, please submit two (2) complete applications.

**VETERANS' PREFERENCE:** If applicants served on active duty in the United States military and were separated under honorable conditions, they may be eligible for veterans' preference. To claim 5-point veterans' preference, you must attach a copy of your DD-214, Certificate of Release or Discharge from Active Duty, or other proof of eligibility. To claim 10-point veterans' preference, attach an SF-15, Application for 10-Point Veterans Preference, plus the documentation required by that form. For further details, call the U.S. Office of Personnel Management (OPM) at 912-757-3000. Select "Federal Employment Topics" and then "Veterans." Or, dial OPM's electronic bulletin board at 912-757-3100 or visit their VetGuide web site: www.opm.gov/employ/html/vetguide.htm.

**EEO STATEMENT:** The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at 202-720-2600 (voice or TDD).

To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 14th and Independence Avenue, SW, Washington, DC 20250-9410 or call (202)720-5964 (voice or TDD). **USDA is an equal opportunity provider and employer.**

**ACCOMMODATION:** This agency provides reasonable accommodations to applicants with disabilities. If you need a reasonable accommodation for any part of the application and hiring process, please notify the agency. The decision on granting reasonable accommodation will be on a case-by-case basis.

**CONTACT:**

For a copy of this vacancy announcement and/or applications forms, call 301-504-1482.

For specific questions regarding this vacancy only, call: Christine Isaac on 301-504-1469

Submit applications to:

USDA, Agricultural Research Service
Human Resources Division
ATTN: ARS-X3W- 3322 **R** /Western Services Branch

PLTF0000000716

5601 Sunnyside Avenue
Beltsville, MD 20705-5106

FAX applications to: 301-504-1535
E-MAIL applications to: scirecruit@ars.usda.gov

For employment information and current job opportunities:

**INTERNET ADDRESS: www.ars.usda.gov**
**DIAL-A-VACANCY: 301-504-1482**
**DC RELAY SERVICE: 202-855-1234 (TDD)**

**(If submitting applications via E-mail, be sure to mail college transcripts separately and include the announcement number of the position vacancy.)**

U.S. college/university

- Copy of college transcripts or list of college courses.

- Paid and nonpaid work experience related to the position. For each work experience include:
-- Job title
-- Series/grade (if Federal employment)
-- Duties and accomplishments
-- Employer's name and address
-- Supervisor's name and address
-- Starting and ending dates
-- Hours per week
-- Salary
-- Indicate if we may contact current supervisor/employer

- Job-related:
-- Training courses (title and year)
-- Skills (e.g., other languages, typing speed, computer software/hardware, tools, etc.)
-- Certificates/licenses (current)
-- Honors, awards, and special accomplishments

- A one-page abstract of MS thesis and/or PhD dissertation.

- List of:
-- Names, addresses, and phone numbers of persons familiar with applicants stature, contributions, and recognition;
-- Honors and awards;
-- Memberships in professional or honor societies;
-- Invitations to make presentations at scientific/
-- Technical meetings;
-- Scientific society office and committee assignments;
-- Presentations (other than invitations); and
-- Publications.

**OTHER IMPORTANT INFORMATION:**

- All status candidates who wish to be considered under both alternative merit promotion and non-status competitive examining must submit two (2) complete applications. When only one (1) application is received, it will be considered under the alternative merit promotion procedures if the applicant is a current or former Federal employee with reinstatement eligibility.

- This position is being filled in accordance with the Alternative Merit Promotion system. All merit promotion principles remain in effect.

- Applicants will be evaluated based on the quality and extent of their experience, education, and accomplishments. This may include factors such as number of credits in directly related subjects, grade point average, relatedness of work experience, and any other evidence of ability to do the work of the position. For current and former Federal employees, the performance evaluation may also be taken into consideration. Please be sure that your application or resume contains all of the information we need to determine if you are well qualified.

- Vacant research positions may be filled at any one of several grade levels depending upon the scientific impact of the person selected. A peer review may be required to determine the appropriate grade level of the position and supplemental materials from the selectee may be required.

- Relocation Expenses:
[ X ] may be authorized.
[ ] will not be authorized.

- **USDA surplus/Federal displaced employees must** submit documentary evidence of eligibility. Well qualified surplus and displaced employees within the local commuting area will receive selection priority as provided by OPM regulations. Well-qualified means the applicant meets the basic qualification and eligibility requirements and all selective placement factors; is rated above minimally qualified against the knowledge, skills, and abilities or quality criteria; and is able to satisfactorily perform the duties of the position upon entry. Applicants **must** submit the following:

-- a copy of their RIF Separation Notice (for displaced employees) OR Certification of Expected Separation or other documentation identifying you as surplus;
-- evidence of full performance level of current position;
-- a copy of their most recent performance appraisal; and
-- a copy of their most recent SF-50, Notification of Personnel Action, to verify reassignment eligibility.

- Promotion Potential: Research scientists have open-ended promotion potential. Research accomplishments and their impact on the duties and responsibilities of positions are evaluated periodically. The grade level is limited only by the individual's demonstrated ability to perform research of recognized importance to science and technology.

- Current Federal employees **must** submit their most recent performance appraisal.

- Current Federal employees and reinstatement eligibles should submit an SF-50, Notification of Personnel Action, to verify competitive eligibility.

- Applicants are encouraged to submit an AD-1086, USDA Applicant Supplemental Sheet.

- Males over age 18 who were born after December 31, 1959, must have registered with the Selective Service System (or have an exemption) to be eligible for a Federal job.

- **If applications do not contain all of the requested information, applicants may lose consideration for the job.**

- **If applicants make a false statement in any part of their application, they may not be hired; may be fired after they begin work; or may be fined or jailed.**

- Applicants will not be notified of the status of their application until a final selection has been made.

- Applications submitted via Government envelopes will not be accepted.

- **APPLICATIONS MUST BE**
[X] **POSTMARKED BY THE CLOSING DATE OF THE ANNOUNCEMENT.**
[ ] RECEIVED BY THE CLOSING DATE OF THE ANNOUNCEMENT.

PLTF0000000719