**Loretta M. Winton**
Dept. of Botany and Plant Pathology
2082 Cordley Hall
Oregon State University
Corvallis, OR 97331-2902
Home Phone: (541) 754-6378
Work Phone: (541) 737-5242
Cell Phone: (541) 760-5854
Fax: (541) 737-3573
Email: wintonl@science.oregonstate.edu

RECEIVED
USDA.ARS.HRD.WOB

03 DEC 10 AM 9: 49

Social Security Number:
Country of Citizenship:      United States of America
Veteran's Preference:        No
Contact Current Supervisor:  Yes

## VACANCY INFORMATION

Announcement Number: ARS-X3W-3322R
Job Title: Research Plant Pathologist
Grade(s) Applying for: GS-12/13

## EDUCATION

Ph.D., Sept. 2001, Major: Botany & Plant Pathology, Oregon State University, Corvallis, OR, 97331, GPA: 3.87
    Advisor: Dr. Everett M. Hansen
B.S., 1994, Major: Biology, Eastern Washington University, Cheney, WA, GPA: 3.74

## WORK EXPERIENCE

06/2001-Present: Faculty Research Associate.
Dept. of Botany & Plant Pathology, 2082 Cordley Hall, Oregon State University, Corvallis, OR 97330.
Supervisor – Dr. Jeffrey Stone, Tel: (541)737-5260, Email: stonej@science.oregonstate.edu. 40 hrs/wk. $32,000/yr.

Responsible for the conception, design, and implementation of new methods for the detection, enumeration, and population biology research of *Phaeocryptopus gaeumannii*, *Phytophthora ramorum*, and *P. lateralis*, three of Oregon's main forest disease pathogens. Train and supervise graduate and undergraduate student workers in safety and techniques employed in a modern plant pathology laboratory. Collaborate with interdisciplinary researchers and forest management companies and agencies. Write grant proposals and present significant scientific research and conclusions to peer-review.

01/1996-06/2001: Graduate Research Assistant
Dept. of Botany & Plant Pathology, 2082 Cordley Hall, Oregon State University, Corvallis, OR 97330
Supervisor – Dr. Everett Hansen, Tel: (541)737-5243, Email: hansene@science.oregonstate.edu. 20 hrs/wk. $17,000/yr

Assisted with field research of Swiss Needle Cast epidemiology and disease impacts to growth and productivity. Duties included surveys, experimental design, plot installation, data collection, and data analysis. Conceived, designed, and implemented field, greenhouse, and laboratory pathogenicity and genetic experiments for Swiss Needle Cast and Laminated Root Rot disease research. Trained technicians and student workers in various field and laboratory methodologies relevant to foliage and root disease research. Developed pioneering molecular methods for the detection, quantification, and population structure of several foliar and root pathogens. Wrote and edited technical reports for peer-reviewed publication and public presentation.

Exhibit W

07/1996-09/1996: Dutch elm disease Survey Contractor
Dept. of Parks & Recreation, City of Corvallis, Corvallis, OR 97333
Supervisor – Becky Merja, Tel: (541)757-6957. 20 hrs/wk. $20/hr

> Conducted city-wide survey of elm tree health and vigor on public and private lands. Diagnosed diseased trees
> and identified significant pathogens. Collected samples and coordinated laboratory diagnostics with Oregon
> Dept. of Agriculture Plant Pest and Disease officials.

04/1995-12/1995: Forestry Technician, GS-462-4
USDA Forest Service, PNW Research Station, Corvallis, OR 97330
Supervisor – Dr. Walt Thies, Tel: (541)750-7408, Email: wthies@fs.fed.us. 40 hrs/wk. $8.31/hr

> Identified and inventoried tree species and vegetation, oriented by map and compass, measured tree height and
> diameter. Conducted root disease surveys, identified pathogens, and mapped root disease foci. Collected root
> samples and cultured pathogenic fungi. Collected insect traps.

09/1994-12/1995: Graduate Teaching Assistant
Dept. of Botany & Plant Pathology, 2082 Cordley Hall, Oregon State University, Corvallis, OR 97330
Supervisor – Dr. Everett Hansen, Tel: (541)737-5243, Email: hansene@science.oregonstate.edu. 20 hrs/wk. $14,000/yr

> Designed, prepared, and instructed laboratory lectures and exercises, designed and graded assignments. Courses:
> Forest Insect and Disease Management, General Biology (3 terms).

## OTHER QUALIFICATIONS

### Paper Presentations
American Phytopathological Society Annual Meeting, Milwaukee, WI, 2002, Invited Symposium Speaker
Swiss Needle Cast Cooperative, Corvallis, Oregon, 2002
Swiss Needle Cast Cooperative, Corvallis, Oregon, 2001
Western International Forest Disease Work Conference, Carmel, CA, 2001, Invited Symposium Speaker
Swiss Needle Cast Cooperative, Corvallis, Oregon, 2000
American Phytopathological Society Pacific Division Conference, Victoria B.C., Canada, 2000
Swiss Needle Cast Cooperative, Corvallis, Oregon, 1999
Swiss Needle Cast Cooperative, Corvallis, Oregon, 1998
Swiss Needle Cast Cooperative, Corvallis, Oregon, 1997
International Union of Forest Research Organizations, Quebec City, Quebec, Canada, 1997
Western International Forest Disease Work Conference, Hood River, OR, 1996

### Poster Presentations
American Phytopathological Society Pacific Division Conference, Victoria B.C., Canada, 2000
Port Orford Cedar Symposium, USDA Forest Service & Bureau of Land Management, Gold Beach, OR, 1999
International Union of Forest Research Organizations, Grants Pass, Oregon, 1999
Western International Forest Disease Working Conference, Hood River, Oregon, 1997
Graduate Student Congress, Oregon State University, Corvallis, Oregon, 1996
American Phytopathological Society/Mycological Society of America joint meeting, Indianapolis, Indiana, 1996

### Seminar Presentations
Ph.D. Defense, Dept. of Botany & Plant Pathology, Oregon State University, 2001
Molecular Evolution of *Phaeocryptopus gaeumannii* and the Development of Quantitative Measurements of Swiss
Needle Cast in Douglas-fir Foliage, Dept. of Plant Pathology, University of Kentucky, 2000

Molecular Systematics and Epidemiology of *Phaeocryptopus gaeumannii*. Dept. of Botany & Plant Pathology, Oregon State University, 2000

Applied PCR: Developing Methods to Detect & Quantify Plant Pathogens. Dept. of Botany & Plant Pathology, Oregon State University, 2000

Genetic variability in *Phaeocryptopus*. Dept. of Botany & Plant Pathology, Oregon State University, 1997

**Workshop Presentations**

Diagnosis of *Phaeocrytopus gaeumannii* and Swiss Needle Cast research in Oregon, Idaho Dept. of Lands, 2001
Molecular Diagnosis of *Phytophthora lateralis*. USDA Forest Service, 1999
Molecular Tools in Swiss Needle Cast Research. Swiss Needle Cast Coop, 1998

**Guest Lectures**

BOT 616 Forest Pathology, Dept. of Botany & Plant Pathology, Oregon State University, Spring 2003
FS 599 PCR in Ecology, Dept. of Forest Science, Oregon State University, Winter 2003

**Service**

Crescent Valley High School Honors Chemistry Mentor, Corvallis, Oregon, 1999
Computer Network Committee, Dept. of Botany & Plant Pathology, Oregon State University, 1998
Roth Forest Committee, Dept. of Botany & Plant Pathology, Oregon State University, 1997
Board of Practitioners Meeting, Dept. of Botany & Plant Pathology, Oregon State University, Student Participant, 1997

**Honors & Awards**

The Honor Society of Phi Kappa Phi, 2000
Savery Outstanding Graduate Student Award Nominee, Oregon State University, 1999
College of Agricultural Sciences Registry of Distinguished Students, Oregon State University, 1999

**Professional Memberships**

American Phytopathological Society
Mycological Society of America
Sigma Xi

## PUBLICATIONS

**Refereed**

Hansen, E.M., P.W. Reeser, W. Sutton, **L.M. Winton**, and N. Osterbauer. 2003. First report of A1 mating type of *Phytophthora ramorum* in North America. Plant Disease 87: 1266.

Manter, D.K., **L.M. Winton**, J.K. Stone, and G. Philip. 2003. Assessment of Swiss needle cast disease development: Temporal and spatial investigations of fungal colonization and symptom development. Journal of Phytopathology 151:344-351.

**Winton, L.M.**, D.K. Manter, J.K. Stone, and E.M. Hansen. 2003. Comparison of biochemical, molecular, and visual methods to quantify *Phaeocryptopus gaeumannii* in Douglas-fir foliage. Phytopathology 93:121-126.

**Winton, L.M.**, J.K. Stone, L. Watrud, and E.M. Hansen. 2002. Simultaneous one-tube quantification of host and pathogen DNA with real-time Polymerase Chain Reaction. Phytopathology 92:112-116.

Jung, T., E.M. Hansen, **L. Winton**, W. Osswald, and C. Delatour. 2002. Three new species of *Phytophthora* from European oak forests. Mycological Research 106:397-411.

**Winton, L.M.** and E.M. Hansen. 2001. Molecular diagnosis of *Phytophthora lateralis* in trees, water, and foliage baits using multiplex polymerase chain reaction. European Journal of Forest Pathology 31:275-283.

Hansen, E.M., B.R. Capitano, P. Rosso, J.K. Stone, W. Sutton, **L.M. Winton**, A. Kanaskie, and M.G. McWilliams. 2000. Incidence and impacts of Swiss needle cast in forest plantations of Douglas-fir in coastal Oregon. Plant Disease 84:773-778.

**Winton, L.M.**, E.M. Hansen, and J.K. Stone. (In preparation). Population structure suggests reproductively isolated lineages of *Phaeocryptopus gaeumannii*. Phytopathology.

**Winton, L.M.**, E.M. Hansen, and J.K. Stone. (In preparation). The systematic position of *Phaeocryptopus gaeumannii*. Mycologia.

**Winton, L.M.**, E.M. Hansen, and J.K. Stone. (In preparation). Pathogenicity of *Phaeocryptopus gaeumannii* on inoculated seedlings of Douglas-fir. Plant Disease.

### Proceedings

**Winton, L.M.**, E.M. Hansen, and J.K. Stone. 2001. Getting to know *Phaeocryptopus gaeumannii* through DNA. Pp. 49-52, *In:* Proceedings of the 49th Annual Western International Forest Disease Work Conference, Carmel, CA, Sept. 10-14, 2001.

Stone, J., P. Reeser, **L. Winton**, W. Sutton, and D. Manter. 2001. Effect of climate on infection biology and epidemiology of *Phaeocryptopus gaeumannii* and Swiss needle cast. Pp. 31-43, *In:* Proceedings of the 49th Annual Western International Forest Disease Work Conference, Carmel, CA, Sept. 10-14, 2001.

**Winton, L.M.** and E.M. Hansen. 1999. PCR diagnosis of *Phytophthora lateralis*. *In: Phytophthora* Diseases of Forest Trees, Proceedings of 1st International Meeting on *Phytophthoras* in Forest and Wildland Ecosystems. International Union of Forestry Research Organizations, Working Party 7.02.09. Grants Pass, OR, Aug. 29– Sept. 3, 1999. Forest Research Laboratory, College of Forestry, Oregon State University, Corvallis, OR. E. Hansen and W. Sutton (eds).

**Winton, L.M.**, B. Capitano, P. Rosso, W. Sutton, J. Stone, and E.M. Hansen. 1998. A destructive Swiss needlecast epidemic in coastal Oregon Douglas-fir plantations. Pp. 18-24, *In:* Foliage, Shoot, and Stem Diseases of Trees, Proceedings of the International Union of Forestry Research Organizations WP 7.02.02 Meeting, Quebec City, May 25-31, 1997. G. Laflamme, J.A. Berube, and R.C. Hamelin (eds). Laurentian Forestry Centre, Info. Report LAU-X-122.

**Winton, L.M.**, B. Capitano, P. Rosso, W. Sutton, and E.M. Hansen. 1997. A devastating epidemic of Swiss Needle Cast in coastal Douglas-fir plantations. P. 66-67. *In:* Proceedings of the 44th Annual Western International Forest Disease Work Conference, Hood River, OR, Sept. 16-20. 1996.

### Abstracts

**Winton, L.M.**, J.K. Stone, E.M. Hansen, and P.W. Reeser. 2002. Swiss needle cast—climate, forest practices, and pathogen genetics create an epidemic. Phytopathology 92:S95.

**Winton, L.M.**, E.M. Hansen, and J.K. Stone. 2002. Population structure suggests reproductively isolated lineages of *Phaeocryptopus gaeumannii*. Inoculum 53(3):59.

**Winton, L.M.**, J.K. Stone, and E.M. Hansen. 2002. The systematic position of *Phaeocryptopus gaeumanii*. Inoculum 53(3):60.

**Winton, L.M.**, D.K. Manter, E.M. Hansen, and J.K. Stone. 2000. Assessment of Swiss needle cast disease development: I. Comparison of biochemical, molecular, and visual methods to quantify *Phaeocryptopus gaeumannii* in Douglas-fir needles. APS Pacific Division Annual Meeting Abstracts. http://www.apsnet.org/meetings/div/pc00abs.asp

FBK0000000214

D.K. Manter, **L.M. Winton**, G.M. Filip, and J.K. Stone. 2000. Assessment of Swiss needle cast disease development. II. Temporal and spatial investigations of fungal colonization and symptom development. APS Pacific Division Annual Meeting Abstracts. http://www.apsnet.org/meetings/div/pc00abs.asp

Reeser, P.W., M.L. Putnam, **L.M. Winton**, and M. Nesson. 2000. Characterization of a *Rhizoctonia*-like fungus causing web-blight of Douglas-fir and true fir Christmas trees. APS Pacific Division Annual Meeting Abstracts. http://www.apsnet.org/meetings/div/pc00abs.asp

**Winton, L.** and E.M. Hansen. 1996. Genetic variability in *Phaeocryptopus*. Inoculum 47 (3): 33.

### Progress and Technical Reports

**Winton, L.M.**, P.W. Reeser, and J.K. Stone. 2002. Variation in pathogenicity among isolates of *Phaeocryptopus gaeumannii*. *In:* Swiss Needle Cast Cooperative 2002 Annual Report. Forest Research Laboratory, College of Forestry, Oregon State University, Corvallis, OR.

**Winton, L.M.**, E.M. Hansen, and J.K. Stone. 2001. Population structure of *Phaeocryptopus gaeumannii*. *In:* Swiss Needle Cast Cooperative 2001 Annual Report. Forest Research Laboratory, College of Forestry, Oregon State University, Corvallis, OR.

Stone, J.K., P. Reeser, **L. Winton**, W. Sutton, and D. Manter. 2001. Effect of climate on infection biology and epidemiology of *Phaeocryptopus gaeumannii* and Swiss needle cast. *In:* Swiss Needle Cast Cooperative 2001 Annual Report. Forest Research Laboratory, College of Forestry, Oregon State University, Corvallis, OR.

Stone, J., P. Reeser, **L. Winton**, W. Sutton, D. Manter, E. Hansen. 2000. Infection biology and epidemiology of *Phaeocryptopus gaeumannii*. *In:* Swiss Needle Cast Cooperative 2000 Annual Report. Forest Research Laboratory, College of Forestry, Oregon State University, Corvallis, OR.

Stone, J., **L. Winton**, B. Capitano, D. Manter, P. Rosso, P. Reeser, W. Sutton, E. Hansen. 1999. Swiss needle cast infection studies. *In:* Swiss Needle Cast Cooperative 1999 Annual Report. Forest Research Laboratory, College of Forestry, Oregon State University, Corvallis, OR.

Stone, J., **L. Winton**, B. Capitano, D. Manter, P. Rosso, P. Reeser, W. Sutton, and E. Hansen. 1998. Swiss needle cast infection biology research. *In:* Swiss Needle Cast Cooperative 1998 Annual Rport. Forest Research Laboratory, College of Forestry, Oregon State University, Corvallis, OR.

**Winton, L.M.**, B. Capitano, P. Rosso, W. Sutton, J. Stone, and E.M. Hansen. 1997. A destructive Swiss needlecast epidemic in coastal Oregon Douglas-fir plantations. *In:* Swiss Needle Cast Cooperative 1997 Annual Report. Forest Research Laboratory, College of Forestry, Oregon State University, Corvallis, OR.

Hansen, E.M., J.K. Stone, W. Sutton, C. Denis, B. Capitano, **L. Winton**, and P. Rosso. 1996. Swiss needle cast, Why here, why now? Progress Report. 24 p. Submitted to Oregon Dept. of Forestry, Salem, OR.

### Web Pages

**Winton, L.M.**, B. Capitano, J.K. Stone, E.M. Hansen, and W. Sutton. Swiss Needle Cast in Coastal Oregon http://www.cof.orst.edu/coops/sncc/hansen.htm

### Thesis

Phylogenetics, Population Genetics, Molecular Epidemiology, and Pathogenicity of the Douglas-fir Swiss needle cast pathogen *Phaeocryptopus gaeumannii*. Ph.D. diss. Oregon State University, Corvallis.

## RESEARCH GRANTS

Swiss Needlecast Cooperative. 1997-1998. $45,000 (with co-PI J. Stone).

   Development of methods for assessment of *Phaeocryptopus gaeumannii* infection and biomass in Douglas-fir foliage

USDA Forest Service. 2003-2004. $82,404 (with co-P.I. J. Stone).

   Histopathology and PCR *in situ* visualization of *Phytophthora ramorum* within plant tissues

## REFERENCES

Dr. Everett M. Hansen, Professor, Graduate Advisor
Dept. of Botany & Plant Pathology, 2082 Cordley Hall, Oregon State University, Corvallis, OR 97331
Phone: (541)737-5243  e-mail:  hansene@science.oregonstate.edu

Dr. Jeffrey K. Stone, Associate Professor
Dept. of Botany & Plant Pathology, 2082 Cordley Hall, Oregon State University, Corvallis, OR 97331
Phone: (541)737-5260  email:  stonej@science.oregonstate.edu

Dr. Joseph W. Spatafora, Associate Professor
Dept. of Botany & Plant Pathology, 2082 Cordley Hall, Oregon State University, Corvallis, OR 97331
Phone: (541)737-5304  email:  spatafoj@science.oregonstate.edu

Dr. Dr. Dallice Mills, Professor (Emeritus)
Dept. of Botany & Plant Pathology, 2082 Cordley Hall, Oregon State University, Corvallis, OR 97331
Phone: (541)737-5303  email:  millsd@science.oregonstate.edu

Oregon State University

Corvallis, Oregon 97331-2130

Student No: 532706823

Date Issued: 01-DEC-2003
OFFC

Record of: Loretta Mae Winton

Page: 1

Standard Mail

## Issued To: BPP

Course Level: Graduate

Current Program
College : College of Science
Major : Botany and Plant Pathology

Comments:
Doctor of Philosophy degree requirements
completed August 07, 2001.

Degree Awarded : Doctor of Philosophy 07-SEP-2001
Major : Botany and Plant Pathology

Doctoral Dissertation
Phylogenetics, Population Genetics, Molecular
Epidemiology, and Pathogenicity of the
Douglas-fir Swiss Needle Cast Pathogen
Phaeocryptopus gaeumannii

MP: < Everett M. Hansen >

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|--------------|------|-----|-----|---|

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

BS 1994            Eastern Washington University
Ehrs:  0.00 GPA-Hrs:  0.00 Pts:  0.00 GPA:  0.00

INSTITUTION CREDIT:

Fall 1994
BOT  515    FOREST INSECT & DISEASE MGT    5.00 A    20.00
BOT  550    PLANT PATHOLOGY                4.00 A-   14.80
Ehrs:  9.00 GPA-Hrs:  9.00 Pts:  34.80 GPA:  3.86

Winter 1995
BOT  501    RESEARCH                       2.00 P    0.00
BOT  521    ADVANCED PLANT SYSTEMATICS     4.00 A    16.00
BOT  664    HOST PARASITE INTERACTIONS:    3.00 B    9.00
Ehrs:  9.00 GPA-Hrs:  7.00 Pts:  25.00 GPA:  3.57

Spring 1995
BOT  501    RESEARCH                       1.00 P    0.00
BOT  507    SEMINAR                        1.00 P    0.00
BOT  590    ST/MYCOLOGY:FUNGAL SYSTEMATICS 2.00 A    8.00
BOT  692    ST/PLANT PATH/FOREST ECOSYSTEM 2.00 A    8.00

******************* CONTINUED ON NEXT COLUMN *******************

| SUBJ | NO. | COURSE TITLE | CRED | GRD | PTS | R |
|------|-----|--------------|------|-----|-----|---|

Institution Information continued:
FS  544    FOREST GENETICS                4.00 B+   13.20
Ehrs:  10.00 GPA-Hrs:  8.00 Pts:  29.20 GPA:  3.65

Fall 1995
BOT  503    THESIS                         3.00 R    0.00
BOT  507    SEMINAR                        1.00 P    0.00
MCB  525    TECH IN MOLEC & CELLULAR BIOL  3.00 A    12.00
ST   511    METHODS OF DATA ANALYSIS       4.00 A    16.00
Ehrs:  11.00 GPA-Hrs:  7.00 Pts:  28.00 GPA:  4.00

Winter 1996
BB   550    GENERAL BIOCHEMISTRY           4.00 A-   14.80
BOT  505    R&C/MOULDY THURS:MYCOLOGY DIS  1.00 P    0.00
BOT  505    R&C/IDENTIFYING FOREST PATHOGE 1.00 P    0.00
BOT  603    THESIS                         2.00 R    0.00
BOT  605    READING AND CONFERENCE         3.00 A    12.00
BOT  607    SEMINAR                        1.00 P    0.00
Ehrs:  12.00 GPA-Hrs:  7.00 Pts:  26.80 GPA:  3.82

Spring 1996
BOT  603    THESIS                         6.00 R    0.00
BOT  616    FOREST PATHOLOGY               3.00 A    12.00
Ehrs:  9.00 GPA-Hrs:  3.00 Pts:  12.00 GPA:  4.00

Summer 1996
WITHDREW FROM THE UNIVERSITY 25-JUL-1996

Fall 1996
BOT  570    MICROTECHNIQUE                 4.00 A-   14.80
BOT  603    THESIS                         3.00 R    0.00
FOR  507    SEM/INTRO AMERICAN FORESTRY    1.00 P    0.00
MB   668    MOLECULAR EVOLUTION OF CELLS   4.00 A    16.00
Ehrs:  12.00 GPA-Hrs:  8.00 Pts:  30.80 GPA:  3.85

Winter 1997
BOT  603    THESIS                         4.00 R    0.00
BOT  607    SEMINAR                        1.00 P    0.00

******************* CONTINUED ON PAGE 2 *******************

AN OFFICIAL SIGNATURE IS WHITE WITH AN ORANGE BACKGROUND    REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED

...is officially sealed and signed transcript is printed on orange SCRIP-SAFE security
...per with the name of the University printed in white type across the face of the document.
...hen photocopied a security statement containing the name of the university should appear.
...raised seal is not required. A BLACK ON WHITE OR A COLOR COPY SHOULD
...OT BE ACCEPTED.

Barbara S. Balz, Registrar

FBK0000000217

# Oregon State University

Corvallis, Oregon 97331-2130

Student No:

Date Issued: 01-DEC-2003
OFFC

Record of: Loretta Mae Winton
      Level: Graduate

Page:   2

| SUBJ NO. | COURSE TITLE | CRED | GRD | PTS | R | SUBJ NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Institution Information continued: | | | | | | Institution Information continued: | | | | | |
| ST 512 | METHODS OF DATA ANALYSIS | 4.00 | A | 16.00 | | BOT 603 | THESIS | 14.00 | R | 0.00 | |
| Z 565 | ST/MOLECULAR ECOLOGY | 3.00 | A | 12.00 | | BOT 607 | SEMINAR | 1.00 | P | 0.00 | |
| Ehrs: 12.00 GPA-Hrs: 7.00 Pts: 28.00 GPA: 4.00 | | | | | | Ehrs: 15.00 GPA-Hrs: 0.00 Pts: 0.00 GPA: 0.00 | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Spring 1997 | | | | | | Fall 1999 | | | | | |
| BOT 556 | PLANT PATHOGENIC FUNGI | 3.00 | A | 12.00 | | BOT 603 | THESIS | 14.00 | R | 0.00 | |
| BOT 603 | THESIS | 9.00 | R | 0.00 | | BOT 607 | SEMINAR | 1.00 | P | 0.00 | |
| Ehrs: 12.00 GPA-Hrs: 3.00 Pts: 12.00 GPA: 4.00 | | | | | | Ehrs: 15.00 GPA-Hrs: 0.00 Pts: 0.00 GPA: 0.00 | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fall 1997 | | | | | | Winter 2000 | | | | | |
| BOT 554 | PLANT PATHOGENIC NEMATODES | 2.00 | A | 8.00 | | BOT 603 | THESIS | 15.00 | R | 0.00 | |
| BOT 557 | PLANT PATHOGENIC BACTERIA | 2.00 | A | 8.00 | | Ehrs: 15.00 GPA-Hrs: 0.00 Pts: 0.00 GPA: 0.00 | | | | | |
| BOT 603 | THESIS | 8.00 | R | 0.00 | | | | | | | |
| FOR 141 | TREE AND SHRUB IDENTIFICATION | 3.00 | S | 0.00 | | Spring 2000 | | | | | |
| Ehrs: 15.00 GPA-Hrs: 4.00 Pts: 16.00 GPA: 4.00 | | | | | | BOT 603 | THESIS | 15.00 | R | 0.00 | |
| | | | | | | Ehrs: 15.00 GPA-Hrs: 0.00 Pts: 0.00 GPA: 0.00 | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Winter 1998 | | | | | | | | | | | |
| BB 551 | GENERAL BIOCHEMISTRY | 3.00 | A | 12.00 | | Fall 2000 | | | | | |
| BOT 552 | PLANT DISEASE MANAGEMENT | 4.00 | A | 16.00 | | BOT 603 | THESIS | 15.00 | R | 0.00 | |
| BOT 603 | THESIS | 6.00 | R | 0.00 | | PAC 178 | FLY FISHING I | 1.00 | A | 4.00 | |
| BOT 607 | SEMINAR | 1.00 | P | 0.00 | | Ehrs: 16.00 GPA-Hrs: 1.00 Pts: 4.00 GPA: 4.00 | | | | | |
| Ehrs: 14.00 GPA-Hrs: 7.00 Pts: 28.00 GPA: 4.00 | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Spring 1998 | | | | | | Winter 2001 | | | | | |
| BOT 603 | THESIS | 11.00 | R | 0.00 | | BOT 603 | THESIS | 15.00 | R | 0.00 | |
| FOR 505 | R&C/SILVICULTURAL PRINCIPLES | 3.00 | S | 0.00 | | Ehrs: 15.00 GPA-Hrs: 0.00 Pts: 0.00 GPA: 0.00 | | | | | |
| Ehrs: 14.00 GPA-Hrs: 0.00 Pts: 0.00 GPA: 0.00 | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fall 1998 | | | | | | Spring 2001 | | | | | |
| BOT 553 | PLANT DISEASE DIAGNOSIS | 3.00 | A | 12.00 | | BOT 603 | THESIS | 15.00 | R | 0.00 | |
| BOT 603 | THESIS | 12.00 | R | 0.00 | | Ehrs: 15.00 GPA-Hrs: 0.00 Pts: 0.00 GPA: 0.00 | | | | | |
| Ehrs: 15.00 GPA-Hrs: 3.00 Pts: 12.00 GPA: 4.00 | | | | | | | | | | | |

******************** TRANSCRIPT TOTALS ************************

| | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 275.00 | 74.00 | 286.60 | 3.87 |
| TOTAL TRANSFER | 0.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 275.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| Winter 1999 | | | | | |
| BOT 603 | THESIS | 14.00 | R | 0.00 | |
| BOT 607 | SEMINAR | 1.00 | P | 0.00 | |
| Ehrs: 15.00 GPA-Hrs: 0.00 Pts: 0.00 GPA: 0.00 | | | | | |

******************* END OF TRANSCRIPT **********************

Spring 1999
******************** CONTINUED ON NEXT COLUMN *******************

AN OFFICIAL SIGNATURE IS WHITE WITH AN ORANGE BACKGROUND.    REJECT DOCUMENT IF THE SIGNATURE BELOW IS DISTORTED.

.is officially sealed and signed transcript is printed on orange SCRIP-SAFE security
per with the name of the University printed in white type across the face of the document.
hen photocopied a security statement containing the name of the university should appear.
raised seal is not required. A BLACK ON WHITE OR A COLOR COPY SHOULD
OT BE ACCEPTED.

Barbara S. Balz, Registrar

## AN ABSTRACT OF THE DISSERTATION OF

Loretta M. Winton for the degree of Doctor of Philosophy in Botany and Plant Pathology

presented on May 31, 2001. Title: Phylogenetics, Population Genetics, Molecular

Epidemiology, and Pathogenicity of the Douglas-fir Swiss Needle Cast Pathogen

*Phaeocryptopus gaeumannii.*

Abstract approved:_____
                           Everett M. Hansen

A hierarchical series of studies, based mainly on molecular data, was conducted to elucidate the life history of the Douglas-fir Swiss needle cast pathogen *Phaeocryptopus gaeumannii* at macro- and micro-evolutionary scales. This information was then utilized to design and evaluate molecular diagnostic tools for use in studies on the epidemiology of a Swiss needle cast outbreak near Tillamook, Oregon.

Phylogenetic analyses of partial nuclear ribosomal gene sequences indicated that *P. gaeumannii*, currently classified in the Venturiaceae, is closely related to neither *Phaeocryptopus nudus*, type of the genus, nor *Venturia inaequalis*, type of the Venturiaceae. Instead, it is closely related to members of the "sooty molds" (Capnodiales), particularly the common and morphologically similar Douglas-fir epiphyte *Rasutoria pseudotsugae* (Euantennariaceae).

Single-strand conformation polymorphisms, revealing DNA sequence variation in five loci, were used to investigate population biology of *P. gaeumannii* from a worldwide collection of isolates. In western Oregon, *P. gaeumannii* population structure suggests a predominantly selfing reproductive mode within two reproductively isolated sympatric lineages. One lineage was widely distributed both locally and abroad. The second lineage was restricted to western Oregon and suggested a correlation with symptoms of Swiss needle cast.

A novel application of real-time PCR allowed species-specific detection and quantification of *P. gaeumannii* and proved a good measure of its biomass in Douglas-fir needles. Compared to other techniques (ergosterol and a DNA probe), real-time PCR correlated best with visual estimates of needle colonization and additionally proved useful early in the first year of the colonization process before visible development of fruiting structures. While all four methods provided evidence that sites expressing a range of disease severity differed in the degree of fungal colonization, only real-time PCR consistently separated both moderately and severely diseased sites from relatively healthy sites.

Seedling inoculation experiments, fulfilling Koch's postulates, demonstrated that *P. gaeumannii* is the causal agent of Swiss needle cast, as observed in the Tillamook epidemic. Furthermore, the incorporation of virulence tests provided independent, non-molecular evidence that Oregon's pathogen population is not homogeneous. One strain, isolated from a severely diseased site, caused significantly greater symptom severity than strains derived from less damaged sites.

Loretta M. Winton

Knowledge, Skills, and Abilities
Announcement Number: ARS-X3W-3322R

1. Knowledge of mycology and microbial and/or vector ecology.

I have a Ph.D. in plant pathology and have taken numerous courses relevant to mycology and microbial and vector ecology. These include Mycology, Plant Pathogenic Fungi, Plant Pathogenic Bacteria, Plant Pathogenic Nematodes, Plant Pathology, Host-Parasite Interactions, Forest Insect & Disease Management, Plant Pathology in Forest Ecosystems, Identifying Forest Pathogens, and Advanced Forest Pathology. In addition to classroom studies, most of these courses emphasized applied practice through field exercises. I have participated in numerous field-training excursions provided at national and international plant pathology meetings. I have also worked in the field as a Forestry Technician for the USDA Forest Service and received additional training in identifying, measuring, and sampling forest vegetation and disease agents.

2. Knowledge of molecular or biochemical techniques for detection and localization of plant pathogens in epidemiological studies.

Relevant coursework I have completed includes Techniques in Molecular & Cellular Biology, Molecular Evolution of Cells & Organelles, and Molecular Ecology. My knowledge is further documented in my dissertation and published, peer-reviewed articles in which I developed and applied molecular and biochemical techniques to assist in the diagnosis and research of three prominent plant diseases in Oregon. For example, I developed a species-specific PCR primer set for the detection of *Phytophthora lateralis*, a root pathogen of Port Orford cedar. The primer set successfully detected *P. lateralis* in both living and dead trees, soil, and stream water and has attracted the attention of the USDA as a tool for the detection and management of both Port Orford cedar root disease and the sudden oak death epidemic emerging in California and Oregon (Winton & Hansen 2001). As part of my dissertation research on Swiss needle cast, I also developed a real-time PCR method to detect and simultaneously quantify both host and pathogen DNA to estimate fungal colonization of plant host tissue (Winton *et al.* 2002, Winton *et al.* 2003, and Manter *et al.* 2003). We are now using this method to compare *Phaeocryptopus gaeumannii* biomass in infected Douglas-fir foliage as a necessary tool for early detection, epidemiological studies, and the development of breeding programs.

3. Skill in the analysis of field, greenhouse, and laboratory experiments related to plant pathogen biology and epidemiology.

This is documented in my dissertation and published, peer-reviewed articles, which range from observational field studies to planned greenhouse and laboratory experiments.

I studied under and was mentored by Dr. Everett Hansen, a respected plant pathologist recently elected Fellow of the American Phytopathological Society. In his lab, I gained additional skill and experience in the analysis of a variety of plant pathosystems. These include, but are not limited to: climatic, nutritional, and enumeration data to study disease ecology of the causal organisms *Phaeocryptopus gaeumannii* (Swiss needle cast), *Phytophthora lateralis* (Port Orford root disease), *P. ramorum* (sudden oak death); host range, pathogenicity, and eradication efficacy for *P. ramorum*; exclusion, sanitation, and resistance programs to limit the further spread of *P. lateralis*; and silvicultural strategies to lessen the economic impacts of *Phellinus weirii* (laminated root rot).

FBK0000000220

4. Ability to plan, design, and conduct independent research in the area of plant pathology, and analyze and publish results.

This is documented in my dissertation and published, peer-reviewed articles on Swiss needle cast and Port Orford cedar root disease in which I used traditional and emerging technologies to detect and evaluate pathogen incidence, severity, and pathogenicity to describe disease expression (Winton 2001, Winton & Hansen 2001, Winton *et al.* 2002, Winton *et al.* 2003). While these studies were undertaken as part of my graduate research, I worked quite independently to integrate ideas and apply them in new approaches to research problems.

As a post-doc, I am responsible for the conception, design, and implementation of new methods for the detection, enumeration, and population biology research of *Phaeocryptopus gaeumannii*, *Phytophthora ramorum*, and *P. lateralis*, three of Oregon's main forest disease pathogens. I have also become adept at training, delegating projects, and supervising technicians and student workers. This has enabled me to direct research efforts on a wide variety of disease problems in Oregon. These include the development of microsatellite markers to study the population structures of *P. ramorum* and *P. gaeumannii*, quantitative PCR to identify trees resistant to *P. lateralis*, *in situ* hybridization to elucidate the infection process of *P. ramorum*, and PCR detection of black walnut phytoplasmas.

FBK0000000221