# QUALIFICATIONS ANALYSIS SHEET

EL 43512

| APPLICANT'S NAME: | ANNOUNCEMENT NUMBER: ARS-X4W-~~0133~~ 0350A |
|---|---|
| Darrin Haagenson | POSITION TITLE, SERIES, AND GRADE~~(S)~~: Interdisciplinary: Research Geneticist (Plant Physiologist,) GS-440/435-12/13/14 GS-12 level |

PRELIMINARY SCREENING (*check all that apply*)

- Y Postmarked/Received by Closing Date
- ___ No Govt. Envelope/Fax Used
- Y U.S. Citizen
- ___ Within Area of Consideration
- N Claims Veteran Preference
- ___ Submitted Transcript/List of College Courses
- ___ Submitted Perf. Appraisal (MP/AMP Only)
- ___ KSA'S/SPF'S (Optional)

QUALIFYING EXPERIENCE

| DATES | | TYPE OF EXPERIENCE (Position title, series, grade) | SPECIALIZED EXP. | | | GENERAL EXP. | |
|---|---|---|---|---|---|---|---|
| FROM | TO | | YEARS | MONTHS | GRADE LEVEL | YEARS | MONTHS |
| 6/03 | Present | Plant Physiologist | | | | | |
| | | Post-Doc - Fargo-ND | | | | | |
| | | USDA-ARS | | | | | |
| | | | | | | | |
| TOTAL EXPERIENCE: | | | | | | | |

QUALIFYING EDUCATION

| DEGREE (HS, BA, MA, PhD) | MAJOR | MEETS BASIC SEM./QTR. HR. REQUIREMENTS (YES OR NO) | MEETS DIRECTLY RELATED REQUIREMENTS (YES OR NO) |
|---|---|---|---|
| Ph.D | Agronomy | Dec. 2001 | |
| | | | |
| | | | |

FINAL DETERMINATION

| GRADE | MEETS TIME-IN-GRADE | MEETS BASIC QUALS | MEETS SPF'S | MEETS QUALITY CRITERIA/ QUALITY RANKING FACTORS | REFER YES/NO |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

REMARKS:

El - based on edu. + exp.

Kathy Reese
Name and Title of Qualifications Examiner

3-15-04
*Date*

PALM0000000427

Exhibit X

# QUALIFICATIONS ANALYSIS SHEET

Ex 2

| APPLICANT'S NAME: Scott Kuersten | ANNOUNCEMENT NUMBER: ARS-X4W-~~0133~~ 0350A<br>POSITION TITLE, SERIES, AND GRADE(S):<br>Interdisciplinary: Research Geneticist/Plant Physiologist<br>GS-0440/435-12/13/14 |
|---|---|

**PRELIMINARY SCREENING** (*check all that apply*) Demo/ Quality

| | | |
|---|---|---|
| ✓ Postmarked/Received by Closing Date | ___ Within Area of Consideration | ___ Submitted Perf. Appraisal (MP/AMP Only) |
| ___ No Govt. Envelope/Fax Used | N Claims Veteran Preference | KSA'S/SPF'S (Optional) |
| ✓ U.S. Citizen | ___ Submitted Transcript/List of College Courses | |

**QUALIFYING EXPERIENCE**

| DATES | | TYPE OF EXPERIENCE (Position title, series, grade) | SPECIALIZED EXP. | | | GENERAL | |
|---|---|---|---|---|---|---|---|
| FROM | TO | | YEARS | MONTHS | GRADE LEVEL | YEARS | MONTHS |
| 4/02 | 2/04 | Postdoctoral fellow | | | | | |
| | | Lab of Genetics | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL EXPERIENCE: | | | | | | | |

**QUALIFYING EDUCATION** — Yes

| DEGREE (HS, BA, MA, PhD) MACollege Univ )MM | MAJOR | MEETS BASIC SEM./QTR. HR. REQUIREMENTS (YES OR NO) | MEETS DIRECTLY RELATED REQUIREMENTS (YES OR NO) |
|---|---|---|---|
| Ph.D | Molecular | 1997 | |
| | Cellular & Development | | |
| | Biology | | |

**FINAL DETERMINATION**

| GRADE | MEETS TIME-IN-GRADE | MEETS BASIC QUALS | MEETS SPF'S | MEETS QUALITY CRITERIA/ QUALITY RANKING FACTORS | REFER YES/NO |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**REMARKS:**

[signature]
Name and Title of Qualifications Examiner

Date 3/6 04

PALM0000000472

# CV: R. Scott Kuersten

**Date of Birth:** October 22, 1968
Palmer, Alaska

**Current position** Postdoctoral fellow
Advisor: Dr. Betsy Goodwin
Laboratory of Genetics
University of Wisconsin-Madison
445 Henry Mall
Madison, WI 53706
Phone: 608-265-2862
Fax: 608-262-2976

**Email:** rskuersten@wisc.edu

## Education

**B.S.** Chemistry/Biochemistry (1991) University of Alaska-Fairbanks

**Ph.D.** Molecular, Cellular and Developmental Biology (1997) Indiana University-Bloomington

## Teaching experience

**1990-1991** University of Alaska-Fairbanks, Department of Chemistry. C103-Introductory Chemistry Laboratory

**1995** Indiana University, Department of Biology. L311- Cell Biology Laboratory

## Honors and Awards

**1990** N.S.F. Research Experience for Undergraduates (REU) program

**1991-93; 1996-97** N.I.H. Predoctoral Genetics Training Grant

**1997-2000** N.I.H. Postdoctoral Fellowship

**2000-2002** Deutsche Forschungs Gemeinshaft (DfG) Postdoctoral Training Fellowship



PALM0000000477

concerns to the Area Office in Albany California and to Human Resource s Division, Employee Relationships, and National Program Staff. I wrote the chronology of events to illustrate my interactions with Dr. Carling. (Ex. K). I attached copies of emails to verify the events. I was unhappy with Dr. Carling's inability to work through me as the lead scientist for the project and Research leader when communicating with outside facilities. He also failed to get approval from me before arranging for travel. Most importantly, his section of the research prospectus which would guide the ARS Palmer research project for the next few years was not accepted by Area Office and the National Program Staff. It appeared to me that Dr. Carling did not focus on this very important prospectus and did not timely make revisions. I received permission from the Area Office and the Human Resources Division to terminate Dr. Carling while he was still a probationary employee.

Date: 14-III-06

Alberto Pantoja, Ph.D.
ARS, Research Leader, Fairbanks, Alaska

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746