## DECLARATION

I, Alberto Pantoja, born in March 1956, declare under penalty of perjury that the following is true:

1. I am the Research Leader and Location Coordinator for the Agriculture Research Service ("ARS"), Subarctic Agricultural Research Unit (SARU) in Fairbanks, Alaska.

2. In 2005, an ARS panel selected Joseph Kuhl, Ph.D. for the position of Research Plant Physiologist/Geneticist in Palmer, Alaska.

3. He is a geneticist and plant breeder. He is the first geneticist hired for the Palmer facility. As a result, ARS purchased equipment to enable him to develop a research program at the molecular level in plant genetics as related to the germplasm collection on arctic, subarctic and alpine plants. At the time Dr. Carling was working at the Palmer facility, ARS was building a greenhouse and supplying a laboratory. ARS purchases equipment according to an individual scientist's needs and requests.

4. After Dr. Kuhl was selected, he was hired by ARS and classified at the GS-12 level based on the OPM Research Grade Evaluation Guide. Scientists hired at the GS-12, are recently graduated doctorates which in most cases required mentorship by more experienced researchers in the agency. In the other hand scientist hired at the GS-14 level are experienced researchers hired under a strict grading system and are expected to initiate a vigorous and independent research program without training and/or collaboration from other scientist. After going trough a national Research Position Evaluation Staff system, Dr. Carling was hired at a GS-14 level and was expected to independently formulate research plans.

5. For the selection for the Plant Pathologist in Fairbanks, Alaska, I selected the top three candidates for interview. I did not select Dr. Carling because I had just terminated him for the reasons stated in the termination letter. I was not concerned about any scientist's age. I was concerned about past performance and research skills. I had worked with Dr. Carling and I was unhappy with his inability to keep me informed and to focus on his research project. In addition, the other candidates, Dr. Davelos and Dr. Winton, had proven abilities to do research on the molecular level, which Dr. Carling lacked.

6. Before writing the termination letter, I presented my

Exhibit Y

concerns to the Area Office in Albany California and to Human Resource s Division, Employee Relationships, and National Program Staff. I wrote the chronology of events to illustrate my interactions with Dr. Carling. (Ex. K). I attached copies of emails to verify the events. I was unhappy with Dr. Carling's inability to work through me as the lead scientist for the project and Research leader when communicating with outside facilities. He also failed to get approval from me before arranging for travel. Most importantly, his section of the research prospectus which would guide the ARS Palmer research project for the next few years was not accepted by Area Office and the National Program Staff. It appeared to me that Dr. Carling did not focus on this very important prospectus and did not timely make revisions. I received permission from the Area Office and the Human Resources Division to terminate Dr. Carling while he was still a probationary employee.

Date: 14-III-06

Alberto Pantoja, Ph.D.
ARS, Research Leader, Fairbanks, Alaska


Declarations have the same legal force as affidavits. 28 U.S.C. § 1746