# CURRICULUM VITAE
## University of Idaho

**NAME:** Danny L. Barney        **DATE:** 10 August 2004

**RANK OR TITLE:** Extension Horticulturist, 10% extension. 1988-present
Professor, 60% research. 1988-present
Superintendent, Sandpoint Research & Extension Center, 30% admin. 1988-present

**DEPARTMENT:** Plant, Soil, and Entomological Sciences

**OFFICE LOCATION AND CAMPUS ZIP:**
Sandpoint Research & Extension Center
2105 North Boyer Avenue, Sandpoint, ID 83864

**OFFICE PHONE:** 208-263-2323
**FAX:** 208-263-4470
**EMAIL:** dbarney@uidaho.edu
**WEB:** www.ag.uidaho.edu/pses/
www.ag.uidaho.edu/sandpoint/

**DATE OF FIRST EMPLOYMENT AT UI:** April 26. 1988

**DATE OF TENURE:** July 1. 1994

**DATE OF PRESENT RANK OR TITLE:** July 1, 2001

**EDUCATION BEYOND HIGH SCHOOL:**

**Degrees:**
Ph.D., Pomology (minors in plant physiology and cytology), Cornell University 1984-1987.
M.S., Horticulture, Brigham Young University 1982-1984.
B.S. Chemistry, U.S. Coast Guard Academy 1971-1975.
Non-degree program. Secondary Teacher Certification Program, Brigham Young University 1987-1988.
Additional, non-degree course work in education and biology was completed at Utah State University and the University of Toledo.

**Certificates and Licenses:**
Professional Pesticide Applicator and Statewide Consultant, Idaho State Department of Agriculture. 1989-present.

**EXPERIENCE:**

**Teaching, Extension and Research Appointments:**
Professor of Horticulture, University of Idaho. 1988-present.
Extension Horticulturist, University of Idaho. 1988-present.
Teaching Assistant, pomology, orchard mgt., viticulture, and small fruit courses Cornell University. 1984-1987.
Research and Teaching Assistant, greenhouse mgt. and pomology, Brigham Young University. 1982-1984.
Guest Lecturer, toxic waste site investigations, Rutgers University. 1981.

**Academic Administrative Appointments:**
Superintendent, University of Idaho Sandpoint Research & Extension Center. 1988-present.

**Non-Academic Employment including Armed Forces:**
Commissioned officer, United States Coast Guard. Served as Operations Officer, Deck Watch Officer, Port Operations and Marine Environmental Protection Officer, Marine Inspector, Ordnance and Weapons Officer, Education Officer, Examination and Licensing Officer. 1975-1980.

1736 Hickory Street
Sandpoint, ID 83864
August 10, 2004

USDA, Agricultural Research Service
Human Resources Division
ATTN: Western Services Branch / ARS-X4W-0350
5601 Sunnyside Avenue
Beltsville, MD 20705

Dear Sirs:

    I am writing to apply for the Research Geneticist / Plant Physiologist position advertised for Palmer Alaska. The announcement number is ARS-X4W-0350. Enclosed are my application form OF 612, curriculum vitae, specialized experience descriptions, form DD-214, list of references, copies of my college transcripts, and abstracts of my Master's and Ph.D. theses.

    I was stationed near Palmer, Alaska during my military service and have long wished to return. My training and experiences have, I believe, prepared me very well for the duties described for this position. I grew up in southeastern Idaho and learned agricultural principles and practices while working on potato, wheat, and alfalfa farms. As a plant physiologist and breeder, I have worked for many years with diverse species of subarctic and temperate zone plants, with much of that work focusing on germplasm collection, storage, evaluation, and breeding. Concurrent with the germplasm work has been the study of these species' physiology and adaptation to cool, short-season growing conditions, along with development of commercially-viable and environmentally-sustainable production practices.

    Having been superintendent of a University of Idaho Research & Extension Center for more than sixteen years, I have extensive experience administering a research station and collaborating with and coordinating the activities of many scientific investigators and commercial horticulture professionals. My station is small and geographically isolated from the main campus and most other researchers. While I greatly enjoy working as part of a team, I also enjoy the relative solitude of a small, remote station. I am strongly motivated professionally and have no difficulties starting and carrying out my duties. Included in my assignment has been the maintenance of cereal grain breeding and evaluation plots.

# CURRICULUM VITAE

| | |
|---|---|
| **NAME:** | Daniel J. Guerra, Ph.D. |
| **TITLE:** | Assistant Professor of Biology |
| **ADDRESS:** | Department Biology, University of Colorado, Colorado Springs 1420 Austin Bluffs Parkway, Colorado Springs, CO. 80933-7150 |
| **OFFICE PHONE:** | 719-262-3828. |
| **CELL PHONE** | 719-338-5757 |
| **FAX:** | 719-262-3047. |
| **e-mail:** | dguerra@uccs.edu |

## EDUCATION

| | | |
|---|---|---|
| Ph.D. | 1984 | Plant Sciences (Physiology and Biochemistry), Utah State University |
| M.S. | 1981 | Plant Biochemistry, University of Arkansas |
| B.S. | 1978 | Agriculture, Agronomy, University of Illinois |

## EXPERIENCE:

**Teaching and Research:**

1997 to Present  **Assistant Professor, UCCS, Biology Department**
Teaching: Graduate Biotechnology (two semesters, including higher plants) and Biochemistry (two semesters); Biochemistry Laboratory; Cell Biology; Graduate Lipid and Membrane Biochemistry; Graduate Seminar and sections in Senior Seminar. Research: Plant and lipid biochemistry/molecular biology with interest in seed biochemistry and storage compound genetic engineering ,biotic and abiotic stress, negative selection and site-specific recombination in plants.

1990-July 1997  **Assistant Professor of Biochemistry, University of Idaho**
Teaching: Graduate general biochemistry and a graduate course in lipids. Coordinator for three years of departmental . Full Graduate Faculty member for four years. Major professor for one Ph.D. (degree conferred in 1993) and three M.S. students, all in Biochemistry. Research: Plant lipid and protein biochemistry and molecular biology. Plant physiological responses to stress. Plant improvement. General biochemistry, gene transfer technology.

1987-1990  **Research Biochemist, Washington State University**
Lipid biochemistry and molecular biology in plants and bacteria.

1986-1987  **Lead Research Scientist, Biotechnica Canada**
Genetic modification of oilseeds.

1984-1986  **Research Chemist, Northern Regional Research Center, USDA/ARS**
Lipid biochemistry.

1981-1984  Graduate Student, Utah State University, light regulated lignin synthesis in wheat.