IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ANN M. VENEMAN, Secretary ) Department of Agriculture ) | |
| Defendant. ) | CASE NO: A04-0211 CV (JKS) |
| _____ ) | |

## NONOPPOSED PLAINTIFF'S EXPEDITED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE

The plaintiff herein, Donald E. Carling ("Carling"), hereby moves for an extension of the time within which to file a response to the government's Motion for Summary Judgment.  The plaintiff requests the date of Monday, April 17, 2005.  Below signed counsel was out of town for the past week.  Assistant U.S. Attorney Susan Linquist has authorized the undersigned to advise that the government does not oppose this motion.

DATED at Anchorage, Alaska, this 10th day of April, 2006.

LAW OFFICES OF HUGH W. FLEISCHER
Attorneys for Plaintiff

S/ Hugh W. Fleischer
Hugh W. Fleischer
Alaska Bar No. 7106012


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of April, 2006, a true and accurate copy of the foregoing was e-mailed to:

Susan Lindquist
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567
Susan.Lindquist@usdoj.gov

S/ Hugh W. Fleischer
LAW OFFICES OF HUGH W. FLEISCHER
9412/512