IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ANN M. VENEMAN, Secretary | ) |
| Department of Agriculture | ) |
| | ) |
| Defendant. | ) CASE #A04-0211 CV (JKS) |
| _____ | ) |

**ORDER**

The plaintiff, having moved, with non-opposition by the government, for an extension of time to file a response to the government's Motion for Summary Judgment. IT IS SO ORDERED.

DATED this ___ day of April, 2006.

_____
James K. Singleton
U.S. District Judge

9412/513