IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ANN M. VENEMAN, Secretary ) | |
| Department of Agriculture ) | |
| Defendant. ) | CASE NO: A04-0211 CV (JKS) |
| _____ ) | |

**PLAINTIFF'S ERRATA RE EXHIBITS IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Donald E. Carling, through his undersigned counsel, hereby provides Errata to explain that there was a technical problem with the Paper Port function when attempting to scan seven respective exhibits.  Therefore, such exhibits will be attached to this pleading, which will relate to the Response to the Motion for Summary Judgment, filed on April 17, 2006

        DATED at Anchorage, Alaska, this 18th day of April, 2006.

        LAW OFFICES OF HUGH W. FLEISCHER
           Attorneys for Plaintiff

        <u>S/ Hugh W. Fleischer</u>
        Hugh W. Fleischer

        Alaska Bar No. 7106012
        310 K. St., Suite 200
        Anchorage, AK 99501
        (907) 264-6635
        (907) 264-6602-Fax
        hfleisch@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of April, 2006, a true and accurate copy of the foregoing was electronically served to:

Susan Lindquist
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567


S/ Hugh W. Fleischer
LAW OFFICES OF HUGH W. FLEISCHER
9412/514