Allison:  Perhaps Alberto is the one who should provide this information to you.  Don

Allison Fields wrote:

Don, I would be happy to do up the affiliate letters for these people. What I need is:

1)  Their full names (titles)

2)   Their addresses

3)   The affiliate status they will have, i.e. assistant, associate, research Professor in what field

4)  The nature of the affiliateship (work with faculty/researchers, etc. on X project - whether they will sit on grad committees etc.

Thanks, Don. As soon as I get the info I 'll do the letters. I will still need from them though, a copy of their current resume and a letter of interest for the affiliateship (why they want to be affiliates).

Allison

———         ══⊙⌐

Subject:
Re: [Fwd: emeritus status, adjunct faculty]

From:
Allison Fields  <mailto:fysnras@uaf.edu> <fysnras@uaf.edu>

Date:
Mon, 18 Aug 2003 12:17:23 -0800

To:
Carol E Lewis  <mailto:ffcel@uaf.edu> <ffcel@uaf.edu>, Donald Carling <mailto:pfdec@uaa.alaska.edu> <pfdec@uaa.alaska.edu>

I have not done letters for either of these people. I'll need the same things from them; letter of interest and resume.

Allison

AP0000000673

*Ex. 1*

Carol E Lewis wrote:

could you check on Robertson and Ianson? Thanks. Carol

_____

Subject: Re: emeritus status, adjunct faculty
Date: Fri, 15 Aug 2003 09:54:57 -0800
From: "DONALD CARLING"  <mailto:pfdec@uaa.alaska.edu> <pfdec@uaa.alaska.edu>

To: Carol E Lewis  <mailto:ffcel@uaf.edu> <ffcel@uaf.edu>
References:  <mailto:3E4F6337@webmail.uaf.edu> <3E4F6337@webmail.uaf.edu>
<mailto:3EB06377.1070900@uaa.alaska.edu> <3EB06377.1070900@uaa.alaska.edu>
<mailto:3EB0632F.15A1A56E@uaf.edu> <3EB0632F.15A1A56E@uaf.edu>
<mailto:3EBAAE5C.80709002@uaa.alaska.edu> <3EBAAE5C.80709002@uaa.alaska.edu>
<mailto:3EC5313A.FE371860@uaf.edu> <3EC5313A.FE371860@uaf.edu>
<mailto:3F30414F.7050303@uaa.alaska.edu> <3F30414F.7050303@uaa.alaska.edu>
<mailto:3F31B333.8C01050A@uaf.edu> <3F31B333.8C01050A@uaf.edu>
<mailto:3F3294B8.4050604@uaa.alaska.edu> <3F3294B8.4050604@uaa.alaska.edu>
<mailto:3F3C256C.A47AB62A@uaf.edu> <3F3C256C.A47AB62A@uaf.edu>

Carol:  Have Nancy R. and David I. been similarly appointed?  Don

Carol E Lewis wrote:

Hi Don - Allison has prepared the letter appointing you as affiliate.

OK? Carol


DONALD CARLING wrote:


Carol:  With this message I am formally requesting Affiliate Faculty

status with UAF.  Please let me know if a hard copy request is

necessary.  Attached is a recent copy of my resume.  Thanks. Don


Carol E. Lewis wrote:



Allison - could you contact Don about affiliate faculty status. We need

to get that done. Don - we need your resume and a letter requesting

affiliate status. For ARS folks, it's automatic.


Emeritus - you need three letters from faculty. I'll work on it from

here. Carol

DONALD CARLING wrote:

Carol:  Now that I am retired from UAF, I would like to be considered for emeritus status at UAF.  Can you advise me what needs to be done to initiate this process.  Also, you mentioned adjunct status for me.  Is there anything you wish for me to do regarding that.  Thanks.  Don

------------------------------------------------------------------------

Name: VITA-07-03-F12.wpd

AP0000000675