LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ANN M. VENEMAN, ) <br> Secretary, Department ) <br> of Agriculture ) <br> ) <br> Defendant. ) <br> ) | CASE NO: 3:04-cv-211 (JKS) |

### AFFIDAVIT OF DONALD E. CARLING

STATE OF ALASKA            )
                           ) ss.
MUNICIPALITY OF ANCHORAGE  )

Donald E. Carling, upon oath, deposes and states:

1. That I am the plaintiff in this case.

2. That, I am 60 years of age, having been born on November 27, 1945.

3. That Dr. Alberto Pantoja terminated one of the other scientists at the ARS, Dr. David Ianson, on or about February 8, 2006. Dr. Ianson had worked most proficiently as a scientist at ARS for approximately five years. During the period that I worked at ARS in Palmer, Alaska there were only two other scientists, Dr. Ianson and Dr. Nancy Robertson plus myself.

Ex. 2

LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

4. That it is my understanding and belief that Dr. Pantoja attempted to place a penultimate terminating plan of improvement on Dr. Robertson late last year. However, Dr. Robertson was able to show the ARS leader, Dr. Alberto Pantoja, that his plan of improvement for her was in error and it was withdrawn.

5. That one of the stated reasons for my termination was that I had contacted the University of Alaska at Fairbanks to seek emeritus status and adjunct status for other ARS Scientists without informing Dr. Pantoja. (Govt. Brief, p. 6). In fact each retiring University Professor is entitled to be considered for emeritus status and I spoke with the University Dean about the same before joining ARS, in which the Dean said that I would be entitled to emeritus status with the University. The Dean had also discussed with me before I left the University that when I joined the ARS there was an automatic adjunct professor position for ARS scientists. The emeritus status is a personal honor, however and does not involve the ARS in any way. Thereafter, I did communicate with the University regarding the emeritus status and within the context of such discussion, the Dean's

LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

representative and I discussed the automatic adjunct professor status afforded ARS scientists as it applied to me. When the specific question was asked about information regarding other ARS scientists becoming adjunct professors I responded that the University should contact Dr. Pantoja regarding that matter. ( Ex. 1). So that the said charge as basis for my termination is false and without any foundation.

Donald E. Carling

SUBSCRIBED AND SWORN to before me this 17th day of April, 2006.

_____
NOTARY PUBLIC in and for Alaska.
My Commission Expires: 4/3/10

9412/AFF DC