Page 1

D STATES DISTRICT COURT

DISTRICT OF ALASKA

)
) Case No. A04-0211 cv (JKS)
)
)
)



Page 2

-P-E-A-R-A-N-C-E-S

200
99501

Page 36

1 the way through September.
2    Q.  Okay.  I'm talking about this specific day
3 because he mentions this specific day.  In the
4 morning he gave you a phone call and said you need to
5 get me the revision by the end of the day.
6    A.  Yes, and I don't have a phone log, so I
7 can't recall that specific phone call.
8    Q.  That day did you go and collect devils'
9 club germplasm?
10    A.  I don't recall specifically.  I was
11 collecting devils' club germplasm at that time.  It
12 was the end of the season.  It was a task of some
13 urgency.  It needed to be done then.  But it's
14 implied here that I skedaddled to avoid other duties,
15 and that's not the case.
16    Q.  Well, to me it shows that he thinks you
17 blew him off.  Is that a correct analysis?
18    A.  If you take his side and believe what he's
19 saying, yes, but that's not the way it happened.
20    Q.  Okay.  Is there anything that can confirm
21 that you indeed submitted this revision by the end of
22 the day on September 23rd?
23    A.  I have a record of back and forth for
24 prospectus-related activities through the entire
25 month of September, yes.

Page 37

1    Q.  Okay.  Have you produced that to your
2 attorney?
3    A.  I don't think he has copies of --
4    Q.  Okay.  Can you please?  And then he can
5 provide them to me.
6    A.  I don't know that I have that with me
7 today.
8    Q.  Later, within 30 days.
9    A.  Sure.
10    Q.  Okay.  So your opinion is all this is
11 incorrect, that Dr. Pantoja is wrong?
12    A.  With minor exceptions, yes.
13    Q.  Okay.  Now, why is he wrong because of age
14 discrimination?
15    A.  Why is he wrong because of age
16 discrimination?  Why is he wrong because of age
17 discrimination?
18    Q.  Why does age have anything to do with the
19 fact that he's wrong here?
20    A.  I believe that the reason he treated me in
21 the way that he did was because of my age and
22 experience.
23    Q.  Why did you come to that conclusion?
24    A.  For the lack of any other conclusion, I
25 guess.  As I said, when he delivered this letter to

Page 38

1 me it was like a bolt out of the blue.  I --
2    Q.  Okay.  And what didn't he like about your
3 experience?
4    A.  I don't know.  I don't know specifically.
5    Q.  If you don't know, why did you conclude
6 that that's one of the reasons?
7    A.  I don't know what to say to that.  It's
8 just that he -- I just don't believe he likes people
9 with experience of the sort that I have.
10    Q.  Well, is it more your experience in the
11 field than your age?
12    A.  Experience comes with age.
13    Q.  What about your experience wouldn't he
14 like?
15    A.  This is hard to express, but someone
16 said --
17    Q.  Who is that person?
18    A.  I don't know right offhand, but it would
19 have been someone in the group, Fairbanks or Palmer.
20 There was some discussions of these kinds of things.
21 Said that if Alberto doesn't know something, nobody
22 knows it.
23    Q.  What did that mean?
24    A.  That means that if you know something he
25 doesn't know and don't keep it to yourself, it could

Page 39

1 end up hurting you.  He doesn't like, I believe,
2 people who know things he doesn't know.
3    Q.  So did you conclude that he terminated you
4 because you knew things that he didn't know, that you
5 were too good of a scientist?
6    A.  Not too good of a scientist.  I think it
7 was -- I think it was more related to my on-site
8 experience.  The knowledge one gains from being in a
9 place and working within the system in a place is not
10 something that is related to intellect or anything
11 else.  It's just something that one acquires with the
12 passage of time, and he had to learn everything
13 himself, it seemed.
14    Q.  And why is this a problem?
15    A.  I couldn't function.  I couldn't say
16 anything.  Everything I attempted, everything I
17 sought to do was basis for criticism.  Some of the
18 things that appeared in this list of items that we
19 received on the morning of his deposition about doing
20 an end run around the research leader on the travel
21 question, interfering in -- let's see.  Do you have
22 that list of items that we received?
23        MR. FLEISCHER:  I do.
24        MS. LINDQUIST:  You can show it to him.
25        MR. FLEISCHER:  Let's go off record for a

12 (Pages 36 to 39)

Page 84

1    A.   My qualifications are different.
2    Q.   Do you think you're more qualified than he
3  is for this physiologist/plant geneticist position in
4  Palmer?
5    A.   Yes.
6    Q.   Okay.  Why is that?
7    A.   I have experiences that exceed his in many
8  areas.
9    Q.   Can you list those for me, please.
10    A.   Extensive work with potatoes, production.
11    Q.   Okay.  Was any of the work with potatoes on
12  a genetic level?
13    A.   No.
14    Q.   Any of it dealing with the physiology of
15  the potatoes?
16    A.   Some.
17    Q.   How much?  What percentage?
18    A.   Percentage?  Oh, 10 to 20 percent, perhaps.
19    Q.   Okay.  What other qualification made you
20  more qualified?
21    A.   I don't know that I can speak to anything
22  specifically.  My professional experiences in
23  general.
24    Q.   Okay.  Have you ever published on genetics
25  in potatoes?

Page 85

1    A.   No.
2    Q.   And have you ever published on physiology
3  in potatoes?
4    A.   Not specifically.
5    Q.   Do you know which articles came closest to
6  the connection between physiology and potatoes?
7    A.   It would be one of my papers involving
8  interaction between Rhizoctonia in potatoes.
9    Q.   And the rhizo, that's a disease?
10    A.   Yes.
11    Q.   And that's what puts it into the pathology
12  field?
13    A.   Well, of course it puts it into the
14  pathology field.
15        MS. LINDQUIST:  Off record.
16        (Off record.)
17        (Exhibit 4 marked.)
18  BY MS. LINDQUIST:
19    Q.   I've marked as Exhibit 4 a cover letter
20  from you, plus part of your resume, that's dated
21  February 16, 2004.  Have you seen this before?  It's
22  a six-page letter, and it ends Donald Carling, with
23  your signature.
24    A.   Oh, yes.  This is my application.  This is
25  my letter of application for the physiology position

Page 86

1  in Palmer.
2    Q.   Right.
3    A.   Okay.
4    Q.   Now, I want you to look at Exhibit 2,
5  please, because there was a debate about whether that
6  was the job you applied for.
7    A.   Okay.  And if these two numbers -- Exhibit
8  2?
9    Q.   Exhibit 2.
10    A.   If these two numbers are --
11    Q.   The next-to-the-last line.  ARS-X4W-0133.
12    A.   Yes.
13    Q.   So we've confirmed that the application for
14  Exhibit 4 was on this Palmer application that was
15  Exhibit 2?
16    A.   Okay.
17    Q.   Is that correct?
18    A.   Okay.
19    Q.   Okay.  Now, I want you to look at page
20  that's marked Palmer 354.  Under work experience.
21  354.
22    A.   Okay.  Here we go.
23    Q.   354 under work experience.  Okay?  And it
24  lists -- unfortunately this has been --
25    A.   Smudged.

Page 87

1    Q.   -- highlighted.
2    A.   '91-present, yeah.
3    Q.   Does it say '91 to the present, and it
4  lists you as a professor?
5    A.   Yes.
6    Q.   So does this indicate that you hadn't
7  changed your vitae when you applied for the
8  application --
9    A.   That's something --
10    Q.   -- to reflect --
11    A.   That's something I overlooked.  There was
12  somewhere else in here, though, that I would have
13  said.  Until -- okay, here.  Page -- the second page.
14  From August '81 to July '03 I was principal
15  investigator and led an applied and basic research
16  program in plant pathology and horticulture at the
17  University of Alaska.  So that said that ended on
18  July '03.  I just overlooked changing that item in my
19  vitae.
20    Q.   Did you ever get contacted about whether
21  you were currently a professor or not from the
22  university?
23    A.   No.
24    Q.   From the Department of Agriculture?
25    A.   No.

24 (Pages 84 to 87)