LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING, ) | |
| ) | CASE NO: 3:04-cv-211 (JKS) |
| Plaintiff, ) | |
| ) | |
| ) | |
| ANN M. VENEMAN, ) | |
| Secretary, Department ) | |
| of Agriculture ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AFFIDAVIT OF DAVID IANSON

STATE OF ALASKA        )
                       ) ss.
MUNICIPALITY OF ANCHORAGE )

David Ianson, upon oath, deposes and states:

1. That I am a scientist who worked at the palmer ARS for approximately five years up to my termination by Dr. Pantoja in February, 2006.

2. That, I was a committee member of the selection committee for Palmer ARS position in February, 2005.

3. That I believe a majority of the committee members were in favor of Dr. Carling as their first choice.

4. That Dr. Pantoja manipulated the group to not select Dr. Carling by not directly stating that

Ex. 5

Dr. Carling had been dismissed by Dr. Pantoja but suggesting that there were performance reasons for Carling's not being at ARS, resulting in the candidate favored by Dr. Pantoja, who was the 34 year old Joseph Kuhl.

_____
David Ianson

SUBSCRIBED AND SWORN to before me this 17th day of April, 2006.

_____
NOTARY PUBLIC in and for Alaska.

My Commission Expires: _____

9412/AFF DI

LAW OFFICE OF HUGH W. FLEISCHER
310 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
(907) 264-6635   FAX (907) 264-6602
E-Mail: hfleisch@aol.com