Task Joe Khul.xls
Jasmin Colon

| Dates of Travel | Authorization | From | To | Total |
|---|---|---|---|---|
| 5/17/05 thru 5/19/05 | 5CS0353410060 | Palmer | Fairbanks | 563.44 |
| 6/15/05 thru 6/17/05 | 5CS0353410064 | Palmer | Fairbanks | 701.34 |
| 08/09/05 thru 8/11/05 | 5CS0353410082 | Palmer | Fairbanks | 987.78 |
| 8/29/05 thru 9/02/05 | 5CS0353410108 | Palmer / Pocatello / Lewiston | Pocatello / Lewiston / Richland | 2,231.27 |
| 10/05/05 thru 10/07/05 | 6CS0353410004 | Palmer | Fairbanks | 739.90 |

AP0000942

| Equipment Description | Fred | Procurement Request | Cost | | PO |
|---|---|---|---|---|---|
| Finnpette Dig.Mic 53515-034 | 5133 | 5-5341-050-00561 | 435.68 | FBK-2015 | |
| Finnpette Dig.Mic 53515-032 | | | 435.68 | | |
| Power Sup Minicell CSA110V | 5139 | 5-5341-050-00581 | 785.12 | FBK-2015 | |
| Econo Sub Gel Kit20D30CM | | | 336.10 | | |
| Tray Gel | | | 31.61 | | |
| Comb 1.5 MM X30 Well | | | 131.88 | | |
| Comb 2.0 MM X20 Well | | | 28.45 | | |
| Mini Gexl Kit | | | 196.00 | | |
| Comb 1.0 MM X 16 Well | | | 520.32 | | |
| Gel Tray F/MGU-100-T | | | 13.10 | | |
| Shipping Charegs | | | 60.00 | | |
| Sodium Hydroxide Pelle | 5115 | | 1,060.00 | FBK-2015A | 142939 |
| Orion Model 550 A | 5120 | 5-5341-050-01007 | 13,298.00 | FBK-2013 | |
| Tetrad2 Chassis | 5122 | 5-5341-050-00580 | 27,146.25 | FBK-2014 | 135637 |
| 285595 CEQ 8800 Genetic Analysis | 40-95CV-5-0136 | 5-5341-050-01009 | 100,801.00 | FBK-2019 | |

Ex. 7

| Item | Ref 1 | Ref 2 | Amount | FBK |
|---|---|---|---|---|
| CEQ8800 Start-up Kit | | 5-5341-050-1010 | 2,710.00 | FBK-2022 |
| VWR Hot Plate Model 375 | | 5-5341-050-00581 | 283.17 | FBK-2026 |
| Balan Precis 2200GXO | | 5-5341-050-00581 | 1,395.02 | FBK-2024 |
| Eppendorf 2000 | | | 1,625.88 | |
| Sun System | 40-95CV-5-0184 | | 12,158.60 | |
| TissueLyser | 5226 | 5-5341-050-00699 | 10,291.84 | |
| Spectramax | 40-95CV-5-0144 | 5-5341-050-00700 | 48,686.53 | |

AP0000943