IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ANN M. VENEMAN, Secretary ) | |
| Department of Agriculture ) | |
| ) | |
| Defendant. ) | CASE NO: A04-0211 CV (JKS) |
| _____ ) | |

**PLAINTIFF'S SECOND ERRATA RE TWO EXHIBITS IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Donald E. Carling, through his undersigned counsel, hereby provides a Second Errata to provide the re-worked exhibits 3 and 6.  Such exhibits had exceeded the capacity of electronic filing.  The Help Desk facilitated the exhibits to be filed.

Therefore, such exhibits will be attached to this pleading, which will relate to the Response to the Motion for Summary Judgment, filed on April 17, 2006

                DATED at Anchorage, Alaska, this 18th day of April, 2006.

                LAW OFFICES OF HUGH W. FLEISCHER
                    Attorneys for Plaintiff

        <u>S/ Hugh W. Fleischer</u>
        Hugh W. Fleischer
        Alaska Bar No. 7106012
        310 K. St., Suite 200
        Anchorage, AK 99501
        (907) 264-6635
        (907) 264-6602-Fax
        hfleisch@aol.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on the 18th day of April, 2006, a true and accurate copy of the foregoing was electronically served to:

Susan Lindquist
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567


<u>S/ Hugh W. Fleischer</u>
LAW OFFICES OF HUGH W. FLEISCHER


9412/516