*[301 Pantoja 5341-21000-002-FEB-05-DC.pdf]*
**PROJECT PLAN PROSPECTUS**

**PROJECT PLAN PROSPECTUS**
**NP 301 PLANT, MICROBIAL, AND INSECT GENETIC RESOURCES,**
**GENOMICS AND GENETIC IMPROVEMENT 100%**
**Ad Hoc February 2005**

**Old CRIS Project Number**
5341-21000-002-00D

**Management Research Unit**
5341-05 Subarctic Agricultural Research Unit

**Location**
Fairbanks & Palmer, Alaska

**Title**
Arctic Plant Germplasm Research and Introduction

**Investigators**

| | |
|---|---|
| Alberto Pantoja, Research Leader, Lead Scientist | 20% |
| David Ianson, Horticulturist | 100% |
| Nancy Robertson, Research Plant Pathologist | 100% |
| Vacant, Research Plant Physiologist/Geneticist | 100% |

**Scientific Staff Years**
3.2

**Planned Duration**
40 Months

**Signatures**

/s/ Alberto Pantoja            9/7/2004
Research Leader               Date approved

/s/ Robert Matteri             9/8/2004
Assistant Area Director        Date approved

/s/ Peter Bretting             10/1/2004
National Program Team Representative    Date approved

September 07, 2004                                          NP301-5341-21000-002-00D-P

AP 889

Ex. 3

*[301 Pantoja 5341-21000-002-FEB-05-DC.pdf]*
**PROJECT PLAN PROSPECTUS**

Pantoja, A. et al.

**Key Words**
arctic, subarctic, alpine, new crops, plant genetic resources management, plant genetic diversity, native species, plant physiology, plant pathology, insects

Primary goals are to conserve, evaluate, and distribute arctic, subarctic and alpine-adapted plant germplasm. Objectives include recording and submission of collection information to the Germplasm Resources Information Network and characterize plant physiological and pathological aspects as they affect germplasm increases and/or preservation. The project supports the NPGS in the regeneration of accessions of seed and clonal germplasm not adapted to other NPGS locations.

**Objectives:**
**Objective 1:** Conserve, evaluate, and distribute arctic, subarctic and alpine-adapted plant germplasm, and associated information to scientists' worldwide.
**Objective 2:** Characterize diseases and their etiological agents on selected crop and native plant species from arctic, subarctic, and alpine ecosystems.
**Objective 3:** Identify key insect pests on selected crop and native plant species from arctic, subarctic, and alpine ecosystems.

**Need for Research**
**Description of the problem to be solved:**
Agricultural development in circumpolar regions is dependent on the availability of a broad genetic base of plant cultivars adapted to the limiting growing conditions, where biological and climatological constraints prevent the production of long season crops and those sensitive to photoperiod. Arctic and subarctic germplasm cannot be as easily propagated in the USA outside of Alaska. Adequate characterizations of germplasm and subsequent documentation of data are critical for germplasm management, utilization, and the development of new crops in northern latitudes and high altitudes. However, the biological properties of high latitude species and crops are lacking or poorly understood. There is a need for increased research to improve management of arctic, subarctic, and alpine germplasm. There is also a need to understand disease etiologies, disease vectors, and host-pathogen interactions. The USDA, ARS, National Plant Germplasm System (NPGS) is responsible for maintaining a diverse collection of plant genetic material in the USA. The Subarctic Agricultural Research Unit site in Palmer is the primary location for preservation of plant germplasm important as food, feed, medicine, land reclamation, and site remediation in arctic, subarctic, and alpine zones.

**Relevance to ARS National Program Action Plan:**
This project is the only USDA NPGS unit located in the circumpolar region. The USDA-ARS germplasm collection in Palmer presently represents 30 genera and 116 species within the USDA-NPGS. This project safeguards and promotes seed production and/or clonal maintenance of high quality, healthy, and vigorous plant species that will be utilized in U.S. agriculture as alternate or new crops with commercial potential or important for land reclamation or site remediation in arctic, subarctic, and alpine zones. The Unit is also responsible for meeting the needs of specialized regeneration for other NPGS sites, and helps in the development of small farm agriculture, preserving endangered species, development of new U.S. crops, and encouraging free exchange of plant germplasm. This project addresses the five problem areas identified in Component I of the NP301 Action Plan. Results of this project might

AP 890

[301 Pantoja 5341-21000-002-FEB-05-DC.pdf]
PROJECT PLAN PROSPECTUS

Pantoja, A. et al.

impact other CRIS research projects under National Programs 205 (Rangeland Pastures and Forages), 303 (Plant Diseases), 304 (Crop Protection and Quarantine), 305 (Crop Production), and 306 (Quality and Utilization of Agricultural Products).

**Potential Benefits:**
1. Benefits U. S. agriculture by supporting arctic and subarctic crop development, and fostering agricultural sustainability, preserving biodiversity and development of new U.S. crops.
2. Contribute to the NPGS mission by collecting, characterizing, documenting, conserving, and distributing economically important and other indigenous arctic, subarctic, and alpine germplasm.
3. Benefits national and international agricultural research programs by disseminating information about plant genetic resources in northern latitudes and encouraging the use of arctic, subarctic, and alpine plants.

**Anticipated Products:**
1. Freely available, high quality arctic, subarctic, and alpine plant material for scientific research and evaluation worldwide.
2. New sources of traits for improved nutritional value and disease and pest resistance in food crops.
3. The identification of useful germplasm from arctic, subarctic, and alpine climates.
4. Publications and data deposited in the GRIN on arctic, subarctic, and alpine germplasm.
5. The identification of cold tolerant germplasm and characterization of the genetics of cold tolerance/hardiness and interaction with day length response.
6. Information on the water-use efficiency of selected germplasm in higher latitudes, and the gene by environment interactions.
7. New information on aspects of seed and seedling physiology relative to production in higher latitudes.

**Customers:**
1. National and International plant scientists and centers.
2. Farmers and production specialists.
3. Commercial seed companies and agricultural industries.
4. The Circumpolar Agricultural Association.

**Scientific Background**

The Subarctic Agricultural Research Unit (SARU) is part of the USDA/ARS National Plant Germplasm System (NPGS). The SARU maintains one of 31 genebanks in the NPGS and is the only unit in the USDA/ARS that addresses arctic, subarctic, and alpine germplasm research. The SARU works in close collaboration with scientists at the State Agricultural Experiment Stations in Alaska, the University of Alaska at Fairbanks, the Department of Natural Resources, Division of Agriculture, Alaska Plant Material Center, and the USDA/ARS Pacific West and Northern Plains Areas. Six hundred and eighty one accessions of arctic, subarctic, and alpine plants are managed at the SARU; including fifteen species of medicinal native plants. The information generated at the unit is available to the public through the USDA/ARS Germplasm Resource Information Network (GRIN). Potentially, germplasm generated or

AP 891

*[301 Pantoja 5341-21000-002-FEB-05-DC.pdf]*
PROJECT PLAN PROSPECTUS

Pantoja, A. et al.

identified at this location will provide alternative crops for farming communities located on arctic, subarctic or alpine regions.

**Approach and Research Procedures**
**Objective 1:** Conserve, evaluate, and distribute arctic, subarctic and alpine-adapted plant germplasm, and associated information to scientists' worldwide.
**Objective 1.a.** Acquire, maintain, conserve selected genetic resources, and associated information, adapted to arctic, sub-arctic, alpine, sub-alpine conditions.
**Hypothesis and Experimental Design:** The approaches, procedures, and experiments associated with this objective do not seek to test specific hypotheses but, rather, they aim to attain specific high-priority research and service goals.
**Approach and procedure:**
Acquisition priorities will be established in consultation with relevant ARS research units, a Location Advisory Committee, state dependencies, botanical gardens, and plant research institutes nationally and internationally. Published literature on phenotypic and molecular characteristics of targeted specimen plants will be used to aid in acquisitions priorities. Research will focus on regeneration of accessions from other NPGS sites and those assigned to this unit with low seed inventories, low germination rates, or lacking basic characterization. Germination rates will be established for all accessions. Quality seed samples will be deposited at the NCGRP for long-term storage. Regeneration protocols will be developed or updated and published. Following acquisition priorities, new germplasm will be selectively added to the existing collections via exploration and seed exchange. Collection and exchange of plant germplasm will be conducted following USDA and international plant exchange protocols, with cooperative and joint plant explorations of targeted crops with host country scientists. Germplasm received at Palmer will be logged into the GRIN so that passport and other data are available to the user community. Methods will be developed to improve germplasm viability, regeneration, and longevity in a continued effort to conserve genetic diversity and improve knowledge on regeneration of native northern climate species. Research will be conducted to reduce stratification time of Devil's club, *Oplopanax horridus*, seed that currently requires a stratification period of up to 300 days.

**Contingencies:**
If experimental cultural techniques are not successful for arctic plant production and/or germplasm regeneration, then protocols will be modified as necessary to accomplish goals. If plant hormone treatments and/or acid scarification do not reduce the stratification time, cultural techniques such as embryo rescue will be attempted.

**Collaboration:** Christina Walters, National Center for Genetic Resource Preservation; University of Alaska Fairbanks; State of Alaska Plant Materials Center.

**Objective 1.b** Conduct seed/clonal regenerations of a wide spectrum of taxa from the other NPGS sites that require extended photoperiod or sub-arctic conditions.
**Hypothesis and Experimental Design:** The approaches, procedures, and experiments associated with this objective do not seek to test specific hypotheses but, rather, they aim to attain specific high-priority research and service goals.

AP 892

*[301 Pantoja 5341-21000-002-FEB-05-DC.pdf]*
PROJECT PLAN PROSPECTUS

Pantoja, A. et al.

**Approach and procedure:**
  Accessions assigned to this unit and from other NPGS sites that require long days, a short growing season, or are photoperiod sensitive will be regenerated and evaluated at Palmer. The unit will increase and preserve native and introduced germplasm using ex *situ* protocols. Regeneration protocols provided by collaborating curators will be followed. If necessary, research to develop new protocols will be initiated in collaboration with other curators and specialists in the genus.
**Contingencies:** If conventional protocols or protocols provided by collaborating curators are not effective under local conditions, embryo rescuing, tissue culture techniques, or other protocols will be developed.
**Collaboration:**
University of Alaska Fairbanks
North Central Regional Plant Introduction Station, Ames IA
State Department of Natural Resources, Division of Agriculture, Plant Material Center (PMC)
National Center for Genetic Resources Preservation

**Objective 1c.** Characterize germplasm, using morphological or molecular marker technology to augment conservation management, and increase utilization of germplasm collections.
**Hypothesis and Experimental Design:** The approaches, procedures, and experiments associated with this objective do not seek to test specific hypotheses but, rather, they aim to attain specific high-priority research and service goals.
**Approaches and Procedures:**
  Morphological or biochemical characters will be evaluated as accessions are regenerated. Pertinent passport, evaluation and characterization data will be assembled and added to GRIN as germplasm is acquired and/or evaluated either by this unit or by cooperators and collaborators outside the NPGS. Collected data will serve to quantify diversity within the collection, identify genetic gaps in collections, reveal duplication of accessions, identify useful genetic material, and provide guidance to respective Crop Germplasm Committees.

**Contingencies:** If phenotypic characters are not sufficient to detect duplicate in the collection, molecular characteristics of targeted specimen plants will be used.
**Collaboration:** Processed Food Research Unit, USDA, ARS, Albany California.
Les Ressources Phytogenetiques du Canada Agriculture and Agri-Food Canada, Saskatoon Research Centre, Canada.

**Objective 1d:** Transfer technology in the form of subarctic/arctic genetic resources and associated information to researchers and breeders worldwide.
**Hypothesis and Experimental Design:** The approaches, procedures, and experiments associated with this objective do not seek to test specific hypotheses but, rather, they aim to attain specific high-priority research and service goals.
**Approach and procedure:** Germplasm resources will be available free of charge and in small quantities to all scientists and research institutes in the world. New information will be published in scientific/trade journals, and a web site to be developed. The unit will continue to work closely with the University Cooperative Extension Service, the University of Alaska Fairbanks Experiment Station, and the Alaska Plant Materials Center to provide pertinent information to farm and educational communities.

AP 893

[301 Pantoja 5341-21000-002-FEB-05-DC.pdf]
PROJECT PLAN PROSPECTUS

Pantoja, A. et al.

**Contingencies:** Information will be available in CD format until the web site can be established. If clients are unable to access the web site or CD, printed materials or video communication will be used as means of technological transfer.
**Collaboration:**
University Of Alaska, Agricultural Experimental Farm
Cooperative Extension Service, UAF
Alaska Plant Materials Center

**Objective 2:** Characterize diseases and their etiological agents on selected crop and native plant species from arctic, subarctic, and alpine ecosystems arctic/subarctic pathogens
**2a:** Evaluate interactions of key associated arctic/subarctic pathogens and/or symbionts to improve management and utilization of plant germplasm collections.
**Hypothesis:** The preservation and propagation of arctic plant germplasm is optimized by detection, identification, and control of plant pathogens.
**Experimental Design:** Diseased plants will be visually identified in the field while isolation and characterization of pathogens will be completed in the laboratory. Plant germplasm collections requiring large number of samples (i. e. *Rheum* sp., *Carex* sp., *Juncus* sp., and selected arctic grasses) will be assayed for pathogens using serology (ELISA) and/or PCR (polymerase chain reaction). Pathogens will be characterized using established protocols for isolation and described using current molecular techniques that includes nucleic acid sequence information. The etiology and epidemiology of pathogens will be studied to fulfill Koch's postulates and to help in devising pathogen control strategies. Molecular approaches will be utilized to develop new methods to diagnose plants infected by high priority, high incidence, or the most damaging causal agents.

**2b.** Determine close organismal associates, such as virus, fungal, and bacterial pathogens, saprophytes, and significant disease vectors of selected arctic/subarctic germplasm collections and native plants of Alaska/Canada.
**Hypothesis:** Native vegetation provides a reservoir for pathogens that infect horticultural and field crops plants.
**Experimental Design:** Pathogens will be detected and identified from native and domestic plants using group specific antisera in ELISA and universal group primers in PCR (polymerase chain reaction) assays. Viruses will be isolated and purified by classical methods, and characterized by using molecular methods that will include sequencing important consensus regions within the genome or the replicative dsRNA. Definitive identification will be based on obtained sequences, and will be analyzed with all known virus sequences in GenBank. Plant host range tests will be conducted in temperature/light-controlled growth chambers by inoculation of commonly used experimental plant species and species from the arctic germplasm collection and arctic crops. Plants will be monitored for symptoms and will be assayed by ELISA, western blots, and PCR.

**Contingencies:** New detection approaches may be required for novel pathogens. If established laboratory procedures fail, then other methodologies will be tested. For example, if viral isolation and infectivity is difficult due to inherent unstable virions, then different buffers and

AP 894

*[301 Pantoja 5341-21000-002-FEB-05-DC.pdf]*
**PROJECT PLAN PROSPECTUS**

Pantoja, A. et al.

centrifugation regimes will be employed; if an established PCR protocol fails for a particular pathogen, then new primers will be designed and a temperature/time cycle determined.
**Collaboration:** Harold Bockelman, ARS, Aberdeen, ID; Roy French, ARS, Lincoln, NE; Rose Gergerich, University of Arkansas, Fayetteville, AR; Steward Grey, ARS, Ithaca, NY; Robert Martin, ARS, Corvallis, OR.

**Objective 3:** Identify key insect pests on selected crop and native plant species from arctic, subarctic, and alpine ecosystems.
**Hypothesis:** Germplasm in Alaska is affected by the same insect species reported in lower latitudes.
**Approach and procedure:** The Rhubarb collection will be monitored for insect pests affecting the crop, emphasis will be on aphids and leafhoppers. Pan traps, with yellow-green tiles and propylene glycol, will be set in Rhubarb fields to monitor aphids. For wingless aphids, each field will be sampled weekly by turning over ten leaves from each accesion. Aphids will be collected in 70% ethanol and identified. Leafhopper monitoring and movement from their overwintering and spring host plants to Rhubarb will be conducted using yellow sticky traps. Samples will be taken weekly and insect species identified.
**Contingencies:** Due to small plot size or isolation of the collection, plants might scape insect collonization. Commercial Rhubarb fields will be sampled in Palmer Alaska to compare species richnes and density to insects in the collection.
**Collaboration:** Juan M. Alvarez, Assistant Entomologist, University of Idaho, Aberdeen
Joseph E. Munyaneza, Research Entomologist, USDA-ARS-Yakima Agricultural Research Lab, Wapato, WA.

AP 895