# PERSONAL VITA

DONALD E. CARLING

University of Alaska Fairbanks
Agricultural and Forestry Experiment Station
533 East Fireweed, Palmer, Alaska 99645
Phone: (907)746-9470
Fax: (907)746-2677
E-Mail: <pfdec@uaa.alaska.edu>


| Index: | page |
|---|---|
| I. Educational data: | 1 |
| II. Work experience: | 1 |
| III. Professional Societies and Organizations: | 1 |
| IV. Invited Presentations: | 2 |
| V. Publications: | |
| A. Journal articles (blind juried): | 2 |
| B. Short papers and notes (blind juried): | 4 |
| C. Book chapters: | 4 |
| D. Peer reviewed articles: | 4 |
| E. Proceedings: | 6 |
| F. Research contract reports: | 6 |
| G. Abstracts: | 6 |
| H. Other: | 9 |


## I. EDUCATIONAL DATA:

| | | |
|---|---|---|
| 1967 | BA | St. Cloud State University<br>St. Cloud, MN<br>Major: Biology |
| 1969 | MS | University of Missouri-Columbia<br>Columbia, MO<br>Major: Plant Pathology |
| 1975 | PHD | University of Missouri-Columbia<br>Columbia, MO<br>Major: Plant Pathology |

## II. WORK EXPERIENCE:

| | |
|---|---|
| 7-91 to present | Professor of Horticulture<br>University of Alaska<br>Agricultural & Forestry Experiment Station<br>533 East Fireweed<br>Palmer, Alaska 99645 |
| 7-86 to 7-91 | Associate Prof. of Horticulture<br>University of Alaska |
| 9-81 to 7-86 | Assistant Prof. of Horticulture<br>University of Alaska |
| 4-80 to 9-81 | Plant Pathologist<br>Virginia Truck and Ornamentals Res. Stn.<br>1444 Diamond Springs Road<br>Virginia Beach, Virginia 23455 |
| 1-79 to 4-80 | Post-doctoral Research Associate<br>Department of Plant Pathology and Genetics<br>University of Georgia<br>Athens, Georgia 30602 |
| 4-78 to 1-79 | Visiting Assistant Professor of Microbiology<br>Institute of Biology and Geology<br>University of Tromso<br>Tromso, Norway |

## III. PROFESSIONAL SOCIETIES AND ORGANIZATIONS:

A. American Potato Association
B. American Institute of Biological Sciences
C. American Phytopathological Society
D. American Society of Horticultural Science

Ex. 6

E. Gamma Alpha Graduate Science Society
F. Society of Sigma Xi

IV. **INVITED PRESENTATIONS:**

A. Carling, D.E. 1981. Anatomy and physiology of vesicular-arbuscular and non-mycorrhizal roots. Presented at the American Phytopathological Society Symposium on Mycorrhizae, New Orleans, LA, USA.

B. Carling, D.E. 1995. Grouping strains of *Rhizoctonia solani* by hyphal anastomosis. Presented at the Second International Symposium on Rhizoctonia. Noordwijkerhout, The Netherlands.

C. Carling, D.E. 2000. Anastomosis groups and methods of identifying subsets within anastomosis groups. A keynote address at the Third International Rhizoctonia Symposium, Taichung, Taiwan.

D. Carling, D.E. 2002. Relationship between hyphal anastomosis and other current methods of grouping isolates of *Rhizoctonia solani*. To be presented at the International Rhizoctonia Workshop held in conjunction with the International Congress of Plant Pathology Meeting, Christchurch, NZ.

V. **PUBLICATIONS:**

A. **Journal Articles** (blind juried):

1. Carling, D.E., M.F. Brown, and D.F. Millikan. 1976. An ultrastructural examination of the *Puccinia graminis-Darluca filum* host-parasite relationship. Phytopathology 66:419-422.

2. Carling, D.E., J.A. White, and M.F. Brown. 1976. The influence of fixation procedure on the ultrastructure of the host-endophyte interface of vesicular-arbuscular mycorrhizae. Can. J. Bot. 55:48-51.

3. Carling, D.E., and D.F. Millikan. 1977. Some physiological changes in *Vinca rosea* L. associated with mycoplasma-like disorders. Plant and Cell Physiol. 18:1379-1381.

4. Carling, D.E., and D.F. Millikan. 1977. Banded filaments associated with the aster yellows MLO in *Vinca rosea* L. Can. J. Micro. 24:1417-1418.

5. Carling, D.E., W.G. Riehle, M.F. Brown, and D.R. Johnson. 1978. Effects of a vesicular-arbuscular mycorrhizal fungus on nitrate reductase and nitrogenase activities in nodulating and non-nodulating soybeans. Phytopathology 68:1590-1596.

6. Carling, D.E., M.F. Brown, and R.A. Brown. 1979. Colonization rates and growth responses of soybean plants infected by vesicular-arbuscular mycorrhizal fungi. Can. J. Bot. 57:1769-1772.

7. Luedders, V.D., D.E. Carling, and M.F. Brown. 1979. Effect of soybean plant growth on spore production by *Glomus mosseae*. Plant and Soil 53:393-397.

8. Carling, D.E., and M.F. Brown. 1980. Growth and yield response of soybean to colonization by vesicular-arbuscular mycorrhizal fungi. Soil Sci. Soc. Am. J. 44:528-532.

9. Carling, D.E., and M.F. Brown. 1982. Anatomy and Physiology of vesicular-arbuscular and non-mycorrhizal roots. Phytopathology 72:1108-1114.

10. Carling, D.E. 1984. Some insect associates of the pinewood nematode in eastern Virginia. Can. J. For. Res. 14:826-829.

11. Carling, D.E., and R.H. Leiner. 1986. Isolation and characterization of *Rhizoctonia solani* and binucleate *R. solani*-like fungi from aerial stems and subterranean organs of potato plants. Phytopathology 76:725-729.

12. Carling, D.E., K.M. Kebler, and R.H. Leiner. 1986. Interaction between *Rhizoctonia solani* AG-3 and twenty seven plant species. Plant Dis. 70:577-578.

13. Carling, D.E., R.H. Leiner, and K.M. Kebler. 1986. Characterization of *Rhizoctonia solani* and binucleate rhizoctonia-like fungi collected from Alaskan soils with varied crop histories. Can. J. Plant Pathol. 8:305-310.

14. Carling, D.E., R.H. Leiner, and K.M. Kebler. 1987. Characterization of new anastomosis group (AG-9) of *Rhizoctonia solani*. Phytopathology 77:1609-1612.

15. Carling, D.E., R.W. Roncadori, and R.S. Hussey. 1989. Interactions of vesicular-arbuscular mycorrhizal fungi, root knot nematode, and phosphorus fertilization on soybean growth and yield. Plant Dis. 73:730-733.

16. Carling, D.E., R.H. Leiner, and P.C. Westphale. 1989. Symptoms, signs and yield reduction associated with rhizoctonia disease of potato induced by tuberborne inoculum of *Rhizoctonia solani* AG-3. Am. Potato J. 66:693-701.

17. Carling, D.E., and C.H. Dearborn. 1989. IditaRed; A tough skinned red potato for the cold soils and short growing seasons in Alaska. Am. Potato J. 66:741-746.

18. Carling, D.E., D.J. Helm, and R.H. Leiner. 1990. In vitro sensitivity of *Rhizoctonia solani* and other multinucleate or binucleate *Rhizoctonia* to selected fungicides. Plant Dis. 74: 860-863.

19. Carling, D.E., and R.H. Leiner. 1990. Effect of temperature on virulence of *Rhizoctonia solani* and other *Rhizoctonia* on potato. Phytopathology 80: 930-934.

20. Carling, D.E., and R.H. Leiner. 1990. Virulence of isolates of *Rhizoctonia solani* AG-3 collected from potato plant organs and soil. Plant Dis. 74:901-903.

21. Carling, D.E., and S. Kuninaga. 1990. DNA base sequence homology in *Rhizoctonia solani* Kuhn: Inter and intragroup relatedness of anastomosis group-9. Phytopathology 80:1362-1364.

22. Griffith, M., and D.E. Carling. 1991. Effect of plant spacing on broccoli yield and hollow stem in Alaska. Can. J. Plant Sci. 71:579-585.

23. Walworth, J.L., D.E. Carling, and G.J. Michaelson. 1992. Nitrogen sources and rates for direct seeded and transplanted head lettuce. Hortscience 27:228-230.

24. Helm, D.J., and D.E. Carling. 1993. Use of soil transfer for reforestation on abandoned mined lands in Alaska. I. Effects of soil transfer and phosphorus on growth and mycorrhizal formation by *Populus balsamifera*. Mycorrhiza 3:97-106.

25. Helm, D.J., and D.E. Carling. 1993. Use of soil transfer for reforestation on abandoned mined lands in Alaska. II. Effects of soil transfers from different successional stages on growth and mycorrhizal formation by *Populus balsamifera* and *Alnus crispa*. Mycorrhiza 3:107-114.

26. Stevens-Johnk, J., R.K. Jones, H.D. Shew, and D.E. Carling. 1993. Characterization of populations of Rhizoctonia solani AG-3 from potato and tobacco. Phytopathology 83: 854-858.

27. MacNish, G.C., D.E. Carling, and K.A. Brainard. 1993. Characterization of *Rhizoctonia solani* AG-8 from bare patches by pectic isozyme (zymogram) and anastomosis technique. Phytopathology 83:922-927.

28. Leiner, R.H., and D.E. Carling. 1994. Characterization of a *Rhizoctonia* (*Waitea circinata*) isolated from Alaskan agricultural soils. Plant Dis. 78:385-388.

29. Rush, C.M., D.E. Carling, R.M. Harveson and J.T. Mathieson. 1994. Prevalence and pathogenicity of anastomosis groups of *Rhizoctonia solani* from wheat and sugar beet in Texas. Plant Dis. 78:349-352.

30. Carling, D.E., C.S. Rothrock, G.C. MacNish, M.W. Sweetingham, K.A. Brainard, and S.A. Winter. 1994. Characterization of anastomosis group-11 (AG-11) of *Rhizoctonia solani*. Phytopathology 84:1387-1393.

31. MacNish, G.C., D.E. Carling, M.W. Sweetingham, and K.A.Brainard. 1994. Anastomosis group (AG) affinity of pectic isozyme (Zymogram) groups (ZG) of *Rhizoctonia solani* from the Western Australian cereal belt. Mycological Research 98: 1368-1375.

32. MacNish, G.C., D.E. Carling, M.W. Sweetingham, A. Ogoshi, and K.A. Brainard. 1995. Characterization of anastomosis group-10 (AG-10) of *Rhizoctonia solani*. Australasian J. Plant Pathology 25: 252-260.

33. Carling, D.E., R.W. Roncadori, and R.S. Hussey. 1996. Interactions of vesicular-arbuscular mycorrhizae, *Meloidogyne arenaria*, and phosphorus fertilization on peanut. Mycorrhiza 6: 9-13.

34. Leiner, R.H., B.A. Fry, D.E. Carling, and R. Loria. 1996. Probable involvement of thaxtomin A in pathogenicity of *Streptomyces scabies* on seedlings. Phytopathology 86: 907-913.

35. Baird, R.E., D.E. Carling, and B.G. Mullinix. 1996. Characterization and comparison of isolates of *Rhizoctonia solani* AG-7 from Arkansas, Indiana, and Japan, and select AG-4 isolates. Plant Dis. 80:1421-1424.

36. MacNish, G.C., D.E. Carling, and K.A. Brainard. 1996. Relationship of microscopic and microscopic vegetative reactions in *Rhizoctonia solani* and the occurrence of vegetatively compatible populations (VCP) in AG-8. Mycological Research 100: 61-68.

37. Meyer, L., F.C. Wehner, L.H. Nel, and D.E. Carling. 1998. Characterization of the crater disease strain of *Rhizoctonia solani*. Phytopathology 88: 366-371.

38. Baird, R.E., and D.E. Carling. 1998. Survival of parasitic and saprophytic fungi on intact senescent cotton roots. J. Cotton Sci. 2: 28-33.

39. Carling, D.E., E.J. Pope, K.A. Brainard, and D.A. Carter. 1999. Characterization of mycorrhizal isolates of Rhizoctonia solani from an orchid, including AG-12, a new anastomosis group. Phytopathology 89: 942-946.

40. Kuninaga, S., D.E. Carling, T. Takeuchi, and R. Yokosawa. 2000. Comparison of rDNA-ITS sequences between potato and tobacco strains in *Rhizoctonia solani* AG-3. J. Gen. Plant Path. 66: 2-11.

41. Baird, R.E., R.D. Gitaitas, D.E. Carling, S.M. Baird, and P.J. Alt. 2000. Determination of whole-cell fatty acid profiles for the characterization and differentiation of isolates of *Rhizoctonia solani* AG-4 and AG-7. Plant Dis. 84: 785-788.

42. Virgen-Calleros, G., V. Olalde-Portugal, and D.E. Carling. 2000. Anastomosis groups of *Rhizoctonia solani* on potato in central Mexico and potential for biological and chemical control. Am. J. Potato Res. 77: 219-224.

43. Gonzales, D., D.E. Carling, S. Kuninaga, R. Vilgalys and M.A. Cubeta. 2001. Ribosomal DNA systematics of *Ceratobasidium* and *Thanatephorus* with *Rhizoctonia* anamorphs. Mycologia 93: 1138-1150.

44. Carling, D.E., and S. Kuninaga. 2002. Hyphal anastomosis reactions, rDNA-ITS sequences and virulence levels among subsets of *Rhizoctonia solani* anastomosis group-2 (AG-2) and AG-BI. Phytopathology 92: 43-50.

45. Priyatmojo, A., R. Yamauchi, D.E. Carling, K. Kageyama, and M. Hyakumachi. 2002. Differentiation of three varieties of *Rhizoctonia circinata*; var. *circinata*, var. *oryzae*, and var. *zeae* on the basis of cellular fatty acid compositions. J. Phytopathol. 150: 1-5.

46. Carling, D.E., R.E. Baird, and S. Kuninaga. 2002. Characterization AG-13, a newly reported anastomosis group of *Rhizoctonia solani*. Phytopathology 92: 893-899.

47. Walworth, J.L., and D.E. Carling. 2003. Tuber initiation and development in irrigated and non-irrigated potatoes. Am. J. Potato Res. 79: 387-395.

48. Baird, R.E., D.E.. Carling, C.E. Watson, M.L. Scruggs, and P. Hightower. 2003. Effects of year and nematicide applications on cotton root mycobiota. Mycopathologia. (In press).

B. **Short Papers and Notes** (blind juried):

1. Rothrock, C.S., S.A. Winter, P.M. Kinney, and D.E. Carling. 1993. Occurrence of *Rhizoctonia solani* (*Thanatephorus cucumeris*) AG-7 in Arkansas. Plant Dis. 77:1262.

2. Baird, R.E., and D.E. Carling. 1995. First report of Rhizoctonia solani AG-7 in Indiana. Plant Dis. 79:321.

3. Carling, D.E. 1996. First report of powdery scab of potatoes in Alaska. Plant Dis. 80:1208

4. Carling, D.E., L. Meyer, and K.A. Brainard. 1996. Crater disease of wheat caused by *Rhizoctonia solani* AG-6. Plant Dis. 80:1429.

5. Carling, D.E., K.A. Brainard, G. Virgen-Calleros, and V. Olalde-Portugal. 1998. First report of *Rhizoctonia solani* AG-7 on potato in Mexico. Plant Dis. 82:127.

6. Jones, R.K. and D.E. Carling. 1999. Identification of *Rhizoctonia solani* AG-UNK from rice and rice soils in Texas as AG-11. Plant Dis. 83: 880.

7. Holcomb, G.E. and D.E. Carling. 2000. First report of web blight on verbena caused by *Rhizoctonia solani*. Plant Dis. 84: 492.

8. Baird, R.E., W. Batson, D.E. Carling, and M. Scruggs. 2000. First report of *Rhizoctonia solani* AG-7 on cotton in Mississippi. Plant Dis. 84: 1156.

9. Holcomb, G.E. and D.E. Carling. 2000. First report of leaf blight of *Dianthus chinensis* caused by *Rhizoctonia solani*. Plant Dis. 84: 1334.

10. Holcomb, G.E. and D.E. Carling. 2002. First report of web blight caused by *Rhizoctonia solani* on *Cantharanthus roseus* in Louisiana. Plant Dis. 86: 1272.

11. Sumner, D. R., S.S. Phatek, and D.E. Carling. 2003. Seedling and root diseases caused by *Rhizoctonia solani* and *Pythium* in carrot in Georgia. Plant Dis. 86: (in press).

C. **Chapters in Books:**

Carling, D.E., and D.R. Sumner. 1992. *Rhizoctonia* In: Methods for research on soilborne phytopathogenic fungi. pp. 157-165. L.L. Singleton, J.D. Mahail, and C.M. Rush, eds. APS Press. St. Paul, MN. 265 p.

Helm, D.J., and D.E. Carling. 1992. Soil transfer for reforestation of mind lands. In: Proceeding's of the second international symposium on mining in the Arctic. S. Bandopadhyay and M.G. Nelson, eds. A.A. Balkema. Rotterdam. pp 253-263.

Banville, G., D.E. Carling, and B. Otrysko. 1996. Rhizoctonia on potato in: Rhizoctonia species: Taxonomy, molecular biology, ecology, pathology, and control. B. Sneh et al, eds. Klewar Academic Publishers. Rotterdam. pp 321-330.

Carling, D.E. 1996. Grouping in Rhizoctonia solani by hyphal anastomosis reaction. Rhizoctonia species: Taxonomy, molecular biology, ecology, pathology and control. B. Sneh, et al, eds. Klewer Academic Publishers. Rotterdam. pp 37-47.

Banville, G.J., and D.E. Carling. 2001. Rhizoctonia Canker and Black Scurf In: Compendium of Potato Disease second edition, W.R. Stevenson, R. Loria, G.D. Franc and D.P. Weingartner, eds. APS Press, St. Paul, MN pp 36-37.

D. **Peer Reviewed Articles:**

Lambe, R.C., and D.E. Carling. 1982. Fungicides evaluated for rose black-spot disease, 1981. Fungicides and Nematicide Tests 37:141.

Carling, D.E. 1983. Mycorrhizal fungi as deterrents to disease In; Diseases of woody ornamental plants and their control in nurseries. Eds. R.K. Jones and R.C. Lambe. p 116. North Carolina Agricultural Extension Service, Raleigh, North Carolina. 130 pp.

Carling, D.E. 1983. Potatoes. Alaska's Agriculture and Forestry, Alaska Rural Development Council Publication No. 3:48-52.

Carling, D.E. 1984. Rhizoctonia disease of potato. Agroborealis 16(2):25-28.

Leiner, R.H., and D.E. Carling. 1985. Alternaria seedling blight of lobelia. Agroborealis 17(2):39-42.

Carling, D.E., and P. Rissi. 1985. Potato variety performance in the Matanuska Valley 1982, 1983, 1984. Univ. of Alaska, Agricultural and Forestry Experiment Station Circular No. 49. Univ. of Alaska, Fairbanks, Alaska. 12 pp.

Bernard, E.C., and D.E. Carling. 1986. Plant parasitic nematodes isolated from Alaskan soils. Agroborealis 18(1):24-30.

Carling, D.E., and P. Rissi. 1986. Potato variety performance Alaska 1985. Univ. of Alaska, Agricultural and Forestry Experiment Station Circular No. 54. Fairbanks, Alaska. 8 pp.

Carling, D.E., and P. Rissi. 1987. Potato variety performance Alaska 1986. Univ. of Alaska, Agricultural and Forestry Experiment Station Circular No. 58. Fairbanks, Alaska. 12 pp.

Carling, D.E., G.J. Michaelson, C.L. Ping, and G.A. Mitchell. 1987. The effect of nitrogen fertilization rates on head lettuce yields: A preliminary report. Univ. of Alaska, Agricultural and Forestry Experiment Station Research Progress Report No. 3. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P. Rissi. 1988. Potato variety performance Alaska 1987. University of Alaska, Agricultural and Forestry Experiment Station Circular No. 65. Fairbanks, Alaska. 9 pp.

Carling, D.E., G.J. Michaelson, and C.L. Ping. 1988. The effect of nitrogen fertilization rates on yields of transplanted and direct seeded head lettuce. Univ. of Alaska, Agricultural and Forestry Experiment Station Research Progress Report No. 6. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P.C. Westphale. 1989. Potato variety performance Alaska 1988. Univ. of Alaska, Agricultural and Forestry Experiment Station Circular No. 71. Fairbanks, Alaska. 13 pp.

Michaelson, G.J., D.E. Carling, and C.L. Ping. 1989. Effects of residual soil nitrogen on yield of head lettuce. Univ. of Alaska, Agricultural and Forestry Experiment Station Research Progress Report No. 7. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P.C. Westphale. 1990. Potato variety performance Alaska 1989. University of Alaska, Agricultural and Forestry Experiment Station Circular No. 77. Fairbanks, Alaska. 11 pp.

Walworth, J.L., D.E. Carling, G.J. Michaelson, and C.L. Ping. 1990. Effects of residual soil nitrogen and applied nitrogen on yields of head lettuce. University of Alaska, Agricultural and Forestry Experiment Station, Research Progress Report No. 10. Fairbanks, Alaska. 4 pp.

Carling, D.E., and J.S. Conn. 1990. Chemical control of weeds in potatoes in south-central and interior Alaska. University of Alaska, Agricultural and Forestry Experiment Station, Research Progress Report No. 14. Fairbanks, Alaska. 4 pp.

Gavlak, R.G., D.E. Carling, M. Comeau, J. Purser, W. Vandre, J.L. Walworth, and C. Wright. 1990. Vegetable variety trials Matanuska Valley, Alaska 1989. University of Alaska, Agricultural and Forestry Experiment Station, Circular No. 80. Fairbanks, Alaska. 19 pp.

Carling, D.E., and J.L. Walworth. 1990. The effect of hilling on yield and quality of potatoes. University of Alaska, Agricultural and Forestry Experiment Station, Research Progress Report No. 16. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P.C. Westphale. 1991. Potato variety performance Alaska. 1990. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 84. Fairbanks, Alaska. 11 pp.

Carling, D.E., Wayne Vandre, P.C. Westphale, and Mary Comeau. 1992.Potato variety performance and commercial potato crop data summary Alaska 1991. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 89. Fairbanks, Alaska. 14 pp.

Carling, D.E., and P.C. Kroenung. 1993. Potato variety performance Alaska 1992. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 95. Fairbanks, Alaska. 10 pp.

Carling, D.E., J.S. Conn, and J.L. Walworth. 1994. Potential of metam sodium as an herbicide for use by vegetable growers in Alaska. University of Alaska Agricultural and Forestry Experiment Station, Research Progress Report No. 33. Fairbanks, Alaska. 4 pp.

Carling, D.E., and P.C. Kroenung. 1994. Potato variety performance Alaska 1993. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 97. Fairbanks, Alaska. 12 pp.

Walworth, J.L., and D.E. Carling. 1994. Rates and methods of application of nitrogen and phosphorus for commercial field production of head lettuce in south-central Alaska. University of Alaska Agricultural and Forestry Experiment Station. Bulletin No. 100. Fairbanks, Alaska. 8 pp.

Carling, D.E., and P.C. Kroenung. 1995. Potato variety performance Alaska 1994. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 103. Fairbanks, Alaska. 12 pp.

Carling, D.E., J.L. Walworth, and J.S. Conn. 1995. Metam sodium and dasomet as herbicides for use by vegetable growers in Alaska. University of Alaska Agricultural and Forestry Experiment Station, Research Progress Report No. 34. Fairbanks, Alaska. 4 pp.

Carling, D.E., and C.A. Gallagher. 1996. Potato variety performance, Alaska 1995. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 107. Fairbanks, Alaska. 8 pp.

Carling, D.E., S.M. Dofing, and J.L. Walworth. 1996. Head lettuce variety performance Matanuska Valley, Alaska 1995. University of Alaska Agricultural and Forestry Experiment Station, Circular No.106 Fairbanks, Alaska. 8 pp.

Carling, D.E., and M.A. Boyd. 1997. Potato variety performance, Alaska 1996. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 110. Fairbanks, Alaska. 8 pp.

Dofing, S.M., J.L. Walworth, and D.E. Carling. 1997. Head lettuce variety performance, Matanuska Valley, Alaska 1996. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 108. Fairbanks, Alaska. 6 pp.

Carling, D.E., and M.A. Boyd. 1998. Potato variety performance, Alaska 1997. University of Alaska Agricultural and Forestry Experiment Station, Circular No. 112. Fairbanks, Alaska. 7 pp.

Walworth, J.L., S.M. Dofing, and D.E. Carling. 1998. Head lettuce variety performance, Matanuska Valley, Alaska 1997. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 111. Fairbanks, Alaska. 7 pp.

Walworth, J.L., D.E. Carling, and J.E. Muniz. 1998. Nitrogen requirements for greenhouse produced lettuce seedlings. University of Alaska Agricultural and Forestry Experiment Station. Misc. Pub. No.98-2. Fairbanks, Alaska. 8pp.

Carling, D.E., and M.A. Boyd. 1999. Potato variety performance, Alaska 1998. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 115. Fairbanks, Alaska. 4pp.

Carling, D.E. 1999. Influence of strain and generation number on performance of the potato variety Russet Norkotah. University of Alaska Agricultural and Forestry Experiment Station. Research Progress Report No. 36. Fairbanks, Alaska. 4pp.

Carling, D.E., and M.A. Boyd. 2000. Potato variety performance, Alaska 1999. University of Alaska Agricultural and Forestry Experiment Station. Circular No. 118. Fairbanks, Alaska. 4pp.

Carling, D.E. 2000. Influence of strain or source and generation number on performance of the potato variety Russet Norkotah. University of Alaska Agricultural and Forestry Experiment Station. Research Progress Report No. 37. Fairbanks, Alaska. 4pp.

E. **Proceedings:**

Carling, D.E., S. Kuninaga, and R.H. Leiner. 1988. Relatedness within and among intraspecific groups of *Rhizoctonia solani*: A comparison of grouping by anastomosis and by DNA hybridization. Phytoparasitica 16(2):209-210.

Rush, C.M., D.E. Carling, and R.M. Harverson. 1992. AG characterization of *Rhizoctonia solani* isolates from wheat and sugarbeet in the Texas panhandle. Proceedings 19th Hard Red Winter Wheat Workers Conference. January, 1992. Lincoln, Nebraska.

Helm, D.J., and D.E. Carling. 1992. Effectiveness of soilborne mycorrhizal inoculum on plant species growth on mined lands in Alaska. Proceedings Tenth High Altitude Revegetation Workshop. March 4-5, 1992. Fort Collins, Colorado.

Carling, D.E. 1994. Potato production in Alaska. Proceedings First Circumpolar Agricultural Conference. Sept. 28-Oct. 2, 1992. Whitehorse, Yukon Territory, Canada.

F. **Research Contract Reports:**

Carling, D.E. 1989. Screening accessions of *Solanum sp.* from the IR-1 collection for resistance to *Rhizoctonia solani* AG-3. Prepared for IR-1 project leader. 7 pp.

Carling, D.E. 1990. Screening accessions of *Solanum sp.* from the IR-1 collection for resistance to *Rhizoctonia solani* AG-3. Prepared for IR-1 project leader. 11 pp.

Helm, D.J., and D.E. Carling. 1990. Use of on-site mycorrhizal inoculum for plant establishment on abandoned mined lands. Prepared for Bureau of Mines, U.S. Department of Interior. 94 pp.

Carling, D.E. 1995. Resistance in transgenic potatoes to *Rhizoctonia solani*. Annual report prepared for Frito Lay, Inc. 6 pp.

Carling, D.E. 1996. Resistance in transgenic potatoes to *Rhizoctonia solani*. Final report prepared for Frito Lay, Inc. 8 pp.

Carling, D.E. 1996. Resistance to *Rhizoctonia solani* in *Solanum* species and lines. Annual report prepared for NSP-6, the Potato Germplasm Regional Committee. 14 pp.

Dofing, S.M. and Carling, D.E. 1996. Spinach seed production in Alaska. Prepared for Syminis Seed Co. 3 pp.

Carling, D. E. 1997. Resistance to *Rhizoctonia solani* in *Solanum* species and lines. Annual report prepared for NSP-6, the Potato Germplasm Regional Committee. 14 pp.

Carling, D.E. 1998. Resistance to *Rhizoctonia solani* in *Solanum* species and lines. Annual report prepared for NSP-6, the Potato Germplasm Regional Committee. 14pp.

Carling, D.E. 1999. Resistance to *Rhizoctonia solani* in *Solanum* species and lines. Annual report prepared for NSP-6, the Potato Germplasm Regional Committee. 14pp.

G. **Abstracts:**

Carling, D.E., J.A. Ross, and D.F. Millikan. 1969. Changes in protein and nucleic acid fractions associated with lethal virus infection in apple leaf tissue. Phytopathology 59:1020.

Carling, D.E., and D.F. Millikan. 1974. Graft transmission of an infectious entity associated with bunch disease of *Juglans*. Proc. Amer. Phytopath. Soc. 1:124.

Carling, D.E., M.F. Brown, and D.F. Millikan. 1975. An ultrastructural study of the *Puccinia graminis-Darluca filum* host parasitic relationship. Transactions of the Missouri Academy of Science. 9:190.

Carling, D.E., and D.F. Millikan. 1976. Banded filaments associated with aster yellows mycoplasma-like organisms. Proc. Amer. Phytopathol. Soc. 3:259.

Riehle, W.G., D.E. Carling, D.R. Johnson, and M.F. Brown. 1977. Effects of endomycorrhizal infection on nitrogen reductase and nitrogenase activity in nodulating and non-nodulating isolines of soybean. Proc. Amer. Phytopathol. Soc. 4:69.

Carling, D.E., R.A. Brown, A.L. Rowell, and M.F. Brown. 1977. Comparative studies of vesicular-arbuscular mycorrhizal fungi on soybeans. Abstracts: Third North American Conference on Mycorrhizae. Athens, Georgia, August 23-25.

Carling, D.E., V.D. Luedders, and M.F. Brown. 1978. Effect of mycorrhizal fungal species, N, P, fumigation and location of soybean yields. Agronomy abstracts, 1978 Annual Meeting of the American Society of Agronomy.

Carling, D.E., M.F. Brown, and D.A. Kinden. 1979. Scanning and transmission review of endophytic structures of vesicular-arbuscular mycorrhizal fungi. Abstracts: Fourth North American Conference on Mycorrhizae. Fort Collins, Colorado, June 24-28.

Carling, D.E., R.W. Roncadori, and R.S. Hussey. 1981. Actions and interactions of endomycorrhizal fungi, root-knot nematode, phosphorus and peanut. Phytopathology 71:207.

Carling, D.E., R.C. Lambe, S.A. Alexander, and A. Elliott. 1981.Pinewood nematode disease in ornamental pines in Virginia. Phytopathology 71:765.

Elliott, A.P., R.C. Lambe, S. Alexander, and D.E. Carling. 1981. Studies on sampling technique for detection of the pinewood nematode (*Bursapheleuchus lignicolus*) in pine trees. Phytopathology 71:766.

Carling, D.E., A.P. Elliott and R.C. Lambe. 1981. Newly identified non-Pinus hosts of the pinewood nematode. Phytopathology 71:865.

Carling, D.E. 1984. Effect of chemical treatment of soil or seed piece on emergence and yield of potatoes inoculated with *Rhizoctonia solani* AG-3. Phytopathology 74:866.

Carling, D.E., and R.H. Leiner. 1985. *Rhizoctonia solani* and *R. solani*-like binucleates associated with potato plants and soils with varied cropping histories. Phytopathology 75:1333.

Bernard, E.C., and D.E. Carling. 1986. Distribution of plant parasitic nematodes in Alaska. J. Nematol. 18:600.

Carling, D.E., R. H. Leiner, and K.M. Kebler. 1986. Characterization of in undescribed anastomosis group of *Rhizoctonia solani*. Phytopathology 76:1064.

Carling, D.E., and R.H. Leiner. 1987. Categorization of anastomosis interactions that occur between isolates of *Rhizoctonia solani*. Phytopathology 77:1777.

Carling, D.E., and P.C. Westphale. 1988. Effect of seedborne inoculum of *Rhizoctonia solani* and formaldehyde on growth and yield of potato. In Abstracts of Papers, 5th International Congress of Plant Pathology, Kyoto, Japan. August 20-27, 1988.

Carling, D.E., and R.H. Leiner. 1989. Pathogenicity of isolates of *Rhizoctonia solani* AG-3 collected from potato plants and soil. Phytopathology 79:1180.

Carling, D.E., and R.H. Leiner. 1990. Virulence of *Rhizoctonia solani* and other *Rhizoctonia* on potato at three temperatures. Phytopathology 80:1108-1109.

Walworth, J.L., and D.E. Carling. 1990. Effect of residual soil nitrogen on head lettuce production. Agronomy Abstracts, 1990 Annual Meetings:285.

Helm, D.J., and D.E. Carling. 1990. Effectiveness of soil-borne inoculum from different successional stages on plant species growth on mine spoils in Alaska. Proceedings of the Eighth North American Conference on Mycorrhizae, September 5-8. p 140.

Helm, D.J., and D.E. Carling. 1990. Use of soil-borne mycorrhizal inoculum for abandoned mined land reclamation in Alaska. Proceedings of the Forty-First Arctic Science Conference, AAAS. October 8-10. p 33.

Leiner, R.H., and D.E. Carling. 1991. Characterization of isolates of *Waitea circinata* collected from Alaskan agricultural soils. Phytopathology 81:1242.

Helm, D.J., and D.E. Carling. 1992. Soil transfer in mined land reclamation. International Symposium for Mining in the Arctic 2:253-263. A.A. Balkema (Proceedings, Presentation).

Helm, D.J., and D.E. Carling. 1992. Effectiveness of soil-borne mycorrhizal inoculum on plant species growth on mined lands in Alaska. in: Hassell, W.G., S.K. Nordsrom, W.R. Keammerer, and J. Todd. Proceedings High Altitude Revegetation Workshop No. 10, Fort Collins, Colorado. March 4-6, 1992. Information Series No. 71, Colorado Water Resources Research Institute, Colorado State University. (Abstract, Poster). p 280.

Rush, C.M., and D.E. Carling. 1992. Frequency and virulence of *Rhizoctonia solani* anastomosis groups isolated from wheat and sugar beets in Texas. Phytopathology 82:1171.

Carling, D.E., G.C. MacNish, and K.A. Brainard. 1993. Use of the category 3 anastomosis reaction to detect clonal relationships among isolates of *Rhizoctonia solani* AG-8. In: Abstracts; 6th International Congress of Plant Pathology, Montreal, Canada. July 28 -Aug. 6, 1993. p 132.

MacNish, G.C., and D.E. Carling. 1993. The use of zymogram and anastomosis techniques to determine relationships between isolates of

*R. solani* AG-8. In: Proceedings of the Australasian Society of Plant Pathology, Hobart, Tazmania. June, 1993. p 15.

MacNish, G.C., D.E. Carling, and K.A. Brainard. 1993. Relationship between zymogram and anastomosis groups. in: Abstracts; 6th International Congress of Plant Pathology, Montreal, Canada. July 28-Aug. 6, 1993. p 30.

MacNish, G.C., D.E. Carling, and K.A. Brainard. 1993. Spread of clones of *Rhizoctonia solani* AG-8 in Australia. in: Abstracts; 6th International Congress of Plant Pathology, Montreal, Canada. July 28 -Aug. 6, 1993. p 137.

Rothrock, C.S., D.E. Carling, S.A. Winter, P.M. Kinney, and K.A. Brainard. 1993. Possible new anastomosis group of *Rhizoctonia solani* (*Thanatephorus cucumeris*). Phytopathology 83:1420.

Rothrock, C.S., S.A. Winter, P.M. Kinney, and D.E. Carling. 1993.Isolation of *Rhizoctonia solani* (*Thanatephorus cucumeris*) AG-7 from soil in Arkansas. in: Abstracts; 6th International Congress of Plant Pathology, Montreal, Canada. July 28 - Aug. 6, 1993. p 152.

Walworth, J.L., R.G. Gavlak, and D.E. Carling. 1993. Evaluation of fish bone meals as fertilizers. Proceedings of the Soil Science Society of America. Cincinnati, Ohio. Nov. 8-12, 1993.

Carling, D.E., G.C. MacNish, and K.A. Brainard. 1994. The occurrence of tuft reactions in *Rhizoctonia solani* AG-3. Proceedings of the Fifth International Mycological Congress. Vancouver, B.C., Canada. August 14-21, 1994.

Leiner, R.H., R. Loria, and D.E. Carling. 1994. Virulence of *Streptomyces scabies* on potato tubers and seedlings of other plants. Phytopathology 84:1169.

MacNish, G.C., D.E. Carling, and H.A. Yang. 1994. Tufting and anastomosis correlated in *Rhizoctonia solani* AG-8. Phytopathology 84:1169.

MacNish, G.C., and D.E. Carling. 1995. Use of vegetatively compatible populations (VCP) to determine field distribution of *R. solani* AG-8. Phytopathology 85:1040.

Carling, D.E. 1995. Grouping strains of *Rhizoctonia solani* by hyphal anastomosis. In: Proceedings of the Second International Symposium on Rhizoctonia. Noordwijkerhout, The Netherlands. June, 1995. p 20.

Godoy-Lutz, G., J. Arias, F. Saladin, J.R. Steadman, and D.E. Carling. 1995. Characterization and pathogenicity of isolates of *Rhizoctonia solani* that cause web blight on common dry beans in Central America and the Caribbean. in: Proceedings of the International Symposium on Rhizoctonia. Noordwijkerhout, The Netherlands. June, 1995. p 57.

MacNish, G.C., and D.E. Carling. 1995. Vegetatively compatible populations within *R. solani* AG-8. in: Proceedings of the Australasian Society of Plant Pathology. Auckland, New Zealand, August, 1995. p 22.

Carling, D.E., J.L. Walworth, and J.S. Conn. 1995. Controlling weeds in field grown vegetables with metam sodium and dasomet. in: Proceedings of the 2nd Circumpolar Agricultural Conference. Tromso, Norway. September, 1995. p 2.27.

Fry, B.A., R.H. Leiner, D.E. Carling, and R. Loria. 1995. Involvement of thaxtomins in pathogenicity of *Streptomyces scabies* on seedlings. Phytopathology 85:1121.

O'Brien, P.A., G.C. MacNish, and D.E. Carling. 1996. Molecular evaluation of *Rhizoctonia solani* populations. Proceedings of the Jerramungup Agricultural Extension and Research Advisory Board 11-96. Jerramungup, Australia. 37 pp.

Carling, D.E., G.C. MacNish, and K.A. Brainard. 1996. Competition among isolates of *Rhizoctonia solani* AG-3 on potato. Proceedings of the 7th Annual Combined Biological Sciences Meeting. 9-96. Fremantle, Australia. 82 pp.

Meyer, L., L.H. Nel, and D.E. Carling. 1996. Anastomosis grouping and molecular genetic typing of a strain of *Rhizoctonia solani* causing crater disease of wheat. Proceedings of the 4th International EFPP. Symposium on diagnosis and identification of plant pathogens. Bonn, Germany, August 1996. p 121.

MacNish, G.C., P.A. O'Brien, and D.E. Carling. 1997. Genetic diversity differences in sub populations of *Rhizoctonia solani* AG-8 detected by PCR RAPDS. Proceedings of the Australasian Plant Pathology Society. 8-97. Perth, Australia. 97 pp.

Carling, D.E., E.J. Pope, K.A. Brainard, and D.A. Carter. 1998. Characterization of isolates of *Rhizoctonia solani*, including a new AG, that are mycorrhizal on an orchid in Australia. Phytopathology 88: S13.

Baird, R.E., R.D. Gitaitas, and D.E. Carling. 1999. Determination of whole-cell fatty acid profiles of isolates of *Rhizoctonia solani* AG-4 and AG-7. Phytopathology 89:S5.

Carling, D.E., R.E. Baird, S. Kuninaga, and R.D. Gitaitas. 1999. Characterization of anastomosis group (AG) -13 of *Rhizoctonia solani*. Phytopathology 89: S11.

Sumner, D.R., D.E. Carling, and S.C. Phatak. 2000. Seedling diseases and root rots of carrot in Georgia. Phytopathology 90: S129.

Kuninaga, S., and D. E. Carling. 2000. Grouping of *Aquathanatephorus pendulus* based on sequence comparisons of 18S and ITS regions. Proceedings of the 2000 Annual meeting of the Phytopathological Society of Japan. (In press).

Virgen-Calleros, V., V. Olalde-Portugal, S. Gomez-Sumauano, R. Hernandez-Matehuala, and D. Carling. 2000. Distribution of anastomosis groups of *Rhizoctonia solani* on potato in Mexico. In Abstracts of the Third International Rhizoctonia Symposium, Taichung, Taiwan, August 2000.

Kuninaga, S., and D.E. Carling. 2000. Comparison of isolates of *Rhizoctonia solani* AG-2 and AG-BI based on anastomosis reactions, rDN sequences analysis and pathogenic potential. In Abstracts of the Third International Rhizoctonia Symposium, Taichung, Taiwan, Augu 2000.

Carling, D.E. 2000. Anastomosis groups and methods of identifying subsets within anastomosis groups. In Abstracts of the Thi International Rhizoctonia Symposium, Taichung, Taiwan, August 2000.

H. **Other:**

Carling, D.E. 1968. (Masters thesis). Biochemical changes in apple leaf tissue induced by virus infection. University of Missouri-Columbi 38 pp.

Carling, D.E. 1975. (Ph.D. dissertation). Comparative studies of infection by mycoplasma-like organisms in *Vinca rosea* L. University Missouri-Columbia. 101 pp.

Vandre, W.G., and D.E. Carling. 1983. Vegetables and Fruits for Alaska; Recommended variety list for south-central Alaska. Cooperati Extension Circular P-31. Cooperative Extension Service, University of Alaska, Fairbanks, Alaska.

Carling, D.E. 1983. Plant Disease: Causes and controls. In Proceedings of the second annual Alaska Greenhouse Conferenc Ed. W.G. Vandre. Cooperative Extension Service, University of Alaska, Fairbanks, Alaska.

Vandre, W.G., and D.E. Carling. 1984. Vegetables and Fruits for Alaska: Recommended variety list for south central Alaska. Cooperati Extension Circular A-00031. Cooperative Extension Service, University of Alaska, Fairbanks, Alaska.

Vandre, W.G., and D.E. Carling. 1985. Vegetables and Fruits for Alaska: Recommended variety list for south central Alaska. Cooperati Extension Circular A-00032. Cooperative Extension Service, University of Alaska, Fairbanks, Alaska.

Carling, D.E., and J. Watenpaugh. 1985. Alaska potato seed certification handbook. Alaska Seed Growers, Inc. 17 pp.

Carling, D.E. 1985. Certified Seed Potato Directory, 1984 Crop. Alaska Seed Growers, Inc. 6 pp.

Carling, D.E. 1986. Certified Seed Potato Directory, 1985 Crop. Alaska Seed Growers, Inc. 6 pp.

Carling, D.E., and W.G. Vandre. 1990. Recommended variety list for southcentral Alaska. 300B-00031. Cooperative Extension Servic University of Alaska Fairbanks. 8 pp.

Carling, D.E., and W.G. Vandre. 1992. Home Gardening - Culture. Recommended variety list for southcentral Alaska 300B-0003 Cooperative Extension Service, University of Alaska Fairbanks. 8 pp.

Loria, R., R.H. Leiner, and D.E. Carling. 1993. Rhizoctonia disease of potato. Fact Sheet; Page 726.00. Cooperative Extension Servic Cornell University, Ithaca, NY. 2 pp.

Carling, D.E., and G. Terry. 1999. Late blight disease of potato and tomato in Alaska: A fact sheet for the home gardener. Alaska Cooperati Extension Service Fact Sheet #PMC-00338. University of Alaska Fairbanks. 4pp.