DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING,<br><br>       Plaintiff,<br><br>   v.<br><br>ANN M. VENEMAN, Secretary, Department of Agriculture<br><br>       Defendant. | Case No. 3:04-cv-211-JKS<br><br>**NON-OPPOSED MOTION FOR EXTENSION OF TIME**<br><br>*Filed on shortened time* |

Ann Veneman, the Secretary of the Department of Agriculture, through counsel, moves unopposed for an extension of time until May 3, 2006, to file dispositive motions.  Attorney Fleischer has no objection to this extension.

    RESPECTFULLY SUBMITTED on April 27, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2006,
a copy of the foregoing Non-Opposed Motion
for Extension of Time was served
electronically on Hugh W. Fleisher.

s/ Susan J. Lindquist