IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BRENDA J. PRUITT<br><br>   Plaintiff,<br><br>v.<br><br>R. L. BROWNLEE, Acting Secretary of the Army<br><br>   Defendant. | Case No. 3:04-cv-0086-RRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME UNTIL MAY 26, 2006, TO FILE A MOTION FOR SUMMARY JUDGMENT |

Defendant moved on shortened time for an extension of time to file its **unopposed** Motion for Summary Judgment because the deadline was approaching and counsel had been recently assigned a five day trial starting on May 9, 2006. The motion is granted and the Defendant shall have until May 26, 2006, to file its motion.

Date: _____        _____
                                                                  RALPH B. BEISTLINE
                                                                  United States District Court Judge