DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING,<br><br>    Plaintiff,<br><br>    v.<br><br>ANN M. VENEMAN, Secretary,<br>Department of Agriculture<br><br>    Defendant. | Case No. 3:04-cv-211-JKS<br><br><br>**ERRATA** |

      Ann Veneman, through counsel, filed a Non-Opposed Motion for Extension

of Time to file dispositive motions (to-wit a reply brief) and submitted a Proposed

Order. It erroneously attached the incorrect Proposed Order. Therefore, the

Defendant withdraws the Proposed Order attached to Docket No. 24, and submits

with this Errata the correct attached Proposed Order.

Respectfully requested this 28th day of April, 2006,

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Susan J. Lindquist
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3378
> Fax: (907) 271-2344
> E-mail: susan.lindquist@usdoj.gov
> AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2006,
a copy of the foregoing Errata was served
electronically on Hugh W. Fleisher.

s/ Susan J. Lindquist