IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING,<br><br>    Plaintiff,<br><br>    v.<br><br>ANN M. VENEMAN, Secretary,<br>Department of Agriculture<br><br>    Defendant. | Case No. 3:04-cv-211-JKS<br><br>ORDER<br>GRANTING MOTION<br>FOR EXTENSION OF TIME |

Ann Veneman, the Secretary of the Department of Agriculture, through counsel, moved unopposed for an extension of time to file dispositive motions. The motion is granted and the government shall have until May 3, 2006, to file its motions.


Date:  __May 1, 2006__          __/s/ James K. Singleton__
                                JAMES K. SINGLETON
                                United States District Court Judge