DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING,<br><br>  Plaintiff,<br><br>  v.<br><br>ANN M. VENEMAN, Secretary, Department of Agriculture<br><br>  Defendant. | Case No. 3:04-cv-211-JKS<br><br>**NON-OPPOSED MOTION FOR EXTENSION OF TIME**<br><br>*Filed on shortened time* |

     Ann Veneman, the Secretary of the Department of Agriculture, through counsel, moves unopposed for an extension of time until May 19, 2006, to file her reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. Attorney Fleischer has no objection to this extension.

RESPECTFULLY SUBMITTED on May 3, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Susan J. Lindquist
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3378
>Fax: (907) 271-2344
>E-mail: susan.lindquist@usdoj.gov
>AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2006,
a copy of the foregoing Non-Opposed Motion
for Extension of Time was served
electronically on Hugh W. Fleisher.

s/ Susan J. Lindquist