IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANN M. VENEMAN, Secretary,<br>Department of Agriculture<br><br>　　　　Defendant. | Case No. 3:04-cv-211-JKS<br><br>**[PROPOSED ORDER]**<br>**GRANTING MOTION**<br>**FOR EXTENSION OF TIME** |

　　　Ann Veneman, the Secretary of the Department of Agriculture, through counsel, moved unopposed for an extension of time to file her reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. The motion is granted and the government shall have until May 19, 2006, to file its reply.


Date: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge