IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING,<br><br>     Plaintiff,<br><br>  v.<br><br>ANN M. VENEMAN, Secretary,<br>Department of Agriculture<br><br>     Defendant. | Case No. 3:04-cv-211-JKS<br><br>**ORDER<br>GRANTING MOTION<br>FOR EXTENSION OF TIME** |

　　Ann Veneman, the Secretary of the Department of Agriculture, through counsel, moved unopposed for an extension of time to file her reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. The motion is granted and the government shall have until May 19, 2006, to file its reply.


Date:  __May 5, 2006__                              __/s/James K. Singleton__
                                                                  JAMES K. SINGLETON
                                                                  United States District Court Judge