Table of Contents - Exhibit List

AA.  Appendix I. - June 4, 2003 email from Dr. Pantoja to Dr. Carling stating that contact goes through Dr. Pantoja first.

BB.  Appendix V. - August 28, 2003 email from John Clark to Dr. Pantoja about Dr. Carling's failure to go through Dr. Pantoja.

CC.  July 11 & 28, 2003 emails urging Dr. Carling and other Palmer scientists to get their equipment ordered.

DD.  Chart showing travel and equipment request made for Dr. Carling.

EE.  Spectramax - equipment for DNA extraction.

FF.  Appendix II.  June 4, 2003 email from Dr. Carling to Dr. Pantoja regarding request to go to Finland and assurance that Dr. Carling will go through Dr. Pantoja.

GG.  June 5, 2003 email from Dr. Carling to Dr. Pantoja regarding surprise that government regulations on foreign travel are extensive.

Carling v. Veneman
3:04-cv-211-JKS