| | |
|---|---|
| **From:** | Alberto Pantoja |
| **To:** | DONALD CARLING; |
| **CC:** | |
| **Subject:** | RE: Performance Plan |
| **Date:** | Wednesday, June 04, 2003 7:55:00 AM |
| **Attachments:** | |

Don

Glad to hear that it was a good trip, interesting enough that many come here to fish, the locals go down for the same purpose!!

I can not travel to Palmer, next week, John should be arriving to town and we need to get him established, then I will be out of town for almost a week.

We further discussed the greenhouse issues during your absence, David is supposed to present is report today. We need to get it moving!!

As a unit we should have a single voice to initiate collaboration with other units of the system and other agencies as well, that is my role as RL, so please coordinate with my office all contacts with other units and agencies before doing so!. As a matter of fact I have already contacted the potatoes breeders from Idaho and made arrangements to introduce lines here.
Thanks

ALberto

-----Original Message-----
From: DONALD CARLING [mailto:pfdec@uaa.alaska.edu]
Sent: Tuesday, June 03, 2003 11:33 AM
To: Alberto Pantoja
Subject: Re: Performance Plan


Alberto:

The trip to Mexico went very well and I returned last night. The sun

AP0000897

Exhibit AA
Page 1 of 2

was very bright, it was very hot and I caught lots of fish. The fishing was great, however, I prefer the cooler climate of Alaska.

I have the performance plan you sent and will study it and be prepared to discuss it in detail when you next come to Palmer. If it is possible, perhaps you could come to Palmer for two days next week. We can talk about my performance plan and other things related to my research program. Also, you may have additional specific things to discuss, one-on-one with Nancy and David.

In addition, it may be good to have more detailed discussions on the greenhouse, barn renovation and other general germplasm program related issues of interest to Nancy, David and me.

If you can come to Palmer next week, please let me know what days will work best.

I will get together with David today and find out what progress he has made with the greenhouse plan. If he has made some progress, we should be able to come up with a general estimate in the next few days.

On another issue, I request permission to plan two trips: 1. An international meeting entitled "Breeding and Adaptation of Potato" that is being held July 26-30, 2003 in Finland. I believe research with potato will be a key part of my research work in the germplasm program. The meeting in Finland relates to breeding and assessing potatoes for production in diverse environments and will provide me with information and contacts for my future research work with potato. 2. A trip to the state of Washington in September to visit the ARS germplasm program sites in Pullman, Pasco and Parlier. I contacted Rich Hannan, the research leader of those three sites and he as offered to introduce me to scientists and their programs at those three locations. He also offered to show me the facilities and equipment they use in their work. I believe this would provide a comprehensive introduction to the ARS germplasm program and therefore would be a worthwhile trip for me to make. Please let me know if I can make these trips and how to proceed with the planning.

I look forward to meeting with you again next week.

Don

AP0000898

Exhibit AA
Page 2 of 2