```
-----Original Message-----
From: fnjhc [mailto:fnjhc@uaf.edu]
Sent: Thursday, August 28, 2003 9:27 AM
To: Alberto Pantoja
Subject: FWD: RE: Visa TRAVEL cards...
Importance: High

Alberto - I forgot to forward you a copy of this message when I sent
it back to Don. This is for your information only (please don't
respond to it or forward it). I just want to make sure I'm doing
things right and have advised him in my response that he needs to
first get your approval. That's not my call; it's yours (as you're
the Research Leader). I would think Don would realize that by now?
Peter, Dennis, Jeff do. Nancy's another question though?
-jhc

>Don - Concerning your question on Ames, Grand Forks and Pullman.
I can't give you the yes on the arrangements for that until you
confirm with Dr. Pantajo that he approves of this training for you.

When you get his approval, go ahead and make your travel reservations
with Carlson Wagonlit Travel Agency in Spokane, Washington (this is
the Government Corporate Travel Division under contract to ARS on the
west coast). Judy Shetter or one of the other Government Travel
Consultants will help you out. (888) 848-3488.

Call me about #2.

-jhc


===== Original Message From "DONALD CARLING" <pfdec@uaa.alaska.edu> =====
>John:
>
>I have the travel card.
>
>I also have a couple of questions:
>1. Can I proceed with arranging for my October trips to Ames, Grand
>Forks and Pullman?
>2. What did you find out regarding publication procedures?
>
>Don
>
>fnjhc wrote:
>
>>Please advise me via return email when you receive your travel
>>card in the mail.
>>
>>Thanks!
>>/s/ John Clark
>>L.A.O. - Fairbanks
>>(907) 474-6516
>>
>>
>>
>>
>>
```

Exhibit BB