**Lindquist, Susan (USAAK)**

**From:** Alberto Pantoja [ffap2@uaf.edu]
**Sent:** Tuesday, April 18, 2006 5:37 PM
**To:** Lindquist, Susan (USAAK)
**Cc:** Alberto Pantoja
**Subject:** FW: RE: equipment

Message from our adm. Office requesting Carling to present list of equipment for his lab.

-----Original Message-----
From: fnjhc [mailto:fnjhc@uaf.edu]
Sent: Monday, July 28, 2003 9:05 AM
To: David C. Ianson; Donald Carling
Cc: Alberto Pantoja
Subject: FWD: RE: equipment

>Don/David -
Need list of what you want real soon.  We are running out of time
and Albany will not be accepting purchase requests after mid-August.
That only leaves us a few weeks to get your list in.
Please advise soonest.
/s/ John Clark

  -----Original Message-----
  From: Alberto Pantoja [mailto:ffap2@uaf.edu]
  Sent: Friday, July 11, 2003 9:15 AM
  To: Nancy L. Robertson; Donald Carling; David C. Ianson; Alberto
Pantoja;
Sultan Begna; Peter J. Bechtel; Dennis Fieldings
  Cc: John Clark; John Clark
  Subject: equipment


  Please send John Clark quotations for equipment ASAP

  In Palmer Don and Dave mentioned field equipment for planting
harvesting ?
that needs  an update?!!
  -------------------------------------------
  ALBERTO PANTOJA, Ph.D.
  RESEARCH LEADER/ENTOMOLOGIST
  USDA-ARS
  SUBARCTIC AGRICULTURAL RESEARCH UNIT
  P. O. BOX 757200
  362 O'NEILL BLDG., UAF
  FAIRBANKS AK, 99775

Exhibit CC

4/19/2006