## Donald Carling

| Dates of Travel | Authorization | From | To | Total |
|---|---|---|---|---|
| 08/22/2003 Thru 08/29/2003 | | Palmer | Grand Forks ND & Ames IA | N/A |
| 09/09/03 thru 09/12/03 | 4CS03534 10055 | Palmer | Fairbanks | 1,098.90 |

| Equipment Description | Fred Procurement Request | Cost | Vendor |
|---|---|---|---|
| Office Furniture for Don Carling Palmer office | | 2,217.60 | Boise |
| Office Furniture for Don Carling Palmer office | | 1,478.40 | Boise |
| Office Furniture for Don Carling Palmer office | | 793.07 | Office Depot |
| Office Furniture for Don Carling Palmer office | | 720.98 | Office Depot |

EOB 05/05/2003 thru 10/17/2003

Exhibit DD