**Molecular Devices**    Contact U

Home  **Instruments**  Software  Reagents  Order  Support  About MDC

Instruments > Microplate Readers > SpectraMax 190

**Microplate Readers**
SpectraMax M5 / M5e
SpectraMax M2 / M2e
LMax II[384]
SpectraMax Plus[384]
SpectraMax 190
SpectraMax 340PC[384]
VersaMax
VMax
Emax
Gemini XPS
Gemini EM
Analyst HT
Analyst GT
ScreenStation
SpectraTest

**Plate Handling Robot**
SynchroMax ET

**Software and Validation**
SoftMax Pro Software
SoftMax Pro Validation
SpectraTest

# SpectraMax 190

### Microplate Reader With PatchCheck®

## Features

→ Use the extinction coefficient of your sample to calculate concentrations directly.
→ Correct for volume differences in the wells.
→ Expand the dynamic range of your assay.
→ Detect pipetting errors.
→ Check performance of your pipetting devices.



The SpectraMax® 190 spectrophotometer is ideal for most life science applications, especially DNA analysis. For aqueous solutions, our patented* PathCheck® sensor technology senses the depth of the liquid in each microplate well, and normalizes the absorbance value to a 1-cm pathlength. The corrected absorbance is within 5% of the value obtained in a conventional spectrophotometer.

Industry leading SoftMax® Pro microplate analysis software provides comprehensive instrument control and data reduction.

## Spectral Scanning Makes Assay Development Easy

You can select the optimum wavelength for reading your assay by viewing the complete spectrum of your sample, allowing you to monitor the stability of your sample or reagent, determine interfering compounds or conditions of your assay, and validate your assay to regulatory standards.

## Accurate Nucleic Acid Measurements

The SpectraMax 190 microplate spectrophotometer is the tool you need for DNA analysis. A bandwidth of 5 nm or less is required for accurate absorbance measurement of DNA[1]. With the ability to detect DNA down to 25 ng per well, as well as a limit of calculation to 75 per well, the SpectraMax 190 microplate spectrophotometer gives you the same sensitivity as a conventional spectrophotometer.

### Expand The Dynamic Range Of Any Assay To 0 To 6+ OD

The PathCheck sensor can extend the instrument linearity by a factor of three or more. For very concentrated samples, use a minimum volume in the microplate well (100 µl has a pathlength of approximately 0.30 cm), then use the PathCheck sensor to calculate an equivalent 1-cm pathlength absorbance value, giving you calculated absorbance values wel beyond the capabilities of other instruments.

### Quickly Determine Multi-Channel Pipettor Performance

Precision and accuracy of multi-channel pipettors can now be verified using the actual dispense reagent without the need to add a dye. By measuring the depth of the liquid in the well, the patented PathCheck sensor can determine the volume of the liquid dispensed[2]. Ev 96-channel dispensers can be tested in a matter of minutes.

### Early ADME Compound Profiling Assays

SpectraMax microplate readers are ideal for increased throughput of early ADME compoun profiling assays such as the Transil® Membrane Affinity Assay and Human Serum Albumin Binding Assay. The Membrane Affinity assay provides high-throughput lipophilicity data equivalent to liposome-based methods without the need for ultracentrifugation. The Human Serum Albumin Binding assay provides high-throughput blood protein binding data by measuring the fraction bound to Human Serum Albumin.

## Specifications

| Photometric Performance | |
|---|---|
| Wavelength Range | 190 - 850 nm |
| Wavelength Selection | Monochromator, tunable 1.0 nm increments |
| Wavelength Bandwidth | 2 nm |
| Wavelength Accuracy | <± 2.0 nm |
| Wavelength Repeatability | ± 0.2 nm |
| Photometric Range | -0.3 to 4.0 OD |
| Photometric Resolution | 0.001 OD |
| Photometric Linearity (405 nm) | 0 to 3.000 OD |
| Photometric Accuracy (190-850 nm) | < ±0.006 OD ±1.0%, 0 - 2.0 OD |

| | |
|---|---|
| Photometric Precision (190-850 nm) | < ±0.003 OD ±1.0%, 0 - 2.0 OD |
| PathCheck Measurement Error | < 5% when compared to cuvette reading |
| Stray Light | ≤ 0.05% @ 230 nm |
| Light Source | Xenon flash lamp |
| Microplate Read Time:<br>　Endpoint<br>　Kinetics | 12 seconds<br>9 second minimum interval |

### Temperature Regulation Specifications

| | |
|---|---|
| Temperature Range | Ambient + 4 °C up to 45 °C |
| Temperature Uniformity (Microplate) | ± 0.5 °C @ 37 °C, well-to-well |
| Temperature Stabilization Time | 30 minutes maximum upon initiation |
| Reading Chambers | Isothermal when temperature regulation not enabled, <1 °C |

### Physical Specifications

| | |
|---|---|
| Dimensions | 22 cm (h) x 58 cm (w) x 38 cm (d) |
| Weight | 30 lb (13.6 kg) |

* US Patent Nos. 5,959,738 6,188,476 6,320,662 6,339,472 6,404,501, 6,496,260.

Copyright © 2006 Molecular Devices Corporation    Privacy Policy | Terms and Conditions | Trademark