| | |
|---|---|
| **From:** | DONALD CARLING |
| **To:** | Alberto Pantoja; |
| **CC:** | |
| **Subject:** | Re: Performance Plan, etc |
| **Date:** | Wednesday, June 04, 2003 12:44:32 PM |
| **Attachments:** | |

Alberto:

Please let me know when your next trip to Palmer will be possible. At that time we can discuss the details of my performance plan and other things.

David, Nancy and I will meet this afternoon for a discussion of the greenhouse and headhouse. David has been very busy in the field and he may not yet have gathered the detailed information regarding greenhouse materials costs. If he has not, I will suggest to him that I take on the task of gathering cost information. Either way, it should be possible to get the information to you in a few days.

I am sorry to have spoken to Rich Hannan about a possible visit to his site before first talking to you. From now on, I will always speak to you before making contacts outside the Alaska germplasm program. My proposed visit to Rich Hannan's sites, however, was for educational reasons and not to initiate collaboration. I believe such a visit would be instructional and very useful to me as my present knowledge of the National ARS Germplasm Program is very limited. I hope you will allow me to make such a trip.

Also, you made no comment regarding my proposal to attend the "Breeding and Adaptation of Potato" meeting to be held in July in Finland. If I am to go to this meeting, I will have to begin the planning very soon.

Don

AP0000900

Exhibit FF