## Lindquist, Susan (USAAK)

**From:** Alberto Pantoja [ffap2@uaf.edu]
**Sent:** Tuesday, April 18, 2006 5:33 PM
**To:** Lindquist, Susan (USAAK)
**Cc:** Alberto Pantoja
**Subject:** FW: 1.potato meeting in Finland, 2. greenhouse

One of his emails regarding travel, he presented request to late to process

-----Original Message-----
From: DONALD CARLING [mailto:pfdec@uaa.alaska.edu]
Sent: Thursday, June 05, 2003 9:38 AM
To: Alberto Pantoja
Subject: Re: 1.potato meeting in Finland, 2. greenhouse


Alberto:

I had no idea the federal government's travel plan requirements were so complicated. I hope there is still time to arrange for this travel. This meeting should be attended by potato scientists from around the world and, based on its location, will have as a significant focus, the northern potato growing areas.

The web site of the "Breeding and Adaptation of Potato" meeting in Finland is: <http://www.siemenperunakeskus.fi/eapr/general3.htm>

I will be in my office all day working on the greenhouse information. David, Nancy and I talked about the greenhouse and the barn yesterday afternoon. I now have exact image of what their thoughts and what we wish to go after. I will be contacting suppliers today and hope they can return estimates within a day or two.

Don

Exhibit GG