IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANN M. VENEMAN, Secretary, Department of Agriculture<br><br>　　　　Defendant. | Case No. 3:04-cv-211-JKS<br><br>**[PROPOSED] ORDER TO ADD ADDITIONAL FACTUAL MATERIAL TO REPLY BRIEF** |

　　　The Defendant, Ann M. Veneman, Secretary of Department of Agriculture, through counsel, moved for leave of Court, pursuant to Local Rule 7.1(h)(2)[A], to add additional factual material to her Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.  The Motion is granted and Exhibits AA, BB, CC, DD, EE, FF, and GG are filed.


Date: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　James K. Singleton
　　　　　　　　　　　　　　　　　　United States District Judge