IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DONALD E. CARLING,

      Plaintiff,

    v.

ANN M. VENEMAN, Secretary,
Department of Agriculture

      Defendant.

Case No. 3:04-cv-211-JKS

███████████ORDER
TO ADD ADDITIONAL
FACTUAL MATERIAL TO
REPLY BRIEF

     The Defendant, Ann M. Veneman, Secretary of Department of Agriculture,

through counsel, moved for leave of Court, pursuant to Local Rule 7.1(h)(2)[A], to

add additional factual material to her Reply to Plaintiff's Response to Defendant's

Motion for Summary Judgment. The Motion is granted and Exhibits AA, BB, CC,

DD, EE, FF, and GG are filed. *w/o prejudice to a motion to strike if new material is presented in reply.*

Date: 5/19/06

**REDACTED SIGNATURE**

James K. Singleton
United States District Judge