UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

　DONALD E. CARLING　v.　ANN M. VENEMAN, Sec'y of Agriculture

HONORABLE JAMES K. SINGLETON, JR.

DATE: May 24, 2006                                                        CASE NO. 3:04-cv-00211-JKS

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**

**ORDER TO SHOW BASIS FOR JURISDICTION**

　　　　　This Court has an obligation to determine its own jurisdiction *sua sponte*. FED. R. CIV. P. 12(h)(3); *Dental Capital Leasing Corp. v. Martinez* (*In re Martinez*) 721 F.2d 262, 264 (9th Cir.1983).  Plaintiff has not alleged nor does it appear in the record that he has complied with either of the alternative requirements of 29 U.S.C. § 633a(d).  Controlling authority appears to indicate that compliance with the statutory requirements of § 633a(d) is jurisdictional.  *See Bankston v. White*, 345 F.3d 768, 770–73 (9th Cir.2003).  The Court has determined it appropriate to permit the parties an opportunity to address the issue of whether, in the event Plaintiff has not complied with either of the alternative provisions of § 633a(d), this matter should be dismissed for lack of jurisdiction.

　　　　　THEREFORE IT IS ORDERED THAT:

　　　　　1.　　Within 20 days Plaintiff must either provide evidence that he has complied with one of the alternative provisions of 29 U.S.C. § 633a(d) or serve and file a Memorandum addressing the jurisdictional question.  If Plaintiff does not comply timely, the case will be dismissed for lack of jurisdiction without further notice.

　　　　　2.　　If plaintiff files a Memorandum in lieu of evidence that he has complied with 29 U.S.C. § 633a(d), Defendant must file a response not later than 15 days after Plaintiff serves and files his Memorandum.