IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING., ) <br> ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANN M. VENEMAN, Secretary ) <br> Department of Agriculture ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO: A04-0211 CV (JKS) |

**PLAINTIFF'S RESPONSE TO ORDER RE JURISDICTION**

The plaintiff herein, Donald E. Carling ("Carling"), through his counsel, Hugh W. Fleischer, hereby responds to this Court's Order dated May 24, 2006 and bearing Document Number 32.

Dr. Carling filed an appeal regarding his termination by the Department's Agricultural Research Service with the U.S. Merit Systems Protection Board ("MSPB" on or about November 11, 2003.  One of the provisions in the MSPB appeal form is the provision that the MSPB takes cognizance of "any claim that the Agency action or decision was the result of prohibited discrimination (race, color…..age).  As this Court knows the MSPB often takes and handles what are termed "mixed cases,"

cases that have combined, for example, alleged arbitrary and capricious conduct with a discrimination claim. The subject appeal was dismissed in its early stages because Dr. Carling was a probationary employee, so he did not have the opportunity to reach the merits of his claim.

It is believed that the above satisfies the question of this Court's jurisdiction.

DATED at Anchorage, Alaska, this 13th day of June, 2006.
LAW OFFICES OF HUGH W. FLEISCHER
Attorneys for Plaintiff

S/ Hugh W. Fleischer
Hugh W. Fleischer
Alaska Bar No. 7106012
310 K. Street, Suite 200
Anchorage, AK 99501
907-264-6635
907-264-6602
hfleisch@aol.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th
day of June, 2006, a true and accurate
copy of the foregoing was electronically
delivered to:

Susan Lindquist
Assistant U.S. Attorney
222 W. 7th Ave., # 9, Rm. 253
Anchorage, AK 99513-7567
Susan.Lindquist@usdoj.gov

S/ Hugh W. Fleischer
LAW OFFICES OF HUGH W. FLEISCHER

9412/517