# EXHIBIT LIST

## DEFENDANT'S RESPONSE TO ORDER AT DOCKET 32 REGARDING JURISDICTION

Ex. A   Dr. Carling's letter to EEOC giving notice with Declaration verifying that the attachment was the Complaint.

Ex. B   EEOC letter to Dept. Of Agriculture verifying that Notice was received.

Ex. C   Dr. Carling on a List of Eligibles for the first selection for Palmer physiologist position.