LAW OFFICES
# HUGH W. FLEISCHER
310 "K" STREET, SUITE 200
ANCHORAGE, ALASKA 99801
TELEPHONE (907) 264-6635
TELEFAX (907) 264-6602

July 29, 2004

EEOC
909 First Ave., Suite 400
Seattle, WA 98104-1061

Re: Carling v. Veneman

Dear Sir or Madam:

Please find enclosed herewith a proposed filing pursuant to 29 U.S.C. § 633a (d). It is Dr. Carling's intention to file this action in the U.S. District Court in Anchorage, Alaska, after the thirty days that your office has to review such proposed action.

Please advise if you have any questions about this matter.

Sincerely,

Hugh W. Fleischer

Enc.

cc: Dr. Donald E. Carling

9412/001



EXHIBIT A

## DECLARATION

I, Susan Lindquist, declare under penalty of perjury that the following is true:

1. On June 26, 2006, I spoke with Hugh Fleischer and informed him that I did not have a copy of the enclosure he mailed to EEOC with his July 29, 2004 letter.

2. He informed me that he had enclosed a copy of the Complaint which he later filed in the United States District Court.

Date: 6/26/06   _____
Susan Lindquist, Assistant U.S. Attorney

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746