DEBORAH M. SMITH
Acting United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING,<br><br>            Plaintiff,<br><br>    v.<br><br>ANN M. VENEMAN, Secretary, Department of Agriculture<br><br>            Defendant. | Case No. 3:04-cv-00211-JKS<br><br>**NON-OPPOSED MOTION FOR LEAVE OF COURT TO FILE A SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT** |

Ann Veneman, the Secretary of the Department of Agriculture, through counsel, moves for leave of Court, pursuant to Local Rule 7.1(h), to file a supplemental Motion for Summary Judgment on the issue of failure to rehire the Plaintiff for the initial Palmer position bid, ARS X-0133, which closed on February 17, 2004, and resulted in no selection.  The Court is correct that the

initial motion for summary judgment's focus was on the subsequent bid, which closed in 2005 and which resulted in the selection of Dr. Kuhl. Docket 35. As Dr. Carling did not exhaust his administrative remedies on that selection, it is not at issue.

Ms. Lindquist has contacted counsel for the Plaintiff, and attorney Fleischer has no objection to this Motion. Should leave be granted, the Supplemental Motion for Summary Judgment will be filed by August 11, 2006.

RESPECTFULLY SUBMITTED on July 11, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2006,
a copy of the foregoing Non-Opposed Motion
for Leave of Court to file Supplemental
Motion for Summary Judgment was served
electronically on Hugh W. Fleischer.

s/ Susan J. Lindquist