IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANN M. VENEMAN, Secretary,<br>Department of Agriculture<br><br>　　　　Defendant. | Case No. 3:04-cv-00211-JKS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE OF COURT TO FILE A SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT** |

　　　Ann Veneman, the Secretary of the Department of Agriculture, through counsel, moved for leave of Court, pursuant to Local Rule 7.1(h), to file a Supplemental Motion for Summary Judgment. The Motion is well taken and leave is granted to the Defendant to file a Supplemental Motion for Summary Judgment on or before August 11, 2006.

Date: _____          _____
　　　　　　　　　　　　　　　　　James K. Singleton
　　　　　　　　　　　　　　　　　United States District Judge