IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING,<br><br>   Plaintiff,<br><br>   v.<br><br>ANN M. VENEMAN, Secretary,<br>Department of Agriculture<br><br>   Defendant. | Case No. 3:04-cv-00211-JKS<br><br>**ORDER GRANTING MOTION FOR LEAVE OF COURT TO FILE A SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT** |

Ann Veneman, the Secretary of the Department of Agriculture, through counsel, moves for leave of Court, pursuant to Local Rule 7.1(h), to file a Supplemental Motion for Summary Judgment. **Docket No. 36**. The Motion is well taken and leave is **granted** to the Defendant to file a Supplemental Motion for Summary Judgment on or before August 11, 2006.


Date: <u>July 13, 2006</u>          <u>/s/ James K. Singleton, Jr.          </u>
                                    James K. Singleton
                                    United States District Judge


Carling v. Veneman
3:04-cv-211-JKS