## TABLE OF CONTENTS

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE PALMER SELECTION

Exhibit AA   Vacancy Announcement

Exhibit BB   Summary of Candidates

Exhibit CC   Declaration of Alberto Pantoja

Exhibit DD   Haagenson Application

Exhibit EE   Kuersten Application

Exhibit FF   Mott Application