## SUMMARY OF CANDIDATES

Page __1__ of __2__

CASE FILE NUMBER: ACS-X4W-0133

DEMO __X__   AMP __X__

G-0440/0435-12-13-14

POSITION TITLE, SERIES, GRADE: Interdisciplinary __Genetic__ / Ag F Prog

LOCATION:

| CANDIDATE NAME | BASIC ELIG (Y/N) | QUAL CAND (Y/N) | REASON (EDUC, EXPER, OR ABILITY; INDICATE ONE) | GRADE POINT AVERAGE | DEMO OR AMP | VETS PREF (Y/N) | LIST GRADE(S) REFERRED; (N) IF NOT REFERRED |
|---|---|---|---|---|---|---|---|
| Eisink, Donna | YES(○) NO | YES(○) NO | Edu | | D | YES NO(○) | 435-12 |
| Cindury, Don | YES(○) NO | YES(○) NO | Edu | | Non-Simf. | YES(○) NO | 435-12,13,14 (5pts) |
| Halverson, Dario | YES(○) NO | YES(○) NO | Edu | | D | YES NO(○) | 435-12 |
| Hille, Steven | YES(○) NO | YES(○) NO | Edu | 3.6 | D | YES NO(○) | 435-13 |
| Kierston, Scott | YES(○) NO | YES(○) NO | Edu | | D | YES NO(○) | 440-12 |
| Kumagai, Monte | YES(○) NO | YES(○) NO | Edu | | D | YES NO(○) | 440-12 |
| Lourentz, Britta | YES NO(○) | YES NO | | | | YES NO | N |
| McAlhany, Martin | YES NO(○) | YES NO | | | | YES NO | N |
| Mult, Brian | YES(○) NO | YES(○) NO | Edu | 3.54 | D | YES NO(○) | 440-13 |
| Perez, John | YES NO(○) | YES NO | | | | YES NO | N |
| Saha, Sukumar | YES(○) NO | YES(○) NO | Edu/Exp | | Amp | YES NO(○) | 440-14 |
| Sandeman, Douglas | YES NO(○) | YES NO | | | | YES NO | N |
| Trimble, Steven | YES NO(○) | YES NO | | | | YES NO | N |
| Vernnec, John | YES NO(○) | YES NO | | | | YES NO | N |

DF-004

PALM0000000263

EXHIBIT BB

## SUMMARY OF CANDIDATES

CASE FILE NUMBER: APS-XHW-0133

DEMO X   AMP X

POSITION TITLE, SERIES, GRADE: Introduction - Fire Generalist / Alt. + Pilot

LOCATION: Fabian AF

680440/0435-12-1314

| CANDIDATE NAME | BASIC ELIG (Y/N) | QUAL CAND (Y/N) | REASON (EDUC, EXPER, OR ABILITY; INDICATE ONE) | GRADE POINT AVERAGE | DEMO OR AMP | VETS PREF (Y/N) | LIST GRADE(S) REFERRED; (N) IF NOT REFERRED |
|---|---|---|---|---|---|---|---|
| Yuen, Chris | YES NO | YES NO | Edu. | 3.76 | D | YES NO | 440-12 |
| Zong, Xingha | YES NO | YES NO | Edu. | 3.40 | D | YES NO | 440-12 |
| O'Connor, Sandra | YES NO | YES NO | | | | YES NO | N |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |
| | YES NO | YES NO | | | | YES NO | |

DF-004

PALM0000000264