## DECLARATION

I, Alberto Pantoja, declare under penalty of perjury that the following is true:

1. I am the Research Leader for the United States Department of Agriculture, Agriculture Research Service ("ARS") in Fairbanks Alaska.

2. In 2004, ARS advertised the vacancy for the position in Palmer vacated by Dr. Carling. It was advertised as ARS-X4W-0133 and opened on January 5, 2004, and close on February 17, 2004. ARS sought a research geneticist/ plant physiologist to conduct research on genetics and/or plant physiology of arctic crop germplasm.

3. I received the copy of the applications and Certificates of Eligibles from the Human Resource Division, including Dr. Carling's. I selected the top three candidates for interview. I did not select Dr. Carling because I had just terminated him for the reasons stated in the termination letter. I was not concerned about any scientist's age. I was concerned about past performance and research skills. I had worked with Dr. Carling and was unhappy with his inability to keep me informed and to focus on his research project.

4. I reviewed the applications and selected Darrin Haagenson, Scott Kuerston, and Ivan Mott for interview. The position called for a plant physiologist or a geneticist. Although Dr. Carling had enough experience to qualify for the position, he was not the best applicant for the job because his training, experience, and research emphasis is in plant pathology.

5. Moreover, currently the state of the art for research in the fields of genetics and plant physiology is to explore plants on the molecular level. This type of research requires experience with the use of PCR techniques, molecular genetics (genomics), mapping genes, quantitative trait loci, and skills in applying, adapting, and modifying molecular markers analysis methods, procedures, and techniques to facilitate plant improvement and understanding plants physiological processes.

6. All three candidates selected for interview could perform research at the molecular level.

    A. Dr. Haagenson had a Ph.D. in agronomy and was a molecular plant physiologist. For his doctoral studies, he had investigated the molecular, physiological, and chemical changes associated with improved winter hardiness of fall dormant alfalfa. When he applied he was a Post-Doctoral Fellow in an ARS laboratory working on genetic, cultural, and environmental factors affecting sugar accumulation in sugar beets.

    B. Dr. Kuerston had a Ph.D. in molecular, cellular and developmental biology. When he applied he was a Post-Doctoral Fellow in a laboratory of genetics at the University of Wisconsin in Madison. He was researching the genetic and molecular basis of nematodes. He completed a Post-Doctoral Fellowship at the prestigious European Molecular Biology Laboratory in Heidelberg, Germany.

EXHIBIT CC

C. Dr. Mott was a geneticist. At the time he was already employed by ARS in Utah, working on wild grass and wheat water stress adaptation. He could bring innovative methods of genetic analysis to the research program where characterization of the genetics of arctic crop germplasm is the goal.

Thus, all three candidates whom I selected had experience on genomics, plant physiology or both and had the skills and experience needed for the position. Dr. Carling had no research experience on plant genetics, plant physiology or genomics. The candidates were very strong with skills, experience and publications at the molecular level. Among the candidates who were not selected for interview were three geneticist (Kumagai, Zeng, and Yuen), some with international experience. Dr. Carling, as a plant pathologist, was not the best suited candidate for the vacancy. ARS already had a plant pathologist on staff in Palmer and I was really looking for a plant physiologist or geneticist who could perform genomics research.

7. A panel later interviewed the three candidates and selected Dr. Haagenson and Dr. Keurston, but both declined the offer.

6. I did not select Dr. Carling for interview because I had just terminated him from the same position which ARS was trying to fill. I had reviewed his research prospectus and found it lacking. I had also interacted with him on organizational issues such as approval for travel and equipment purchases. I did not want to re-hire a scientist that I had already determined could not effectively do the job.

Date: 04-IUL-06

Alberto Pantoja, Ph.D.
ARS, Research Leader, Fairbanks, Alaska

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746