February 13, 2004                **ORIGINAL**

USDA, Agricultural Research Service
Human Resources Division
ATTN: Western Services Branch/ARS-X4W-0133
5601 Sunnyside Avenue
Beltsville, MD 20705-5106


Dear Ms. Reese:

Please accept this application for the Research Plant Physiologist position, GS-0435-12 (ARS-X4W-0133). My extensive background in abiotic stress physiology makes me an excellent candidate for this position.

I am currently a postdoctoral research associate at the USDA-ARS, Fargo, ND, investigating the genetic, cultural, and environmental factors associated with raffinose accumulation in sugarbeet. My doctoral research conducted at Purdue University focused on understanding the physiological, biochemical, biophysical, and molecular mechanisms controlling alfalfa stress tolerance. Much of my research has characterized whole plant responses under natural field conditions; including the effects of autumn harvest management on root physiology and winter survival of alfalfa, and investigating the physiological mechanisms controlling fall dormancy and their impact on winter hardiness and forage growth.

My past research and education has provided me the skills, and research philosophy necessary to be a valued asset to the USDA-ARS, National Plant Germplasm Resources Unit at Palmer, Alaska. I will merge my knowledge of plant growth and development, physiology, biochemistry, and molecular biology to critically evaluate processes and mechanisms that control plant growth and development in arctic and subarctic systems. Enclosed you will find my C.V., a description of specialized and related work experiences, PhD abstract, college transcripts, and personal contact information. If you have questions regarding my application, you can reach me at (218) 233-3562 or dmhaagenson@msn.com. I look forward to hearing from you.


Sincerely,

*Darrin M Haagenson*

Darrin M. Haagenson, Ph.D.

Enclosures: specialized-related work exp., CV, PhD abstract, transcripts, contact information

EXHIBIT DD

PALM0000000428

1. My doctoral studies conducted at Purdue University investigated the molecular, physiological, and biochemical changes associated with improved winter hardiness of fall dormant alfalfa germplasm. At the University of Guelph, I examined the effects of low night temperature during the grain-filling period on carbon exchange rates and photosynthetic gene expression. I am currently conducting research on sugarbeet physiology as a postdoctoral research associate at the USDA-ARS, Fargo, ND, under the direction of Dr. Karen L. Klotz. I am isolating genes involved in sugarbeet raffinose biosynthesis and I am monitoring their transcript abundance, enzyme activity assays, and raffinose contents at various growth and storage conditions. By conducting gene expression and protein activity assays on the enzymes responsible for raffinose biosynthesis, we hope to identify the physiological, biochemical, and environmental factors associated with sugarbeet raffinose accumulation. I have experience in protein and carbohydrate quantification, enzyme assays, Western blotting, high performance liquid chromatography, gas chromatography, LI-COR measurement, DNA and RNA isolation, PCR, RT-PCR, cDNA library screening, and Northern blotting. In addition to my work experience, I have taken 10 graduate level courses in plant molecular biology, physiology, and biochemistry.

2. Throughout my graduate education and post-doctoral research appointments, I have been responsible for adapting laboratory techniques to fit the various research program objectives. For my master's research conducted at American Crystal Sugar Company, I devised a protocol used to assess sugarbeet seedling freezing tolerance. My doctoral work conducted at Purdue University characterized changes in root physiology associated with improved winter hardiness among genotypes possessing contrasting fall dormancy. Various protein, carbohydrate, and RNA protocols were adapted to avoid interference of high starch contents, phenolics and other secondary metabolites found in roots of legume species. During my post-doctoral research conducted at the University of Guelph, I set up and arranged the molecular lab as the laboratory had no prior experience with RNA protocols. As a post-doctoral research associate at the USDA-ARS, Fargo, ND, I am currently adapting enzyme activity assays for determination of raffinose biosynthesis in sugarbeet.

3. I have been responsible for the design and implementation of research projects conducted during my Ph.D. studies and postdoctoral research positions. I have initiated collaborative research efforts, and have supervised laboratory technicians, visiting scientists, and students. I have published my results 'Autumn defoliation effects on alfalfa winter survival, root physiology, and gene expression', and 'Root physiology of less fall dormant, winter hardy alfalfa selections' in the 2003 Crop Science Journal, Volume 43, pages 1340-1348, and 1441-1447, respectively. Refer to my C.V. for full list of publications.

PALM0000000429

Related Work Experience:                                                  (Haagenson, Darrin Mark)

**Post-Doctoral Research Associate,**
USDA-ARS, Northern Crop Science Laboratory, Fargo, ND, June 2003-present
Supervisor: K. L. Klotz
- Investigating genetic and environmental factors that influence raffinose accumulation in sugarbeet using biochemical, physiological, and molecular techniques.

**Post-Doctoral Research Associate,**
University of Guelph, Department of Plant Agriculture, Guelph, ON, June 2002-May 2003
Advisors: M. Tollenaar and E.A. Lee
- Monitored carbon exchange rates (CER) and photosynthetic gene expression during grain-filling period of maize among short season maize hybrids.
- Examined the effects of low night temperature during the grain-filling period on CER and gene expression.

**Graduate Research Assistant - Crop Physiology and Ecology**
Purdue University, Department of Agronomy, West Lafayette, IN, June 1998 – Dec 2001
Major Advisor: J. J. Volenec
- Conducted research on physiological mechanisms associated with alfalfa winter survival.
- Investigated the effects of untimely autumn defoliation on root carbon and nitrogen metabolism.
- Characterized the expression of several alfalfa cold hardiness genes.
- Monitored root water relations during alfalfa cold acclimation in an attempt to characterize the biophysical changes preceding winter.

**Lab Technician / Graduate Research Assistant**
American Crystal Sugar Company, Moorhead MN: January 94 - March 98
North Dakota State University, Fargo ND: August 95 – May 98
Advisors: W.P. Doley and E.L. Deckard
- In partial fulfillment of my M.S. degree, devised a protocol used to assess sugarbeet seedling freezing tolerance.
- Performed ovule and tissue culture to derive elite germplasm sources used for varietal development.
- Investigated resistance mechanisms to sugarbeet root rots caused by *Aphanomyces cochliodes* and *Rhizoctonia solani*.
- Screened sugarbeet germplasm for DNA markers associated with Rhizomania resistance.

# Curriculum Vitae

Darrin M. Haagenson,
1102 2nd St. South
Moorhead, MN 56560
phone: (218) 233-3562
E-mail: dmhaagenson@msn.com

Education:
Ph.D.  Agronomy (Crop Physiology and Ecology), 2001, Purdue University, West Lafayette, IN
M.S.   Crop and Weed Sciences, 1998, North Dakota State University, Fargo, ND
B.A.   Biology, 1995, Concordia College, Moorhead, MN

Professional Positions Held:
06/2003-pres.  Plant Physiologist, USDA-ARS, Fargo, ND
2002-2003      Post-Doctoral Research Associate, University of Guelph, ON, Canada
1998-2001      Graduate Research Assistant, Purdue University, West Lafayette, IN
1995-1998      Graduate Research Assistant, North Dakota State University, Fargo, ND
1994-1998      Lab Technician, American Crystal Sugar Company, Moorhead, MN

Memberships in Honorary and Academic Societies:
American Society of Plant Biologists
American Society of Agronomy
Crop Science Society of America
Gamma Sigma Delta - Honors Society of Agriculture

Teaching/Outreach:
Guest lecturer for senior level crop physiology and forage management classes.
Graduate Teaching Assistant for an undergraduate genetics laboratory course.
    Mentored seven undergraduate students' research projects.
Nominated to compete at the Emerging Scientist Competition of the American Forage and
    Grassland Council Annual Meeting held in Springdale, Arkansas, April 22-25, 2000.
Invited to give a talk "Improving winter survival of alfalfa without sacrificing yield- what we
    know" at Purdue Forage Day, June 22, 2000.
Participated in a cooperative education program where I mentored both high school and
    undergraduate students interested in pursuing careers in agriculture or advanced degrees
    in the plant sciences.

Publications:
Haagenson, D.M., S.M. Cunningham, B.C. Joern, and J.J. Volenec. 2003. Autumn defoliation
    effects on alfalfa winter survival, root physiology, and gene expression. Crop Sci.
    43:1340-1348.
Haagenson, D.M., S.M. Cunningham, and J.J. Volenec. 2003. Root physiology of less fall
    dormant, winter hardy alfalfa selections. Crop Sci. 43: 1441-1447.

Volenec, J.J., S.M. Cunningham, D.M. Haagenson, W.K. Berg, B.C. Joern, and D.W. Wiersma. 2002. Physiological genetics of alfalfa improvement; past failures, future prospects. Field Crops Res. 75:97-110.

Shibli, R.A., D.M. Haagenson, W.K. Berg, S.M. Cunningham, and J.J. Volenec. 2001. Cryopreservation of alfalfa (*Medicago sativa* L.) cells by encapsulation-dehydration. Plant Cell Rpts. 20:445-450.

Other Research Publications:

Haagenson, D. M., S.M. Cunningham, and J.J. Volenec. 2001. Fall cutting effects on winter survival and root reserves of alfalfa. pp.131-135. *In* T. Terrill (ed.). Proc. Amer. Forage and Grassl Conf., Springdale, AR, April 22-25.

Published Abstracts:

Haagenson, D. M., S. M. Cunningham, and J. J. Volenec. 2001. Water relations and dehydrin gene expression in roots of contrasting alfalfa cultivars during cold acclimation. Abstr. #387. Amer. Soc. Plant Biol. Annual Meeting. http://www.rycomusa.com/aspp2001/public/P33/0690.html.

Shibli, R. A., D. M. Haagenson, W. K. Berg, S. M. Cunningham, and J. J. Volenec. 2000. A simple protocol for cryopreservation of alginate-coated alfalfa cells. Agron. Abstr. p. 147.

Cunningham, S. M., D. M. Haagenson, W. K. Berg, and J. J. Volenec. 2000. Isolation and characterization of cDNAs for vegetative storage proteins from alfalfa taproots. Agron. Abstr. p. 126.

Haagenson, D. M., S. M. Cunningham, and J. J. Volenec. 2000. Cold acclimation, root water relations, and alfalfa winter hardiness. Agron. Abstr. p. 123.

Shibli, R. A., D. M. Haagenson, W. K. Berg, S. M. Cunningham, and J. J. Volenec. 2000. Cryopreservation of *Medicago sativa* L. cells by encapsulation-dehydration. Plant Physiol. 123(S):415.

Cunningham, S. M., D. M. Haagenson, W. K. Berg, and J. J. Volenec. 2000. Expression of vegetative storage protein genes in *Medicago sativa* L. taproots during stress and plant development. Plant Physiol. 123(S):951.

Haagenson, D. M., S. M. Cunningham, and J. J. Volenec. 2000. Autumn defoliation effects on cold acclimation, winter hardiness, and root gene expression of *Medicago sativa* L. Plant Physiol. 123(S):443.

Haagenson, D. M., S. M. Cunningham, and J. J. Volenec. 2000. Untimely autumn defoliation alters winter survival, and carbohydrate and protein metabolism in alfalfa roots. Proc. North American Alfalfa Improvement Conference. July 16 to 19, Madison WI. p.333.

Cunningham, S. M., D. M. Haagenson, W. K. Berg, and J. J. Volenec. 2000. Identification and characterization of a vegetative storage protein gene family in alfalfa (*Medicago sativa* L.) roots. International. Soc. Plant Mol. Biol. 18:2:S31-17.

Haagenson, D. M., S. M. Cunningham, and J. J. Volenec. 1999. Effects of autumn harvest management on root physiology and winter survival of alfalfa. Agron. Abstr. p 89.

Haagenson, D. M., W. P. Doley, J. P. Palta, and E. L. Deckard. 1997. An in vitro assay for estimating freezing tolerance in sugarbeet (*Beta vulgaris* L.). Agron. Abstr. p. 101.

Ph.D. dissertation Abstract: Darrin M. Haagenson, Purdue University, December 2001.

Physiological Analysis of Alfalfa (*Medicago sativa* L.) Winter Hardiness Among Cultivars Exhibiting Contrasting Fall Dormancy.

Fall dormant cultivars exhibit prostrate growth in autumn, slow shoot elongation after hay harvest in summer, and they are winter hardy. Nondormant cultivars are desirable because of the potential for additional harvests due to increased shoot elongation rates in summer and erect growth habit in autumn, however, they have poor winter survival. The physiological mechanisms causing fall dormancy-induced differences in shoot growth in autumn and winter hardiness are not understood. The goal of this research was to investigate the physiological, biochemical, biophysical, and molecular changes associated with genetic and management-induced differences in alfalfa winter hardiness. Increased root sugar, amino N, and protein concentrations in December were closely associated with fall dormancy and decreased winter injury of winter hardy experimental germplasms selected for decreased fall dormancy, but this study revealed no association between improved winter hardiness and cold hardiness gene expression. Many freezing-tolerant species have altered water relations during cold acclimation, increased osmolality and sugar concentrations, and accumulate cold-regulated proteins such as dehydrins. In our study, root water content in autumn was not associated with genetic variation in winter survival, but soluble sugar concentrations and osmolality of cell sap from roots and suspension cell cultures increased with cold acclimation. Alfalfa dehydrin transcript abundance from field-grown plants and suspension cell cultures increased with cold acclimation. Dehydrin transcript abundance was closely associated with improved winter survival. Non-dormant, nonhardy plants had decreased dehydrin abundance when compared to fall dormant cultivars in early winter. However, the association between dehydrin protein abundance and improved alfalfa freezing tolerance is not clear because dehydrin abundance increased after cold acclimation, regardless of genetic variation in winter hardiness. Cold acclimated suspension cell cultures had increased dehydrin transcript abundance, but large cell line-specific differences in induction were observed. Mid-October defoliation increased winter injury and reduced spring vigor. October defoliation significantly reduced root protein and starch concentrations in December, but surprisingly, October defoliation increased root sugar concentrations; a trait that until now has been consistently associated with improved winter survival. In addition, October defoliation did not affect the expression of several alfalfa cold hardiness genes in December. Clearly more studies are needed to identify additional mechanisms controlling the complex association of fall dormancy and winter survival.

PALM0000000433

Case 3:04-cv-00211-JKS   Document 35-6   Filed 08/07/2006   Page 7 of 12

BIRTHDATE DEC. 14, 1974

| Course Number | Title | Comments | Cr. Hrs. | Grade | Course Number | Title | Comments | Cr. Hrs. | Grade | Pts. |
|---|---|---|---|---|---|---|---|---|---|---|

*********************************** UNIVERSITY *********************************** PURDUE *********************************** UNIVERSITY *********************************** PURDUE ***********************************

1998 SUMMER 05/18-08/07
AGRY 699 RESEARCH PHD THESIS 07    A    GR B02    W LAFAYETTE
                                   0.0  S

1998-1999 1ST SEMESTER
BCHM 561 GENERAL BIOCHEMISTRY I    A    GR B02    W LAFAYETTE
HORT 551 BIOPHYS PLANT PHYSIOL     A                3.0  A   12.0
AGRY 699 RESEARCH PHD THESIS 03    A    GR B02    12.0  A   12.0
STAT 511 STATISTICAL METHODS       A                3.0  A   12.0
                                                    3.0  A   12.0
CUM 4.00   9.0  36.0               SEM 4.00  9.0   36.0

1999 SUMMER 05/17-08/06
AGRY 699 RESEARCH PHD THESIS 07    A    GR B02    W LAFAYETTE
                                                    0.0  S

1999-2000 2ND SEMESTER
AGRY 699 RESEARCH PHD THESIS 03    A    GR B02    W LAFAYETTE
HORT 562 GEN BIOCHEMISTRY II       A                0.0  S
BIOL 550 PLANT MOLEC BIOL          B                3.0  B    9.0
HORT 553 PLANT GROWTH & DEVELOP    B                3.0  B    9.0
                                                    3.0  B    9.0
CUM 3.50  18.0  63.0               SEM 3.00  9.0   27.0

2000 SUMMER 05/15-08/04
AGRY 699 RESEARCH PHD THESIS 07    A    GR B02    W LAFAYETTE
                                                    0.0  S

2000-2001 1ST SEMESTER
AGRY 505 FORAGE MANAGEMENT         A    GR B02    W LAFAYETTE
AGRY 525 CROP PHYSIOL AND ECOL     A                3.0  A   12.0
AGRY 699 RESEARCH PHD THESIS 06    A                3.0  A   12.0
                                                    6.0           24.0
CUM 3.61  31.0 112.0               SEM 4.00

1999-2000 2ND SEMESTER
AGRY 224 INTRO ANALYSIS II         A    GR B02    W LAFAYETTE
MA                                                  0.0  S
CUM 3.50  18.0  63.0               SEM

2000-2001 2ND SEMESTER
AGRY 699 RESEARCH PHD THESIS 12    D    GR B02    W LAFAYETTE
                                                    0.0  S

2001 SUMMER 05/14-08/03
AGRY 692 CROP BREEDING SEMINAR     C    GR B02    W LAFAYETTE
AGRY 699 RESEARCH PHD THESIS 11    C                1.0  A    4.0
                                                    0.0  S
CUM 3.63  32.0 116.0               SEM 4.00        1.0        4.0

2001-2002 1ST SEMESTER
AGRY 699 RESEARCH PHD THESIS 07    D    GR B02    W LAFAYETTE
                                                    0.0  S

CREDIT FROM NORTH DAKOTA ST UNIV/FARGO

STAT 514 DESIGN OF EXPERIMENT      SEM 3.57 7.0 25.0
CUM 3.52 25.0 88.0

1998-1999 1ST SEMESTER CREDIT FROM NORTH DAKOTA ST UNIV/FARGO
PBT 782
PBT 784
PLSC 724        4.0 CR
PLSC 726        4.0 CR
PLSC 790        3.0 CR
PLSC 654        1.0 CR
NRTH 647        3.0 CR
SOIL 655        3.0 CR

DOCTOR OF PHILOSOPHY
FIELD OF STUDY: AGRONOMY
SPECIALIZATIONS: CROP PHYSIOLOGY & ECOLOGY
AWARDED BY PURDUE UNIVERSITY AT WEST LAFAYETTE CAMPUS
DECEMBER 2002

02/00 PHD PLAN   09/00 PRELIM
*** END OF RECORD ***

SEAL NOT REQUIRED
OFFICIAL TRANSCRIPT DOES NOT
REQUIRE A RAISED SEAL

"I CERTIFY THAT THIS IS A CORRECT TRANSCRIPT OF THE RECORD OF THE ABOVE STUDENT.

REGISTRAR

FEDERAL LAW PROHIBITS THE RELEASE OF INFORMATION FROM THIS TRANSCRIPT WITHOUT THE WRITTEN CONSENT OF THE INDIVIDUAL WHOSE RECORD IT IS.

ALTERATION OR FORGERY OF THIS DOCUMENT MAY BE A CRIMINAL OFFENSE. EXPLANATION KEY AND AUTHENTICITY CONFIRMATION INFORMATION ON REVERSE SIDE.

PALM0000000434

# NDSU

NORTH DAKOTA STATE UNIVERSITY
Office of the Registrar — Fargo, North Dakota 58105

APT 2
FARGO ND 58102
HIGH SCHOOL:

BIRTH DATE: 12-12-72

NDSU

| COURSE | TITLE | CREDITS | GRADE | COURSE | TITLE | CREDITS | GRADE |
|---|---|---|---|---|---|---|---|
| FALL 1995 | | | | | DEGREE: M S    05-09-98 | | |
| CWS 724 | AGRICULTUR/CROP AND WEED SCIENCES | 3.00 | A | | MAJOR 1: CROP AND WEED SCIENCES | | |
| CWS 726 | FIELD DESIGN I | 3.00 | A | | | | |
| BOT 784 | PLANT BREEDING | 4.00 | A | | ** END OF RECORD ** | | |
| | PHOTOBIOLOGY OF PLANTS | | | | | | |
| CUM: 10.00 | INST: 10.00 TERM: 10.00 | | | | | | |
| SPR 1996 | | | | | | | |
| PPTH 654 | AGRICULTUR/CROP AND WEED SCIENCES | 3.00 | A | | | | |
| SOIL 647 | DISEASES OF FIELD/FORAGE CROPS | 3.00 | A | | | | |
| PLSC 798 | MICROCLIMATOLOGY | 3.00 | S | | | | |
| | MASTERS THESIS | | | | | | |
| CUM: 19.00 | INST: 19.00 TERM: 9.00 | | | | | | |
| SUM 1996 | | | | | | | |
| PLSC 798 | AGRICULTUR/CROP AND WEED SCIENCES | 2.00 | S | | | | |
| | MASTERS THESIS | | | | | | |
| CUM: 21.00 | INST: 21.00 TERM: 2.00 | | | | | | |
| FALL 1996 | | | | | | | |
| BOT 782 | AGRICULTUR/CROP AND WEED SCIENCES | 4.00 | A | | | | |
| PLSC 798 | REGULATION OF PLANT GROWTH | 2.00 | S | | | | |
| SOIL 655 | MASTERS THESIS | 3.00 | A | | | | |
| | SOIL CHEMISTRY | | | | | | |
| CUM: 30.00 | INST: 30.00 TERM: 9.00 | | | | | | |
| SPR 1997 | | | | | | | |
| PLSC 790 | AGRICULTUR/CROP AND WEED SCIENCES | 1.00 | S | | | | |
| PLSC 798 | GRADUATE SEMINAR | 2.00 | S | | | | |
| | MASTERS THESIS | | | | | | |
| CUM: 33.00 | INST: 33.00 TERM: 3.00 | | | | | | |
| SUMM 1997 | | | | | | | |
| PLSC 798 | AGRICULTUR/CROP AND WEED SCIENCES | 1.00 | S | | | | |
| PLSC 793 | MASTERS THESIS | 1.00 | S | | | | |
| | IS/STATISTICAL CONSULTING | | | | | | |
| CUM: 35.00 | INST: 35.00 TERM: 2.00 | | | | | | |
| FALL 1997 | | | | | | | |
| PLSC 798 | AGRICULTUR/CROP AND WEED SCIENCES | (R) P | | | | | |
| | MASTERS THESIS | | | | | | |
| CUM: 35.00 | INST: 35.00 TERM: 0.00 | | | | | | |
| SPR 1998 | | | | | | | |
| PLSC 798 | AGRICULTUR/CROP AND WEED SCIENCES | (R) P | | | | | |
| | MASTERS THESIS | | | | | | |
| CUM: 35.00 | INST: 35.00 TERM: 0.00 | | | | | | |
| HRS AVG:CUM: | 24.00 | | 96.00 | | | | |

JAMES WILLS
1150 LILLY HALL
PURDUE UNIVERSITY
W LAFAYETTE IN 47907-1150

*Please see reverse side of transcript for explanation.*

# Concordia College
MOORHEAD, MINNESOTA

**Official Academic Transcript**

Student Number: 910246
Name: Haagenson, Darrin Mark
Birth Name:

RR 2 Box 134
Thief River Fls MN 56701

Entrance Date: 08/25/91

| Dept | Crs | Title | Credit | Gr | GP | CD |
|------|-----|-------|--------|----|----|----|
| \-\-\- | | Fall 1991-92 | | | | |
| BIOL | 121A | VERTEBR. BIOLOGY | 1.00 | B+ | 3.30 | |
| DISC | 101 | COMPOSITION I | .50 | A | 1.85 | |
| DISC | 109 | ORAL COMMUN. | .50 | A | 1.85 | |
| MATH | 121A | CALCULUS I | (1.00) | D | | R |
| PRIN | 101 | FOUND OF LIB ARTS | 1.00 | A- | 3.70 | |
| Attempted: 3.00  Passed: 3.00  GP: 10.70  Term GPA: 3.566 |
| \-\-\- | | Spring 1991-92 | | | | |
| BIOL | 122 | INTRO BIOL KNGDMS | 1.00 | A- | 3.70 | |
| DISC | 102 | COMPOSITION II | .50 | B | 1.50 | |
| DISC | 103 | COMPOSITION III | .50 | C+ | 1.15 | |
| HIST | 110D | U.S. IN PERSPECT | 1.00 | B+ | 3.30 | |
| REL | 100 | WORD & SACRAMENT | 1.00 | B | 3.00 | |
| Attempted: 4.00  Passed: 4.00  GP: 12.65  Term GPA: 3.162 |
| \-\-\- | | Fall 1992-93 | | | | |
| BIOL | 224 | GENERAL BOTANY | 1.00 | A- | 3.70 | |
| CHEM | 127A | GENERAL CHEM I | 1.00 | B- | 2.70 | |
| P ED | 112 | WEIGHT TRAINING | .25 | A | 1.00 | |
| PSYC | 111B | GENERAL PSYCH | 1.00 | A | 4.00 | |
| SPAN | 110C | SPAN IN MOD WORLD | 1.00 | A | 4.00 | |
| Attempted: 4.25  Passed: 4.25  GP: 15.40  Term GPA: 3.623 |
| \-\-\- | | Spring 1992-93 | | | | |
| BIOL | 324 | INVERTEBRATE ZOOL | 1.00 | A | 4.00 | |
| CHEM | 128 | GENERAL CHEM II | 1.00 | B- | 2.70 | |
| MATH | 121A | CALCULUS I | 1.00 | S | .00 | |
| MUS | 101E | INTRO ART OF MUS | 1.00 | A- | 3.70 | |
| P ED | 111 | WELLNESS/FITNESS | .25 | B+ | .82 | |
| Attempted: 4.25  Passed: 4.25  GP: 11.22  Term GPA: 3.452 |
| \-\-\- | | Summer I 1993 | | | | |
| BIOL | 407 | MICROBIOLOGY | 1.00 | A | 4.00 | |
| Attempted: 1.00  Passed: 1.00  GP: 4.00  Term GPA: 4.000 |
| \-\-\- | | Fall 1993-94 | | | | |
| CHEM | 341 | ORGANIC CHEM I | 1.00 | A- | 3.70 | |
| E SC | 105A | ASTRONOMY | 1.00 | A | 4.00 | |
| HLTH | 142 | SAFETY EDUC | .50 | A- | 1.85 | |
| REL | 320 | WORSHIP | 1.00 | S | .00 | |
| Attempted: 3.50  Passed: 3.50  GP: 9.55  Term GPA: 3.820 |
| \-\-\- | | Spring 1993-94 | | | | |
| BIOL | 303X | BIOMED. ETHICS | 1.00 | A- | 3.70 | |
| BIOL | 390 | COOP. EDUCATION | 1.00 | A- | 3.70 | |
| BIOL | 415 | GENETICS | 1.00 | B+ | 3.30 | |
| CHEM | 342 | ORGANIC CHEM II | 1.00 | A- | 3.70 | |
| Attempted: 4.00  Passed: 4.00  GP: 14.40  Term GPA: 3.600 |
| \-\-\- | | Summer I 1994 | | | | |
| PHYS | 111A | GEN COLL PHYS I | 1.00 | B+ | 3.30 | |
| Attempted: 1.00  Passed: 1.00  GP: 3.30  Term GPA: 3.300 |
| \-\-\- | | Summer II 1994 | | | | |
| PHYS | 112 | GEN COLL PHYS II | 1.00 | A | 4.00 | |
| Attempted: 1.00  Passed: 1.00  GP: 4.00  Term GPA: 4.000 |

| Dept | Crs | Title | Credit | Gr | GP |
|------|-----|-------|--------|----|----|
| \-\-\- | | Fall 1994-95 | | | |
| ART | 111E | 2-D FOUNDATIONS | 1.00 | B+ | 3.30 |
| BIOL | 405 | GENERAL ECOLOGY | 1.00 | A | 4.00 |
| CHEM | 373 | BIOCHEMISTRY I | 1.00 | B | 3.00 |
| Attempted: 3.00  Passed: 3.00  GP: 10.30  Term GPA: |
| \-\-\- | | Spring 1994-95 | | | |
| BIOL | 418 | PLANT PHYSIOLOGY | 1.00 | A | 4.00 |
| E SC | 302 | GEOLOGY | 1.00 | A | 4.00 |
| PSYC | 230 | STAT PSYCH MEAS | 1.00 | A | 4.00 |
| Attempted: 3.00  Passed: 3.00  GP: 12.00  Term GPA: |

|           | Attempt | Pass  | Pend | Fail | GP     |
|-----------|---------|-------|------|------|--------|
| Concordia | 32.00   | 32.00 | .00  | .00  | 107.52 |
| Overall   | 32.00   | 32.00 | .00  | .00  | 107.52 |

Date of Graduation: 04/30/95
Degree: Bachelor of Arts
Honors: Magna Cum Laude

Major(s):
 Biology

Minor(s):
 Chemistry

************************ END OF RECORD ************************

24223

Graduate Studies Office
Dept. of Agronomy
Purdue University
West Lafayette   IN 47907-1150

Official transcript only if registrar's signature and embossed Concordia College seal are affixed.



CHERIE R. HATLEM
Registrar

This record may not be issued to a third party without the permission of the student.

PALM0000000436

Haagenson, Darrin Mark
Social Security #:

Application for Research Plant Physiologist, GS-0435-12, Announcement #:ARS-X4W-0133.

Mailing Address: 1102 2nd St. South, Moorhead, MN 56560
Phone: day (701) 239-1302
Phone: evenings (218) 233-3562
Email: dmhaagenson@msn.com

My current supervisor, Dr. Karen Klotz, may be contacted (701) 239-1356.

Highest Level of Education:
Ph.D., Agronomy (Crop Physiology and Ecology), Purdue University, West Lafayette, IN

Country of Citizenship: U.S.A.
Veterans Preference: Not Applicable
Highest Federal Civilian Grade: GS-0435-11, (June, 03 – present)

Most recent performance appraisal: see attached

The following is a list of persons familiar with my work experience.

Dr. Karen L. Klotz
PO Box 5677
USDA-ARS, Fargo ND, 58105      239-1314 -Lcb
Phone: 701-239-1356
E-mail: klotzk@fargo.ars.usda.gov

Dr. Jeffrey J. Volenec
Purdue University
Department of Agronomy
West Lafayette, IN 47907-1150
Phone: 765-494-8071
E-mail: jvolenec@purdue.edu

Dr. Edward L Deckard
North Dakota State University
Department of Plant Sciences
Fargo, ND 58105-5051
Phone: 701-231-8139
E-mail: Edward.Deckard@ndsu.nodak.edu

# Performance Appraisal

| | | | |
|---|---|---|---|
| | | 2T8885 | GS 0435 |
| 5 Name (Last, First, Middle Initial)<br>Haagenson, Darrin M. | 6 Grade/Step or Pay Level<br>GS-11/01 | 7 Appraisal Period<br>From: 6-23-2003<br>To: 12/31/2003 | |
| 8 Official Position Title<br>Plant Physiologist | 9 Organization Structure Code<br>03-50-54-5442-05-30-00 | | |
| 10 Duty Station<br>NCSL, 1307 18th Street N<br>Fargo, ND 58105 | 11 Funding Unit<br>401-5442-090 | 12 Agency Use | 13 NFC Use |

## Instructions

Blocks 1 through 10, completed by NFC, should be reviewed and, if necessary, corrected.
Block 11. Enter funding unit number.
Block 14. Enter brief description of performance elements.
Block 15A. Check performance elements identified as critical.
Blocks 15B, 15C, 15D. Rate actual performance by entering 2 for critical Elements and 1 for non-critical elements in appropriate column.

Blocks 15E, 15F, 15G. Enter total of each column.
Block 15H. Enter total from 15E, 15F, and 15G.
Block 16A. Check off the correct summary rating Described in decision table (16B).
Blocks 17 through 22. Self-explanatory.

| 14<br>Performance Elements | 15A<br>Critical Element (✓) | 15B<br>Exceeds Fully Successful | 15C<br>Meets Fully Successful | 15D<br>Does Not Meet Fully Successful |
|---|---|---|---|---|
| 1) Plans Research. | X | 2 | | |
| 2) Conducts Personal/Team Research. | X | 2 | | |
| 3) Interprets and Reports Research. | X | | 2 | |
| 4) Manages Physical and Fiscal Resources. | | 1 | | |
| 5) Provide Advise, Counsel and Technical Information. | | | 1 | |
| 6) Equal Opportunity and Civil Rights (EEO/CR). | X | | 2 | |
| 7) | | | | |
| 8) | | | | |
| 9) | | | | |
| 10 | | | | |

**16B Decision Table** (check off Summary Rating in block 16A)

Rating of Outstanding if 15E equals 15H.
Rating of Unacceptable if any critical element is rated in 15D.
Rating of Superior if no element is rated in 15D; 15F is greater than zero; and 15E is greater than 15F.
Rating of Marginal if 15G is greater than 15E, and no critical element is rated 15D.
Rating of Fully successful if none of the above apply

| 15E Exceeds | 15F Meets | 15G Does Not Meet |
|---|---|---|
| 5 | 5 | |

15H Enter Total (15E + 15F + 15G = 15H): 10

**16A Summary Rating** (See Decision Table in 16B)

[ ] Outstanding
[ ] Superior
[X] Fully successful
[ ] Marginal
[ ] Unacceptable

17 Employee - Standards of Conduct and Ethical Responsibilities (Check off appropriate boxes)
a. I have a copy of the Governmentwide standards of ethical conduct and any USDA and agency Supplemental regulations governing conduct — [✓] YES [ ] NO
b. I attended the required annual ethics training. — [✓] YES [ ] NO

18 Employee's signature: *Darrin M Haagens* | Date 1/27/04   If employee did not sign, state reason.
(Instructions for resolutions of disputes are on the reverse of employee copy.)

19 Supervisor's Signature: *[signature]* | Date 1/27/04
20 Reviewer's Signature: *Buffe* | Date 1/26/04
21 Approving Official's or Funding Unit Manager's Signature (optional) | Date

Form AD-435P (3/93)

PALM0000000438

‑head MN 56560

FIRST CLASS

FIRST CLASS

USDA, Agricultural Research Service
Human Resources Division
Attn: Western Services Branch/ARS-X4W-013
5601 Sunnyside Avenue
Beltsville, MD 20705-5106



PALM0000000439