

# University of Wisconsin—Madison
Laboratory of Genetics
College of Agricultural and Life Sciences and the Medical School
445 Henry Mall
Madison, Wisconsin 53706-1574
(608) 262-1069
FAX (608) 262-2976

## FACSIMILE TRANSMISSION FORM

Lab 608-265-2862

Please deliver this FAX transmission to:    DATE: 2/17/04

TO: Name _Ms. Franky Reese_

Dept. _USDA, Ag. Research Service_

Address _5601 Sunnyside Ave, Beltsville, MD 20705_

Phone _____

FAX No. _301-504-1535_

No. of pages (including this one) _9_

FROM: _Dr. Scott Kuersten_

Room _402_ Genetics

445 Henry Mall

Madison, WI 53706

Phone: _608-265-2862_

FAX No. (608)262-2976

If there are any problems with transmission of this document, please call FAX Operator at (608)262-1069

COMMENTS:

Application for job vacancy
ARS-X4W-0133

PALM0000000473

EXHIBIT EE

2/17/04

Ms. Franky Reese
USDA, Agricultural Research Service
ATTN: Western Services Branch/ARS-X4W-0133
5601 Sunnyside Ave.
Beltsville, MD 20705-5106
Fax: 301-504-1535

Dear Ms. Reese,

Please find in this fax application materials for the job vacancy ARS-X4W-0133; Research Geneticist at the National Plant Germplasm Resources Unit in Palmer, Alaska. My transcript from Indiana University representing my doctoral research has been requested and should arrive by Fax to you today. Thank you for your assistance.

Sincerely,

Dr. Scot Kuersten
rskuersten@wisc.edu

PALM0000000474

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| Research Geneticist/Plant Physiologist | 12/13/14 | ARS-X4W-0133 |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| Kuersten | R. Scott | |

| 6 Mailing address | | 7 Phone numbers (include area code) |
|---|---|---|
| 5451 Williamsburg Way #306 | | Daytime ( 608 ) 262-2865 |
| City | State ZIP Code | Evening ( 608 ) 225-8575 |
| Madison | WI  53719 | |

## WORK EXPERIENCE

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

**1) Job title (if Federal, include series and grade)**
Postdoctoral Fellow

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 04/02 | 02/04 | $38,412 | year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| Laboratory of Genetics, University of Wisconsin-Madison | Dr. Betsy Goodwin |
| 445 Henry Mall, Madison, WI 53706 | ( 608 ) 265-2865 |

Describe your duties and accomplishments

I am currently a Postdoctoral Fellow in the lab of Dr. Betsy Goodwin at the Laboratory of Genetics, University of Wisconsin-Madison. My duties primarily include my research into the genetics and molecular biology of sex determination in the nematode C. elegans. I also supervise graduate and undergraduate students with their research projects. I have developed new assays and experimental tools that have greatly expanded our understanding of the mechanism of sex determination. In 2002, Dr. Goodwin and I wrote an article published in the journal Nature Reviews Genetics reviewing the role of RNA metabolism in the development of eukaryotes. Based upon my research we have also submitted a manuscript for publication in a peer-reviewed journal and are currently waiting for the results of the review process.

**2) Job title (if Federal, include series and grade)**
Postdoctoral Fellow

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 11/97 | 40/1 | $30,000 | year | 40 |

| Employer's name and address | Supervisor's name and phone number |
|---|---|
| European Molecular Biology Laboratory, Meyerhofstr. 1, | Dr. Iain Mattaj |
| D-69126, Heidelberg, Germany | ( ) - |

Describe your duties and accomplishments

Following my Ph.D. dissertation I worked as a Postdoctoral Fellow in the lab of Dr. Iain Mattaj at the European Molecular Biology Laboratory (EMBL) in Heidelberg, Germany. The EMBL is an internationally funded institute dedicated to research in all fields of biological and medical research. In the Mattaj lab I pursued projects involving the transport of macromolecules between the nucleus and cytoplasm. A process important for basic cellular and viral functions. This work led to a number of publications in peer-reviewed journals(see below) that reflect not only my own experiments but also a variety of collaborations with other scientists. My technical training was invaluable, but most importantly was the analytical and problem solving skills I acquired during my time at the EMBL. I was funded for part of my tenure in Germany through an N.I.H. postdoctoral fellowship.

Note: the phone number for Dr. Mattaj is +49-6221-38 73 93. Since it is a german number it will not fit properly into the spaces provided above.

## GENERAL INFORMATION

Optional Form 612 (September 1994) (EG)
U.S. Office of Personnel Management

You may apply for most Federal jobs with a resume, the attached *Optional Application for Federal Employment* or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job. Type or print clearly in dark ink. Help speed the selection process by keeping your application brief and sending only the requested information. If essential to attach additional pages, include your name and Social Security Number on each page.

- For information on Federal employment, including job lists, alternative formats for persons with disabilities, and veterans' preference, call the U.S. Office of Personnel Management at 912-757-3000, TDD 912-744-2299, by computer modem 912-757-3100, or via the Internet at http://www.usajobs.opm.gov.
- If you served on active duty in the United States Military and were separated under honorable conditions, you may be eligible for veterans' preference. To receive preference if your service began after October 15, 1976, you must have a Campaign Badge, Expeditionary Medal, or a service-connected disability. Veterans' preference is not a factor for Senior Executive Service jobs or when competition is limited to status candidates (current or former career or career-conditional Federal employees). Most Federal jobs require United States citizenship and also that males over age 18 born after December 31, 1959, have registered with the Selective Service System or have an exemption.
- The law prohibits public officials from appointing, promoting, or recommending their relatives.
- Federal annuitants (military and civilian) may have their salaries or annuities reduced. All employees must pay any valid delinquent debts or the agency may garnish their salary.
- Send your application to the office announcing the vacancy. If you have questions, contact that office.

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

Designed using Adobe Acrobat, USOPM, April 1996

- The Office of Personnel Management and other Federal agencies rate applicants for Federal jobs under the authority of sections 1104, 1302, 3301, 3304, 3320, 3361, 3393, and 3394 of title 5 of the United States Code. We need the information requested in this form to identify you and to process your application. Other laws require us to ask about citizenship, military service, etc.
- We request your Social Security Number (SSN) under the authority of Executive Order 9397 in order to keep your records straight; other people may have the same name. As allowed by law or Presidential directive, we use your SSN to seek information about you from employers, schools, banks, and others who know you. Your SSN may also be used in studies and computer matching with other Government files, for example, files on unpaid student loans.
- If you do not give us your SSN or any other information requested, we cannot process your application, which is the first step in getting a job. Also, incomplete addresses and ZIP Codes will slow processing.
- We may give information from your records to: training facilities, organizations deciding claims for retirement, insurance, unemployment or health benefits; officials in litigation or administrative proceedings where the Government is a party; law enforcement agencies concerning violations of law or regulations; Federal agencies for statistical reports and studies; officials of labor organizations recognized by law in connection with representing employees; Federal agencies or other sources requesting information for Federal agencies in connection with hiring or retaining, security clearances, security or suitability investigations, classifying jobs, contracting, or issuing licenses, grants, or other benefits; public and private organizations including news media that grant or publicize employee recognition and awards; and the Merit Systems Protection Board, the Office of Special Counsel, the Equal Employment Opportunity Commission, the Federal Labor Relations Authority, the National Archives and Records Administration, and Congressional offices in connection with their official functions.
- We may also give information from our records to: prospective employers concerning tenure of employment, civil service status, length of service, and date and nature of action for separation as shown on personnel action forms of specifically identified individuals; requesting organizations or individuals concerning the home address and other relevant information on those who might have contracted an illness or been exposed to a health hazard; authorized Federal and nonfederal agencies for use in computer matching; spouses or dependent children asking whether the employee has changed from self-and-family to self-only health benefits enrollment; individuals working on a contract, service, grant, cooperative agreement or job for the Federal Government; non-agency members of an agency's performance or other panel; and agency-appointed representatives of employees concerning information issued to the employee about fitness-for-duty or agency-filed disability retirement procedures.
- We estimate the public reporting burden for this collection will vary from 20 to 240 minutes with an average of 40 minutes per response, including time for reviewing instructions, searching existing data sources, gathering data, and completing and reviewing the information. You may send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to U.S. Office of Personnel Management, Reports and Forms Management Officer, Washington, DC 20415-0001.
- Send your application to the agency announcing the vacancy.

9 May we contact your current supervisor?
YES [✓]   NO [ ]► If we need to contact your current supervisor before making an offer, we will contact you first.

EDUCATION

10 Mark highest level completed.   Some HS [ ]   HS/GED [ ]   Associate [ ]   Bachelor [ ]   Master [ ]   Doctoral [✓]

11 Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.
Chugiak High School- Chugiak, Alaska 99567
Graduated in 1986

12 Colleges and universities attended. Do not attach a copy of your transcript unless requested.

| Name | | | Total Credits Earned | | Major(s) | Degree (if any) | Year Received |
|---|---|---|---|---|---|---|---|
| | | | Semester | Quarter | | | |
| 1) University of Alaska-Fairbanks | | | | | Biochemistry/Molecular Biology | B.S. | 1991 |
| City Fairbanks | State AK | ZIP Code | | | | | |
| 2) Indiana University-Bloomington | | | | | Molecular, Cellular and Developmental Biology | Ph.D. | 1997 |
| Bloomington | IN | | | | | | |
| 3) | | | | | | | |

OTHER QUALIFICATIONS

13 Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc. Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards.) Give dates, but do not send documents unless requested.

Teaching
1990-1991  University of Alaska-Fairbanks, Department of Chemistry. C103-Introductory Chemistry Laboratory
1995        Indiana University, Department of Biology. L311- Cell Biology Laboratory

Honors and Awards
1990        N.S.F. Research Experience for Undergraduates (REU)    program
1991-93;
1996-97     N.I.H. Predoctoral Genetics Training Grant
1997-2000   N.I.H. Postdoctoral Fellowship
2000-2002   Deutsche Forschungs Gemeinshaft (DfG) Postdoctoral Training Fellowship

Publications: Please see attached CV.

GENERAL

14 Are you a U.S. citizen?   YES [✓]   NO [ ]► Give the country of your citizenship. _____

15 Do you claim veterans' preference?   NO [✓]   YES [ ]► Mark your claim of 5 or 10 points below.
5 points [ ]► Attach your DD 214 or other proof.   10 points [ ]►Attach an Application for 10-Point Veterans' Preference (SF 15) and proof required.

16 Were you ever a Federal civilian employee?
NO [✓]   YES [ ]► For highest civilian grade give:   Series ___  Grade ___  From (MM/YY) ___  To (MM/YY) ___

17 Are you eligible for reinstatement based on career or career-conditional Federal status?
NO [✓]   YES [ ]► If requested, attach SF 50 proof.

APPLICANT CERTIFICATION

18 I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE                                    DATE SIGNED
                                             02/17/04

PALM0000000476

# CV: R. Scott Kuersten

| | |
|---|---|
| Date of Birth: | October 22, 1968<br>Palmer, Alaska |
| Current position | Postdoctoral fellow<br>Advisor: Dr. Betsy Goodwin<br>Laboratory of Genetics<br>University of Wisconsin-Madison<br>445 Henry Mall<br>Madison, WI 53706<br>Phone: 608-265-2862<br>Fax: 608-262-2976 |
| Email: | rskuersten@wisc.edu |

### Education

- **B.S.** Chemistry/Biochemistry (1991) University of Alaska-Fairbanks
- **Ph.D.** Molecular, Cellular and Developmental Biology (1997) Indiana University-Bloomington

### Teaching experience

| | |
|---|---|
| 1990-1991 | University of Alaska-Fairbanks, Department of Chemistry.<br>C103-Introductory Chemistry Laboratory |
| 1995 | Indiana University, Department of Biology.<br>L311- Cell Biology Laboratory |

### Honors and Awards

| | |
|---|---|
| 1990 | N.S.F. Research Experience for Undergraduates (REU) program |
| 1991-93;<br>1996-97 | N.I.H. Predoctoral Genetics Training Grant |
| 1997-2000 | N.I.H. Postdoctoral Fellowship |
| 2000-2002 | Deutsche Forschungs Gemeinshaft (DfG) Postdoctoral Training Fellowship |

1

PALM0000000477

Publications

Kuersten S., Segal S.P., Verheyden J. and Goodwin E.B. (2003) NXF-2, REF-1 and REF-2 regulate the choice of nuclear export pathway for *tra-2* mRNA in *C. elegans*. Submitted.

Kuersten S. and Goodwin, E.B. (2003) The power of the 3' UTR: Translational control and development. *Nature Reviews Genetics* 4: 626-637. Review.

Liu Y, Kuersten S, Huang T, Larsen A, MacMorris M, Blumenthal T. (2003) An uncapped RNA suggests a model for *Caenorhabditis elegans* polycistronic pre-mRNA processing. *RNA* 9(6):677-87.

Kuersten S., Arts G.-J., Walther T.C., Englmeier L. and Mattaj I.W. (2002) Steady state nuclear localization of Exportin-t involves RanGTP binding and two distinct NPC interaction domains. *Mol Cell Biol*. 22: 5708-5720.

Ohno M., Segref A., Kuersten S. and Mattaj I.W. (2002) Identity elements used in export of mRNAs. *Mol. Cell* 9: 659-671.

Kuersten S., Ohno M. and Mattaj I.W. (2001) Nucleocytoplasmic transport: Ran, beta and beyond. *Trends Cell Biol*. 11(12):497-503. Review.

Koffa M.D., Clements J.B., Izaurralde E., Wadd S., Wilson S.A., Mattaj, I.W. and Kuersten S. (2001) Herpes simplex virus ICP27 protein provides viral mRNAs with access to the cellular mRNA export pathway. *EMBO J*. 20:5769-5778.

Huang T., Kuersten S., Deshpande A., Spieth J., MacMorris M. and Blumenthal T. (2001) An intercistronic space sequence required for polycistronic pre-mRNA processing in *Caenorhabditis elegans*. *Mol Cell Biol*. 21(4):1111-1120.

Arts G.-J., Kuersten S., Romby P., Ehresmann B., and Mattaj I.W. (1998) The role of exportin-t in the selective nuclear export of mature tRNAs. *EMBO J*. 17: 7430-7441.

Kuersten S., Lea K., MacMorris M., Spieth J. and Blumenthal T. (1997) Relationship between 3' end formation and SL2-specific *trans*-splicing in polycistronic *Caenorhabditis elegans* pre-mRNA processing. *RNA* 3: 269-278.

Spieth J., Brooke G., Kuersten S., Lea K. and Blumenthal T. (1993) Operons in *C. elegans*: Polycistronic mRNA precursors are processed by *trans*-splicing of SL2 to downstream coding regions. *Cell* 73: 5121-513

2

PALM0000000478

References

*1st call 15-01-04*

Dr. Betsy Goodwin
Laboratory of Genetics
University of Wisconsin-Madison
445 Henry Mall
Madison, WI 53706
Email: goodwin@wiscmail.edu
Phone: 608-265-2865
Fax: 608-262-2976

Dr. Iain W. Mattaj, Program Director and Group Leader
Gene Expression Program
European Molecular Biology Laboratories
Meyerhofstr. 1
69117 Heidelberg, Germany
Email: mattaj@embl-heidelberg.de
Phone: +49-6221-38 73 93
Fax: +49-6221-38 75 18

*no message*
*9-011*

Dr. Thomas Blumenthal, Chairman
Department of Biochemistry and Molecular Genetics
University of Colorado Health Sciences Center
4200 E. 9th Ave.
Denver, CO 80262
Email: blumenthal@uchsc.edu
Phone: 303-315-7013   303-724 3203
Fax: 303-315-8215.

*15-01-04*

*315 8181*
*90*
*303-*

Dr. Phil Anderson
Laboratory of Genetics
University of Wisconsin-Madison
445 Henry Mall
Madison, WI 53706
Email: andersn@wisc.edu
Phone: 608-263-8429
Fax: 608-262-2976

*15-01-04 no message*

3

Abstract-Ph.D. thesis
R. Scott Kuersten

# THE MECHANISM OF SL2 TRANS-SPLICING AND POLYCISTRONIC PRE-mRNA PROCESSING IN THE NEMATODE CAENORHABDITIS ELEGANS

Pre-mRNA splicing in the nematode *Caenorhabditis elegans* involves both conventional *cis*-splicing, common to most eukaryotes, and *trans*-splicing, found only in the *Trypanosomatidae*, Euglena, trematodes and nematodes. In *C. elegans trans*-splicing, a 22-nucleotide Spliced Leader (SL) sequence is donated from the SL RNA to the 5' ends of as many as 70% of pre-mRNAs. In addition, two distinct types of SL RNAs exist, SL1 and SL2. The focus of this dissertation is on the mechanism of SL2 *trans*-splicing. SL2 is *trans*-spliced to downstream mRNAs contained within polycistronic transcripts, or operons. Operons are clusters of two or more closely-spaced genes arranged in the same orientation on the chromosome and represent a unique form of gene arrangement found in eukaryotes. To investigate the mechanism of SL2 *trans*-splicing and polycistronic pre-mRNA processing, an operon derived from the *gpd-2/gpd-3* cluster was constructed and expressed in transgenic worms by heat shock. Mutations in signals involved in RNA processing were introduced and the effects on both SL2 *trans*-splicing and polycistronic pre-mRNA processing were analyzed. These experiments indicate that there is a relationship between 3' end formation of the upstream mRNA and SL2 *trans*-splicing of the downstream mRNA. In addition, a sequence located within the intercistronic space was discovered to be involved in specifying SL2 and stabilizing the uncapped downstream RNA generated by 3' end formation. These experiments have provided a model for how polycistronic pre-mRNAs are processed into individual mRNAs and have generated a great deal of information about how *C. elegans* has evolved a way to co-regulate the expression of multiple genes in operons.

PALM0000000480

INDIANA UNIVERSITY



# FAX COVER SHEET

DATE: 2/17/04

TIME: ✓ A.M. _____ P.M.

OFFICE OF THE REGISTRAR

TO: FAX NUMBER   301-504-1535

RECIPIENT: Western Services Branch /
LOCATION:   ARS-X4W-0133

SUBJECT: INDIANA UNIVERSITY TRANSCRIPT

RE: Robert Scott Kuersten

MESSAGE: All original documents are printed on security paper. When copied, the word "VOID" will appear throughout the document. The fax copy you receive is considered a working copy and will be followed up with an original document via U.S. mail.

FROM: Catherine
TITLE: SERVICE REPRESENTATIVE

Number of pages including cover sheet: 3

Telephone: (812) 855-7505

FAX NUMBER: (812) 855-3999

Franklin Hall
601 East Kirkwood Avenue
Bloomington, Indiana
47405-1223





PALM0000000483

Phone: (907) 474-6348
Fax: (907) 474-7097
E-mail: fytrans@uaf.edu

University of Alaska Fairbanks
Office of the Registrar
PO Box 757495
Fairbanks, AK 99775-7495
www.uaf.edu/reg/transcripts/



USDA Argicultural Research Service
Human Resources Division
Western Services Branch/ARS-X4W-0133
5601 Sunnyside Ave
Beltsville, MD 20705-5106

Enclosed is an official transcript(s) of the University of Alaska Fairbanks academic record

**R Scott Kuersten**

Please contact our office, if there are any questions concerning the transcript(s).

Sincerely,

UAF Transcript Department

PALM0000000484