# UNIVERSITY OF ALASKA FAIRBANKS
Office of the Registrar
P.O. Box 757495
Fairbanks, AK 99775-7495

Issued: 18-FEB-2004
FIMM
Page: 1

Record of: R. Scott Kuersten

Level: Undergraduate - UAF

High School: Chugiak High School

Current Program:
College : UAF College of Natural Sci
Major : Chemistry
Conc.(s): Biochemistry/Molecular Biology

Degree Awarded : Bachelor of Science 05-MAY-1991
Major : Chemistry
Concentration(s): Biochemistry/Molecular Biology

| SUBJ | NO. | CMPS | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|---|---|

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

Trans Credit      Washington State University
Ehrs: 32.00 GPA-Hrs: 0.00 Pts: 0.00 GPA: 0.00

Trans Credit      Advanced Placement
Ehrs: 10.00 GPA-Hrs: 0.00 Pts: 0.00 GPA: 0.00

INSTITUTION CREDIT:

Fall Semester 1987
| BIOL | F362 | F | PRINCIPLES OF GENETICS | 4.00 | C | 8.00 | |
| CHEM | F106 | F | GENERAL CHEMISTRY II | 4.00 | B | 12.00 | |
| ENGL | F211 | F | INTER EXPOS MODES OF LIT | 3.00 | B | 9.00 | |
| MATH | F108 | F | TRIGONOMETRY | 2.00 | A | 8.00 | |
| PSY  | F345 | F | ABNORMAL PSYCHOLOGY | 3.00 | A | 12.00 | |

Ehrs: 16.00 GPA-Hrs: 16.00 Pts: 49.00 GPA: 3.06

Fall Semester 1988
| BIOL | F111 | F | HUMAN ANAT & PHYSIOL I | 4.00 | A | 16.00 | |
| BIOL | F271 | F | PRINCIPLES OF ECOLOGY | 4.00 | C+ | 8.00 | |
| GER  | F201 | F | INTERMEDIATE GERMAN I | 3.00 | A | 12.00 | |
| PHYS | F103 | F | COLLEGE PHYSICS I | 4.00 | A | 16.00 | |
| PSY  | F240 | F | DEVELOPMENTL PSYC X-CULT | (3.00) | W | 0.00 | |

Ehrs: 15.00 GPA-Hrs: 15.00 Pts: 52.00 GPA: 3.46

Spring Semester 1989
| BIOL | F210 | F | ANIMAL PHYSIOLOGY | 4.00 | A | 16.00 | |
| BIOL | F342 | F | MICROBIOLOGY | 4.00 | A | 16.00 | |
| GER  | F202 | F | INTERMEDIATE GERMAN II | 3.00 | A | 12.00 | |
| PHYS | F104 | F | COLLEGE PHYSICS II | 4.00 | A | 16.00 | |
| SPC  | F121 | F | FUND ORAL COMM-INTERPERS | 3.00 | B+ | 9.00 | |

Ehrs: 18.00 GPA-Hrs: 18.00 Pts: 69.00 GPA: 3.83
Dean's List
** CONTINUED ON NEXT COLUMN **

Institution Information continued:

Fall Semester 1989
| CHEM | F212 | F | CHEM EQUIL & ANALYSIS | 3.00 | B | 9.00 | |
| CHEM | F213 | F | QUANT ANALYSIS LAB | 1.00 | A | 4.00 | |
| CHEM | F321 | F | ORGANIC CHEMISTRY | 3.00 | A | 12.00 | |
| ES   | F201 | F | COMPUTER TECHNIQUES | 3.00 | B | 9.00 | |
| GER  | F301 | F | ADVANCED GERMAN | 3.00 | B | 9.00 | |

Ehrs: 13.00 GPA-Hrs: 13.00 Pts: 43.00 GPA: 3.30

Spring Semester 1990
| BIOL | F418 | F | DEVELOPMENTAL BIOLOGY | 4.00 | B | 12.00 | |
| BIOL | F497 | F | CONTRL/FUNGL UREASE PROD | 2.00 | P | 0.00 | |
| CHEM | F322 | F | ORGANIC CHEMISTRY | 3.00 | A | 12.00 | |
| CHEM | F324 | F | ORGANIC LABORATORY | 3.00 | A | 12.00 | |
| MATH | F200 | F | CALCULUS I | 4.00 | B | 12.00 | |

Ehrs: 16.00 GPA-Hrs: 14.00 Pts: 48.00 GPA: 3.42

Summer 1990
| MATH | F201 | F | CALCULUS II | 4.00 | B | 12.00 | |

Ehrs: 4.00 GPA-Hrs: 4.00 Pts: 12.00 GPA: 3.00

Fall Semester 1990
| BIOL | F497 | F | SEQUENCING DNA | 3.00 | P | 0.00 | |
| CHEM | F331 | F | PHYSICAL CHEMISTRY | 3.00 | A | 12.00 | |
| CHEM | F412 | F | INSTRUM ANALYTICAL METH | 3.00 | B | 9.00 | |
| CHEM | F451 | F | GENERAL BIOCHEMISTRY | 3.00 | A | 12.00 | |
| CHEM | F492 | F | SEMINAR | 1.00 | P | 0.00 | |
| MATH | F202 | F | CALCULUS III | 4.00 | B | 12.00 | |

Ehrs: 17.00 GPA-Hrs: 13.00 Pts: 45.00 GPA: 3.46

Spring Semester 1991
| BIOL | F361 | F | CELL BIOLOGY | 4.00 | A | 16.00 | |
| CHEM | F332 | F | PHYSICAL CHEMISTRY | 3.00 | C | 6.00 | |
| CHEM | F433 | F | ANALYTICAL INSTRUM LAB | 3.00 | B+ | 9.00 | |
| CHEM | F452 | F | BIOCHEMISTRY LAB | 3.00 | A | 12.00 | |
| CHEM | F492 | F | SEMINAR | 1.00 | A | 4.00 | |

Ehrs: 14.00 GPA-Hrs: 14.00 Pts: 47.00 GPA: 3.35

** CONTINUED ON PAGE 2 **

Issued To: USDA Agriculture Research

This officially sealed and signed transcript is printed on blue SCRIP SAFE® security paper with the name of university printed in white type across the face of the document. A raised seal is not required. When photocopied the words UNOFFICIAL COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD N BE ACCEPTED!

Brigitte R. Mayes, University Registrar

PALM0000000485

UNIVERSITY OF ALASKA FAIRBANKS
Office of the Registrar
P.O. Box 757495
Fairbanks, AK 99775-7495

Student: 
Record of: R. Scott Kuersten
Level: Undergraduate   UAF

Issued: 18-FEB-2004
FIMM
Page: 2

```
*********************** TRANSCRIPT TOTALS ***********************
                    Earned Hrs  GPA Hrs  Points   GPA
TOTAL INSTITUTION      113.00   107.00   365.00   3.41
TOTAL TRANSFER          42.00     0.00     0.00   0.00
OVERALL                155.00   107.00   365.00   3.41
********************* END OF TRANSCRIPT *************************
```

Issued To: USDA Agriculture Research

This officially sealed and signed transcript is printed on blue SCRIP-SAFE security paper with the name university printed in white type across the face of the document. A raised seal is not required. When photocopied the words UNOFFICIAL COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD BE ACCEPTED!

Brigitte R. Mayes, University Registrar

# INDIANA UNIVERSITY
## ACADEMIC RECORD

Record of: KUERSTEN, ROBERT SCOTT
Address: PO BOX 670295
CHUGIAK, AK 99567

Parents: R.E. KUERSTEN

Date of Birth: 10-22-66

High School:

Record Date: 02-17-2004
ID Number: [redacted]
Record Status: INACTIVE RECORD

| Dept | Crs | Hrs | Gr | Descriptive Title |
|---|---|---|---|---|

**BLOOMINGTON GRADUATE SCHOOL — 1ST SEM 1991-92**
INDEPENDENT STUDY
PROB IN GENETICS/HIGHER ORGAN
MOLECULAR ANAL OF CELLULAR BIOL
SPECIAL TOPICS IN ZOOLOGY
BIOL L501 3.0 S
BIOL L521 3.0 A
BIOL L596 3.0 A
BIOL Z620 3.0 A
Sem Hrs: 9.0  Pts: 36  GPA: 3.67  Hrs Passed: 12.0

**BLOOMINGTON GRADUATE SCHOOL — 2ND SEM 1991-92**
INDEPENDENT STUDY
ADV EUKARYOTIC MOLECUL GENETICS
BIOSYNTHESIS OF MACROMOLECULES
BIOL L501 6.0 S
BIOL L522 3.0 A
CHEM C564 3.0 A
Sem Hrs: 6.0  Pts: 24  GPA: 3.33  This Passed: 12.0

**BLOOMINGTON GRADUATE SCHOOL — 1ST SEM 1992-93**
SEM MOLECULAR, CELL & DEV BIOL
L800 RESEARCH
FUNCT/STRUCT OF MACROMOLECULES
BIOL L590 2.0 B
BIOL L800 7.0 A
CHEM C581 3.0 B
Sem Hrs: 12.0  Pts: 38  GPA: 3.08  Hrs Passed: 12.0

**BLOOMINGTON GRADUATE SCHOOL — 2ND SEM 1992-93**
BIOC ANALYSIS OF GROWTH & DEVEL
L800 RESEARCH
SPECIAL TOPICS IN ZOOLOGY
BIOL L637 3.0 B
BIOL L800 5.0 A
BIOL Z620 3.0 A
Sem Hrs: 12.0  Pts: 45  GPA: 3.75  Hrs Passed: 12.0

**BLOOMINGTON GRADUATE SCHOOL — 1ST SEM 1993-94**
L800 RESEARCH
SPECIAL TOPICS IN ZOOLOGY
BIOL L800 11.0 A
BIOL Z620 1.0 A
Sem Hrs: 12.0  Pts: 47.7  GPA: 3.99  Hrs Passed: 12.0

**BLOOMINGTON GRADUATE SCHOOL — 2ND SEM 1993-94**
SPECIAL TOPICS IN ZOOLOGY
BIOL L800 9.0 A
BIOL Z620 3.0 A
Sem Hrs: 12.0  Pts: 47.7  GPA: 3.99  Hrs Passed: 12.0

**BLOOMINGTON GRADUATE SCHOOL — 1ST SEM 1994-95**
SPECIAL RESEARCH
BIOL L800 12.0 A
Sem Hrs: 12.0  Pts: 48.0  GPA: 4.00  Hrs Passed: 12.0

**BLOOMINGTON GRADUATE SCHOOL — 2ND SEM 1994-95**
L800 RESEARCH
BIOL L800 12.0 A
Sem Hrs: 12.0  Pts: 48.0  GPA: 4.00  Hrs Passed: 12.0

— Record continued in next column —

**BLOOMINGTON GRADUATE SCHOOL — 2ND SUM 1995**
L800 RESEARCH
BIOL L800 6.0 A
Sem Hrs: 6.0  Pts: 24.0  GPA: 4.00  Hrs Passed: 6.0

**BLOOMINGTON GRADUATE SCHOOL — 1ST SEM 1995-96**
ADVANCED RESEARCH
BIOL L800 6.0 A
Sem Hrs: 6.0  Pts: 24.0  GPA: 4.00  Hrs Passed: 6.0

**BLOOMINGTON GRADUATE SCHOOL — 2ND SEM 1995-96**
ADVANCED RESEARCH
BIOL L800 6.0 A
Sem Hrs: 6.0  Pts: 24.0  GPA: 4.00  Hrs Passed: 6.0

**BLOOMINGTON GRADUATE SCHOOL — 1ST SUM 1996**
ADVANCED RESEARCH
BIOL L800 6.0 A
Sem Hrs: 6.0  Pts: 24.0  GPA: 4.00  Hrs Passed: 6.0

**BLOOMINGTON GRADUATE SCHOOL — 1ST SEM 1996-97**
ADVANCED RESEARCH
BIOL G901 6.0 A
Sem Hrs: 6.0  Pts: 24.0  GPA: 4.00  Hrs Passed: 6.0

**BLOOMINGTON GRADUATE SCHOOL — 2ND SEM 1996-97**
ADVANCED RESEARCH
BIOL G901 1.0 A
Sem Hrs: 1.0  Pts: 4.0  GPA: 4.00  Hrs Passed: 1.0

**INDIANA UNIVERSITY DEGREE**
BLOOMINGTON CAMPUS
DOCTOR OF PHILOSOPHY
MAJOR: MOLEC, CELL & DEV BIOL
JUNE 30, 1997

— END OF RECORD —

**Graduate GPA Summary**
I.U. GPA Hrs: 107.0   GPA Points: 411.0   GPA: 3.84
Transfer Hrs: 0.0   Total IU Hours Passed: 126.0

This document is printed on 8½" X 14" crimson safety paper and is official if it bears the Indiana University seal with the Registrar's signature. If the transcript is copied the word "VOID" will appear in shadow outline on the face. A transcript explanation appears on the reverse side of each page.
Disclosure of information contained in this transcript may not be made to another party without the prior written consent of the student whose name appears herein. This information may be used solely by the individual or institution to which it was originally released.
THIS TRANSCRIPT IS THE DISCLOSURE WAS MADE.
RECORD FOR THE ABOVE STUDENT.

Roland A. Cote
ROLAND A. COTE, REGISTRAR

OFFICE OF THE REGISTRAR
**INDIANA UNIVERSITY**



INDIANA UNIVERSITY

OFFICE OF THE REGISTRAR

Franklin Hall
601 East Kirkwood Avenue
Bloomington, Indiana
47405-1223

Address Service Requested

[Postmark: BLOOMINGTON IN, FEB 2004; U.S. POSTAGE METER 037]

2:0705/8000

INSTRUCTIONS—PLEASE PRESS FIRMLY

1. REQUEST FORM MUST BEAR STUDENT SIGNATURE.
2. USE A SEPARATE REQUEST FORM FOR EACH TRANSCRIPT SENT TO A DIFFERENT ADDRESS.
3. THIS FORM WILL BE PLACED IN A WINDOW ENVELOPE. PLEASE PRINT LEGIBLY AND *PRESS FIRMLY* TO ENSURE DUPLICATION ON BOTTOM COPIES. SUBMIT ALL COPIES.
4. TRANSCRIPTS ARE $9.00 EACH. EXACT PAYMENT IN U.S. DOLLARS MUST ACCOMPANY EACH TRANSCRIPT REQUEST. MAKE CHECK OR MONEY ORDER PAYABLE TO INDIANA UNIVERSITY OR SUBMIT YOUR CURRENT MASTERCARD OR VISA ACCOUNT NUMBER AND EXPIRATION DATE ON THE NEXT (YELLOW) COPY OF THIS FORM.
5. ANY STUDENT WHOSE UNIVERSITY ACCOUNT IS ENCUMBERED AT THE TIME OF PROCESSING WILL NOT BE ISSUED A TRANSCRIPT. SHOULD OUR OFFICE ENCOUNTER ANY PROCESSING PROBLEMS, YOUR REQUEST AND PAYMENT WILL BE RETURNED.
6. FOR MORE INFORMATION CALL (812) 855-7505.

*Roland A. Coté*, Registrar
INDIANA UNIVERSITY

STUDENT I.D. NUMBER (Social Security No.) 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  DATE: _____
SIGNATURE (DO NOT PRINT): /s/
E-MAIL ADDRESS (if applicable): _____
MAIDEN OR OTHER NAMES UNDER WHICH PREVIOUSLY ENROLLED: _____
YOUR DAYTIME TELEPHONE NUMBER (   ) Fax 301-504-1535
SPECIAL INSTRUCTIONS (sign & seal envelope, hold for grades, etc.): _____
STUDENT NAME: Robert Scott Kuerstein
ADDRESS: Rm 402 Genetics
445 Henry Mall
Madison WI 53706

fax 1/01
send #

TRANSCRIPT(S) TO:
USDA, Agricultural Research Service
Human Resources Div. Attn: Nkstern Services Br/
ARS-X4W-0133, 5601 Sunnyside Ave
Beltsville, MD 20705-5106

COMPLETE ONLY IF TRANSCRIPT(S) TO BE MAILED

OFFICE OF THE REGISTRAR
TRANSCRIPTS, FRANKLIN 100
601 E. KIRKWOOD AVE.
BLOOMINGTON, INDIANA 47405-1223

REQUEST FOR TRANSCRIPT / INDIANA UNIVERSITY  RECIPIENT
R551/1002

PALM0000000489