# QUALIFICATIONS ANALYSIS SHEET

El-GS-440-12

| APPLICANT'S NAME: Ivan Mott | ANNOUNCEMENT NUMBER: ARS-X4W-0133<br>POSITION TITLE, SERIES, AND GRADE(S):<br>Interdisciplinary: Research Geneticist/Plant Physiologist,<br>GS-440/435-12/13/14    GS-12 |
|---|---|

Demo/Quality

**PRELIMINARY SCREENING** (check all that apply)

- ✓ Postmarked/Received by Closing Date
- ✓ No Govt. Envelope/Fax Used
- ✓ U.S. Citizen
- ___ Within Area of Consideration
- N Claims Veteran Preference
- ___ Submitted Transcript/List of College Courses
- ___ Submitted Perf. Appraisal (MP/AMP Only)
- ___ KSA'S/SPF'S (Optional)

## QUALIFYING EXPERIENCE

| DATES | | TYPE OF EXPERIENCE (Position title, series, grade) | SPECIALIZED EXP. | | | GENERAL EXP. | |
|---|---|---|---|---|---|---|---|
| FROM | TO | | YEARS | MONTHS | GRADE LEVEL | YEARS | MONTHS |
| 9/03 | Present | Geneticist | | | | | |
| 9/97 | 8/03 | PhD Candidate/Res Asst. | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL EXPERIENCE: | | | | | | | |

## QUALIFYING EDUCATION

| DEGREE (HS, BA, MA, PhD) | MAJOR | MEETS BASIC SEM./QTR. HR. REQUIREMENTS (YES OR NO) | MEETS DIRECTLY RELATED REQUIREMENTS (YES OR NO) |
|---|---|---|---|
| Ph.D | Genetics 2003 | GPA - 3.56 | |
| | | | |
| | | | |

## FINAL DETERMINATION

| GRADE | MEETS TIME-IN-GRADE | MEETS BASIC QUALS | MEETS SPF'S | MEETS QUALITY CRITERIA/ QUALITY RANKING FACTORS | REFER YES/NO |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**REMARKS:** El - based on edu. & exp

_____    3-16-04
Name and Title of Qualifications Examiner    Date

EXHIBIT FF

ORIGINAL

RECEIVED
USDA.ARS.HRD.WOB
04 JAN 29 AM 10: 43

January 21, 2004

Dr. Alberto Pantoja
USDA/ARS/ SARU
245 O'Neill Building, North Koyukok Street
University of Alaska
Fairbanks AK 99775

Dear Dr. Pantoja,

      I am writing to apply for the Research Geneticist position (ARS-X4W-0133) at the National Plant Germplasm Resources Unit in Palmer, AK. As an undergraduate at Utah State University, I developed an interest in applying genetic tools to improve agronomic output traits of livestock. Toward that end, I pursued a Ph.D. in genetics studying the role of the myostatin gene in growth-selected lines of poultry. Additionally, I used gene expression profiling and proteomic tools to discover genes that affect body weight and feed utilization in poultry. I am currently employed as a Geneticist at the ARS, Forage and Range research Laboratory in Logan, Utah. I am utilizing subtraction suppression hybridization to identify genes transferred from wild grass species into wheat that confer salinity tolerance.

      I come from a small rural community in northeastern Utah. I enjoy the quality of life and outdoor opportunities that exist in such places, and would very much enjoy living in Palmer. After discussing the details of this position with you on the phone last week, I believe my background and interests are a good match for this position. I can bring new innovative methods of genetic analysis to the research program where characterization of the genetics of arctic crop germplasm is the goal.

      Please find the enclosed CV, dissertation abstract, recent performance standards, SF-50, and college transcripts. Additionally, I have addressed how I meet the requirements for a GS-12 grade Research Geneticist position and have described my specialized experience as outlined on the vacancy announcement at the end of my CV on a page titled Specific Qualifications and Knowledge, Skills and Abilities (SKAs). Please don't hesitate to contact me for any additional information.

I look forward to hearing from you to arrange for an interview. Thank you for your consideration.

Sincerely,

*[signature]*

Ivan Mott

PALM0000000529

**Ivan W. Mott, Ph.D.**
PO Box 141
Providence, UT 84332
435-797-3089 (work)
435-752-9621 (home)
435-797-3075 (fax)
email: imott@cc.usu.edu

**Social Security Number:**
**Country of Citizenship:**      United States of America
**Veteran's Preference:**          No
**Contact Current Supervisor:**    Yes
**Highest Federal Grade Held**     GS-11

**Vacancy Information:**
    Announcement Number: **ARS-X4W-0133**
    Job Title: Research Geneticist
    Grade applying for: GS-12

**Research and Work Experience:**

09/2003 to Present     **Geneticist**, USDA-Agricultural Research Service-Forage and Range Research Laboratory, Utah State University, Logan, UT, 84322.
**Supervisor**: Richard Wang. (Phone: 435-797-3222)
Salary: $47,110
**Subject of Research**: Specific goals are to plan, conduct, record and compile written reports on experimental data involving the elucidation of genetic factors contributing salinity tolerance in wheat gerplasm lines W4909 and W4910. Proficiently perform skills such as: grow wheat cultivars, apply salinity treatments, extract nucleic acids, synthesize cDNA, perform subtractive suppression hybridization, generate cDNA libraries, array cDNA on membranes, screen clones with labeled cDNA probes, identify differentially expressed genes, clone full length cDNA, sequence clones of interest and annotate sequence information using public databases.

09/1997 to 08/2003     **PhD Candidate/Research Assistant**, Department of Genetics, B410 Life Sciences Bldg., University of Georgia, Athens, GA, 30602.
**Sponsor/Supervisor**: Robert Ivarie. (Phone: 706-542-1424)
Salary/Stipend: $17,400/year
**Subject of Research**: Elucidation of genetic factors controlling muscle development in growth-selected lines of poultry. Design, conduct, and compile written reports on research involving the elucidation of genetic factors involved in muscle hyper-and hypoplasia in growth-selected lines of chickens and quail. Research includes expression analysis of known genes and identification of

PALM0000000530

unknown genes by differential expression analysis of arrayed cDNA's. Proficiently and routinely perform genetic techniques such as PCR, DNA cloning, nucleic acid isolation, labeling and detection of nucleic acids by Northern and Southern blots utilizing both isotopically and non-isotopically labeled probes, protein purification and detection, polyclonal and monoclonal antibody production and use, cDNA library construction and screening, mammalian cell culture, and DNA sequencing and analysis.

09/1998 to 07/2003  **Poultry Technician**, AviGenics Inc., Animal and Dairy Science Complex, 425 River Road, Athens, GA, 30602.
**Supervisor**: Chris Oliver. (Phone: 706-227-1170)
Salary: $11.00/hour, 8-10 hours/week.
**Duties and Responsibilities**: Weekend maintenance of healthy poultry flocks by feeding, watering, and caring for over one thousand research chickens and quail. Collect eggs, record data, and store eggs produced by experimental birds.

01/1996 to 08-1997  **Laboratory Technician**, Utah State University, Department of Animal, Dairy, and Veterinary Sciences, Logan, UT, 84322.
**Sponsor/Supervisor**: John Morrey. (Phone: 435-797-2622)
Salary: $7.00/Hour, 20 hours/week.
**Subject of Research**: Conducted basic molecular biology techniques to assist in the generation and characterization of transgenic mice, rabbits and goats that produce economically important proteins in their milk. Set up animal breeding, maintained breeding records, collected genetic samples, performed ELISA assays, molecular cloning, and PCR screening of genomic DNA.

**Education:**

Ph.D., 2003, University of Georgia, Athens, GA 30602.
- Major: **Genetics**
- GPA 3.56 (4.0 scale)
- Dissertation research: Identification of Differentially Expressed Genes in Lines of Japanese Quail Divergently Selected For High and Low Four-Week Body Weight.
- Recipient of an NIH Training Grant in the Department of Genetics (2000-2002)
- Member of the University Biosafety Committee (03/1999-07/2003)

B.S., 1997, Utah State University, Logan, Utah 84322.
- Major: **Bioveterinary Science**
- Graduated cum laude with minors in chemistry and biology
- GPA 3.60 (4.0 scale)
- Phi Kappa Phi Honor Society
- Utah Farm Bureau Scholarship (1995-96)
- Evan B. Campbell Scholarship (1996-97)

**Teaching Experience**

09/1997 to 07/2002    Graduate Laboratory Assistant (GLA) and Teaching Assistant (TA), University of Georgia
- 2 Quarters (4 Sections) General Biology Lab – Majors (GLA, 1997-98)
- 1 Quarter (3 sections) General Biology Lab – Non-majors (GLA, 1998)
- 1 Semester Genetics Laboratory (TA, 1998)
- 2 Semesters Genetics (TA, 2000, 2002)

**Presentations**

Talks

    03/1999 – *Myostatin: A chicks ticket to thinner thighs?* **Genetics Student Seminar**, University of Georgia, Athens, GA.

    03/2000 – *Expression of Myostatin in growth selected lines of chicken and quail.* **Genetics Student Seminar**, University of Georgia, Athens, GA.

    10/2000 – *Myostatin expression in growth selected lines of poultry.* **Invited speaker, Department of Poultry Science, University of Georgia, Athens, GA.**

    06/2001 – *The muscle specific growth factor myostatin and a search for its receptor(s).* **Genetics Student Seminar**, University of Georgia, Athens, GA.

    04/2002 – A Novel mRNA Trap for Type I Receptors and Differential mRNA Expression in Growth-Selected Japanese Quail. **Genetics Student Seminar**, University of Georgia, Athens, GA.

    04/2003 – *cDNA Array and Proteomic Analysis of differentially Expressed genes in Growth-Selected Lines of Japanese Quail.* **Invited speaker, USDA-ARS, Livestock and Range Research Laboratory**, Miles City, MT.

    08/2003 – Dissertation Defense: *Identification of Differentially Expressed Genes in Lines of Japanese Quail Divergently Selected For High and Low Four-Week Body Weight.* **Department of Genetics Seminar Series**, University of Georgia, Athens, GA.

Posters

    05/2000 – *Expression of myostatin, a negative regulator of muscle mass, is not altered in lines of poultry exhibiting myofiber hyper-and hypoplasia.* Molecular biology of muscle development and disease conference, Monterey, CA.

**Publications**

Mott, Ivan and Robert Ivarie 2002. Expression of myostatin is not altered in lines of poultry exhibiting myofiber hyper-and hypoplasia. Poultry Science 81:799-804.

Mott, Ivan W., 2003. Identification of Differentially Expressed Genes in Lines of Japanese Quail Divergently Selected For High and Low Four-Week Body Weight. Dissertation, University of Georgia, Athens, GA.

Mott, I. and R. Ivarie. CDNA array analysis of lines of Japanese quail divergently selected for four-week body weight. Submitted to Poultry Science.

**Funding**

07/2001 – 07/2002   NIH Departmental Training Grant in Genetics.
07/2000 – 06/2001   NIH Departmental Training Grant in Genetics.

**References:**

Robert Ivarie
Professor-Genetics
B414 Life Sciences Bldg.
University of Georgia
Athens, GA 30602
(706) 542-1424

Michael Terns
Professor-Biochemistry
A326B Life Sciences Bldg.
University of Georgia
Athens, GA 30602
(706) 542-1896

Richard Wang
Research Geneticist
USDA-ARS-FRRL.
700 N. 1100E.
Logan, UT 84322
(435) 797-3222

PALM0000000533

IDENTIFICATION OF DIFFERENTIALLY EXPRESSED GENES IN LINES OF JAPANESE QUAIL DIVERGENTLY SELECTED FOR HIGH AND LOW FOUR-WEEK BODY WEIGHT

By

IVAN W. MOTT

(Under the direction of Robert Ivarie)

ABSTRACT

Poultry production is of worldwide economic importance as a valuable source of high protein food. Understanding the genetic mechanisms that control growth and muscle mass deposition may lead to production of animals that produce larger, leaner cuts of meat for human consumption, facilitate selective breeding schemes that would increase genetic heterozygosity while maintaining desirable growth traits, as well as contribute to general knowledge regarding muscle biology and disease. Decades of selective breeding have produced lines of fast-growing, high muscle bearing chickens that are found in today's broiler industry. Growth-selected lines of Japanese quail have been developed as a model system to aid in the study of poultry breeding and selection issues. These lines have been selected for high and low 4-week body weight.

Myostatin is a negative regulator of muscle mass and mutations in this gene give rise to two independently derived European breeds of cattle animals that have larger, leaner muscle fibers than other cattle breeds with *wild type* myostatin. This work analyses the expression pattern of myostatin in different lines of growth-selected chickens and quail to determine if it has been selected against during decades of selective breeding. It is shown here that with respect to myostatin there have been no mutations in the DNA coding sequence, no changes in transcript levels, and no differences in the protein levels between the control and selected lines.

DNA array analysis was used to identify genes that were differentially expressed between lines of Japanese quail. Random anonymous quail cDNA clones (4704) were robotically spotted to nylon membranes and screened using isotopically-labeled whole quail embryo cDNA from the different lines. Three cDNAs were identified as having substantial differences in expression. Expression levels were confirmed by Northern blotting, and nucleotide sequences were obtained and annotated. Proteomic analysis was also done using CyDye-labeled proteins and two-dimensional polyacrylamide gel electrophoreses (2D-PAGE) to identify proteins that were differentially expressed in liver from the different quail lines.

INDEX WORDS: Growth-selected poultry, Broilers, Japanese quail, Myostatin, cDNA array, Expression analysis, Proteomics

PALM0000000534

# SPECIFIC QUALIFICATIONS AND KNOWLEDGE, SKILLS AND ABILITIES (SKAS)

**Research Geneticist series:** <u>Basic Requirement</u>: Fully met with Ph.D. degree in **Genetics** from the University of Georgia (2003).

**GS-12:** Fully met by education (**Ph.D.** from the University of Georgia, 2003). Additionally, I have current related experience at the GS-11 level in federal service (see attached form, SF-50).

**Knowledge, Skills and Abilities (SKAs)**

1. *Skill in genetic, biochemical or plant physiology research techniques, methods or procedures involved in the genetics associated with environmental stress or detection and elimination of phytopathogens.* Skill in genetic, and biochemical analysis of genetics associated with environmental stress is demonstrated by my current work with the ARS in Logan, UT. Experiments have been carried out to identify molecular genetic differences in lines of wheat that are salinity tolerant, compared to their parental lines. Differential expression is being determined by utilizing subtractive suppression hybridization and cDNA array screening. Specific skill has been demonstrated in plant cultivation, application of saline treatments, nucleic acid extraction from plant tissue, synthesis of cDNA, subtractive suppression hybridization, generation of cDNA libraries, arraying of cDNAs on nylon membranes, screen clones with labeled cDNA probes, identify differentially expressed genes, cloning of full length cDNAs, sequencing clones of interest and annotation of sequences using public databases.

2. *Ability to apply, adapt, or modify plant genetic, plant physiology or phytopathological research techniques, methods, or procedures used to solve complex research problems.* Ability to apply plant genetic research methods and techniques to solve complex research problems has been demonstrated by past and current research activities. My interest in studying the genetics of agriculturally important traits extends back to my undergraduate studies. With the exception of maize, most agriculturally important plants and animals are not model organisms, and as such are more difficult to analyze by classical genetic breeding and mapping schemes. Therefore, adaptation and innovative methodologies are required to understand and conduct experiments on these organisms. My dissertation research did just that to help understand the genetic basis for increased and decreased growth rates of growth-selected lines of Japanese quail. Expression and array analysis, as well as a proteomics approach was utilized to identify embryonic differentially expressed genes. Similar approaches are being utilized in my current research with ARS to identify salinity-tolerant genes, as described above. These techniques can also be utilized to characterize the genetic diversity between germplasm of long day, short growing period potatoes and barley present at the National Plant Germplasm Resources Unit in Palmer, and shorter day, longer growing period crops from which they were derived.

SPECIFIC QUALIFICATIONS AND KNOWLEDGE, SKILLS AND ABILITIES
(SKAS) continued.

3. *Ability to publish research in peer-reviewed, scientific journals.* The ability to publish research in peer-reviewed scientific journals is demonstrated by my research published in Poultry Science (see Publications above). Additionally, a second manuscript from my graduate work has been submitted to poultry science, and yet another is in preparation. Manuscript preparation is also underway to reprt current work to identify salinity tolerant genes in wheat.

PALM0000000536

United States Department of Agriculture
Performance Appraisal

| 1 Social Security No. | 2 Position Number | 3 Pay Plan | 4 Occup.Series |
|---|---|---|---|
| 529 69 7177 | 00219019 | GS | 0440 |

| 5 Name (Last, First, Middle Initial) | 6 Grade/Step or Pay Level | 7 Appraisal Period |
|---|---|---|
| MOTT, IVAN W | 11/01 | From: 09/07/03  To: 12/31/03 |

| 8 Official Position Title | 9 Organization Structure Code |
|---|---|
| GENET | 03-50-54-5428-10-00-00 |

| 10 Duty Station | 11 Funding Unit | 12 Agency Use | 13 NFC Use |
|---|---|---|---|
| LOGAN, UTAH | xxx | | |

Instructions
Blocks 1 through 10, completed by NFC, should be reviewed and, if necessary, corrected.
Block 11. Enter funding unit number.
Block 14. Enter brief description of performance elements.
Block 15A. Check performance elements identified as critical.
Blocks 15B, 15C, 15D. Rate actual performance by entering 2 for critical elements and 1 for non-critical elements in appropriate column.

Blocks 15E, 15F, 15G. Enter total of each column.
Block 15H. Enter total from 15E, 15F, and 15G.
Block 16A. Check off the correct summary rating described in decision table (16B).
Blocks 17 through 22. Self-explanatory.

| 14 Performance Elements | 15A Critical Element (√) | 15B Exceeds Fully Successful | 15C Meets Fully Successful | 15D Does Not Meet Fully Successful |
|---|---|---|---|---|
| 1. Conceives, Plans, and Conducts Research | √ | 2 | | |
| 2. Demonstrated Research Accomplishments / Impact | √ | | 2 | |
| 3. Technology Transfer, Professional Advisory and Consulting Activities | | 1 | | |
| 4. Communication, Physical, Financial and Human Resource Management, Equal Opportunity and Civil Rights (EEO/CR) | √ | 2 | | |
| 5. Supports and Participates in Safety, Employee Health, Physical Security, and Environmental Protection Programs | √ | 2 | | |

16B Decision Table (check off Summary Rating in block 16A)

Rating of Outstanding if 15E equals 15H.
Rating of Unacceptable if any critical element is rated in 15D.
Rating of Superior if no element is rated in 15D; 15F is greater than zero; and 15E is greater than 15F.
Rating of Marginal if 15G is greater than 15E, and no critical element is rated 15D.
Rating of Fully Successful if none of the above apply.

| 15E Exceeds | 15F Meets | 15G Does Not Meet |
|---|---|---|
| 7 | 2 | 0 |

15H Enter Total (15E + 15F + 15G = 15H)   15H  9

16A Summary Rating (See Decision Table in 16B)
[ ] Outstanding
[X] Superior
[ ] Fully Successful
[ ] Marginal
[ ] Unacceptable

17 Employee - Standards of Conduct and Ethical Responsibilities (Check off appropriate boxes)
a  I have a copy of the Government wide standards of ethical conduct and any USDA and agency supplemental regulations governing conduct    [ ] YES  [ ] NO
b  I attended the required annual ethics training.    [ ] YES  [ ] NO

18 Employee's signature  *Ivan Mott*   Date 1-8-04
If employee did not sign, state reason.
(Instructions for resolutions of disputes are on Page 2)

19 Supervisor's Signature   Date 1/8/04
20 Reviewer's Signature   Date 8 Jan 04
21 Approving Official's or Funding Unit Manager's Signature (optional)   Date

Form AD-435F (3/93) Page 1 (WordPerfect Form)

PALM0000000537

# NOTIFICATION OF PERSONNEL ACTION

FPM Supp. 296-33 Subch. 3 | Exception approved by GS/

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MOTT, IVAN W | | 05/23/72 | 09/07/03 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 171 | EXC APPT NTE 09/06/05 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| Y5M | SCHB213 3213 B 1 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
GENET
002T9019  2T9019

| 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0440 | 11 | 01 | 47,110.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| 42,976.00 | 4,134.00 | 47,110.00 | .00 |

22. Name and Location of Position's Organization
AGRICULTURAL RESEARCH SERVICE
FIELD ORGANIZATION
NRTRN PLAINS AR FT COLLINS CO
LOGAN, UT

AG 03505454281000000     PP 18 2003

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 (1-None, 2-5 Point, 3-10 Point/Disability, 4-10 Point/Compensable, 5-10 Point/Other, 6-10 Point/Compensable/30%) | 3 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | | YES [ ]  NO [X] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0 BASIC | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS AND FICA | 09/07/03 | F FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved) | E (E-Exempt, N-Nonexempt) | | 7777 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 49-0990-005 | LOGAN  CACHE  UT |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

APPOINTMENT AFFIDAVIT EXECUTED 9/8/2003.
REASON FOR TEMPORARY APPOINTMENT: TO PROVIDE RESEARCH SUPPORT.
CREDITABLE MILITARY SERVICE: 00 YRS. 00 MOS.
PREVIOUS RETIREMENT COVERAGE: NEVER COVERED.
THIS APPOINTMENT DOES NOT CONFER ELIGIBILITY TO BE NONCOMPETITIVELY
CONVERTED TO CAREER CONDITIONAL OR CAREER APPOINTMENT.

| 46. Employing Department or Agency | 50. Signature and Title of Approving Official |
|---|---|
| DEPARTMENT OF AGRICULTURE | RUTHIE JACKSON |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| AG 03 | 4860 | 05/05/03 for | DIRECTOR, HUMAN RESOURCES MANAGEMENT |

TURN OVER FOR IMPORTANT INFORMATION
3-Part  50-315           1 - Employee Copy - Keep for Future Reference
Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

AG 03505454281000000    PP 18 1*2003*BATCH 48605858 000-00 197-20 AG/EO 03-4860

PALM0000000538

Case 3:04-cv-00211-JKS   Document 39-9   Filed 08/07/2006   Page 12 of 15







# THE UNIVERSITY OF GEORGIA
OFFICE OF THE REGISTRAR
ATHENS, GEORGIA 30602-6113

RAISED SEAL NOT REQUIRED
THIS OFFICIAL TRANSCRIPT IS PRINTED ON SECURITY PAPER AND DOES NOT...

Gary D. Moore
Registrar

| STUDENT NUMBER | STUDENT NAME | DATE PRINTED | PAGE NO. | TRANSCRIPT CONTROL NUMBER |
|---|---|---|---|---|
| | MOTT, IVAN W. | 01/06/2004 | 1 OF 2 | 7313202 WA RH |

| DEGREE OBJ. | COLLEGE OR SCHOOL | MAJOR | ISSUED TO | COPIES |
|---|---|---|---|---|
| PHD | ARTS & SCIENCES | GENETICS | IVAN W. MOTT<br>P.O. BOX 141<br>PROVIDENCE   UT 84332-0141 | 5 |

| SPECIAL REQUIREMENTS | REGENTS EXAM ESSAY | REGENTS EXAM READING | HISTORY | CONSTITUTION FEDERAL | CONSTITUTION GA. | PHYSICAL EDUCATION |
|---|---|---|---|---|---|---|
| → | OK | OK | | | | OK |

| COURSE | DESCRIPTION | HOURS CARRIED | GRADE | HOURS EARNED | AVERAGE TERM | AVERAGE CUM |
|---|---|---|---|---|---|---|
| ***** UNIVERSITY SYSTEM OF GEORGIA IMMUNIZATION REQUIREMENT SATISFIED ***** | | | | | | |
| | ADMITTED TO GRADUATE SCHOOL PHD DEGREE 03-03-97 | | | | | |
| | **FALL QUARTER 1997** | | | | | |
| BCH 801 | ADV BIOCHEMISTRY | 5.0 | B | 5.0 | | |
| GN 860 | GENETICS SEMINAR | 1.0 | A | 1.0 | | |
| GN 892 | NUCLEIC ACIDS | 5.0 | B | 5.0 | 3.09 | 3.09 |
| | **WINTER QUARTER 1998** | | | | | |
| BCH 802 | ADV BIOCHEMISTRY | 5.0 | B | 5.0 | | |
| GN 893 | ADV MOLECULAR GN I | 3.0 | C | 3.0 | 2.63 | 2.89 |
| | **SPRING QUARTER 1998** | | | | | |
| GN 865 | SCIENTIFIC ETHICS | 1.0 | S | 1.0 | | |
| GN 890A | RES TECH GENETICS | 5.0 | A | 5.0 | | |
| GN 894 | ADV MOLECULAR GN II | 3.0 | A | 3.0 | | |
| GSC 777 | GRADUATE INTERNSHIP | 1.0 | S | 1.0 | 4.00 | 3.22 |
| | **SUMMER QUARTER 1998** | | | | | |
| GN 890A | RES TECH GENETICS | 5.0 | A | 5.0 | 4.00 | 3.34 |
| | UNIVERSITY SYSTEM OF GA CONVERTED TO SEMESTER FALL 1998 | | | | | |
| | **FALL SEMESTER 1998** | | | | | |
| BCMB 8100 | ADVANCED TOPICS | 1.0 | A | 1.0 | | |
| GENE 6600 | EVOL BIOLOGY | 3.0 | A | 3.0 | | |
| GENE 8600 | GENETICS SEMINAR | 1.0 | A | 1.0 | | |
| GENE 9000 | DOCTORAL RESEARCH | 4.0 | S | 4.0 | 4.00 | 3.47 |
| | **SPRING SEMESTER 1999** | | | | | |
| GENE 8600 | GENETICS SEMINAR | 1.0 | A | 1.0 | | |
| GENE 9000 | DOCTORAL RESEARCH | 8.0 | S | 8.0 | 4.00 | 3.48 |
| | **SUMMER SEMESTER 1999** | | | | | |
| GENE 9000 | DOCTORAL RESEARCH | 6.0 | S | 6.0 | | 3.48 |
| | **FALL SEMESTER 1999** | | | | | |
| GENE 8070 | POPU EVOL & MOLE GN | 1.0 | S | 1.0 | | |
| GENE 8970 | METAZOAN GENETICS | 2.0 | A | 2.0 | | |
| GENE 9000 | DOCTORAL RESEARCH | 6.0 | S | 6.0 | 4.00 | 3.52 |
| | **SPRING SEMESTER 2000** | | | | | |
| GENE 8070 | POPU EVOL & MOLE GN | 1.0 | S | 1.0 | | |
| GENE 8080 | POPU EVOL & MOLE GN | 1.0 | S | 1.0 | | |
| GENE 9000 | DOCTORAL RESEARCH | 7.0 | S | 7.0 | | 3.52 |
| | **SUMMER SEMESTER 2000** | | | | | |
| GENE 9000 | DOCTORAL RESEARCH | 6.0 | S | 6.0 | | 3.52 |
| | **FALL SEMESTER 2000** | | | | | |
| GENE 8070 | POPU EVOL & MOLE GN | 1.0 | S | 1.0 | | |
| GENE 8080 | POPU EVOL & MOLE GN | 1.0 | S | 1.0 | | |
| GENE 8880 | SEM RES COMM | 1.0 | S | 1.0 | | |
| GENE 9000 | DOCTORAL RESEARCH | 7.0 | S | 7.0 | | 3.52 |
| | **SPRING SEMESTER 2001** | | | | | |
| CBIO 8400 | ADV CELL BIOLOGY | 3.0 | A | 3.0 | | |
| GENE 8070 | POPU EVOL & MOLE GN | 1.0 | S | 1.0 | | |
| GENE 8880 | SEM RES COMM | 1.0 | S | 1.0 | | |
| GENE 9000 | DOCTORAL RESEARCH | 4.0 | S | 4.0 | 4.00 | 3.56 |
| | **SUMMER SEMESTER 2001** | | | | | |
| GENE 9000 | DOCTORAL RESEARCH | 6.0 | S | 6.0 | | 3.56 |
| | **FALL SEMESTER 2001** | | | | | |
| GENE 9000 | DOCTORAL RESEARCH | 9.0 | S | 9.0 | | 3.56 |
| | **SPRING SEMESTER 2002** | | | | | |
| GENE 8600 | GENETICS SEMINAR | 1.0 | A | 1.0 | | |
| GENE 8880 | SEM RES COMM | 1.0 | S | 1.0 | | |
| GENE 9000 | DOCTORAL RESEARCH | 6.0 | S | 6.0 | | |
| PEDB 1400 | INTRO TO WT TRAIN | 1.0 | A | 1.0 | 4.00 | 3.58 |
| | **SUMMER SEMESTER 2002** | | | | | |
| GENE 9000 | DOCTORAL RESEARCH | 6.0 | S | 6.0 | | 3.58 |
| | **FALL SEMESTER 2002** | | | | | |
| GENE 9000 | DOCTORAL RESEARCH | 6.0 | S | 6.0 | | |
| GENE 9300 | DOCT DISSERTATION | 3.0 | S | 3.0 | | 3.58 |
| | **SPRING SEMESTER 2003** | | | | | |
| GENE 9000 | DOCTORAL RESEARCH | 10.0 | S | 10.0 | | |
| GENE 9300 | DOCT DISSERTATION | 3.0 | S | 3.0 | | 3.58 |

CONTINUED PAGE 2

# THE UNIVERSITY OF GEORGIA
OFFICE OF THE REGISTRAR
ATHENS, GEORGIA 30602-6113

THIS OFFICIAL TRANSCRIPT IS PRINTED ON SECURITY PAPER AND DOES NOT REQUIRE A SEAL

Gary D. Moore
Registrar

| STUDENT NUMBER | STUDENT NAME | DATE PRINTED | PAGE NO. | TRANSCRIPT CONTROL NUMBER |
|---|---|---|---|---|
|  | MOTT, IVAN W. | 01/06/2004 | 2 OF 2 | 7313202 WA RH |

| DEGREE OBJ. | COLLEGE OR SCHOOL | MAJOR | ISSUED TO: | COPIES 5 |
|---|---|---|---|---|
| PHD | ARTS & SCIENCES | GENETICS | IVAN W. MOTT<br>P.O. BOX 141<br>PROVIDENCE   UT 84332-0141 | |

| SPECIAL REQUIREMENTS | REGENTS EXAM ESSAY | REGENTS EXAM READING | HISTORY | CONSTITUTION FEDERAL | CONSTITUTION GA. | PHYSICAL EDUCATION |
|---|---|---|---|---|---|---|
| → | OK | OK | | | | OK |

| COURSE | DESCRIPTION | HOURS CARRIED | GRADE | HOURS EARNED | AVERAGE TERM | AVERAGE CUM |
|---|---|---|---|---|---|---|
|  | **SUMMER SEMESTER 2003** | | | | | |
| GENE 9000 | DOCTORAL RESEARCH | 6.0 | S | 6.0 | | |
| GENE 9300 | DOCT DISSERTATION | 3.0 | S | 3.0 | | 3.58 |
|  | **FALL SEMESTER 2003** | | | | | |
| GENE 9300 | DOCT DISSERTATION | 1.0 | S | 1.0 | | 3.58 |
|  | REQUIREMENTS COMPLETED PHD DEGREE 12-20-2003 | | | | | |
|  | GRADUATED DECEMBER 20, 2003-PHD DEGREE | | | | | |
|  | MAJOR-GENETICS | | | | | |
|  | GRADUATE COURSE AVG | | | | | 3.58 |
|  | END OF RECORD | | | | | |

PALM0000000542