**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

DONALD E. CARLING,
    Plaintiff,

                                  Case Number 3:04-cv-00211-JKS

v.

ANN M. VENEMAN, Secretary,
Department of Agriculture,
    Defendant.                  **JUDGMENT IN A CIVIL CASE**

\_   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_X\_   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED:

       THAT the complaint on file herein be, and the same hereby is, DISMISSED; plaintiff to take nothing by way thereof, and judgment is entered in favor of defendant thereon.

APPROVED:

 s/ James K. Singleton, Jr.
JAMES K. SINGLETON, Jr.
United States District Judge

_____
Date: September 27, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

  s/Ida Romack
 Ida Romack, Clerk of Court

[Judgment.wpd]{JMT2.WPT*Rev.3/03}