AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of _____ALASKA_____

DONALD E. CARLING

V.

ANN M. VENEMAN, Secretary, Dept of Ag

## BILL OF COSTS

Case Number: 3:04-cv-00211-JKS

Judgment having been entered in the above entitled action on __9/27/2006__ against __Plaintiff__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................. | $ |
| Fees for service of summons and subpoena .............................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 622.60 |
| Fees and disbursements for printing ................................................. | 98.54 |
| Fees for witnesses (itemize on reverse side) .......................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | |
| Docket fees under 28 U.S.C. 1923 .................................................. | |
| Costs as shown on Mandate of Court of Appeals ....................................... | |
| Compensation of court-appointed experts ............................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ....................................................... | |
| TOTAL   $ | 721.14 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __Hugh Fleischer__ .

Signature of Attorney: __/s/ Lindquist__

Name of Attorney: __Susan J. Lindquist, Asst. United States Attorney__

For: __Ann M. Veneman, Secretary, Department of Agriculture__   Date: __10/10/2006__
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court               Deputy Clerk                   Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) |||||||| |
|---|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

## NOTICE

### Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

### See also Section 1920 of Title 28, which reads in part as follows:
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

### The Federal Rules of Civil Procedure contain the following provisions:
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

PAID

# Pacific Rim Reporting

711 M Street, Suite 4
Anchorage, AK 99501

Telephone (907) 272-4383 - Facsimile (907) 272-4384
TAX ID#: 91-1845426
pacificrim@acsalaska.net

2005 SEP 28 PM 3: 56

RECEIVED
US ATTORNEY OFFICE

# Invoice

| BILL TO: | | DATE | INVOICE NO. |
|---|---|---|---|
| U.S. Attorney's Office<br>222 West 7th Avenue, Room 253<br>Anchorage, Alaska 99513 | | 9/28/2005 | 05-6418 |
| | | **TERMS** | |
| | | Due on Receipt | |
| **ATTENTION:** | S. Lindquist | | |

PAID via
X EFT ___ TREAS ___ DRAFT NO. 206
DISBURSEMENT DATE 05/022 AMT $622.60
VOUCHER NO. 50AK0180
DOC 5-065432 AC CLASS 5E400

| REPORTER: | BONDESON | | |
|---|---|---|---|
| **DATE TAKEN** | **DESCRIPTION** | | |
| 9/14/2005 | CARLING v VENEMAN<br>DEPOSITION OF DONALD E. CARLING<br><br>Attendance fee (3.5 x $60)<br>Original, electronic transcript (103 pgs x $3.95)<br>Exhibits (23 x .25) | | 210.00<br>406.85<br>5.75 |

9-14-05 and
9-28-05
Date of Receipt 9-28. I verify that the goods and/or services have been received and accepted and the amount charged/math is accurate.

_Lindquist_  9-28-05
SIGNATURE   DATE

**Thank you for using Pacific Rim Reporting.**    **Total**    $622.60

## Carling v. Veneman; A03-048 CV (JKS)

Age discrimination:
Plt's Atty: Hugh Fleisher

| SOURCE | BATES # | DESCRIPTION | DATE TO PL /initials | TO OTHERS /initials |
|---|---|---|---|---|
| FBK | .0001 – 0233 | JOB APPLICATIONS FOR FAIRBANKS POSITION | 2/1/05 jmc | Tim Obst/2/1/05jmc Alberto Pantoja, Ph.D., BCE - 8/25/05 ELH |
| PALM | .0234 – 0642 | JOB APPLICATIONS FOR PALMER POSITION | 2/1/05 jmc | Tim Obst/2/1/05jmc Alberto Pantoja, Ph.D., BCE - 8/25/05 ELH |
| AP (Alberto Panjola) | 643-644 | FIRST SELECTION FOR PALMER POSITION - JOB OFFERRED TO KUERSTEN AND THEN HAAGENSEN AND BOTH TURNED DOWN JOB. MOTT WAS NOT CONSIDERED | 9/8/05 sl by fax before depo | |
| AP | 645-646 | SECOND SELECTION FOR PALMER (646 IS RECENT WRITING BY PANJOLA ON THE BACK) KUHL OFFERED JOB AND HE ACCEPTED | 9/8/05 sl by fax | |
| AP | 647-ERROR - same as 643 | | 9/8/05 sl by fax | |
| AP | 648-649 | FAIRBANKS JOB - FIRST OFFERED TO ANITA DAVELOS AND SHE TURNED IT DOWN; THEN OFFERED TO LORETTA WINSTON AND SHE ACCEPTED | 9/8/05 sl by fax | |
| AP | 650 | CONTACT INFORMATION | 9/8/05 sl by fax | |
| AP | 651-653 | IDENTIFICATION OF FOLLOWING DOCUMENT - WHICH IS DR. CARLING'S ACCEPTANCE LETTER. | 9/8/05 sl by fax | |
| AP | 654-658 | USDA AMENDMENT TO THE POSITION DESCRIPTION AS OF SEPT. 03. | 9/8/05 sl by fax | |
| AP | 659-663 | NOT SURE WHAT THIS IS | 9/8/05 sl by fax | |
| AP | 664-666 | ORIGINAL POSITION DESCRIPTION FOR JOB APPLIED FOR BY DR. CARLING | 9/8/05 sl by fax | |
| AP | 667-670 | INFORMATION NEEDED ON THE APPLICATION FORM | 9/8/05 sl by fax | |
| AP | 671 | CHRONOLOGY EVENTS IN 2003 - PREPARED BY A.P. BEFORE DR. CARLING WAS TERMINATED. | 9/8/05 sl by fax | |
| AP | 672-682 | CARLING EMAIL TO AP | 9/14/05 sl by hand delivery | |

## Carling v. Veneman; A03-048 CV (JKS)

Age discrimination:
Plt's Atty: Hugh Fleisher

| SOURCE | BATES # | DESCRIPTION | DATE TO PL /initials | TO OTHERS /initials |
|---|---|---|---|---|
| AP | 683-694 | CARLING - EMAILS IN OCTOBER 2002 RE HIRING PROCESS. | 10/17 KJM US Mail | |
| PLTF | 695-788 | EMAILS RE VACANCY ANNOUNCEMENTS & APPLICATIONS | 10/21 KJM US Mail | |
| OPF | 789-817 | SCANNED CARLING'S OPF SCANNED. - THERE IS NO HARD COPY IN FILE. SEE MY UDD FOR THIS CASE DOCUMENTS | emailed to plt's atty 10-20-05 bySL | |
| AP | 818 | SCANNED - S DRIVE TABLE OF POST DOC PROPOSALS - RESPONSE TO DISCOV # 1 | emailed 10-27-05 to HF by SL | |
| AP | 819-21 | SCANNED - S DRIVE  SELECTION PROCEDURES | emailed 10-27-05 to HF by SL | |
| AP | 822-828 | SCANNED - S DRIVE - POLICY & PROCEDURES PROBATIONARY PERIOD | emailed 10-27-05 to HF by SL | |
| AP | 829 - 847 | SCANNED - S DRIVE  - INTERVIEW PROCESS FOR USDA | emailed 10-27-05 to HF by SL | |
| AP | 848-888 | SCANNED - S DRIVE - 301 GERMPLASM PROSPECTUS JUN2 - 06 - JOE KUHL WAS IN THE POSITION | emailed 10-277 by SL | |
| AP | 889- 895 | SCANNED - S DRIVE  301 PANTOJA 2.2205 PROSPECTUS - THE CARLING POSITION WAS VACANT. | emailed 10-27 to HF by SL | |
| AP | 896 | SCANNED S DRIVE  USDA AGRICULTURAL RESEARCH SERVICE PACIFIC WEST AREA GUIDELINES FOR APPLICANT EVALUATION COMMITTEES | emailed 10-28 to HF by sl | |
| PLT | 867-868 | MED. EVAL DTD 9/12/05 & PROGRESS NOTES DTD 2/15/05 OF RICK BLAKE, PA-C | | |
| PLT | 869-871 | EMAILS FROM ALBERTO PANTOJA TO DONALD CARLING DTD 9/26/03 AND 10/02/03 | | |
| AP | 897-922 | APPENDIX I - APPENDIX XII (APPENDIX XI MISSING) | | |
| AP | 923-932 | DBA HISTORY OF PANTOJA ARTICLES | | |
| AP | 933-941 | PERFORMANCE PLAN REQ. 40001-40009 | | |
| AP | 942-943 | JOE KHUL TRAVEL | 2-14-05 to hf by SL email | |
| AP | 944 | AP'S FORM 50 | hard copy with 2nd discov resp SL | |
| AP | 945 | EMAIL 1 | | |
| AP | 946 | EMAIL 2 | | |
| AP | 947 | EMAIL 3 | | |
| AP | 948-949 | EMAIL 4 | | |

<u>**Carling v. Veneman;**</u> A03-048 CV (JKS)

Age discrimination:
Plt's Atty: Hugh Fleisher

| SOURCE | BATES # | DESCRIPTION | DATE TO PL /initials | TO OTHERS /initials |
|---|---|---|---|---|
| AP | 950 | EMAIL 5 | | |
| AP | 951-952 | EMAIL 6 | | |
| AP | 953-954 | EMAIL 7 | | |
| AP | 955 | EMAIL 8 | | |
| AP | 956 | EMAIL 9 | | |
| AP | 957 | EMAIL 10 | | |
| AP | 958 | EMAIL 11 | | |
| AP | 959-960 | EMAIL 12 | | |
| AP | 961-962 | EMAIL 13 | | |
| AP | 963-972 | GERM PROSPECTUS 1 | | |
| AP | 973-982 | GERM PROSPECTUS 2 | | |
| AP | 983-992 | GERM PROSPECTUS 3 | | |
| AP | 993-1002 | GERM PROSPECTUS 4 | | |
| AP | 1003-1012 | GERM PROSPECTUS 5 | | |
| AP | 1013-1015 | EMAIL #1 WITH SENDER JIM MATTEIS (RELATES TO DOC 945) | 2-17-05 to hf by sl email | |
| AP | 1016 | JOHN RADIN'S COMMENTS ATTACHED TO AP EMAIL #961 | 2-17-05 to hf by sl email | |
| AP | 1017-1020 | USDA PROSPECTUS FORMATTING INSTRUCTIONS | 2-17-05 to hf by sl email | |
| | | TOTAL PAGES COPIED AND SENT TO HUGH FLEISCHER, PLAINTIFF'S ATTORNEY<br>NO. 1-642         642 PAGES<br>NO. 672-788    116 PAGES<br>758 PAGES @ $0.13 PER PAGE         $98.54 | | |