NELSON P. COHEN
United States Attorney

SUSAN LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DONALD E. CARLING, ) | Case No. 3:04-cv-00211-JKS |
| Plaintiff, ) | |
| v. ) | **NOTICE OF COST BILL HEARING** |
| ANN M. VENEMAN, Secretary, ) Department of Agriculture ) | |
| Defendant. ) | |

  The Defendant, through counsel, has submitted its bill of costs with this Notice. A cost bill hearing will be held before Clerk Ida Romack, on October 16, 2006, at 9:45 a.m. at the clerk's office in the Federal Courthouse at 222 W. 7th Ave. on the second floor.  The Plaintiff may appear in person, or telephonically by calling Clerk

Ida Romack at (907) 677-6101, to object to any costs requested. The Plaintiff may also object in writing before the hearing.

Respectfully submitted this 10th day of October, 2006.

>NELSON P. COHEN
>United States Attorney
>
>s/ Susan J. Lindquist
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3378
>Fax: (907) 271-2344
>E-mail: susan.lindquist@usdoj.gov
>AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2006,
a copy of the foregoing **Notice of Cost Bill Hearing
and the Bill of Costs** were served by
electronic mail on Hugh Fleischer.

s/ Susan J. Lindquist