UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DONALD E. CARLING,
    Plaintiff,

v.

Case Number 3:04-cv-00211-JKS

ANN M. VENEMAN, Secretary,
Department of Agriculture,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

_\_\_  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X\_  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the complaint on file herein be, and the same hereby is, DISMISSED; plaintiff to take nothing by way thereof, and judgment is entered in favor of defendant thereon.
\*Total costs taxed for the defendant and against the plaintiff in the amount of $721.14.
APPROVED:

 s/ James K. Singleton, Jr.
JAMES K. SINGLETON, Jr.
United States District Judge

_____
Date: September 27, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    s/Ida Romack
    Ida Romack, Clerk of Court

\*Redistributed 3/1/07 w/costs

[Judgment.wpd]{JMT2.WPT\*Rev.3/03}